# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of October, two thousand twenty-four.

Before:      William J. Nardini,
              *Circuit Judge.*

_____

United States of America,

        Appellee,

   v.

Keith Raniere, AKA Vanguard,

        Defendant - Appellant.

_____

**ORDER**

Docket Nos. 24-778(L), 24-1285(Con), 24-1317(Con)

Appellant moves for a 7-day extension until October 28, 2024 to file the opening brief.

IT IS HEREBY ORDERED that the motion is GRANTED, on consent.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

