# 24-778-CR(L)

## 24-1285-CR(CON), 24-1317-CR(CON)

IN THE

# United States Court of Appeals

### FOR THE SECOND CIRCUIT



UNITED STATES OF AMERICA,

*Appellee,*

*v.*

ALLISON MACK, CLARE BRONFMAN, KATHY RUSSELL,
LAUREN SALZMAN, NANCY SALZMAN, AKA PERFECT,

*Defendants,*

KEITH RANIERE, AKA VANGUARD,

*Defendant-Appellant.*

*On Appeal from the United States District Court
for the Eastern District of New York*

## APPENDIX
## VOLUME III OF VII
## Pages A519 to A766

UNITED STATES ATTORNEY'S OFFICE
  EASTERN DISTRICT OF NEW YORK
*Attorneys for Appellee*
271-A Cadman Plaza East
Brooklyn, New York 11201
718-254-6212

DEBORAH J. BLUM, ESQ.
*Attorney for Defendant-Appellant*
225 Broadway, Suite 715
New York, New York 10007
646-535-2586



PHP    (212) 719-0990
appeals@phpny.com

## Table of Contents

**Page**

### Volume I

District Court Docket Entries ................................................................ A1

Letter from Richard P. Donoghue to the
Honorable Nicholas G. Garaufis, dated September 11, 2018
(Docket No. 129) ................................................................ A87

Excerpts from the Transcript of Proceedings held before the
Honorable Nicholas G. Garaufis on September 14, 2018
[1-48] pp. 1-12*** ................................................................ A92

Excerpts from the Transcript of Proceedings held before the
Honorable Vera M. Scanlon on September 18, 2018
[1-67] pp. 1-8***36-39*** ................................................ A104

Transcript of Proceedings held before the
Honorable Vera M. Scanlon on September 27, 2018 ................ A116

Excerpts from the Memorandum of Law by the Government
in Response to Defendants' Pretrial Motions,
dated December 17, 2018 ................................................ A172

Excerpts from the Transcript of Proceedings held before the
Honorable Vera M. Scanlon on February 11, 2019
[1-101] pp. 1***32-39*** ................................................ A176

Superseding Indictment, filed March 13, 2019 (Docket No. 430) .... A185

Excerpts from the Transcript of Proceedings held before the
Honorable Nicholas G. Garaufis on March 18, 2019
[1-35] pp. 1***18-20*** ................................................ A215

Excerpts from the Memorandum of Law by Government in
Response to Defendants' Pretrial Motions as to the
Second Superseding Indictment, dated March 29, 2019
(Docket No. 485) ................................................................ A219

## Table of Contents
### (Continued)

**Page**

Transcript of Proceedings held before the
Honorable Nicholas G. Garaufis on April 4, 2019 ..................... A232

Declaration of Marck A. Agnifilo, dated April 22, 2019
(Docket No. 577) ....................................................... A265

### Volume II

Excerpts from the Memorandum and Order of the
Honorable Nicholas G. Garaufis, dated May 4, 2019
(Docket No. 622) ....................................................... A267

Excerpts from the Trial Transcript, dated May 22, 2019
[2037-2271] pp. 2037***2256-2270*** ................................. A274

Excerpts from the Trial Transcript, dated May 23, 2019
[2272-2480] pp. 2272***2274-2276*** ................................. A290

Excerpts from the Trial Transcript, dated May 28, 2019
[2482-2692] pp. 2482***2485-2489*** ................................. A294

Excerpts from the Trial Transcript, dated June 10, 2019
[4096-4356] pp. 4096***4304-4307*** ................................. A300

Excerpts from the Trial Transcript, dated June 12, 2019
[4615-4867] pp. 4615***4777-4863*** ................................. A305

Excerpts from the Trial Transcript, dated June 13, 2019
[4868-5121] pp. 4868***4871-4989*** ................................. A393

Excerpts from the Trial Transcript, dated June 14, 2019
[5122-5245] pp. 5122***5163-5167*** ................................. A513

### Volume III

Excerpts from the Trial Transcript, dated June 17, 2019
[5283-5491] pp. 5283***5362-5375*** ................................. A519

## **Table of Contents**
### **(Continued)**

**Page**

Transcript of Proceedings held before the
    Honorable Nicholas G. Garaufis on July 20, 2021 ..................... A534

Trial Exhibit GX-302 -
    WhatsApp Chat Transcripts ....................................................... A583

### **Volume IV**

Memorandum of Law in Support of Defendant's Motion
    for Relief Pursuant to Rule 33, dated May 3, 2022
    (Docket No. 1169) ..................................................................... A767

    Exhibit A to Memorandum of Law -
    FBI Field Evidence Management Guide
    (Docket No. 1169-1) ............................................................. A812

    Exhibit B to Memorandum of Law -
    Trial Exhibit 961, FBI Examination Notes
    (Docket No. 1169-1) ............................................................. A901

    Exhibit C to Memorandum of Law -
    FBI Digital Evidence Guide (Docket No. 1169-1) ............... A940

### **Volume V**

    Exhibit D to Memorandum of Law -
    Report of James Richard Kiper, Ph.D.,
    dated April 25, 2022 (Docket No. 1169-1) ......................... A1001

    Exhibit D1 to Memorandum of Law -
    *Curriculum Vitae* of James Richard Kiper, Ph.D.
    (Docket No. 1169-1) ........................................................... A1061

    Exhibit E to Memorandum of Law -
    Report of Steven Marc Abrams, sworn to April 26, 2022
    (Docket No. 1169-1) ........................................................... A1073

# Table of Contents
## (Continued)

**Page**

Exhibit E1 to Memorandum of Law -
*Curriculum Vitae* of Steven Marc Abrams, J.D., M.S.
(Docket No. 1169-1) ............................................................ A1088

Exhibit F to Memorandum of Law -
Report of Wayne B. Norris, dated April 27, 2022
(Docket No. 1169-1) ............................................................ A1096

Exhibit F1 to Memorandum of Law -
*Curriculum Vitae* of Wayne B. Norris
(Docket No. 1169-1) ............................................................ A1112

Exhibit G to Memorandum of Law -
Search and Seizure Warrant executed upon 8 Hale Drive,
Halfmoon, New York 12065 (Docket No. 1169-1) ............. A1133

Exhibit G1 to Memorandum of Law -
Receipt for Property Seized, dated March 27, 2018
(Docket No. 1169-1) ............................................................ A1141

Exhibit H to Memorandum of Law -
Defense Discovery Request, dated March 16, 2022
(Docket No. 1169-1) ............................................................ A1143

Exhibit H1 to Memorandum of Law -
Email from Joseph M. Tully, dated March 16, 2022
(Docket No. 1169-1) ............................................................ A1148

Exhibit H2 to Memorandum of Law -
Email from Tanya Hajjar, dated March 18, 2022
(Docket No. 1169-1) ............................................................ A1150

Exhibit H3 to Memorandum of Law -
Letter from Tanya Hajjar to Joseph M. Tully,
dated March 18, 2022 (Docket No. 1169-1) ....................... A1153

Exhibit I to Memorandum of Law -
Letter from the Government to Marc Agnifilio,
dated April 24, 2019 (Docket No. 1169-1) ......................... A1155

iv

**Table of Contents**
**(Continued)**

**Page**

Notice of Motion by Defendant for Judicial Disqualification,
    dated May 5, 2022 (Docket No. 1170) ........................................ A1158

Memorandum of Law by Defendant in Support of Motion
    for Judicial Disqualification, dated May 5, 2022
    (Docket No. 1171) ........................................................................ A1159

Notice of Errata re Motion for Judicial Disqualification,
    dated May 6, 2022 (Docket No. 1172) ........................................ A1192

Memorandum of Law by Defendant in Support of Motion
    for Relief Pursuant to Rule 33, dated June 17, 2022
    (Docket No. 1176) ........................................................................ A1197

Notice of Supplement Request for Evidentiary Hearing,
    dated June 17, 2022 (Docket No. 1176-1) ................................... A1210

Notice of Motion by Defendant for Relief Under Rule 33,
    dated June 21, 2022 (Docket No. 1178) ..................................... A1211

Memorandum of Law by Defendant in Support of
    Motion for Relief Under Rule 33, dated June 21, 2022
    (Docket No. 1178-1) ................................................................... A1212

        Exhibit A to Memorandum of Law -
        (i) Report of James Richard Kiper, Ph.D.,
        dated April 25, 2022
        (Reproduced Herein at pages A1002 to A1060) ................. A1231
        (ii) *Curriculum Vitae* of James Richard Kiper, Ph.D.
        (Reproduced Herein at pages A1062 to A1072) ................. A1231
        (iii) Report of Steven Marc Abrams,
        sworn to April 26, 2022
        (Reproduced Herein at pages A1074 to A1087) ................. A1231
        (iv) *Curriculum Vitae* of Steven Marc Abrams, J.D., M.S.
        (Reproduced Herein at pages A1089 to A1095) ................. A1231
        (v) Report of Wayne B. Norris, dated April 27, 2022
        (Reproduced Herein at pages A1097 to A1111) ................. A1231
        (vi) *Curriculum Vitae* of Wayne B. Norris
        (Reproduced Herein at pages A1113 to A1132) ................. A1231

**Table of Contents**
**(Continued)**

**Page**

Exhibit B to Memorandum of Law -
Evidence Chain of Custody Logs (Docket No. 1178-3)  ....    A1232

Exhibit C to Memorandum of Law -
Declaration of Kevin Trowel in Opposition to Motion to
Stay, executed April 28, 2022 (Docket No. 1178-4)  ..........    A1236

Exhibit D to Memorandum of Law -
(i) Affidavit of Michele Hatchette, sworn to
October 14, 2020, with Exhibits (Docket No. 1178-5)  ......    A1241
(ii) Declaration of Danielle Roberts,
executed June 15, 2022  ......................................................    A1278

## Volume VI

(iii) Affidavit of Nicole Clyne, sworn to October 19, 2020
(Docket No. 1178-5) ...........................................................    A1283
(iv) Declaration of Samantha Le Baron,
executed June 14, 2022 (Docket No. 1178-5) ....................    A1288
(v) Declaration of Brian Elliot, executed June 15, 2022
(Docket No. 1178-5) ...........................................................    A1292
(vi) Declaration of Marc Elliot, executed March 19, 2022
(Docket No. 1178-5) ...........................................................    A1297
(vii) Declaration of Prem Sahajo Haertel-Kozak,
executed June 14, 2022 (Docket No. 1178-5) ....................    A1301
(viii) Declaration of Brandon B. Porter,
executed June 14, 2022 (Docket No. 1178-5) ....................    A1309

Exhibit E to Memorandum of Law -
Affidavit of Frank Parlato, Jr., sworn to June 21, 2022,
with Attachments (Docket No. 1178-6)  ............................    A1312

Exhibit F to Memorandum of Law -
(i) Affidavit of Nicole Clyne, executed June 21, 2022,
with Exhibits (Docket No. 1178-7)  ....................................    A1334
(ii) Declaration of Eduardo Asúnsolo Ramirez,
executed June 21, 2022 (Docket No. 1178-7)  ....................    A1348

**Table of Contents**
**(Continued)**

**Page**

Exhibit F to Memorandum of Law - (cont'd)
(iii) Declaration of Suneel Chakravorty,
executed June 21, 2022, with Attachments
(Docket No. 1178-7) .......................................................... A1350

Motion by Defendant to Compel Post-Judgment Material
and Discovery, dated April 14, 2023 (Docket No. 1192) .......... A1358

Exhibit A-1 to Motion -
*Curriculum Vitae* of Stacy R. Eldridge,
CFCE, GCFE, LPD (Docket No. 1192) ............................ A1371

Exhibit A-2 to Motion -
Report of Stacy R. Eldridge, sworn to September 29, 2022,
with Attaching Affidavit (Docket No. 1192) ..................... A1376

Exhibit A-3 to Motion -
*Curriculum Vitae* of Mark Bowling (Docket No. 1192) .... A1385

Exhibit A-4 to Motion -
Report of Mark Bowling, sworn to December 13, 2022,
with Attaching Affidavit (Docket No. 1192) ..................... A1390

Exhibit A-5 to Motion -
*Curriculum Vitae* of William Odom III
(Docket No. 1192) ............................................................ A1394

Exhibit A-6 to Motion -
Report of William F. Odom III, sworn to
December 21, 2022, with Attaching Affidavit
(Docket No. 1192) ............................................................ A1400

Exhibit A-7 to Motion -
*Curriculum Vitae* of Stephen Michael Bunting
(Docket No. 1192) ............................................................ A1410

**Table of Contents**
**(Continued)**

**Page**

Exhibit A-8 to Motion -
Report of Stephen Michael Bunting,
sworn to September 22, 2022, with Attaching Affidavit
(Docket No. 1192) ............................................................... A1434

Exhibit B to Motion -
Letter from Joseph Tully to Tanya Hajjar,
dated March 16, 2022 (Docket No. 1192) ......................... A1544

Exhibit C to Motion -
Letter from Tanya Hajjar to Joseph M. Tully,
dated March 18, 2022 (Docket No. 1192) ......................... A1549

Exhibit D to Motion -
Declaration of James Richard Kiper, Ph.D.,
executed March 13, 2023 (Docket No. 1192) ................... A1551

Exhibit E to Motion -
Declaration of Stacy R. Eldridge, CFCE, GCFE, LPD,
executed March 16, 2023 (Docket No. 1192) ................... A1554

**Volume VII**

Memorandum and Order of the Honorable Nicholas G. Garaufis,
dated April 26, 2023 (Docket No. 1194) ................................... A1557

Memorandum of Government in Opposition to Motion for
a New Trial, dated July 21, 2023 (Docket No. 1213) ............... A1568

Exhibit A to Memorandum of Law -
Declaration of "Camila", executed June 6, 2022
(Docket No. 1213-1) ........................................................... A1590

Exhibit B to Memorandum of Law -
Excerpts from the Transcript of Proceedings held before
the Honorable Nicholas G. Garaufis on April 4, 2019
(Docket No. 1213-2) ........................................................... A1594

**Table of Contents**
**(Continued)**

**Page**

Exhibit C to Memorandum of Law -
Declaration of David Loveall II (Docket No. 1213-3) .......  A1617

Exhibit D to Memorandum of Law -
Transcript of Telephone Call, dated April 6, 2020
(Docket No. 1213-4) ........................................................  A1626

Memorandum of Law by Defendant in Further Support of Motion
to Compel Post-Judgment Discovery, dated October 23, 2023
(Docket No. 1223) ...........................................................  A1667

Exhibit A to Memorandum of Law -
Proposed Order (Docket No. 1223-1) ...............................  A1674

Exhibit B to Memorandum of Law -
Declaration of James Richard Kiper, Ph.D.,
executed October 23, 2023 (Docket No. 1223-2) ..............  A1677

Memorandum and Order of the Honorable Nicholas G. Garaufis,
dated November 6, 2023 (Docket No. 1224) ..........................  A1680

Letter Brief by Defendant, dated November 20, 2023
(Docket No. 1225) ...........................................................  A1692

Exhibit A to Letter Brief -
Joint Expert Declaration in Response to
FBI Senior Computer Scientist David Loveall II,
dated November 20, 2023, with Appendices
(Docket No. 1225-1) ........................................................  A1697

Exhibit B to Letter Brief -
Letters from Camila to Defendant,
with Attaching Affidavit (Docket No. 1225-2) ..................  A1728

Exhibit C to Letter Brief -
Analysis of Government Evidence
(Docket No. 1225-3) ........................................................  A1742

**Table of Contents**
**(Continued)**

**Page**

Motion by Defendant to Compel Post-Judgment
Discovery Regarding Photograph Technician,
dated December 21, 2023 (Docket No. 1230) ......................... A1747

Exhibit A to Motion -
Requested Information Relating to Photograph Technician
(Docket No. 1230-1) .......................................... A1760

Letter Brief by Government in Opposition to Motion to Compel,
dated January 9, 2024 (Docket No. 1231) ............................. A1762

Letter Brief by Defendant in Response to Government,
dated January 25, 2024 (Docket No. 1233) ............................ A1764

Reply Letter Brief by Defendant in Further Support of Motion to
Compel, dated February 14, 2024 (Docket No. 1235) .............. A1766

Exhibit A to Reply Letter Brief -
Joint Expert Declaration by Four Former FBI CART
Forensic Examiners regarding the Alleged FBI
"Photograph Technician", dated February 13, 2024
(Docket No. 1235-1) .......................................... A1771

Exhibit B to Reply Letter Brief -
Appendix to Joint Expert Declaration
(Docket No. 1235-1) .......................................... A1777

Memorandum and Order of the Honorable Nicholas G. Garaufis,
dated March 6, 2024 (Docket No. 1238) ................................ A1783

Notice of Appeal, dated March 15, 2024 (Docket No. 1240) .......... A1791

Reply Memorandum of Law by Defendant in Further
Support of Motion for a New Trial, dated April 22, 2024
(Docket No. 1253) .................................................. A1803

**Table of Contents**
**(Continued)**

**Page**

Exhibit A to Reply Memorandum of Law -
Joint Expert Declaration in Response to
FBI Senior Computer Scientist David Loveall II,
dated November 20, 2023, with Appendices
(Reproduced Herein at pages A1698 to A1727) ................. A1829

Exhibit B to Reply Memorandum of Law -
Supplemental Declaration of James Richard Kiper, Ph.D.,
executed on April 21, 2024 (Docket No. 1253-2) ............. A1829

Memorandum and Order of the Honorable Nicholas G. Garaufis,
dated April 29, 2024 (Docket No. 1256) ................................. A1831

Notice of Appeal, filed May 7, 2024 (Docket No. 1258) ............... A1842

Notice of Appeal, filed May 10, 2024 (Docket No. 1260) .............. A1843

## A519

5283

```
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 2    -----------------------------x
                                        18-CR-204(NGG)
 3    UNITED STATES OF AMERICA,
                                        United States Courthouse
 4                                      Brooklyn, New York

 5          -against-                   June 17, 2019
                                        9:00 a.m.
 6    KEITH RANIERE,

 7          Defendant.

 8    -----------------------------x
                  TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
 9          BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
               UNITED STATES SENIOR DISTRICT JUDGE
10                     BEFORE A JURY

11    APPEARANCES
      For the Government:        UNITED STATES ATTORNEY'S OFFICE
12                               Eastern District of New York
                                 271 Cadman Plaza East
13                               Brooklyn, New York 11201
                                 BY:  MOIRA KIM PENZA, ESQ.
14                                     TANYA HAJJAR, ESQ.
                                       MARK LESKO, ESQ.
15                               Assistant United States Attorneys

16    For the Defendant:         BRAFMAN & ASSOCIATES
                                 767 Third Avenue
17                               New York, New York 10017
                                 BY:  MARC AGNIFILO, ESQ.
18                                     TENY ROSE GERAGOS, ESQ.

19                               DEROHANNESIAN & DEROHANNESIAN
                                 677 Broadway
20                               Albany, New York 12207
                                 BY:  PAUL DerOHANNESIAN, II, ESQ.
21                                     DANIELLE R. SMITH, ESQ.

22
      Court Reporter:            Rivka Teich, CSR, RPR, RMR, FCRR
23                               Phone:  718-613-2268
                                 Email:  RivkaTeich@gmail.com
24
      Proceedings recorded by mechanical stenography.  Transcript
25    produced by computer-aided transcription.
```

**A520**

5362

 1   cash is coming from, it's all the defendant's.

 2          Mr. Loperfido told you about a movie shown at V Week

 3   that concerned him very much.  The documentary claimed that

 4   taxes were unconstitutional.  And Mr. Loperfido wanted to

 5   address the audience, because the movie was showing a

 6   one-sided stand on not paying taxes.  He was not allowed to

 7   address the crowd.  That testimony was page 3373 to 3374.

 8          I suggest to you -- I submit, that the defendant's

 9   entire scheme to maintain the appearance of having no assets,

10   no income, while funding a lifestyle, was all done so he does

11   not to have pay taxes.  That's why the conspiracy to use Pam

12   Cafritz's American Express card without authority was done

13   with the intent to commit or and aid and abet or in connection

14   with the crime of tax evasion.  I submit that we've proven

15   that one as well, which is Racketeering Act 11.

16          Now we're going to move on to Racketeering Act 2, 3,

17   4.  So now we're in the portion of the category slide that

18   deals with the crimes related to the sexual exploitation of

19   Camila and the possession of child pornography.

20          Racketeering Act 2 is sexual exploitation of a child

21   and the actual producing of the pictures of Camila.  And that

22   happened on two different occasions, so that's why there are

23   two Racketeering Acts related to that.  Then Racketeering Act

24   4 is the actual possession of those photographs.

25          So you've heard a lot of evidence about Camila

Rivka Teich CSR, RPR, RMR FCRR
Official Court Reporter

**A521**

5363

1  during the course of this trial.  You learned that the

2  defendant began having sex with Camila when she was just 15

3  years old and he was 45.

4       This photograph was taken when Camila was 13 or 14

5  years old, just when she started going to school in Cohoes,

6  New York.  Now, at that point in time Daniela testified

7  Camila's parents were around while she was there for the

8  school year.  But then Camila went home to Mexico and then

9  there was an effort by the defendant in discussions with

10  Daniela to encourage her younger siblings to come back to the

11  United States.  When they came back, their parents weren't

12  there.

13       You heard from Daniela that the plan the defendant

14  had for Camila was to have her work as a maid for Nancy

15  Salzman, for Camila to clean Nancy Salzman's home, and to be

16  very far away from where Camila's other siblings were.  At

17  that point in time, their parents are still in Mexico.  And

18  Daniela testified she and Marianna are living apart from their

19  brothered, Adrian, who is far away, and then Camila is far

20  away as well.  This was part of the defendant's plan.

21       In Daniela's words, "Camila was isolated from her so

22  the defendant could have easy access."  Daniela testified to

23  that on page 2,471 of the transcript.

24       Daniela testified that sometime before the fall of

25  2006 she asked the defendant if he was asking sex with Camila.

**A522**

5364

```
 1   He replied that he was.  He asked whether Daniela minded.
 2   Daniela was brutally honest when she testified.  She said that
 3   she remembers this because she was actually jealous.  She felt
 4   jealous because the defendant had made Daniela wait until her
 5   18th birthday, while her sister was allowed to have sex with
 6   him before she turned 18.  The defendant responded that some
 7   women girls are more mature, emotionally mature, than others.
 8   And that's at transcript page 2,473.
 9           Those words might sound familiar to you.  Just last
10   Friday you heard the defendant speaking about the age of
11   consent.  And he said in that context that it mattered, that
12   the real question was whether the person was a child or
13   adult-like.
14           You also know -- we looked last Friday at
15   Government's Exhibit 1071.  This was another one of the
16   defendant's teachings.  In that one he talked, he asked
17   whether there was anything wrong with an adult and a child
18   having sex.  And first there were -- he posited there could be
19   concerns about pregnancy or disease.  But then he says, "There
20   is sex that doesn't involve -- that involves -- that doesn't
21   involve, that minimally involved the need of transferring
22   procreation.  So for example, an adult manually stimulates the
23   child, should the child be allowed to masturbate the adult?
24   Should the adult be allowed to masturbate the child?"  The
25   defendant included an answer, "These are things students have
```

**A523**

5365

1    to think out for themselves.  We're raising the issues on how

2    to think about the issue and generate an opinion.  Be careful

3    as head trainer not to give any opinion."

4         You also know that Camila was only 15 when the

5    defendant started having sex with her because of the e-mails

6    and chats that you saw.  You saw the WhatsApp chats from 2014

7    where the defendant says that he was proud to have been

8    Camila's husband for 8.75 years, which would have meant that

9    their relationship began in 2005.

10         This was another example from those WhatsApp

11   messages that also showed that the defendant had been having

12   sex with Camila since she was 15.  This is in one of the

13   conversations, which we're going to talk about more in a

14   minute, about finding a successor for the defendant.  The

15   defendant asked whether, who would be interested given age, et

16   cetera.  She says something flattering.  He says, "Even an

17   inexperienced 18 year old?"  And Camila responds, "Even an

18   inexperienced 15 year old."  The defendant certainly doesn't

19   respond, What are you talking about.  He responds, "It needs

20   to be a once in a lifetime person.  And I have that.  And I

21   lost it."

22         You also saw that even back in 2009 the defendant

23   was calling Camila his slave.  This one example, Government's

24   Exhibit 1400, where she talks -- where the defendant is

25   responding.  This was the Camiliacastle account, where the

**A524**

5366

1    defendant and Camila would both communicate on the same

2    account.  So it looks as if the same person is sending the

3    e-mail, but really they are both logging in and responding to

4    each other.

5            And so in this e-mail, written by the defendant, he

6    writes something sexual that he wants to have happen.  He

7    says, "by very obedient slaves."

8            I submit within -- there were in the same set of

9    e-mails there were other references to BDS-type sex, and she

10   signed other e-mails your slavey slave.

11           Also in 2009 all of these messages reflect a much

12   longer-standing relationship than one would have been possible

13   to have begun had it begun by the time she turned 18.

14           And so, this one is also Government's Exhibit 1400,

15   Camila is writing another sexual comment, and then she notes

16   that she's "fresh out of jail bait grounds."

17           Racketeering Act 2 and 3 are based on the same

18   conduct.  That on November 2, 2005, and again on November 24,

19   2005, the defendant took graphic and sexual photographs of

20   Camila who was then only 15 years old, a child.  For both of

21   those crimes there are three elements.

22           One additional piece of evidence regarding the fact

23   that their relationship started well before Camila turned 18.

24   This is in August 2011, she says five years.  That when we

25   looked at records from her gynecological visits, the nurse

**A525**

5367

1 practitioner explained this is a very important question, so

2 you can monitor their sexual health properly.  Here Camila had

3 written she had been five years with her partner.  And from

4 all of the evidence in this case, I submit, that had to have

5 been the defendant.

6 But here that would have turned out to be roughly

7 16.  The five years then is an approximation that people often

8 use; but regardless, long before she turned 18.

9 So here are the elements of sexual exploitation of

10 child.  First, that Camila was under 18 at the time of the

11 acts alleged, November 2, 2005 and November 24, 2005.  That

12 the defendant used, employed or persuaded Camila to take part

13 in sexually explicit conduct for the purpose of producing a

14 visual image of that conduct.  Sexually explicit conduct

15 includes lascivious exhibition of the genitalia and the pubic

16 area.  And lascivious exhibition is a depiction designed to

17 excite lustfulness and sexual stimulation in a viewer.  So the

18 difference between baby in a bubble bath and the types photos

19 that you saw of Camila.  Now, the third element is that the

20 visual depiction produced was produced using materials mailed,

21 shipped, transported in or affecting interstate commerce.

22 Let's talk about the second element first.  You now

23 that the defendant took sexually explicit photographs of

24 Camila.  Daniela identified a redacted version of one of those

25 images as being of her little sister.  So that's Government's

**A526**

5368

```
 1    Exhibit 929, combined with on the top there is a transcript
 2    cite to page 2,477.  You saw all of the images.  That's the
 3    redacted version.  They are in evidence as Government's
 4    Exhibit 518 A through U.  I'm not going to show you them
 5    again.  But you did see them.  And you if feel it necessary,
 6    you can you determine if they are necessary, if you want to,
 7    you can request to see them again during your deliberations.
 8    They clearly focus on Camila's genitals, which mean they are
 9    what is called a lascivious exhibition under the law, or
10    visual depiction of a child's genitals for sexual stimulation.
11           You heard evidence of about where those images were
12    kept, on a hard drive, the defendant's executive library.
13           So that's the defendant on the left with the drive
14    behind him, that's the picture that was taken in
15    February 2012.  And then on the right you can see the hard
16    drive, which Special Agent Mills testified he recovered in
17    2018.  And so you can see that it has not moved from the same
18    spot since then.  Those are Government's Exhibit 175A-1 and
19    Government's Exhibit 502A-34.
20           The images were found in a folder that the defendant
21    called his studies.  Now, how do you know that this was the
22    defendant's hard drive, that it was the defendant's studies
23    folder?
24           First, because of Daniela's testimony.  Daniela
25    testified that the defendant had a Dell computer and a Western
```

**A527**

5369

1    Digital hard drive and a Dell drive and a big professional

2    camera.  She testified to that on pages 2,568 through 69.

3            Daniela testified that she went through the

4    defendant's Dell computer and found pictures of naked women,

5    women that she knew the defendant had been with.  That was on

6    page 2,571 of the transcript.

7            She testified that she distinctly remembered seeing

8    Monica Duran's photograph, because she hadn't known up until

9    that point that the defendant was having sex with her.

10           She also testified that she set up the hard drive to

11   back up the defendant's Dell computer.  You also know that it

12   was the defendant's studies folder because you saw what was in

13   the folder.  There were 11 folders of sexually explicit

14   photographs, all of women that the defendant was having sex

15   with.  You can look at Government's Exhibit 550, which was the

16   stipulation identifying the women in each of those individual

17   folders.

18           The first folder, 4L122505, naked photographs of

19   Lauren Salzman, which the defendant titled the folder after

20   his nickname for her Forelorn.  A111005, naked photographs of

21   Angel Smith.  BJ103005, naked photographs of Barbara Jeske.

22   101705, naked photographs of Dawn Morrison.  A lot of these

23   people are on the inner circle board as well.  DF101905, naked

24   photographs of Daniela.  J10605 naked photographs of Barbara

25   Bouchey, who went by the nickname Ja, that was from Lauren

**A528**

5370

1    Salzman on page 1992.  L102805, those were naked pictures of

2    Loretta Garza, one of the defendant's first line DOS slaves as

3    well.  NMP102005, those were naked pictures of Marianna and

4    Pam Cafritz together.  MO101805 were pictures of Monica Duran.

5    And then MS -- we're missing one.  There was also MS Kathy

6    Russell's photographs were in a folder that was labeled MSK at

7    the beginning; and you heard through testimony that one of her

8    nicknames was Ms. Kathy.  Then finally V110205, which were

9    naked photographs of Camila.  Now, why the V?  Well, you know

10   by now, you've seen her nickname over and over, all over the

11   place, Virgin Camila, Vicky Baby, CV Baby, the name was given

12   to her by the defendant.

13        The defendant talks with Camila about the fact that

14   he had these photographs.  You saw that in the WhatsApp chat,

15   Government's Exhibit 302R, page 44.  He says, "You know I

16   guard the other pictures, right?"  Camila responds, "From way

17   back when?"  The defendant responds, "I wanted the original

18   forever.  I thought it was truly mine.  Yes.  From way back

19   when."  Which brings us to the first element of the crime of

20   child exploitation.  The evidence is overwhelming that Camila

21   was under the age of 18 when the photographs were taken.

22        First of all, you know Camila's birthday was

23   March 1st, 1990.  You know that because Daniela testified to

24   it.  But you also know it because of Camila's passport that

25   was scanned in her e-mail account, and her medical records,

**A529**

5371

```
 1    all of which consistently show her birthday of March 1st,

 2    1990.

 3            Next you know when the photographs were taken

 4    because of when they were dated.  I don't think we have the,

 5    we don't have the -- so there is -- the first one is B110205,

 6    and then -- we'll come back to it before we finish.

 7            Now the defendant clearly came up with the folder

 8    title, because it's his own private nicknames for the women

 9    who's pictures are inside them.  Each of these folders contain

10    photographs that match the date on which they were taken.  You

11    know it because Lauren Salzman and Daniela both testified that

12    the defendant took naked photographs of them in 2005.  And the

13    naked photographs they described having been taken are exactly

14    like the ones that you saw in the studies on the Western

15    digital hard drive.

16            Now you also know that the photographs were taken in

17    2005 because that's what the data shows.  The forensic

18    examiner, Brian Booth testified that the most reliable

19    metadata that the FBI could obtain from the images on the

20    Western digital hard drive, said that they were taken exactly

21    when the folders stated they were taken.  So Government's

22    Exhibit 518 A through N, now we can see it, were taken on

23    November 2, 2005.  And Government's Exhibit 518 O through U

24    were taken November 24, 2005.

25            You also know that the photographs were taken when
```

**A530**

5372

1    Camila was under 18 because you know that Camila's appendix

2    surgery was on January 9, 2015, when she still 16 years old,

3    she wouldn't turn 17 until the following March.  You know that

4    the wounds were bad.  You heard it described in detail,

5    watching her mother clean it out.  You yourselves have

6    compared a recent photograph of Camila's abdomen where the

7    scar is still visible.  You know it's a recent photograph

8    because you can also see her brand on there.

9          In that photograph, when you compared that

10   photograph to the photograph from the studies folder, I submit

11   to you, there is no scar.  Special Agent Wenniger also told

12   you there was no scar.  So the images must have been taken

13   before Camila turned 17.

14         The third element, the last element, is also clearly

15   mapped because the materials that had been mailed, shipped or

16   transported in or affecting interstate or foreign commerce.

17         So here, as you know, the images were taken from

18   this camera, the Canon EO 20D, which is Government's Exhibit

19   520.  You can see that right on it, it says that it was made

20   in Japan.  You know because the active data from every single

21   photograph taken from the defendant's studies folder showed

22   the photograph was taken by this camera with this serial

23   number 1420908348.  This is in evidence.

24         It looks just like the camera that Lauren Salzman

25   and Daniela described the defendant taking pictures of them

## A531

5373

 1   with.  You can inspect it yourself in the jury room.

 2           As Special Agent Mills testified, the camera says it

 3   was made in Japan.  You can see it for yourselves, which

 4   proves the third element of the Racketeering Act 2 and 3

 5   beyond a reasonable doubt.

 6           Now, as for Racketeering Act 4, the defendant was

 7   charged with possession of child pornography.  The child

 8   pornography with which he possessed is the same as the images

 9   he took of Camila when she was under 18 years old.

10           The elements of Racketeering Act 4 are that the

11   defendant knowingly possessed the visual depiction.  That the

12   visual depiction was produced using material that had been

13   transported in interstate or foreign commerce.  That the

14   production of the depiction involved the use of a minor

15   engaged in sexually explicit conduct.  And that the defendant

16   knew that the production of the visual depiction involved the

17   use of a minor engaging in sexually explicit conduct.

18           So Racketeering Act 4 is similar to Racketeering Act

19   2 and 3 because elements two and three are the same.  The

20   difference for Racketeering Act 4 is that Racketeering Act 4

21   charges the possession, not the creation, of the images of

22   Camila.  All possession means is that the defendant had

23   control over the images at some point between when the images

24   were created in November 2005 and when they were seen by

25   Special Agent Mills in March 2018.

**A532**

5374

1          You know the defendant did, because again, the

2     defendant took those photos.  He labels the photos with the

3     first initial of his nickname for Camila, Virgin Camila, and

4     he tells her that he has the photos from way back when.

5               (Continued on next page.)

**A533**

5375

1          MS. PENZA:  Now, it's not just -- let's check off

2     our three racketeering acts.

3          So I submit that what we just went through proved

4     Racketeering Acts 2, 3, and 4.

5

6          Now, the fact that in addition to the fact that he

7     began his relationship with request Camila when she was still

8     a child, 15.  It was coercive and abusive in so many other

9     ways.  You saw the nature of that relationship.  The WhatsApp

10    chats Special Agent Reiss read were a special window into the

11    defendant's relationship with Camila.  You saw how controlling

12    he was.  How Camila asked permission to eat, to sleep, to cut

13    her hair, to see a friend, to text her family.

14         At the beginning of this case, Mr. Agnifilo, told

15    you that that a lot of the time the defendant was being

16    controlling, he said what's behind the control?  This is

17    something these people signed up for.  They are here to make

18    their lives better and they have signed up for this.  But you

19    saw the messages, you heard the testimony.  This was not about

20    making anyone's life better, and either Camila nor her sister

21    signed up for anything like this:  The control, the abuse, the

22    threats to send her back to Mexico.  And you likely remember

23    the defendant's obsession with Robbie.

24         The defendant also told Camila that by ruining her

25    period she had ruined herself as the defendant's successor.

**A534**

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA,          : 18-CR-204(NGG)
                                   :
                                   :
                                   :
        -against-                  : United States Courthouse
                                   : Brooklyn, New York
                                   :
                                   :
KEITH RANIERE,                     : Tuesday, July 20, 2021
                                   : 2:00 p.m.
        Defendant.                 :
                                   :
                                   :

- - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR HEARING
BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES SENIOR DISTRICT COURT JUDGE

A P P E A R A N C E S:

For the Government: JACQUELYN M. KASULIS, ACTING U.S. ATTORNEY
                    EASTERN DISTRICT OF NEW YORK
                        271 Cadman Plaza East
                        Brooklyn, New York 11201
                    BY:  TANYA HAJJAR,
                        Assistant United States Attorney

For the Defendant:   LAW OFFICE OF MARC FERNICH
                        800 Third Avenue - 18th Floor
                        New York, New York 10022
                     BY:MARC A. FERNICH, ESQ.

                     LAW OFFICES OF JEFFREY LICHTMAN
                        11 East 44th Street - Suite 501
                        New York, New York 10017
                     BY:JEFFREY H. LICHTMAN, ESQ.


Court Reporter:      LINDA A. MARINO, OFFICIAL COURT REPORTER
                     225 Cadman Plaza East/Brooklyn, NY 11201
                     lindacsr@aol.com
Proceedings recorded by mechanical stenography, transcript
produced by Computer-Aided Transcription.

# A535

```
                          Proceedings                    2

 1          THE COURTROOM DEPUTY:  This is criminal cause for

 2   hearing.  Beginning with the Government, please state your

 3   appearances for the record.

 4          MS. HAJJAR:  Good afternoon, your Honor.  Tanya

 5   Hajjar for the Government.  And with me today is paralegal

 6   Teri Carby.

 7          THE COURT:  Good afternoon.

 8          MR. FERNICH:  Good afternoon, your Honor.  Marc

 9   Fernich and Jeff Lichtman for the Defendant, Keith Raniere.

10          MR. LICHTMAN:  Good to see you, Judge.

11          THE COURT:  Mr. Raniere, can you hear me?

12          THE DEFENDANT:  Yes, I can.

13          THE COURT:  Mr. Raniere is here by way of

14   videoconference.

15          I have a few little preliminaries to resolve here.

16   I understand that former counsel, Jennifer Bonjean, Joseph

17   McBride, Martin Tankleff, and Steven Alan Metcalf, II, have

18   been replaced by you, Mr. Raniere, and substituted by Jeffrey

19   Lichtman, Jeffrey Einhorn, Jason Goldman, and Marc Fernich; is

20   that correct?

21          MR. LICHTMAN:  That is, Judge.

22          THE DEFENDANT:  I believe so.

23          THE COURT:  And it's necessary for me to obtain your

24   consent, Mr. Raniere, to waive potential representation

25   conflict presented by co-defendant Clare Bronfman's payment of
```

**A536**

Proceedings                                                    3

1   your attorneys.

2           First, I have to determine, Mr. Lichtman and

3   Mr. Fernich, are your services being paid for by Clare

4   Bronfman?

5           MR. LICHTMAN:  Yes, your Honor.

6           THE COURT:  And is that coming from Clare Bronfman

7   or the irrevocable trust that she created?

8           MR. LICHTMAN:  Judge, I'm unsure as of now where it

9   exactly came from.  I know it came directly from her.  I'm not

10  sure exactly which account.

11          THE COURT:  Mr. Fernich, do you know?

12          MR. FERNICH:  What I've seen in my banking statement

13  is that it's from her individually.

14          THE COURT:  I see.

15          Mr. Raniere, you consent to and waive the potential

16  representation conflict presented by having Ms. Bronfman, a

17  co-defendant, pay your attorneys who are now going to

18  substitute as counsel for you?

19          THE DEFENDANT:  Yes, I do.

20          THE COURT:  Okay.  And as to your former counsel, I

21  didn't receive a request regarding your former counsel,

22  Ms. Bonjean, Messrs. McBride, Tankleff, and Metcalf.

23          Were they also paid by Ms. Bronfman, if you know?

24          THE DEFENDANT:  I don't know and I haven't gotten to

25  speak to them.

LAM        OCR        RPR

## A537

```
                    Proceedings                    4

 1          THE COURT:  Mr. Lichtman, do you have any idea about

 2    this?

 3          MR. LICHTMAN:  I'm unsure.

 4          THE DEFENDANT:  To be clear, I did speak with them

 5    in the past, but I have no knowledge of how they were paid or

 6    from whom.

 7          THE COURT:  I see.  That's helpful.

 8          Well, since they haven't appeared before me and

 9    you're now represented by these gentlemen, I believe that it

10    is -- I find that it is sufficient that you've waived the

11    potential conflict as to these counsel, and, so, we can go

12    forward.

13          Do you have any objection to my proceeding in that

14    way, Mr. Fernich?

15          MR. FERNICH:  No, your Honor.

16          THE COURT:  Mr. Lichtman?

17          MR. LICHTMAN:  No, your Honor.

18          THE COURT:  Let's just move ahead, then.

19          Mr. Raniere has consented to attend this sentence

20    modification proceeding by video pursuant to the *CARES Act* and

21    Administrative Orders 2021-4-4 and 2021-5-1.  These

22    administrative orders, issued by Chief Judge Margo Brodie on

23    June 22, 2021, authorize individual judges to conduct

24    sentencing proceedings by videoconferences if:  One, the

25    Defendant consents, in consultation with counsel; and, two, if
```

## A538

```
                    Proceedings                    5
```

1   the individual judge finds that the sentencing cannot be

2   further delayed without serious harm to the interest of

3   justice.

4        So, before moving forward with the sentencing, I

5   want to first ask defense counsel if you have spoken to your

6   client and if your client consents to attending this

7   sentencing by videoconference.

8        MR. FERNICH:  Judge, when I address the Court, is it

9   okay if I --

10        THE COURT:  Please.  When you're speaking, you can

11   take off your mask.  We're just trying to be as careful as

12   possible.

13        MR. FERNICH:  I understand.

14        Your Honor, my understanding is that consent was

15   entered into the record by prior counsel -- and it's on the

16   docket -- before we got here.  So, that was a fait accompli by

17   the time we got here.  So, I have not separately discussed the

18   matter with Mr. Raniere.

19        I will just say that, from my perspective, and I'm

20   going to speak from my perspective, if the Court will indulge

21   me, and also on behalf of the client, if you don't mind.  From

22   my perspective, we're prepared, as counsel, to go forward.

23   Your Honor has seen the submissions that we've written.  They

24   are informed, sufficiently informed, for us to proceed today.

25        Mr. Raniere would like me to place on the record --

## A539

Proceedings                                               6

1   and it is accurate -- he has not, at least through us, seen

2   any of the submissions that have been filed by the Government

3   in terms of restitution.  And that constitutes the written

4   submissions by the Government and the exhibits.

5           And that's due to a confluence of factors.

6   Obviously, his being in -- quite a distance away; the temporal

7   urgency of the matter; and the constraints imposed by the

8   protective order, he's really the only person that we can go

9   over the papers with.

10          So, he would like me to express to your Honor that

11  we've been able to speak to him on the phone regarding this

12  matter in a privileged setting for about an hour, and I've

13  been able to tell him the gist of what's in the Government's

14  latest submission, albeit not what was submitted previously

15  and only a very cursory overview or summary from me of the

16  exhibits because I, myself, am now familiar with the latest

17  round of exhibits but candidly am not fully familiar with the

18  prior batch of exhibits that were submitted.  I've done my

19  best to acquaint myself with those.

20          But he wished for me to put that on the record.

21          THE COURT:  Mr. Raniere, did you hear what your

22  lawyer said?

23          We should have pushed the microphone closer.

24          MR. FERNICH:  Oh, I apologize.

25          THE DEFENDANT:  I did not hear a lot of what was

LAM        OCR        RPR

# A540

```
                        Proceedings                    7

 1    said.  It was broken up.

 2              THE COURT:  You can use that mic.  You can repeat

 3    what you said because I'd like Mr. Raniere --

 4              MR. FERNICH:  It was long-winded.

 5              THE COURT:  You can sit.  Please be seated.

 6    Everyone can stay seated.

 7              It's easier for you to speak and it's easier for you

 8    to be heard by Mr. Raniere, and I'd like him to be able to

 9    hear everything very clearly.

10              MR. FERNICH:  Yes, your Honor.

11              THE COURT:  Is that better, Mr. Raniere?

12              THE DEFENDANT:  Yes, thank you.

13              MR. FERNICH:  I apologize.  That's my bad.

14              I put on the record, Mr. Raniere, two perspectives;

15    my own, and what I understand to be yours.  From counsel's

16    perspective, as evidenced by the written submissions that we

17    filed, the lawyers are ready to move forward today.  I

18    explained to his Honor on your behalf that you have not had an

19    opportunity to see or read any of the Government's restitution

20    submissions, be they the written letters by the Government or

21    the exhibits, and that that's due to a combination, a

22    confluence, of logistical circumstances, including your

23    custody in Arizona, the temporal urgency of this hearing, and

24    the constraints imposed by the protective order, meaning that

25    you're really the only person that we can discuss the
```

# A541

Proceedings                                                    8

1  submissions with.  And that we were able to have a privileged

2  legal call last Friday for about an hour, in which I gave you

3  a very cursory summary of what the latest Government

4  submission alleged and I talked in 30,000-foot terms about the

5  exhibits.

6          That's an accurate statement of your position and

7  what you've been able to review?

8          THE DEFENDANT:  Yes.

9          And I don't claim to understand a number of things,

10 including why this is called a "sentencing hearing."  I

11 imagine restitution is a subset of that, but I am not sure.

12         MR. FERNICH:  Yes, we'll advise you about that

13 privately.  There's no need to air that with his Honor.

14         THE DEFENDANT:  Okay.  Thank you.

15         THE COURT:  You want to proceed?

16         MS. HAJJAR:  Yes, your Honor, we're prepared to do

17 so.

18         THE COURT:  Go ahead.

19         One more thing.  I've reviewed the submissions made

20 by the Defendant, on behalf of the Defendant, the Government,

21 and others.  In light of the continuing and uncertain nature

22 of the COVID-19 pandemic, I find that this continuation of the

23 sentencing with regard to restitution cannot be further

24 delayed without serious harm to the interest of justice.

25 Given this finding, in light of the Defendant's consent, the

LAM        OCR        RPR

## A542

Proceedings                                                    9

1   Court finds it proper to conduct this proceeding by

2   videoconference.

3          In today's proceeding, I will refer to the victims

4   by the aliases used throughout the proceedings in this case.

5   The Court will post two copies of my supplemental sentencing

6   statement to the docket within the next 24 hours; one

7   accessible only to the parties that includes all victims'

8   names, and the other with aliases that will be available on

9   the public docket.

10          I also want to indicate that the Defendant was given

11  a choice as to whether to be brought to court for this

12  proceeding or to appear by videoconference.  And, so, he chose

13  not to be transported from Arizona to New York for the purpose

14  of this proceeding today, and the Court acquiesced to that

15  request, understanding the difficulties of being transported

16  during the pandemic and just being transported at all from

17  Arizona to New York by the Bureau of Prisons.

18          But I want to make it clear that it was his choice

19  as to whether to appear in person or to appear by video, and

20  we're honoring his choice.

21          THE DEFENDANT:  Yes.

22          MR. FERNICH:  Yes.  As I had indicated, and

23  Mr. Raniere may not have heard me because I didn't speak into

24  the microphone initially, there was a docketed statement by

25  prior counsel before Mr. Lichtman and I entered the case

LAM      OCR      RPR

## A543

Proceedings                                    10

1  indicating that Mr. Raniere had waived his right to be
2  physically here today and had acceded to proceeding remotely
3  by video.
4          And I have no reason -- I've been given no
5  indication or reason that that was an ultra vires statement
6  and no reason to renounce it in any way.
7          THE COURT:  Is that your basic choice, Mr. Raniere,
8  to have this conference by video?
9          THE DEFENDANT:  I objected to being transported down
10 here.  I am also objecting to being transported back.
11         So, yes.
12         THE COURT:  All right.  I understand.
13         I have the following materials that I've reviewed
14 for this proceeding:  The Government's submission with
15 Exhibits A through M, dated June 25, 2021; a July 15, 2021,
16 submission by the defense under seal.
17         Has the Government reviewed that?
18         MS. HAJJAR:  Yes, your Honor.
19         THE COURT:  And Mr. Fernich, have you reviewed the
20 Government's June 25 materials?
21         MR. FERNICH:  Yes, sir.
22         THE COURT:  And then there is a -- I think that's
23 basically it in terms of the substance of this hearing.
24         Is there anything else that I'm missing?
25         MS. HAJJAR:  Your Honor, the Government filed a

# A544

```
                         Proceedings                    11
```

1  brief reply to the Defendant's submission, and then the

2  Defendant submitted two short surrebuttals or surreplies.

3          THE COURT:  Yes, I've seen all of that as well.

4          MS. HAJJAR:  And the Government received that as

5  well from the Defendant.

6          MR. FERNICH:  That's correct.

7          THE COURT:  Very good.

8          So, why don't I hear from the Government first, then

9  I'll hear from the defense.

10         MS. HAJJAR:  Yes, your Honor.  May I remain seated?

11         THE COURT:  Sure.

12         MS. HAJJAR:  Thank you.

13         The Government doesn't have -- unless your Honor has

14  specific questions, the Government doesn't have too much to

15  add to the submission that was filed in June.  The Government

16  submits that the 21 victims identified in that submission with

17  declarations of loss and with the declarations appended to

18  that submission are eligible for restitution under either the

19  TVPA or the MVRA or both.

20         With respect to the items that were reflected in the

21  Defendant's surrebuttal, in particular the Defendant's

22  objection to your Honor's ability to order the return of

23  collateral pursuant to the MVRA because such an order would

24  violate the Defendant's Fifth Amendment rights, the Government

25  notes that the MVRA explicitly provides that the Court may

# A545

Proceedings 12

1 issue such an order.

2 And *Mitchell v. United States*, 526 U.S. 314, which

3 is a case relied upon in the Defendant's submission, is not to

4 the contrary. *Mitchell* involved a defendant whose refusal to

5 testify at her own sentencing hearing regarding the details of

6 her crimes, the Supreme Court concluded that that defendant

7 retained her privilege against compelled self-incrimination,

8 but the Court went on to conclude that where there can be no

9 further incrimination -- in other words, in cases in which the

10 sentence has been fixed and the judgment of conviction has

11 become final, such as this one -- the privilege no longer

12 attaches and there are no adverse consequences that can be

13 visited upon the convicted person by reason of further

14 testimony.

15 So, here, your Honor, the sentence has been fixed,

16 the judgment of conviction is final.  The Court is authorized

17 by the relevant statute here to provide -- to require

18 Mr. Raniere to return or destroy collateral.  And the

19 Government submits that that's appropriate.

20 THE COURT:  Anything else?

21 MS. HAJJAR:  No, your Honor.

22 THE COURT:  Let me hear from the defense.

23 MR. FERNICH:  Judge, I, too, am not going to belabor

24 this.  I'll rely on the papers, constrained as we are by the

25 judgment of conviction, which establishes the relevant facts

LAM      OCR      RPR

# A546

Proceedings                                                    13

1   or the parameters of the relevant facts for purposes of this

2   proceeding.  I'm cognizant of the preponderance burden of

3   proof, which I've preserved an objection to for formal

4   purposes.

5          We'll stand on the papers unless your Honor has

6   questions, other than for me to respond to what my friend just

7   said about *Mitchell*.  And I'd suggest to the Court that my

8   friend is reading the case right but misinterpreting the

9   meaning of "finality," which typically, in our field, is at

10  the conclusion of direct appeal.

11         And that's -- the particular passage that my friend

12  is referring to is 526 U.S. -- it looks like at 326, and says

13  that the possibility of incrimination exists in cases -- it

14  only disappears in cases in which the sentence has been fixed

15  and the judgment of conviction has become final.  Finality --

16  and it cites to the *Reina* case in 1960, "finality" means at

17  the conclusion of direct appellate proceedings to the U.S.

18  Supreme Court.

19         So, in thinking about this this morning, my

20  suggestion was as follows:  To table this, this issue.  And in

21  the event that the conviction does become final, we could

22  joint issue on that at that point.

23         There may or may not be other -- and I've not

24  consulted with Mr. Raniere about this, but plainly the concern

25  is, right, under the act of production issue, we have victim

LAM        OCR        RPR

# A547

Proceedings                                              14

1   statements saying they don't know where the collateral is,

2   they don't know its location, they don't know its custody or

3   control.  I don't believe the Government can establish that

4   it's a foregone conclusion that the Government knows who has

5   custody or control or authenticity, or even the continued

6   existence of this collateral.

7          So, there are active production implications here.

8   And those implications could theoretically extend to other

9   crimes, even beyond what's been charged here, depending upon

10  the disposition of the collateral.

11         So, under *Hoffman*, it's a link in the chain,

12  potentially.  And my respectful proposal is that this

13  particular issue, the issue of the identification, production,

14  and disgorgement -- there's another word I put in the papers

15  that I forgot, identifying the location, marshaling the

16  assets, and telling the Government where they are, that this

17  await the potential finality of the conviction.

18         THE COURT:  Thank you very much.

19         Before I proceed with reaching some conclusions here

20  regarding restitution, is there anything, Mr. Raniere, that

21  you want to say on the subject of the issue of mandatory

22  restitution to the victims of the offenses for which you were

23  found guilty by a jury?

24         THE DEFENDANT:  I don't understand enough of the law

25  and the constraints to make an intelligent response to that.

LAM        OCR        RPR

## A548

Proceedings                                          15

1    I would need to speak to my attorneys to understand that.

2            I would like to make a note that I have never

3    handled the collateral, do not know anything about it, do not

4    have it.  So, I'm not quite sure also the consequences of

5    that.

6            MR. FERNICH:  Judge, if he's going to make

7    statements like this, could we have an arrangement to consult

8    with him before he continues?

9            I don't want him just extemporizing about this stuff

10   on the record in a public court proceeding.

11           THE DEFENDANT:  I'll remain silent.

12           THE COURT:  I have a question of counsel.  I'm

13   concerned about giving the Defendant an opportunity to speak

14   at a sentencing.  And I would only counsel him not to speak on

15   the subject matter specific to whether he actually controls

16   any of the collateral, which is a subset of what we're

17   discussing here; a small subset, I would add, in terms of what

18   I'm going to do today.

19           So, Mr. Raniere --

20           MR. FERNICH:  I would echo that advice, for what

21   it's worth.

22           THE DEFENDANT:  Okay.

23           THE COURT:  So, I think I'm really asking you,

24   Mr. Raniere, if you wish to say anything on the question of

25   restitution to the victims.  I'm not asking you about the

# A549

Proceedings                                      16

1  question of collateral.  I think that way we will cabin that

2  issue.

3          THE DEFENDANT:  All right.  I will be very measured

4  with what I say because I don't know who the victims are, I

5  don't know what they're asking.  And I have a lot of, I

6  imagine, information, maybe not, but I would have to

7  understand that to be able to speak to it.  I don't know who

8  the victims are.

9          THE COURT:  Well, what I might do is, if counsel

10 wants to get on an airplane and go to Arizona and meet with

11 you, I'll put it off.  Because if you're saying you don't know

12 anything about this, then I'm not going to go forward with the

13 proceeding where you say you don't know about it and you

14 haven't had the opportunity to give it some consideration.

15         THE DEFENDANT:  Correct.

16         THE COURT:  The problem here is that I'm under an

17 obligation to complete the sentencing.  If you want to be able

18 to talk to your --

19         Can I just ask, Joe...

20         (Pause in proceedings.)

21         THE COURT:  The only thing I could think of,

22 counsel, is that we could all leave -- I hate to do this to

23 everyone -- we could all leave, you can have a conversation

24 with your client --

25         MR. LICHTMAN:  Five minutes, Judge.

# A550

```
                        Proceedings                    17

 1        THE COURT:  -- for five minutes, and we'll come back
 2   and we'll proceed or not proceed.
 3        But I will tell you that my concern is to delay it
 4   could affect the schedule for an appeal.  But it's up to
 5   Mr. Raniere as to what to do in consultation with you.  I
 6   could send you on a jet plane to Arizona and you could have a
 7   consultation with him in person, and then I'll resume this
 8   discussion next week.
 9        So, why don't we just afford you the opportunity to
10   speak to your client for five minutes and decide jointly how
11   you want to handle this.  Because I'm prepared to go forward
12   if there's no objection to going forward.
13        MR. LICHTMAN:  That's fine.  I would just ask that
14   we can confirm that anything that we say will not get to the
15   overflow courtroom.
16        THE COURT:  Mr. Reccoppa will make sure it doesn't
17   go anywhere --
18        MR. LICHTMAN:  Thank you.
19        THE COURT:  -- but between the two of you and
20   Mr. Raniere.  Give him some time to do that.
21        MR. LICHTMAN:  Thank you, Judge.
22        THE COURT:  Right now, I'm going to take a recess
23   for five minutes, maybe ten, and ask everyone to wait in the
24   hallway.  And then we'll resume once you've had the chance to
25   meet with your client, all right?
```

# A551

```
                        Proceedings                    18

1          MR. LICHTMAN:  Thank you.

2          (Recess taken.)

3          MR. FERNICH:  Your Honor, thanks for the opportunity

4    to consult with Mr. Raniere.  I'm going to try to accurately

5    summarize what I think is the upshot of this.

6          The upshot of this is, and Mr. Raniere can correct

7    me if I'm wrong, that after consultation with us, he is

8    willing to waive the right to see the materials any further in

9    reliance on counsels' representation that we don't believe

10   that would make a material difference to the outcome of this

11   proceeding; or a material difference with respect to the

12   issues that are in dispute in this proceeding, I should say

13   more accurately.

14         And I'm going to add one thing, if I might.  And I'm

15   not trying to sandbag the Court in any way with this.  I

16   understand that your Honor will probably read or issue some

17   sort of at least provisional determinations today.  I would

18   like to respectfully, again, without trying to sandbag, if my

19   advice is undermined, proven faulty, by what your Honor has

20   provisionally determined and it would have some material

21   bearing on the outcome, I'd like to be able to take that up

22   with your Honor and say, hey, maybe we better get out there if

23   it depends on factual things that are beyond my grasp that

24   maybe Mr. Raniere can elucidate.

25         I don't think it's going to be that way.
```

# A552

```
                          Proceedings                    19

 1           THE COURT:  Well, you've seen the Government's
 2   submission, right?
 3           MR. FERNICH:  Right.
 4           THE COURT:  Then you know what the Court is taking
 5   into account, including --
 6           MR. FERNICH:  Right.
 7           THE COURT:  Let me finish.
 8           So, first of all, his prior counsel advised the
 9   Court on or about June 1 that --
10           THE DEFENDANT:  I'm sorry, I can't hear.
11           THE COURT:  Prior counsel advised the Court --
12           THE DEFENDANT:  I still can't hear.
13           THE COURT:  Prior counsel advised the Court that
14   Mr. Raniere was giving his consent to hold this restitution
15   hearing by videoconference with him, rather than bring him to
16   New York, and that was on June 1.  And we scheduled the
17   hearing for this date, which was six weeks later, and with the
18   belief that counsel would take whatever time was necessary to
19   confer with Mr. Raniere regarding this.  And, so, that's where
20   we are now.
21           Mr. Fernich, I'm not conducting a maybe possibly
22   it's okay but maybe it's not okay for the judge to issue a
23   decision.  That's not how judges work, sir.  And this judge
24   certainly doesn't work that way.
25           You took this on.  You're being paid by Ms. Bronfman
```

# A553

Proceedings                                      20

1  to represent the Defendant.  You could have gotten yourself on

2  a plane and gone to Arizona and consulted with your client.

3  That's something you could have done.

4           MR. FERNICH:  Unfortunately, Judge --

5           THE COURT:  Let me finish.  And I don't want to be

6  interrupted by any lawyer in this courtroom.

7           When you took on this retainer, you knew what your

8  job was, and you could have gone and seen the client and

9  talked to the client and reviewed the submission of the

10  Government's with the client.  And I'm not going to waste my

11  time waiting for you to decide whether what I'm doing is

12  adequate to meet your obligations.  It ain't gonna happen.

13           MR. FERNICH:  May I respond?

14           THE COURT:  No.  I'm not finished.

15           MR. FERNICH:  Okay.

16           THE COURT:  No one has ever asked me to issue -- to

17  say, "If you issue a decision, I'm going to stop you and tell

18  you I want something else.  I want to go see my client."

19  That's not how it works.  You know it's not how it works.

20           What is your answer to that?

21           MR. FERNICH:  Well, my answer, your Honor, is

22  twofold:  It's not like going to the MDC or the MCC.  We did,

23  of course, attempt to get cleared for visiting in the

24  designation facility, and we were not able to accomplish that

25  with the facility within a week's time.

LAM      OCR      RPR

A554

```
                        Proceedings                    21

 1          THE COURT:  I see.  Let me just follow up on that.

 2          Where's your letter to the Court saying you wanted

 3   an adjournment in this matter so that you could go to Arizona

 4   and talk to your client and then we would hold a hearing?

 5   Where's that on the docket?

 6          Tell me what number on the docket that is.

 7          MR. FERNICH:  Well, Judge, I did write a letter --

 8          THE COURT:  I just want an answer.

 9          MR. FERNICH:  I don't have one.

10          THE COURT:  Where is it on the docket?

11          MR. FERNICH:  I don't have the docket sheet

12   available.

13          THE COURT:  Next comment.

14          MR. FERNICH:  There is an adjournment letter

15   requesting, saying that I could not be reasonably prepared for

16   today's hearing.  There is that letter.  Yes, there is that

17   letter, sir.

18          THE COURT:  Do we have the letter?

19          MR. FERNICH:  Your Honor gave me an extra two days.

20          THE COURT:  I gave you extra time and you made a

21   submission.

22          MR. FERNICH:  I had requested a week, sir.

23          THE COURT:  Within the time, you've made a

24   submission.

25          MR. FERNICH:  Sure.
```

A555

```
                          Proceedings                    22

  1            I mean, the moment we were retained, I asked for a

  2    week.

  3            THE COURT:  You didn't ask to go see your client.

  4            MR. FERNICH:  I did not put that specifically in the

  5    letter.  I said we couldn't be prepared in time.

  6            THE COURT:  You didn't say you wanted to see your

  7    client.

  8            MR. FERNICH:  I did not say that specifically.

  9            THE COURT:  It's cute by half.

 10            MR. FERNICH:  No, sir.

 11            THE COURT:  I have nothing more to say to you on the

 12    subject.  We're done.

 13            MR. FERNICH:  That's fine, your Honor.

 14            THE COURT:  Is there anything else you want to

 15    answer me back about --

 16            MR. FERNICH:  Excuse me?

 17            THE COURT:  Every time I say something, you've got

 18    something else to say on that subject.

 19            MR. FERNICH:  I'm sorry, I'm not following the

 20    Court.

 21            THE COURT:  The request was for extra time to make

 22    the submission, not to adjourn the proceeding.  And you didn't

 23    request for time to go see your client in Arizona.  That's not

 24    what you requested.

 25            MR. FERNICH:  Not specifically, sir.
```

LAM     OCR     RPR

A556

```
                          Proceedings                     23

 1            THE COURT:  You're misleading, trying to mislead.

 2            MR. FERNICH:  Sir --

 3            THE COURT:  There's nothing else we're going to say

 4     about that.  You're the same individual who told me you had to

 5     go to a funeral today for someone who was not a member of your

 6     family, when the funeral was at 11:45 and you could have been

 7     here at 2 o'clock, which you were.

 8            I'm tired of this.  We're not getting off to a good

 9     start, Mr. Fernich.

10            MR. FERNICH:  Your Honor --

11            THE COURT:  Are you going to sit here, counsel,

12     while he does this?

13            MR. LICHTMAN:  Judge, I think that we can move past

14     this.  You've made the decision, we respect it, and we're

15     ready to hear the decision.

16            THE COURT:  Does your client have anything else he

17     wants to say before I sentence him with regard to restitution?

18            MR. LICHTMAN:  No, your Honor.

19            THE COURT:  Thank you.

20            Today's sentencing modification hearing for

21     Mr. Raniere concerns the issue of mandatory restitution to the

22     victims of his offenses.

23            Approximately 100 individuals submitted claims for

24     restitution against Mr. Raniere, seeking a total of over

25     $33 million.  The Government initially recommended that the
```

LAM          OCR          RPR

## A557

Proceedings                                    24

1   Court award over $6 million to a total of 25 victims.  Today,
2   the Court is going to award just under $3.5 million to a total
3   of 21 victims.

4              In other words, the Court has considerably narrowed
5   the scope of these orders, even relative to the Government's
6   initial recommendation, in order to adhere to a conservative
7   interpretation of the relevant statutes.  The Court's May 21,
8   2021, decision provides a full explanation of why the Court is
9   not awarding restitution for approximately 90 percent of the
10  claimed losses.

11             The Court is awarding restitution under two
12  statutes:  The *Trafficking Victims Protection Act* of 2000,
13  TVPA, and the *Mandatory Victim Restitution Act* of 1996, the
14  MVRA.  I'll begin with the TVPA.

15             Four of the offenses of conviction are covered
16  offenses under the TVPA:  Two counts of sex trafficking; one
17  count of trafficking conspiracy; and one count of forced labor
18  conspiracy.

19             The Court finds that any lower-ranking DOS member
20  or, quote, "slave," end quote, whose commitment to DOS was
21  secured by collateral and who engaged in a sexual act at the
22  behest of a DOS, quote, "master," end quote, is a victim of
23  the sex trafficking conspiracy offense.

24             The Court finds that any lower-ranking DOS slave
25  whose commitment to DOS was secured by collateral and who

## A558

Proceedings                                         25

1  performed uncompensated labor or services at the behest of a

2  DOS master is a victim of the forced labor conspiracy offense.

3       The Court finds that 17 of the individuals who

4  submitted claims qualify as victims under the TVPA.  Three of

5  these individuals -- Nicole, Jay, and Sylvie -- testified at

6  Raniere's trial and were subject to cross-examination.  At

7  least four more individuals -- Jane Doe 6, India, Sarah, and

8  Amanda -- clearly qualify as victims on the basis of the trial

9  record alone.

10       The other ten victims have submitted sworn

11  affidavits describing their involvement with DOS.  While the

12  content of those affidavits has not been subject to

13  cross-examination, they describe experiences in DOS that are

14  consistent with those that are described at trial.  The trial

15  record establishes that all or virtually all lower-ranking DOS

16  slaves were victims of a conspiracy to obtain forced labor and

17  that many of them were also victims of sex trafficking

18  conspiracy.

19       Accordingly, the Court credits these ten

20  individuals' unrebutted sworn testimony that they were

21  lowering-ranking members of DOS, and, as such, performed

22  unpaid work, and, in some cases, sexual acts at the direction

23  of higher-ranking members.

24       The Court concludes that the 17 victims under the

25  TVPA are entitled to restitution for the following types of

## A559

Proceedings                                    26

1   actual losses so long as the Government has proved them by a

2   preponderance of the evidence and has reasonably approximated

3   their value.  See *United States v. Gushlak*, 728 F.3d 184, 195,

4   Second Circuit 2013.

5          First, the Government awards restitution for medical

6   expenses proximately caused by victims' membership in DOS,

7   including up to $2,500 for past or future surgery to remove

8   the DOS brand and reimbursement for additional costs related

9   to such surgery.

10          The Court awards restitution for past and future

11  mental healthcare proximately caused by victims' membership in

12  DOS.  As it explained in its May 21 decision, the Court finds

13  that the victims' membership in DOS proximately caused the

14  full extent of their mental health needs, even where prior

15  psychological injuries arguably existed, because Mr. Raniere

16  and his co-conspirators exploited, reopened, and exacerbated

17  latent, preexisting injuries.  For that reason, the Court

18  finds that Mr. Raniere's responsible for causing the full

19  extent of DOS victims' mental health care needs.

20          Contrary to the Defendant's argument, this is

21  consistent with the Supreme Court decision in *Paroline v.*

22  *United States*, 572 U.S. 434 (2014), which requires that

23  restitution be ordered in, quote, "an amount that comports

24  that the defendant's relative role in the causal process that

25  underlies the victim's general losses," end quote, 572 U.S.

Proceedings                27

1    458 and 459.  Here, the Court finds that Raniere has held a

2    principal role in the causal process as the predominant

3    inflicter of psychological injury.

4         The Court awards restitution for future mental

5    health care only where a qualified mental health professional

6    has estimated the cost of necessary care arising from a

7    victim's involvement with DOS.  Where a qualified mental

8    health professional has given a range for the estimated cost

9    of future mental health care, the Court uses the midpoint of

10   the range.

11        The Court awards restitution for NXIVM-related

12   expenses, including tuition and travel costs, but only insofar

13   as the victim's participation in the relevant NXIVM program

14   was proximately caused by her membership in DOS because, for

15   example, her DOS, quote, "master," unquote, required her to

16   attend a specific course.

17        The Court awards restitution for legal fees incurred

18   in connection with the investigation and prosecution of this

19   case insofar as claims for legal fees are supported by

20   submissions from the victim's counsel attesting to the work

21   performed, hours billed, and relevant rates.

22        The Court awards restitution for uncompensated work

23   and services performed in connection with a victim's

24   membership in DOS.  The Court finds that the Government's

25   proposed methodology for calculating the value to the

## A561

```
                            Proceedings                    28
```

1  Defendant of the victim's uncompensated labor, whereby the

2  Court looks to the nature of the work or service performed and

3  then uses the mean hourly wage for the most analogous job

4  classification from New York State's Bureau of Labor

5  Statistics, is sound and reasonable.

6          Unless otherwise noted, the Court finds that the job

7  classifications and corresponding wages specified in the

8  victims' worksheets are reasonable and it calculates the value

9  of the victims' uncompensated work based on those wages.  This

10 includes using the mean hourly wage for the job

11 classification, quote, "personal care and service worker," end

12 quote, which is approximately $13, to calculate the value of

13 the DOS slaves' around-the-clock commitment to be responsive

14 to the demands of their masters.

15         The Court finds that the Defendant benefited from

16 the expectation of DOS slaves' constant availability, enforced

17 through so-called, quote, "readiness drills."  It is clear

18 from the record that the requirement that DOS slaves be

19 perpetually available for their masters, and in some cases to

20 Mr. Raniere, facilitated the sex trafficking and forced labor

21 conspiracies by instilling in the victims a sense of

22 subservience and a lack of agency that permeated every aspect

23 and hour of their lives.  It is also clear from the record

24 that Mr. Raniere required DOS slaves to meet him for sexual

25 encounters at all hours of the day and night, again

# A562

Proceedings                                          29

1    facilitated by the expectation of their constant availability.

2          For these reasons, the Court finds that it is

3    appropriate to compensate DOS victims for the 24-hour nature

4    of their obligation and it considers the, quote, "personal

5    care and service worker," end quote, job classification to be

6    a reasonable approximation of the value that the Defendant

7    derived from their service.

8          Bearing all of that in mind, I order restitution

9    under the TVPA as follows:

10         Jane Doe 5/Nicole.  I find that Nicole was a victim

11   of a covered sex trafficking offense and that she was also a

12   victim of covered sex trafficking conspiracy and forced labor

13   conspiracy offenses in connection with her membership in DOS.

14   I find that she's entitled to $2,500 for the cost of brand

15   removal, $57,250 for past mental health care, $149,400 for

16   future mental health care, $6,250 for NXIVM tuition expenses

17   incurred as a result of her enslavement in DOS, and $9,697.30

18   for legal fees and costs.  I also find that she performed

19   uncompensated work with a total value of $187,681.88.

20         In total, I order that the Defendant pay $412,779.18

21   in restitution to Nicole.

22         Jane Doe 8/Jay.  I find that Jay was a victim of a

23   covered sex trafficking offense and that she was also a victim

24   of covered sex trafficking conspiracy and forced labor

25   conspiracy offenses in connection with her membership in DOS.

# A563

Proceedings                                          30

1    I find that she's entitled to $15,000 for past mental health

2    care, $19,350 for future mental health care, and $10,380.80

3    for legal fees and costs.  I also find that she performed

4    uncompensated work with a total value of $71,837.20.

5              In total, I order that the Defendant pay $116,568 in

6    restitution to Jay.

7              Jane Doe 6.  I find that Jane Doe 6 was a victim of

8    a covered forced labor conspiracy offense in connection with

9    her membership in DOS.  I find that she is entitled to

10   $3,171.21 for the cost of brand removal and related expenses,

11   $800 for past mental health care, $86,625 for future mental

12   health care, and $14,035.30 for legal fees and costs.  I also

13   find that she performed uncompensated work with a total value

14   of $37,386.45.

15             In total, I order that the Defendant pay $142,017.96

16   in restitution to Jane Doe 6.

17             Sylvie.  I find that Sylvie was a victim of covered

18   sex trafficking conspiracy and forced labor conspiracy

19   offenses in connection with her membership in DOS.  I find

20   that she is entitled to $13,404.49 for past mental health care

21   and $12,405.29 for legal fees and costs.

22             In total, I order that the Defendant pay $25,809.78

23   in restitution to Sylvie.

24             Additional Jane Doe 7/India.  I find that India was

25   a victim of covered sex trafficking conspiracy and forced

Proceedings                                    31

1  labor offenses in connection with her membership in DOS.  I

2  find that she's entitled to $123,600 for future mental health

3  care, $2,711.21 for travel and boarding expenses for NXIVM

4  courses incurred after being recruited into DOS, and

5  $25,137.30 in legal fees and costs.  I also find that she

6  performed uncompensated work with a total value of

7  $147,028.14.

8          In total, I order that the Defendant pay $298,476.65

9  in restitution to India.

10          Additional Jane Doe 13/Sarah.  I find that Sarah was

11  a victim of a covered forced labor conspiracy offense in

12  connection with her membership in DOS.  I find that she is

13  entitled to $1,896.90 for past medical expenses, $1,764.12 for

14  past mental health care, $11,609.03 for future mental health

15  care, and $12,138.30 in legal fees and costs.

16          In total, I order that the Defendant pay $27,408.35

17  in restitution for Sarah.

18          Amanda.  I find that Amanda was a victim of a

19  covered forced labor conspiracy offense in connection with her

20  membership in DOS.  I find that she is entitled to $168,437.50

21  for future mental health care and $4,255.80 in attorneys'

22  fees.  And I also find that she performed uncompensated work

23  with a total value of $84,924.21.

24          In total, I order that the Defendant pay $257,617.51

25  in restitution to Amanda.

# A565

Proceedings                                                    32

1          Additional Jane Doe 34.  I find that Additional Jane
2     Doe 34 was a victim of covered forced labor conspiracy and sex
3     trafficking conspiracy offenses in connection with her
4     membership in DOS.  I find that she's entitled to $17,200 for
5     past mental health care and $12,281.30 in legal fees and
6     costs.  I also find that she performed uncompensated work with
7     a total value of $215,198.73.
8          In total, I order the Defendant to pay $244,680.03
9     in restitution to Additional Jane Doe 34.
10          Additional Jane Doe 36.  I find that Additional Jane
11     Doe 36 was a victim of a covered forced labor conspiracy
12     offense in connection with her membership in DOS.  I find that
13     she's entitled to $3,350 for past mental health care,
14     $168,437.50 for future mental health care, $776 for NXIVM
15     course tuition and travel costs related to DOS, and $11,150.30
16     in legal fees and costs.  I also find that she performed
17     uncompensated work with a total value of $57,533.70.
18          In total, I order the Defendant to pay $241,247.50
19     in restitution to Additional Jane Doe 36.
20          Additional Jane Doe 8.  I find that Additional Jane
21     Doe 8 was a victim of a cover forced labor conspiracy offense
22     in connection with her membership in DOS.  I find that she is
23     entitled to $1,325.64 for past medical services, $255.89 for
24     past mental health care, $19,260.30 for future mental health
25     care, and $21,248.30 in attorneys' fees.  I also find that she

Proceedings                    33

1   performed uncompensated work with a total value of

2   $130,264.05.

3           In total, I order the Defendant to pay $172,354.18

4   in restitution to Additional Jane Doe 8.

5           Additional Jane Doe 14.  I find that Additional Jane

6   Doe 14 was a victim of a covered forced labor conspiracy

7   offense.  I find that she's entitled to $3,747.49 for past

8   medical services, $11,100 for past mental health care, and

9   $26,700 for future mental health care.  I also find that she

10  performed uncompensated work with a total value of $11,739.20.

11          In total, I order that the Defendant pay $53,286.69

12  to Additional Jane Doe 14.

13          Additional Jane Doe 15.  I find that Additional Jane

14  Doe 15 was a victim of a covered forced labor conspiracy

15  offense.  I find that she is entitled to $3,442.05 for past

16  mental health care and $11,235.30 for attorneys' fees.  I also

17  find that she performed uncompensated work with a total value

18  of $45,042.90.

19          In total, I order the Defendant to pay $59,720.25 in

20  restitution to Additional Jane Doe 15.

21          Additional Jane Doe 25.  I find that Additional Jane

22  Doe 25 was a victim of a covered forced labor conspiracy

23  offense.  I find that she's entitled to $8,543.80 in

24  attorneys' fees.  I also find that she performed uncompensated

25  work with a total value of $44,215.20.

# A567

Proceedings                                        34

1    In total, I order the Defendant to pay $52,759 in

2    restitution to Additional Jane Doe 25.

3    Additional Jane Doe 30. I find that Additional Jane

4    Doe 30 was a victim of a covered forced labor conspiracy

5    offense. I find that she is entitled to $6,719.80 for

6    attorneys' fees. I also find that she performed uncompensated

7    work with a total value of $64,600.65.

8    In total, I order the Defendant to pay $71,320.45 in

9    restitution to Additional Jane Doe 30.

10   Additional Jane Doe 35. I find that Additional Jane

11   Doe 35 was a victim of a covered forced labor conspiracy

12   offense. I find that she is entitled to $45,000 for future

13   mental health care and $15,252.30 for attorneys' fees. I also

14   find that she performed uncompensated work with a total value

15   of $67,252.68.

16   In total, I order the Defendant to pay $127,504.98

17   in restitution to Additional Jane Doe 35.

18   Kristin. I find that Kristin was the victim of a

19   covered forced labor conspiracy offense. I find that she is

20   entitled to $1,020 for past mental health care, $54,375 for

21   future mental health care, and $12,226.80 for attorneys' fees.

22   I also find that she performed uncompensated work with a total

23   value of $26,593.20.

24   In total, I order the Defendant to pay $94,215 in

25   restitution to Kristin.

# A568

Proceedings                                              35

1          Rachel.  I find Rachel was a victim of a covered

2     forced labor conspiracy offense.  I find that she is entitled

3     to $12,261.30 for attorneys' fees.  I also find that she

4     performed uncompensated work with a total value of $37,486.80.

5          In total, I order the Defendant to pay $49,748.10 in

6     restitution to Rachel.

7          And now I'll turn to the restitution pursuant to the

8     *Mandatory Victims Restitution Act*, MVRA.

9          Mr. Raniere's convictions for racketeering,

10    racketeering conspiracy, and wire fraud conspiracy are

11    qualifying offenses under the MVRA.

12         As to the DOS victims, the Court finds that all

13    lower-ranking members of DOS are victims of the wire fraud

14    conspiracy in which the Defendant participated.  Based on the

15    evidence and testimony presented at trial, victim impact

16    statements, and victims' sworn affidavits, the Court finds by

17    a preponderance of the evidence that, as a rule, lower-ranking

18    DOS members were fraudulently induced to furnish property as,

19    quote, "collateral," end quote, including, but not limited to,

20    sexually explicit photographs or videos as a condition of

21    their membership in DOS.

22         Under the MVRA, victims of offenses that, quote,

23    "result in damage to or loss or destruction of property," end

24    quote, are entitled to receive the return of the property.

25    18 U.S.C. Section 3663A(b)(1).  Accordingly, the Court finds

# A569

Proceedings                                    36

1    that all lower-ranking DOS members are statutorily entitled to
2    return of their collateral and it orders Mr. Raniere to
3    effectuate that return to the fullest extent practicable.
4           Mr. Raniere's counsel raises the concern that
5    requiring Mr. Raniere to locate and disgorge the victims'
6    collateral may violate his Fifth Amendment right against
7    self-incrimination in the event that he prevails in his appeal
8    and gains a retrial.
9           The Second Circuit has previously rejected the
10   argument that an order directing a defendant to return
11   ill-gotten property to victims, as required by the MVRA,
12   violates the defendant's Fifth Amendment rights.  See *United*
13   *States v. Bryser*, 954 F.2d 79, 89, Second Circuit 1992.
14          Even so, in an abundance of caution, the Court stays
15   Mr. Raniere's obligation to effectuate the return of the
16   victims' collateral until the exhaustion of his appellate
17   rights on direct appeal.  Within 60 days of the exhaustion of
18   such rights, he must effectuate the return of all original and
19   duplicate copies of DOS victims' collateral or, to whatever
20   extent such collateral has not yet been returned, file a
21   letter with this Court establishing that he has made all
22   reasonable efforts to effectuate the return of the collateral
23   and setting forth a detailed plan and timeline for returning
24   all outstanding collateral to the fullest extent practicable.
25          Jane Doe 2/Camila.  The Court finds that Camila is a

## A570

Proceedings                                        37

1  victim within the meaning of the MVRA of Mr. Raniere's

2  racketeering and racketeering conspiracy offenses because she

3  is the victim of the predicate racketeering acts relating to

4  child pornography.  Camila's sworn affidavit describes how,

5  when she was an underage girl, the Defendant induced her to

6  submit to, quote, pornographic photography sessions by

7  initiating and maintaining an extended sexual relationship

8  with her.

9          Her account corroborates evidence that was presented

10 at trial which made clear that Mr. Raniere's commission of

11 child pornography offenses occurred in the context of a sexual

12 relationship that began when Camila was 15 years old.  Her

13 affidavit describes the physical pain and subsequent bleeding

14 that she experienced during one of their initial sexual

15 encounters.

16         In light of the fact that she was a minor, the Court

17 finds that her experience of physical pain occasioned by

18 unlawful sexual intercourse constitutes a, quote, "bodily

19 injury," end quote, within the meaning of the MVRA.

20 Accordingly, Camila is statutorily entitled to recover the

21 cost of past and future mental health care proximately caused

22 by the Defendant's conduct.

23         Camila also seeks nearly $100,000 in restitution for

24 uncompensated work that she performed for organizations and

25 events related to NXIVM over a period spanning 2011 to 2017.

## A571

Proceedings                                              38

1    In its May 21 decision, the Court found, as a general matter,

2    that uncompensated labor that was not directly related to a

3    victim's membership in DOS was beyond the scope of compensable

4    losses under the MVRA; however, the Court finds that in the

5    case of Camila, there is a clear causal link between the

6    offense of conviction and the victim's performance of unpaid

7    work.

8            Camila's sworn statement powerfully describes how

9    Mr. Raniere's sexual exploitation of her, from the time she

10   was 15 years old, made her completely dependent on him,

11   submissive to his whims and directions, and unable to form the

12   independent judgment necessary to take ownership of her

13   choices and time.

14           The Court, therefore, finds by a preponderance of

15   the evidence that the offense of conviction was a proximate

16   cause of Camila's performance of unpaid work as a young adult

17   in a continuing relationship with the predator who had abused

18   her since her childhood.

19           Accordingly, I find that Camila's entitled to

20   $405,000 for future mental healthcare, $2,500 for removal of

21   the DOS brand, $98,777.90 in compensation for unpaid work, and

22   $1,719.55 in expenses incurred in connection with her

23   participation in the proceedings in this case.

24           In total, I order that the Defendant pay $507,997.45

25   in restitution to Camila.

LAM        OCR        RPR

# A572

Proceedings                                          39

1          Jane Doe 4/Daniela.  The Court finds that Daniela is
2     a victim within the meaning of the MVRA of Mr. Raniere's
3     racketeering and racketeering conspiracy offenses because she
4     is the victim of the predicate racketeering act relating to
5     document servitude and trafficking for labor and services.
6          While the Defendant kept Daniela confined to a room
7     for almost two years, she repeatedly requested medical care
8     for a toothache.  The Defendant denied her request for six
9     weeks and relented only after part of her tooth eventually
10    broke off.  On that basis, the Court finds that Mr. Raniere's
11    neglect and deprivation of medical care, which was one
12    component of his document servitude of Daniela, caused her
13    bodily injury within the meaning of the MVRA.  Accordingly,
14    Daniela is statutorily entitled to recover the cost of past
15    and future mental health care proximately caused by the
16    Defendant's conduct.
17         Daniela is also entitled to recover for unpaid work
18    that she performed in connection with the Defendant's
19    trafficking of her for labor and services.  Like lower-ranking
20    members of DOS, she was expected to be, quote, "on call," end
21    quote, around the clock and to immediately perform any work
22    assignments that were given to her.  Accordingly, the
23    Government reasonably approximates the value of her labor at
24    $26.51 per hour, the mean hourly wage of an executive
25    administrative assistant.  The prosecution estimates that she

## A573

Proceedings                                    40

1    performed 80 weekly hours of unpaid labor during the period of

2    her confinement.  On that basis, they estimate the value of

3    her labor at $121,650.  The Court finds this figure to be a

4    reasonable approximation of Daniela's losses for uncompensated

5    labor.

6           Accordingly, I find that Daniela's entitled to

7    $121,650 for uncompensated labor and services.  I also find

8    that she is entitled to $127,600 for future mental health

9    care.  I, therefore, order the Defendant to pay $249,200 in

10   restitution to Daniela.

11          James Loperfido.  The Court finds that James

12   Loperfido is a victim within the meaning of the MVRA of Mr.

13   Raniere's racketeering and racketeering conspiracy offenses

14   because he is the victim of a predicate racketeering act

15   related to identity theft.  Accordingly, I find that Mr.

16   Loperfido is entitled to $5,625 to compensate him for the

17   costs associated with his participation with the Government's

18   investigation and as a trial witness.

19          I order the Defendant to pay $5,625 in restitution

20   to Mr. Loperfido.

21          The Sutton Family.  The Court finds that Stephanie

22   Franco and the Estates of Morris and Rochelle Sutton, referred

23   to here as "The Sutton Family," are victims within the meaning

24   of the MVRA of Mr. Raniere's racketeering and racketeering

25   conspiracy offenses because they are victims of the predicate

A574

Proceedings                                          41

1    racketeering act related to a conspiracy to alter records for

2    use in an official proceeding.

3            The Sutton Family seeks over $2.8 million in

4    restitution for the legal expenses they incurred fighting

5    litigation brought by Mr. Raniere over the course of 15 years;

6    litigation in which NXIVM, at Mr. Raniere's direction,

7    fraudulently altered evidence.

8            The Government recommends that the Court award them

9    $250,000 for losses directly attributable to the unlawful

10   alteration of evidence.  This encompasses legal fees that The

11   Sutton Family paid for their lawyers to review the altered

12   videotapes as well as legal fees for their lawyers'

13   preparation and filing of three summary judgment motions that

14   concerned factual disputes that the unaltered videotapes would

15   have resolved, according to The Sutton Family's counsel.

16           The Court finds this to be a reasonable

17   approximation of the losses caused to The Sutton Family by

18   Raniere's alteration of evidence.  Accordingly, I order that

19   the Defendant pay $250,000 in restitution to The Sutton

20   Family.

21           In total, I directed Mr. Raniere pay restitution

22   under the TVPA in the amount of $2,447,513.16 and to pay

23   restitution under the MVRA in the amount of $1,012,822.45.

24           In addition to this monetary restitution of $3.46

25   million, I order Mr. Raniere under the MVRA to return to

LAM        OCR        RPR

# A575

Proceedings                              42

1   former DOS members all the original and duplicate copies of

2   their collateral, and, while such obligation is stayed, to

3   preserve any original or duplicate copies of collateral that

4   are within his dominion or control.

5          I find that this is the mandatory restitution that

6   Mr. Raniere owes under the relevant statutes.

7          The only remaining issue is to determine the

8   schedule of the payments.  This is the sole matter relating to

9   restitution over which the Court has discretion.  See *United*

10  *States v. Nucci*, 364 F. 3d 419 and 422, Second Circuit 2004.

11         I direct that Mr. Raniere pay immediately the full

12  amount of restitution owed to the 17 victims under the TVPA as

13  well as the restitution owed under the MVRA to Camila and

14  Daniela.  Mr. Raniere's restitution obligations to Mr.

15  Loperfido and the Sutton family must be fulfilled subsequently

16  but within no less than twelve months from the date of this

17  order.  As I noted previously, Mr. Raniere's obligation to

18  return collateral to DOS victims is stayed until the

19  exhaustion of his appellate rights on direct appeal.

20         Finally, I direct the Government to provide the

21  Court within 30 days a proposed order of restitution that is

22  consistent with the decisions set forth at this proceeding,

23  which will be attached to the final judgment.  The judgment of

24  conviction will be amended to include the order of

25  restitution.

LAM        OCR        RPR

# A576

```
                          Proceedings                    43

  1          Mr. Raniere, you have a right to appeal the judgment

  2   of this Court, including the Court's determination and

  3   judgment as to restitution.  Your time to appeal is extremely

  4   limited.  You should discuss with your attorneys at once how

  5   to proceed on appeal.

  6          Do you understand that?

  7          THE DEFENDANT:  Yes, I do.

  8          THE COURT:  Is there anything else from the

  9   Government for today?

 10          MS. HAJJAR:  Not from the Government.  Thank you,

 11   your Honor.

 12          THE COURT:  Anything else from the defense for

 13   today?

 14          MR. FERNICH:  No, sir.

 15          Just so the record is clear, nothing that the Court

 16   has said undermines my advice to Mr. Raniere --

 17          THE COURT:  Excuse me, excuse me.

 18          MR. FERNICH:  Yeah.

 19          THE COURT:  No speeches.  Not in my courtroom.

 20          If there's nothing else --

 21          MR. FERNICH:  There's absolutely nothing --

 22          THE COURT:  -- as to the judgment of the Court --

 23          MR. FERNICH:  There is absolutely nothing dilatory

 24   about my request --

 25          THE COURT:  Excuse me.
```

LAM       OCR       RPR

A577

```
                        Proceedings                    44

 1          MR. FERNICH:  -- to go to a close --

 2          THE COURT:  Excuse me.

 3          MR. FERNICH:  -- colleague's and friend's funeral --

 4          THE COURT:  Excuse me.

 5          MR. FERNICH:  -- who passed --

 6          THE COURT:  Excuse me.

 7          MR. FERNICH:  -- over the weekend.

 8          THE COURT:  Excuse me.

 9          MR. FERNICH:  Nothing dilatory about that.

10          THE COURT:  Excuse me.

11          MR. FERNICH:  And I resent the insinuation.

12          THE COURT:  Sir, you can resent anything you want.

13          MR. FERNICH:  I do resent it.

14          THE COURT:  You're well compensated for your work by

15   your client --

16          MR. FERNICH:  That is absolutely immaterial to the

17   humanity of going to a funeral of an esteemed member of the

18   bar of this court who passed in the middle of the night

19   Sunday, sir.  That is human decency and professional courtesy,

20   and you did not afford me it.  And I resent it.  And you've

21   compounded it by telling me --

22          THE COURT:  Excuse me.

23          MR. FERNICH:  -- I was trying to delay this

24   proceeding?

25          THE COURT:  You wanted the day off, sir.  You
```

LAM     OCR     RPR

# A578

```
                           Proceedings                    45

 1    wanted--

 2            MR. FERNICH:  I wanted the day off to go to Joel

 3    Winograd's funeral, who died of pancreatic cancer on Sunday

 4    morning?

 5            THE COURT:  Give him this to go cry on.

 6            He's not a member of your family, sir.

 7            MR. FERNICH:  This demeans you more than --

 8            THE COURT:  You have an obligation to this Court --

 9            MR. FERNICH:  And I'm here.

10            THE COURT:  Be seated or I'll have you arrested.

11            MR. FERNICH:  You have me arrested.

12            THE COURT:  Be seated.

13            MR. FERNICH:  This demeans you more than me.

14            THE COURT:  Be seated.

15            MR. FERNICH:  It's a disgrace.  It's a disgrace.

16    It's a lack of human decency.

17            MR. LICHTMAN:  Stop.

18            MR. FERNICH:  And it's disgraceful.

19            You can stare at me all you want, your Honor.

20            MR. LICHTMAN:  Stop.

21            MR. FERNICH:  All you want.

22            THE COURT:  One final thing I'd like to say.  I'm

23    from Queens.  And the attorney asked to go to a funeral at

24    11:45 this morning in Fresh Meadows.  He could have gone to

25    the funeral, attended the funeral of his friend, and then come
```

LAM      OCR      RPR

A579

```
                         Proceedings                        46

 1   to court at two.

 2             MR. FERNICH:  And interment and then --

 3             THE COURT:  Excuse me.

 4             MR. FERNICH:  -- Shiva afterwards.

 5             THE COURT:  Excuse me.

 6             MR. FERNICH:  It is false.  Anyone who knows the

 7   traffic around here --

 8             THE COURT:  Will you keep quiet?

 9             MR. FERNICH:  No, sir, I will not.

10             MR. LICHTMAN:  Stop, stop.  Enough.

11             MR. FERNICH:  Not if you slander me in public that

12   way.

13             THE COURT:  The attorney could have gone to the

14   funeral and come here to court at 2 o'clock.  But it would

15   have required me to adjourn this proceeding if I had allowed

16   him to go to the cemetery, which I did not.

17             MR. FERNICH:  I asked for one hour.  A one-hour

18   delay is what I asked for.  And you know it.  And it's a

19   matter of public record.

20             MR. LICHTMAN:  Stop.

21             THE COURT:  I've never seen anything like this.

22             MR. FERNICH:  Nor have I, sir.

23             THE COURT:  I'm not asking you for your comments.

24             MR. FERNICH:  I know you're not.

25             MR. LICHTMAN:  Stop it.
```

# A580

```
                         Proceedings                    47

 1              (Pause in proceedings.)

 2              MR. LICHTMAN:  Judge, may I approach?

 3              THE COURT:  No.

 4              MR. LICHTMAN:  Okay.

 5              (Pause in proceedings.)

 6              MR. FERNICH:  Can we speak privately?

 7              THE COURT:  This is a criminal matter.  Everything

 8  is on the record.

 9              MR. FERNICH:  Okay.

10              (Pause in proceedings.)

11              MR. FERNICH:  Your Honor, I apologize for

12  disrespecting the Court's institutional authority.

13              It's an emotional time.  It was a great loss for me

14  of a friend and esteemed colleague of this court who was a

15  mentor for me, a man who presumably has appeared before your

16  Honor quite often.  The son, who is a reputable member of the

17  bar of this court, is 1 and 1A in terms of my best friends in

18  this life and in this field.

19              I assure the Court and I apologize if there's a

20  perception that I was trying to delay this.  I absolutely was

21  not trying to do that.

22              And you don't know me as an individual.  Your Honor

23  is an emotional person; I'm an emotional person.  The son in

24  particular is somebody that I love and who's been a colleague

25  and friend of mine for 30 years in this field.  I would not be
```

A581

Proceedings                                                        48

1    the -- where I am, to the degree I'm anything in the field,

2    without the backing and support and love of certain people;

3    some of them are here in the courtroom with me today, some of

4    whom I couldn't be with today.

5            I'm here to fulfill my responsibilities to the

6    Court.  I know that I have an obligation to the Court.  I

7    worked very, very hard in the past week since we got in the

8    case to try to do exactly what I said in the opening papers,

9    which was to streamline things, to not delay things, to try to

10   be a good advocate for the Court and not raise frivolous

11   arguments, to try to present the best arguments that I could.

12   I trust that your Honor recognizes that from the caliber of

13   written submissions.

14           I apologize for losing my head with the Court.  When

15   you have a loss like this, it can affect you in deep ways.

16   This is a person that I've spent considerable time with over

17   the pandemic in Florida over the winter.  Your Honor probably

18   knows, it was a very short time frame in Jewish law to get the

19   body up here from Florida.  I didn't think that I could be

20   here.  I was advised that the ceremony would end at 1:15.

21           I wanted to go to the graveside in Elmont

22   afterwards.  My mother-in-law and father-in-law are there too.

23   There was to be a small reception after that, after which the

24   relevant participants were going to return to Florida.  And I

25   wanted to be able to do all of that today and still fulfill my

LAM        OCR        RPR

**A582**

49

1  responsibilities to the client and to the Court.  I don't mean

2  to antagonize the Court.

3            On a personal level, your Honor doesn't know me,

4  again, personally.  I've had very substantial losses over the

5  past year of people who are very close to me, and this was a

6  quasi-mentor to me and a quasi-father figure and a

7  quasi-brother.

8            And I apologize to the Court for that.

9            THE COURT:  Thank you.

10            I did know Mr. Winograd.

11            MR. FERNICH:  I know.

12            THE COURT:  And I'm very sorry for your loss and for

13  the family's loss.  Please extend my condolences to the

14  family.

15            This concludes this proceeding.  Thank you,

16  everyone.  Have a nice day.

17            MR. FERNICH:  Thank you, your Honor.

18

19            (Matter concluded.)

20

21                          ooo0ooo

22

23   I (we) certify that the foregoing is a correct transcript

     from the record of proceedings in the above-entitled matter.

24

25      /s/ Linda A. Marino              July 23, 2021

          LINDA A. MARINO                    Date

LAM      OCR      RPR

# A583

**To:** Camila Fernandez[camilafdz@yahoo.com]
**From:** Cami Fdz
**Sent:** Wed 3/4/2015 8:05:04 PM
**Subject:** WhatsApp Chat with Unknown Caller
<u>WhatsApp Chat with Unknown Caller.txt</u>



Chat history is attached as "WhatsApp Chat with Unknown Caller.txt" file to this email.

# A584

6:27pm, Jan 11 - Camila: Don't be mad

6:27pm, Jan 11 - Camila: I made a boo-boo

6:27pm, Jan 11 - Camila: I'm trying to correct it

6:28pm, Jan 11 - Camila: I didn't reschedule my sessions on Monday.

6:28pm, Jan 11 - Camila: I won't go to nyc to make up for it

6:28pm, Jan 11 - Camila: I am sorry

7:56pm, Jan 11 - Unknown Caller: Reschedule if you can now.

8:11pm, Jan 11 - Unknown Caller: I am very sad about earlier on top of this. I am also concerned about tonight.

8:22pm, Jan 11 - Camila: What about tonight?

8:26pm, Jan 11 - Unknown Caller: I may not go to winterfest... Get home early... I'm worried about r. tonight.

8:42pm, Jan 11 - Unknown Caller: ?

8:42pm, Jan 11 - Camila: Why are you worried?

8:43pm, Jan 11 - Unknown Caller: R. Damages... You attitude

9:10pm, Jan 11 - Unknown Caller: When are you home?

9:11pm, Jan 11 - Unknown Caller: Did you cancel anything tomorrow?

9:12pm, Jan 11 - Camila: I was able to cancel 1. She couldn't cancel the rest... I'm staying, not going to nyc

9:14pm, Jan 11 - Unknown Caller: When home? R.?

9:17pm, Jan 11 - Camila: When do you want me to be available?

9:21pm, Jan 11 - Unknown Caller: Maybe 11... R.? I wish you would answer aggressively with respect to r.  I have to keep asking and asking.

9:25pm, Jan 11 - Unknown Caller: ?

9:33pm, Jan 11 - Unknown Caller: ? And when are you busy tomorrow?

9:44pm, Jan 11 - Camila: Home now

9:46pm, Jan 11 - Unknown Caller: Still I have to ask again: r.? Schedule? Is it that you don't respect my questions?

9:51pm, Jan 11 - Camila: Tomorrow I am busy 8-12. What about r? I guess I don't get your question

9:53pm, Jan 11 - Unknown Caller: Interactions. Any?

10:00pm, Jan 11 - Camila: No

10:09pm, Jan 11 - Unknown Caller: I wish you said things like no honey, I love you

10:23pm, Jan 11 - Unknown Caller: I wish you cared enough so whenever there was a chance you might run into him you would eagerly tell me and report everything that happen without my having to ask... That would be more loving and caring about the situation and me...

10:23pm, Jan 11 - Camila: Yes

10:25pm, Jan 11 - Unknown Caller: Yes honey, I love you and will make it right!

10:25pm, Jan 11 - Unknown Caller: That would have given me more hope

11:25pm, Jan 11 - Unknown Caller: ?ðŸ˜¢

11:38pm, Jan 11 - Camila: Hi love

11:39pm, Jan 11 - Camila: What are you up yo?

11:39pm, Jan 11 - Camila: To

12:03am, Jan 12 - Unknown Caller: You pretty soon

12:04am, Jan 12 - Camila: Ok. Heads up?

12:42am, Jan 12 - Unknown Caller: How much lead time do you want?

12:43am, Jan 12 - Camila: 20 if possible

12:43am, Jan 12 - Unknown Caller: Ok... I'll be there in about 30

12:43am, Jan 12 - Camila: Ok

12:44am, Jan 12 - Camila: See you soon

2:58am, Jan 12 - Unknown Caller: If you don't acknowledge you can make love-making great or not, you won't and will remain at effect, not at cause. You need to reverse this bad now and make up for the damage.

2:58am, Jan 12 - Unknown Caller: Please.

2:59am, Jan 12 - Unknown Caller: If not, the next step I have to take will be horrible for both of us.

3:00am, Jan 12 - Unknown Caller: Please please please?

9:10am, Jan 12 - Unknown Caller: ?

# A585

9:11am, Jan 12 - Camila: Yes
9:13am, Jan 12 - Unknown Caller: Only a one-word answer...ðŸ˜ž
9:13am, Jan 12 - Camila: Awwww, love
9:13am, Jan 12 - Unknown Caller: Are you home?
9:13am, Jan 12 - Camila: It was meant to be Yes!
9:14am, Jan 12 - Camila: Not home. 8-12. 'Member?
9:14am, Jan 12 - Unknown Caller: Yes. But I hadn't heard a response and the whatsapp showed you hadn't been on...
9:15am, Jan 12 - Unknown Caller: Just hoping something had changed
9:18am, Jan 12 - Camila: I hadn't been on
9:23am, Jan 12 - Unknown Caller: You didn't think of me first thing...ðŸ˜¢
9:26am, Jan 12 - Camila: I did. All the way. But I ran out and couldn't pull out my phone. I did think of you. I also thought you'd say that I didn't think of you when you didn't see a text from me
9:28am, Jan 12 - Unknown Caller: Ok..
9:33am, Jan 12 - Unknown Caller: Things will be better between us today?
9:34am, Jan 12 - Camila: Yes
9:34am, Jan 12 - Unknown Caller: One word answer...ðŸ˜ž
9:35am, Jan 12 - Camila: Short and sweet
9:35am, Jan 12 - Camila: Without complications
9:36am, Jan 12 - Unknown Caller: Ok
12:29pm, Jan 12 - Camila: Hi
12:29pm, Jan 12 - Camila: What's going on?
12:30pm, Jan 12 - Camila: Are they on break?
12:30pm, Jan 12 - Camila: Rosie is asking if I can help.her pack. I just wanted to assess the situation so I can answer her
12:34pm, Jan 12 - Unknown Caller: I'm busy till about 2...
12:35pm, Jan 12 - Camila: Ok
12:34pm, Jan 12 - Unknown Caller: Be home then...
12:35pm, Jan 12 - Camila: I'll help her for a bit then I'll head home
12:35pm, Jan 12 - Unknown Caller: Text me something great...
12:35pm, Jan 12 - Camila: Something great
12:35pm, Jan 12 - Camila: ðŸ˜˜
12:36pm, Jan 12 - Camila: I like big butts and I cannot lie...
12:38pm, Jan 12 - Unknown Caller: Cute! But now for tea...
12:38pm, Jan 12 - Unknown Caller: Real
12:39pm, Jan 12 - Camila: Mmmm
12:39pm, Jan 12 - Camila: Things will be better
12:42pm, Jan 12 - Unknown Caller: Specifically...
1:40pm, Jan 12 - Unknown Caller: Why do you not get specific?
1:42pm, Jan 12 - Camila: I will want you more
1:47pm, Jan 12 - Unknown Caller: You can stay longer if you want... I'll let you know..
1:55pm, Jan 12 - Unknown Caller: I'll see you around 2:45
2:09pm, Jan 12 - Camila: Ok
2:51pm, Jan 12 - Camila: Can we meet after readiness?
2:58pm, Jan 12 - Unknown Caller: Yes
3:07pm, Jan 12 - Unknown Caller: Home?
3:07pm, Jan 12 - Unknown Caller: Are you?
6:31pm, Jan 12 - Camila: When did you leave????
6:32pm, Jan 12 - Unknown Caller: 5:00 or so...
6:33pm, Jan 12 - Camila: What??? Really?
6:33pm, Jan 12 - Camila: I thought I still felt you here but the bed was empty
6:33pm, Jan 12 - Camila: (Your side...)
6:34pm, Jan 12 - Unknown Caller: Yes my love... I've been wondering if you're ok...
6:35pm, Jan 12 - Camila: My body hurts
6:34pm, Jan 12 - Unknown Caller: (Your side...)?
6:35pm, Jan 12 - Camila: I think I'm fighting something

# A586

6:35pm, Jan 12 - Camila: Yes. Your side
6:35pm, Jan 12 - Camila: Your side was empty. It'd be really scary if my side was also empty
6:35pm, Jan 12 - Unknown Caller: Yes... I think you are fighting something... Do you remember making love...
6:35pm, Jan 12 - Camila: Yes
6:35pm, Jan 12 - Unknown Caller: Twice...
6:36pm, Jan 12 - Camila: ????
6:36pm, Jan 12 - Camila: What? No!
6:36pm, Jan 12 - Unknown Caller: Just teasing...
6:36pm, Jan 12 - Camila: Jajaja
6:37pm, Jan 12 - Camila: What's going on tomorrow morning?
6:37pm, Jan 12 - Unknown Caller: I'm about to be busy... Don't stop texting, it keeps me company and I might get free...
6:37pm, Jan 12 - Camila: Lucy is asking me to cover her shift cuz she was just asked to work
6:37pm, Jan 12 - Camila: In the kitchen
6:37pm, Jan 12 - Unknown Caller: I will likely try to see you tomorrow morning but I don't know...
6:38pm, Jan 12 - Camila: Ok. But what's going on?
6:38pm, Jan 12 - Camila: More coach summit?
6:38pm, Jan 12 - Unknown Caller: No, but related meetings while people are in town ...
6:39pm, Jan 12 - Camila: Ah. Ok
6:39pm, Jan 12 - Unknown Caller: I ache for your love! And your body too!
6:39pm, Jan 12 - Camila: Should I say yes to covering her shift?
6:40pm, Jan 12 - Unknown Caller: What time?
6:54pm, Jan 12 - Camila: Not sure. Maybe 9-12
6:54pm, Jan 12 - Camila: Let me ask
6:54pm, Jan 12 - Unknown Caller: That's the more likely time I can see you potentially...
6:55pm, Jan 12 - Camila: Ok
6:55pm, Jan 12 - Camila: Ley me see what she says
6:55pm, Jan 12 - Unknown Caller: Ok love...
6:55pm, Jan 12 - Camila: 11:30-1:30 or 8:30-10:30
6:56pm, Jan 12 - Camila: 8:30-10:30pm?
6:56pm, Jan 12 - Camila: Am
6:57pm, Jan 12 - Unknown Caller: I don't know yet... I'm sorry... I wish you could wait till last minute...
6:57pm, Jan 12 - Camila: I can't
6:58pm, Jan 12 - Camila: Should I just say no?
6:57pm, Jan 12 - Unknown Caller: What do you want?
6:58pm, Jan 12 - Camila: I don't really want to do it but I want to support Lucy and it seems like they need her
6:59pm, Jan 12 - Unknown Caller: Say no then... They'll be fine...
9:01pm, Jan 12 - Unknown Caller: 10:30 volleyball so far...
9:14pm, Jan 12 - Unknown Caller: 10:30 it is!
9:17pm, Jan 12 - Camila: Gotcha
10:31pm, Jan 12 - Unknown Caller: ?
10:32pm, Jan 12 - Camila: Wondering if.uou were driving
10:34pm, Jan 12 - Unknown Caller: Likely... I'll text in a minute
10:36pm, Jan 12 - Camila: Ok
10:43pm, Jan 12 - Unknown Caller: Coming to pick you up outside home...
10:44pm, Jan 12 - Camila: I came to Wilton just in case
10:44pm, Jan 12 - Camila: Where r u coming from?
10:46pm, Jan 12 - Unknown Caller: Home toward you now
12:32pm, Jan 13 - Unknown Caller: I am really sad. I asked you to text me a lot last night; that it was important; that I had a hard 36 hours coming up. Nothing.ðŸ˜¢
12:34pm, Jan 13 - Camila: Sorry, love. I was feeling like crap. I don't know what's going on with my body
12:34pm, Jan 13 - Camila: How arr you?
12:43pm, Jan 13 - Unknown Caller: Very heartbroken with us. Going throught the Jness material, hurting over what happened with r., wondering if you'll see, change, and fix, thinking of our sex, the importance of

## A587

your desire, oral sex, various other things... Wondering about 5:30 and seeing you...

12:44pm, Jan 13 - Camila: Yes. I'll be,available for you at 5:30

12:45pm, Jan 13 - Unknown Caller: Nothing else about the other stuff?ðŸ˜¢

12:47pm, Jan 13 - Camila: Ok. Well, I am working on it and it is already getting better

12:58pm, Jan 13 - Unknown Caller: Can I feel loved by you, and chosen by you, where you would do anything for me, and more, than you would do for r. before I go into this training with both of you?

1:03pm, Jan 13 - Camila: Yes

1:13pm, Jan 13 - Unknown Caller: So am hurting over what happened last Jness that was never completely repaired...

1:15pm, Jan 13 - Camila: I thought it was

1:15pm, Jan 13 - Camila: I talked to.him

1:17pm, Jan 13 - Unknown Caller: That's why I said not completely... There is my faith in you, your faith in you, your conscience and public perception... Some of these were made worse the other day at volleyball...

1:31pm, Jan 13 - Camila: What happened at vball?

1:35pm, Jan 13 - Unknown Caller: When you felt humiliated. That was bad for us and me. Had you simple done the shake thing you always do it would have been good. Please don't make a reason this was ok.ðŸ˜¢

1:35pm, Jan 13 - Camila: Simply

1:35pm, Jan 13 - Unknown Caller: The pride was bad, the effects bad too.

1:36pm, Jan 13 - Camila: No offense, but there was no problem until you made it a problem

1:39pm, Jan 13 - Unknown Caller: There was a huge problem before and you didn't see it. My problems are that you didn't see it, your pride thereby feeling humiliated, and your response now which is a defensive blame. If you want to help us now be sorry, and see how you are completely at fault.

1:40pm, Jan 13 - Unknown Caller: I made it a problem so you could see and to lessen damages which I did... To some degree...

1:43pm, Jan 13 - Camila: That makes more sense

1:43pm, Jan 13 - Camila: Okay

1:47pm, Jan 13 - Unknown Caller: I love you!

7:18pm, Jan 13 - Unknown Caller: I wish you were where you need to be. I just heard information about Pam that is very hard. I could really have used your showing me hope, humility, aggressive care, and loyalty.

7:19pm, Jan 13 - Unknown Caller: I wish I believed I was your king and you desperately wanted me in every way.

7:20pm, Jan 13 - Unknown Caller: I also wish you were more responsive...

7:35pm, Jan 13 - Camila: Oops. Sorry about that. Didn't hear it at all

7:36pm, Jan 13 - Camila: Thanks for the call

7:36pm, Jan 13 - Unknown Caller: And... ?

7:36pm, Jan 13 - Camila: I am sorry about Pam. How are you?

7:37pm, Jan 13 - Camila: Without needing to tell me details, are you okay?

7:37pm, Jan 13 - Unknown Caller: There is definitely hope

7:37pm, Jan 13 - Camila: For us, I mean

7:37pm, Jan 13 - Unknown Caller: Yes and no... Hoped for more from you...

7:38pm, Jan 13 - Unknown Caller: It takes me a bit to transition, still not too good at that

7:38pm, Jan 13 - Camila: Sorry

8:22pm, Jan 13 - Unknown Caller: I wish it were tonight.

8:23pm, Jan 13 - Unknown Caller: Transition from what to what?

8:24pm, Jan 13 - Camila: To soft and caring

8:42pm, Jan 13 - Unknown Caller: ?ðŸ˜¢

8:43pm, Jan 13 - Camila: What?

8:44pm, Jan 13 - Unknown Caller: Something anything?

8:55pm, Jan 13 - Camila: Thank you for putting up with me and helping me, even when it doesn't feel that way. I love you

9:01pm, Jan 13 - Unknown Caller: How will I face tomorrow with you and r.?

9:08pm, Jan 13 - Camila: How?

9:19pm, Jan 13 - Unknown Caller: You need to be proactive and not ask me how...

## A588

9:20pm, Jan 13 - Camila: No. I didn't understand your question
10:28pm, Jan 13 - Unknown Caller: Nothing to help me for tomorrow?
10:29pm, Jan 13 - Camila: I'll be thinking of you and just you
11:06pm, Jan 13 - Unknown Caller: And...
11:07pm, Jan 13 - Camila: And.... I'll be mindful
11:17pm, Jan 13 - Unknown Caller: Can you give me more... ? I
11:18pm, Jan 13 - Unknown Caller: am very sad...
11:21pm, Jan 13 - Camila: Why are you sad?
11:21pm, Jan 13 - Camila: More? Like what?
11:27pm, Jan 13 - Unknown Caller: There are things with Pam... But also us. There is the alternate world. There is where we could have been now if things had been different over the last 6 months, and now this training. I don't know if you will have a strong enough attitude. There is something major I am eliminating because we didn't make it to were we need to be. I also can't get you to be aggressive and proactive, instead of surprising me with your extreme effort, time spent and resourcefulness, you wait and ask how... I wish you could give me something, some promise, vow or action that would lighten my sorrow and concern.
11:28pm, Jan 13 - Camila: I didn't ask how!!!!
11:28pm, Jan 13 - Camila: I just couldn't understand your question
11:28pm, Jan 13 - Unknown Caller: Or what... Or be defensive...
11:28pm, Jan 13 - Camila: Lol. Sorry
11:29pm, Jan 13 - Unknown Caller: ?
11:31pm, Jan 13 - Camila: I thought I had already given you something
11:31pm, Jan 13 - Camila: Thoughts of you and mindfulness
11:31pm, Jan 13 - Camila: Not enough?
11:45pm, Jan 13 - Unknown Caller: Up to you is more possible? If so, why not offer it? If not, then not enough has no possible good answer...
11:47pm, Jan 13 - Unknown Caller: Last time you promised mindfulness and extreme caution.
11:47pm, Jan 13 - Unknown Caller: And promised there would be no problems.
11:49pm, Jan 13 - Camila: I didn't "promise" but whatever, it's irrelevant to the point. True
11:51pm, Jan 13 - Camila: I don't know what to say differently, then
11:52pm, Jan 13 - Unknown Caller: I could tell you or you could be resourceful and aggressively proactive, or it can drop and nothing more.
11:53pm, Jan 13 - Unknown Caller: I love you in any case.
11:54pm, Jan 13 - Unknown Caller: Btw... I specifically had you use the word promise, in part, because precisely your promises are at issue. It would not have been as important without it then.
11:55pm, Jan 13 - Unknown Caller: You change these things sometimes. Remember, even going to the training was at issue.
11:55pm, Jan 13 - Camila: Ok
11:56pm, Jan 13 - Unknown Caller: I will wait until either something or nothing.
11:56pm, Jan 13 - Camila: ?
12:23am, Jan 14 - Unknown Caller: This is really awful. After what I said you return only a question mark. Is it that this is just a game? Do you not care for me? At first I thought it was a funny joke - the worst response, totally missing the point to be funny, after I just explain such responses - but you've texted nothing more. I am completely heartbroken and feel played.
12:23am, Jan 14 - Camila: No, love. I keep reading it and can't understand it. I was hoping you'd explain
12:24am, Jan 14 - Camila: Sorry, didn't mean to upset you
12:24am, Jan 14 - Unknown Caller: What's to explain?
12:24am, Jan 14 - Camila: I will wait until either something or nothing.
12:24am, Jan 14 - Camila: I can't understand the phrasing
12:26am, Jan 14 - Unknown Caller: I was waiting for you to demonstrate resourcefulness, aggressive caring. You would demonstrate that by some affirmative offer or giving something more. Not asking how or what or for me to explain. You answered that with a question mark.
12:27am, Jan 14 - Camila: Yes, because I couldn't understand your question/statement
12:27am, Jan 14 - Unknown Caller: If you said nothing it would mean you were not going to be proactive.
12:28am, Jan 14 - Camila: Ooooooh. No
12:28am, Jan 14 - Camila: That's not what it means

# A589

12:28am, Jan 14 - Unknown Caller: In a sense it should not matter. Because you thought you didn't understand you just sat and did nothing... Instead of doing positive things while trying to understand.

12:30am, Jan 14 - Unknown Caller: I wanted some proactive and not just responsive... Therefore I had to wait for you to be proactive... All you did was put the ball back in my lap with a question mark and doing nothing more...

12:31am, Jan 14 - Camila: "I love you in any case." he said....

12:32am, Jan 14 - Unknown Caller: That's true... Why did you just type that?

12:32am, Jan 14 - Camila: I am going in there with you in my mind. Why are you so upset?

12:33am, Jan 14 - Camila: Because you seem very upset

12:33am, Jan 14 - Unknown Caller: It feels ugly to me

12:33am, Jan 14 - Camila: Oh no. Why?

12:33am, Jan 14 - Unknown Caller: So?

12:34am, Jan 14 - Camila: Love, what's going on and how can I help you/

12:34am, Jan 14 - Camila: ?

12:34am, Jan 14 - Unknown Caller: You can't be proactive it seems... I have to ask you for more... It's sad...

12:34am, Jan 14 - Camila: No, you don't

12:35am, Jan 14 - Unknown Caller: Then I'll wait for you. The ball is in your court.

12:35am, Jan 14 - Camila: Wait for what?

12:35am, Jan 14 - Unknown Caller: Proactive resourceful

12:36am, Jan 14 - Camila: I already told you I am going in there with you, for you. What do you want?

12:36am, Jan 14 - Unknown Caller: Ball in my court?

12:37am, Jan 14 - Camila: No

12:37am, Jan 14 - Camila: Stop pushing

12:38am, Jan 14 - Unknown Caller: Prove it. Either there is more you can offer or not

12:38am, Jan 14 - Unknown Caller: See...

12:38am, Jan 14 - Camila: See?

12:38am, Jan 14 - Unknown Caller: It's not pushing and you can not push a proactive person.

12:39am, Jan 14 - Camila: True

12:39am, Jan 14 - Unknown Caller: Only one looking to wait and pass the ball...

12:40am, Jan 14 - Unknown Caller: Your saying I'm pushing means you don't care enough to be proactive

12:42am, Jan 14 - Unknown Caller: It hurts you don't respond and be proactive

12:46am, Jan 14 - Camila: No. I just get really nervous when you are upset

12:47am, Jan 14 - Camila: I will be strong

1:30am, Jan 14 - Camila: Do you want more, love?

1:30am, Jan 14 - Camila: How can I put your mind at ease?

1:35am, Jan 14 - Unknown Caller: Don't ask me how. Show me proactively.

1:36am, Jan 14 - Unknown Caller: Figure it out without asking.

1:36am, Jan 14 - Camila: Sorry. I was trying to be soft. I am sorry

1:38am, Jan 14 - Unknown Caller: I know. But you can be proactively soft.

1:45am, Jan 14 - Unknown Caller: ðŸ˜¢

1:50am, Jan 14 - Camila: I'm getting very anxy because I don't understand what you want. I thought we were done with the questions. Why the sad face, then?

1:54am, Jan 14 - Unknown Caller: You take this wrong. I am very sad. I wish you could see how you are not proactive and then be proactive. That would warm my heart. Instead, you answer with questions which is the opposite.

1:56am, Jan 14 - Camila: Karo Swen - Pole Dance - Artwork 1 Tha Trickaz - YouTube https://m.youtube.com/watch?v=rCRP-5om_3Y

1:57am, Jan 14 - Camila: That is a little off-topic, I know

1:57am, Jan 14 - Camila: Thought you'd appreciate it

2:35am, Jan 14 - Unknown Caller: Do you want her?

3:16am, Jan 14 - Camila: Hi love

3:17am, Jan 14 - Camila: No, but she's very graceful and makes it look easy

3:17am, Jan 14 - Unknown Caller: Hey!

3:17am, Jan 14 - Camila: I can't sleep

# A590

3:17am, Jan 14 - Camila: I'd rather text you
3:17am, Jan 14 - Camila: ðŸ˜˜
3:17am, Jan 14 - Unknown Caller: Yeah... She's sorta scrawney...
3:17am, Jan 14 - Camila: You think?
3:18am, Jan 14 - Unknown Caller: Probably not a virgin, but ok as a slave...
3:18am, Jan 14 - Camila: I think she's hot but not appealing
3:18am, Jan 14 - Camila: Ha
3:18am, Jan 14 - Camila: Do you still want a slave?
3:18am, Jan 14 - Unknown Caller: Yeah... I don't find her appealing but interesting as a slave...
3:19am, Jan 14 - Unknown Caller: Only if you do!
3:19am, Jan 14 - Camila: I can look for a slave...
3:19am, Jan 14 - Camila: Really?????
3:19am, Jan 14 - Unknown Caller: What do you mean? Of course...
3:20am, Jan 14 - Camila: Any preferences in looks?
3:20am, Jan 14 - Camila: What do you want in a slave?
3:21am, Jan 14 - Unknown Caller: Ideally, want would you like?
3:21am, Jan 14 - Camila: I like them younger than me but don't mind if she's older
3:21am, Jan 14 - Camila: Brunette or blonde
3:22am, Jan 14 - Camila: Not talk
3:22am, Jan 14 - Camila: Or not too talk
3:22am, Jan 14 - Camila: Innocent looking... Hehe
3:22am, Jan 14 - Unknown Caller: Virgin?
3:23am, Jan 14 - Camila: For me? No. For you? Yes
3:23am, Jan 14 - Camila: Oh. That was TALL, not talk
3:24am, Jan 14 - Unknown Caller: Can have more than one... But if you found a successor, we could be together forever...
3:24am, Jan 14 - Camila: Ok
3:25am, Jan 14 - Unknown Caller: I like shorter than me, younger than you is fine just so they have character which they would have to prove through obedience
3:25am, Jan 14 - Camila: Got it
3:26am, Jan 14 - Unknown Caller: And...?
3:26am, Jan 14 - Camila: Hmmm... Do you mean obedience as in slave-type obedience?
3:28am, Jan 14 - Unknown Caller: Yes, but in other ways too... Obedience is good don't you think? Wink wink
3:29am, Jan 14 - Camila: Not in the slave type. I'm not into that but yes
3:29am, Jan 14 - Camila: I don't like the whole dominatrix thing
3:31am, Jan 14 - Unknown Caller: Yes. But if you now obeyed me absolutely we would be better off.
3:31am, Jan 14 - Unknown Caller: Obedience for her in the form of tests of loyalty... Wink wink
3:32am, Jan 14 - Camila: That's why I said "but yes".. I'm agreeing with you, fyi
3:35am, Jan 14 - Unknown Caller: So when will you locate a first candidate we can consider?
3:35am, Jan 14 - Camila: In the next few days
3:36am, Jan 14 - Camila: I'll look locally
3:36am, Jan 14 - Camila: But not within the community
3:36am, Jan 14 - Camila: Unless you want me to
3:37am, Jan 14 - Unknown Caller: I agree. It would have to be a rare circumstance to find someone within this community... How will you look outside?
3:37am, Jan 14 - Camila: Idk yet. Will figure it out
3:40am, Jan 14 - Unknown Caller: You might be able to get help (unbeknownst to the giver of the help) by people in the community... Some of them would bring you to people in Mexico though so more difficult...
3:40am, Jan 14 - Camila: ??? In mx?
3:41am, Jan 14 - Camila: Why mx?
3:42am, Jan 14 - Unknown Caller: Some of the women who might aid you are from there or Texas...
3:43am, Jan 14 - Camila: I'm not following. I am so sorry
3:43am, Jan 14 - Camila: R we still talking about a girl?
3:44am, Jan 14 - Unknown Caller: Yes.
3:44am, Jan 14 - Camila: Ok......

# A591

3:45am, Jan 14 - Unknown Caller: Some of our community members have non-community friends of the proper age etc... Mostly from Mexico I think...
3:45am, Jan 14 - Camila: I'm going to try to sleep again...
3:46am, Jan 14 - Camila: Ok. Gotcha
3:46am, Jan 14 - Unknown Caller: I have to work also... But it lifts my heart to hear from you!
3:46am, Jan 14 - Camila: ðŸ˜´
3:46am, Jan 14 - Unknown Caller: â•¤
7:03am, Jan 14 - Unknown Caller: Enjoy today my love!ðŸ˜•
8:08am, Jan 14 - Camila: Morning
9:56am, Jan 14 - Camila: ?
9:57am, Jan 14 - Camila: Are you coming in today?
9:57am, Jan 14 - Camila: What time are you coming?
5:07pm, Jan 14 - Unknown Caller: How's it going?
5:30pm, Jan 14 - Unknown Caller: I was sad you did not text during lunch.
5:38pm, Jan 14 - Unknown Caller: You get online yet don't write.
5:39pm, Jan 14 - Unknown Caller: I would think you would want to at least be reassuring considering the past.
5:40pm, Jan 14 - Unknown Caller: When you font text it seems like you do not care at all.
5:40pm, Jan 14 - Camila: Dont
6:10pm, Jan 14 - Unknown Caller: I wish you would write. I've gone back and forth with several women in the intensive, on quite extensive matters, yet I have not gotten a word from you. Am I really that unimportant?
7:40pm, Jan 14 - Camila: No, love
7:40pm, Jan 14 - Camila: I have a shitty phone
7:40pm, Jan 14 - Camila: I can only charge a little bit at a time
7:44pm, Jan 14 - Camila: It has been intense emotionally
7:44pm, Jan 14 - Camila: I am a little overwhelmed
7:44pm, Jan 14 - Camila: How are you?
7:45pm, Jan 14 - Camila: Do you miss me?
7:45pm, Jan 14 - Camila: I have been thinking of getting a girl
7:56pm, Jan 14 - Unknown Caller: Why didn't you text during lunch?
7:56pm, Jan 14 - Camila: I am staff
7:57pm, Jan 14 - Camila: But honestly I've been a little out of it
7:57pm, Jan 14 - Camila: I feel very overwhelmed
7:57pm, Jan 14 - Unknown Caller: Why?
7:57pm, Jan 14 - Camila: I am sorry, love
7:57pm, Jan 14 - Camila: Because of the first intake sheet
7:58pm, Jan 14 - Camila: Your choice of questions
7:59pm, Jan 14 - Unknown Caller: Why did that affect you negatively?
8pm, Jan 14 - Camila: <Media omitted>
8:00pm, Jan 14 - Camila: A little bit
8:00pm, Jan 14 - Unknown Caller: Is she available?
8:00pm, Jan 14 - Camila: I can find out
8:00pm, Jan 14 - Unknown Caller: Fits the profile... Do you?
8:01pm, Jan 14 - Camila: She might be. Then I have to ask if she minds my older bf
8:01pm, Jan 14 - Unknown Caller: One step at a time
8:02pm, Jan 14 - Camila: <Media omitted>
8:03pm, Jan 14 - Camila: <Media omitted>
8:04pm, Jan 14 - Camila: <Media omitted>
8:06pm, Jan 14 - Unknown Caller: The first is the best for me. She also looks energetically best
8:07pm, Jan 14 - Unknown Caller: Why upset by the question?
8:08pm, Jan 14 - Unknown Caller: On the intake form. What part upsets you?
8:10pm, Jan 14 - Unknown Caller: What are their names? My assumption is they are non-espians... Tinder derived or the like..
8:10pm, Jan 14 - Camila: Right. Non espians
8:10pm, Jan 14 - Unknown Caller: Cool.

# A592

8:10pm, Jan 14 - Unknown Caller: Tinder?
8:11pm, Jan 14 - Camila: Yes
8:11pm, Jan 14 - Camila: Cool app
8:11pm, Jan 14 - Unknown Caller: Can you answer my other question?
8:13pm, Jan 14 - Unknown Caller: Do you know what these candidates are looking for?
8:14pm, Jan 14 - Unknown Caller: Can I trust you are not looking at men?
8:22pm, Jan 14 - Camila: ???
8:22pm, Jan 14 - Camila: My kidney really hurts
8:27pm, Jan 14 - Camila: Is there vball tonight?
8:27pm, Jan 14 - Camila: Love
8:27pm, Jan 14 - Camila: What do you think about me driving hone tonight?
8:28pm, Jan 14 - Camila: Rosie's car
8:39pm, Jan 14 - Unknown Caller: Ok... park discretely... Volleyball is tonight... You still haven't
answered...
8:40pm, Jan 14 - Camila: Oh
8:40pm, Jan 14 - Unknown Caller: Oh?
8:40pm, Jan 14 - Camila: The part that I think you base those things on me
8:40pm, Jan 14 - Camila: I feel suffocated
8:41pm, Jan 14 - Camila: Btw, my right kidney really hurts
8:41pm, Jan 14 - Unknown Caller: Why suffocated? Drink water... I can check it... Or Brandon is there....
8:42pm, Jan 14 - Camila: I have been drinking water all day
8:42pm, Jan 14 - Camila: Idk why suffocated
8:43pm, Jan 14 - Unknown Caller: The suffocation might be something from long ago you need to
conquer to be able to fix things in general...
8:43pm, Jan 14 - Camila: Ok
8:44pm, Jan 14 - Camila: I love you
8:44pm, Jan 14 - Unknown Caller: Suffocation is a common thing in such instances... I love you more...
8:45pm, Jan 14 - Unknown Caller: What does your picture look like on tinder?
8:45pm, Jan 14 - Camila: I have been peeing a lot all day
8:45pm, Jan 14 - Camila: So I've been drinking accordingly
8:45pm, Jan 14 - Camila: It hurts. It is very uncomfortable
8:45pm, Jan 14 - Unknown Caller: Sounds like a potential bladder thing... Ask Brandon discretely...
8:46pm, Jan 14 - Unknown Caller: Oh honey!
8:46pm, Jan 14 - Camila: <Media omitted>
8:47pm, Jan 14 - Camila: They get it from Facebook
8:47pm, Jan 14 - Unknown Caller: You're beautiful but it doesn't do you justice! You haven't answered my
other question about tinder...
8:48pm, Jan 14 - Camila: I thought I did
8:48pm, Jan 14 - Camila: Sorry
8:48pm, Jan 14 - Camila: I got there for girls
8:48pm, Jan 14 - Unknown Caller: I need not worry?
8:49pm, Jan 14 - Camila: Do not worry
8:48pm, Jan 14 - Unknown Caller: Anything with r. today?
8:49pm, Jan 14 - Camila: No
8:49pm, Jan 14 - Camila: Nothing
8:49pm, Jan 14 - Unknown Caller: How do you feel towards him?
8:50pm, Jan 14 - Camila: Ifk. I feel overwhelmed in general
8:50pm, Jan 14 - Unknown Caller: Have those candidates also expressed interest in you?
8:50pm, Jan 14 - Camila: Yes
8:50pm, Jan 14 - Camila: Love
8:50pm, Jan 14 - Camila: I need to go
8:50pm, Jan 14 - Unknown Caller: Later?
8:50pm, Jan 14 - Unknown Caller: Volleyball?
8:51pm, Jan 14 - Camila: I haven't been answering important questions to talk to you
8:51pm, Jan 14 - Camila: Maybe
8:51pm, Jan 14 - Camila: Most likely yes

# A593

8:51pm, Jan 14 - Unknown Caller: Go! Learn, fix, enjoy!
8:51pm, Jan 14 - Unknown Caller: I love you!
10:08pm, Jan 14 - Camila: Brandon said it was not kidney
10:08pm, Jan 14 - Camila: Pheeew
10:09pm, Jan 14 - Camila: It still hurts thou
10:09pm, Jan 14 - Camila: Gh
10:19pm, Jan 14 - Unknown Caller: Bad chairs maybe...
11:15pm, Jan 14 - Unknown Caller: Driving to volleyball now...
4:12am, Jan 15 - Unknown Caller: I suspect you're not up... Just checking in case... Missing you! Btw, I suspect I'm a pretty sellable guy beyond being just an older boyfriend... Maybe a more marketing sensitive approach may be useful...
7:38am, Jan 15 - Unknown Caller: Love, hope you're feeling better this morning... Keep in touch, really! â•¤
7:51am, Jan 15 - Camila: I'm up
7:51am, Jan 15 - Camila: Hurting a lot
9:17am, Jan 15 - Camila: How are you?
2:11pm, Jan 15 - Camila: So?
2:11pm, Jan 15 - Camila: How arr you?
2:19pm, Jan 15 - Unknown Caller: Bad decision from the appeals court re: Gaelyn. Very sad. How are things, please tell me...
2:17pm, Jan 15 - Camila: What happened?
2:17pm, Jan 15 - Camila: Don't just leave me hanging!
2:24pm, Jan 15 - Unknown Caller: Appeal denied. The appeal is complex. All thought it was pretty clear. But...
2:19pm, Jan 15 - Camila: So what does that mean, then?
2:28pm, Jan 15 - Unknown Caller: Have to appeal the appeal to state supreme court or start over.
2:23pm, Jan 15 - Camila: Shit
2:23pm, Jan 15 - Camila: ðŸ˜¢
2:29pm, Jan 15 - Unknown Caller: Please tell me about you, and us.
2:24pm, Jan 15 - Camila: The material is good. It helps
2:24pm, Jan 15 - Camila: I had one question for you
2:31pm, Jan 15 - Unknown Caller: Which is? Btw anything w/r.? How did you feel last night?
2:26pm, Jan 15 - Camila: I'm not sure how to describe.it. I didn't want to look his way
2:32pm, Jan 15 - Unknown Caller: That could mean a number of things...
2:26pm, Jan 15 - Camila: What was the reason you told Karen not to group me with r?
2:33pm, Jan 15 - Unknown Caller: Are you asking why or what reason was given?
2:28pm, Jan 15 - Camila: What reason was given
2:34pm, Jan 15 - Unknown Caller: What did Karen say? I put it in a broad context of several interrelationships. She knows nothing from me.
2:29pm, Jan 15 - Camila: She told me you told her not to put me with him
2:35pm, Jan 15 - Unknown Caller: What brought it up?
2:30pm, Jan 15 - Camila: The groups
2:30pm, Jan 15 - Camila: Can you please just tell me?
2:36pm, Jan 15 - Unknown Caller: You asked her?
2:36pm, Jan 15 - Unknown Caller: I just did.
2:31pm, Jan 15 - Camila: It doesn't really fit
2:37pm, Jan 15 - Unknown Caller: It was a grocery list of things as if it could have nothing to do with either of you possibly...
2:32pm, Jan 15 - Camila: You are not being precise. Thank you
2:38pm, Jan 15 - Unknown Caller: I was very careful. Why would this upset you? I would think you would be relieved?
2:38pm, Jan 15 - Unknown Caller: I am being precise.
2:33pm, Jan 15 - Camila: Because I don't know what you told her. I didn't want her to know or even suspect
2:41pm, Jan 15 - Unknown Caller: She doesn't. I speak of system things. At times such restrictions do not involve the direct people. For example, hypothetically, Sue has a crush on Bob and is jealous of Lisa.

# A594

Neither Bob or Lisa know this. We might avoid having Bob with Lisa.
2:41pm, Jan 15 - Unknown Caller: What did Karen say? How did it come up?
2:44pm, Jan 15 - Unknown Caller: ???
2:45pm, Jan 15 - Unknown Caller: I wish you wouldn't allow a drop of communication in the middle of a conversation.
2:50pm, Jan 15 - Camila: I already answered that
2:54pm, Jan 15 - Unknown Caller: Please don't say that... Did you bring it up?
3:04pm, Jan 15 - Unknown Caller: ?
3:05pm, Jan 15 - Camila: I hinted at not wanting to be put with him
3:06pm, Jan 15 - Camila: Sorry. I started texting and got distracted with readiness
3:06pm, Jan 15 - Camila: I did not disclose anything
3:06pm, Jan 15 - Camila: She said she already knew so that was that
3:06pm, Jan 15 - Unknown Caller: That makes sense. How are we?
3:07pm, Jan 15 - Camila: We are okay
3:07pm, Jan 15 - Camila: Good
3:07pm, Jan 15 - Unknown Caller: How can we be great, fantastic, unbelievably good?
3:07pm, Jan 15 - Camila: Idk
3:07pm, Jan 15 - Unknown Caller: Please know.
3:07pm, Jan 15 - Unknown Caller: Help me.
3:08pm, Jan 15 - Camila: What's up?
3:08pm, Jan 15 - Camila: U ok?
3:08pm, Jan 15 - Unknown Caller: No. Between you, Pam and Gaelyn it's rough. I was hoping you would be great at least.
3:09pm, Jan 15 - Unknown Caller: We
3:10pm, Jan 15 - Camila: I'm sorry it is so rough, love
3:10pm, Jan 15 - Unknown Caller: You can fix and control us.
3:11pm, Jan 15 - Unknown Caller: That would make a huge difference to me.
3:11pm, Jan 15 - Unknown Caller: It would help me be strong with the other things instead of the opposite.
3:12pm, Jan 15 - Unknown Caller: ?
3:12pm, Jan 15 - Camila: Ok
3:12pm, Jan 15 - Camila: I saw it
3:12pm, Jan 15 - Camila: I copy
3:13pm, Jan 15 - Unknown Caller: Give me something to know there is more than just seeing it if you can...
3:13pm, Jan 15 - Unknown Caller: I have no one but you.
7:50pm, Jan 15 - Camila: Omg
7:50pm, Jan 15 - Camila: Just finished the disquisition
7:51pm, Jan 15 - Camila: I couldn't stay awake!
7:51pm, Jan 15 - Camila: ðŸ˜žðŸ˜¤
7:52pm, Jan 15 - Unknown Caller: And how are we?
7:53pm, Jan 15 - Camila: We arr goof
7:53pm, Jan 15 - Camila: Good
7:53pm, Jan 15 - Camila: Omg. Sorry. Not goof!
8:04pm, Jan 15 - Unknown Caller: We are goof! Ah! A silly relationship...
8:08pm, Jan 15 - Camila: Hahahahaha
8:16pm, Jan 15 - Unknown Caller: Tell me how much you love me...
8:59pm, Jan 15 - Unknown Caller: ???
8:59pm, Jan 15 - Unknown Caller: ðŸ˜¢
8:59pm, Jan 15 - Camila: How?
9:00pm, Jan 15 - Camila: With my goat
9:00pm, Jan 15 - Camila: Gut
9:00pm, Jan 15 - Camila: Heart
9:00pm, Jan 15 - Camila: Vagina
9:00pm, Jan 15 - Unknown Caller: Don't do the asking thing... Just do it all!
9:00pm, Jan 15 - Camila: ?

# A595

9:00pm, Jan 15 - Unknown Caller: I wish you didn't have to ask you to say how much you love me...
9:03pm, Jan 15 - Camila: I didn't
9:03pm, Jan 15 - Unknown Caller: Didn't what?
9:06pm, Jan 15 - Camila: I didn't ask
9:08pm, Jan 15 - Unknown Caller: I asked. Maybe I'm not understanding...
9:08pm, Jan 15 - Unknown Caller: You didn't ask what?
9:08pm, Jan 15 - Camila: Oh.
9:08pm, Jan 15 - Camila: No
9:09pm, Jan 15 - Camila: I misunderstanding
9:08pm, Jan 15 - Unknown Caller: Oh. No. What?
9:09pm, Jan 15 - Camila: Misunderstood
9:09pm, Jan 15 - Unknown Caller: What did you misunderstand?
9:09pm, Jan 15 - Camila: Let me finish before you ask the whats
10:34pm, Jan 15 - Unknown Caller: No extreme expressions of love?
10:35pm, Jan 15 - Camila: Not now
10:35pm, Jan 15 - Camila: ðŸ˜¤
10:34pm, Jan 15 - Unknown Caller: Later?
10:35pm, Jan 15 - Camila: ðŸ˜¡
10:35pm, Jan 15 - Unknown Caller: At me?
10:35pm, Jan 15 - Camila: ðŸ˜‹
10:35pm, Jan 15 - Camila: Men
10:36pm, Jan 15 - Camila: You are in that category
10:36pm, Jan 15 - Camila: Right?
10:35pm, Jan 15 - Unknown Caller: Good. We deserve it to some degree
10:36pm, Jan 15 - Camila: You have a penis...
10:43pm, Jan 15 - Unknown Caller: This is hard there are certain things that would be very good for me to say but they would hurt the training.
1:50am, Jan 16 - Unknown Caller: Why don't you text me? It seems like you text others...
1:51am, Jan 16 - Camila: I'm feeling a little angry. Don't really want to text
1:52am, Jan 16 - Camila: I'm not texting others. I'm reading the texts written on the staff thread
1:53am, Jan 16 - Unknown Caller: But, although I'm male, I am different in many ways, I am also creating the curriculum, and we have a much deeper relationship than many...
1:53am, Jan 16 - Unknown Caller: Don't be mad towards me...
1:54am, Jan 16 - Unknown Caller: I won't see you then if you want your privacy... We'll text tomorrow?
1:55am, Jan 16 - Camila: Yes
1:55am, Jan 16 - Camila: R u going in tomorrow?
1:56am, Jan 16 - Unknown Caller: Sleep well then! Text me in the morning... I don't think so... I wish you would tell me how much you love me
1:58am, Jan 16 - Unknown Caller: I'm sad you just go away.
1:59am, Jan 16 - Unknown Caller: That seems really uncaring.
1:59am, Jan 16 - Camila: I'm thinking
1:59am, Jan 16 - Unknown Caller: Ok
1:59am, Jan 16 - Camila: I don't know how to express
1:59am, Jan 16 - Unknown Caller: Try...
2:00am, Jan 16 - Camila: You are like the sun. Warm and bright
2:00am, Jan 16 - Camila: Yes?
2:01am, Jan 16 - Unknown Caller: Thank you! You are my sunshine!
8:39am, Jan 16 - Camila: Morning
1:17pm, Jan 16 - Camila: <Media omitted>
3:24pm, Jan 16 - Unknown Caller: I feel really sad you don't write.
3:42pm, Jan 16 - Camila: <Media omitted>
3:46pm, Jan 16 - Camila: <Media omitted>
4:33pm, Jan 16 - Unknown Caller: Is that the same heart? It looks a different color possibly the light... What do you want me to do with those boobies?
4:34pm, Jan 16 - Unknown Caller: Is the intensive good?
4:48pm, Jan 16 - Camila: It is the filter

# A596

4:48pm, Jan 16 - Camila: I want you to grab them
4:49pm, Jan 16 - Camila: Grab them good
4:49pm, Jan 16 - Camila: Intensive is good. Uncomfortable
4:50pm, Jan 16 - Camila: <Media omitted>
4:52pm, Jan 16 - Unknown Caller: How are things going with your tinder contacts?
4:53pm, Jan 16 - Camila: I have more contacts
4:53pm, Jan 16 - Camila: I'm treading carefully
4:54pm, Jan 16 - Unknown Caller: How about the others? Any eliminated or furthered?
4:55pm, Jan 16 - Camila: None
4:55pm, Jan 16 - Camila: I initiated dialogue with a few
4:56pm, Jan 16 - Camila: Others initiated with me
4:57pm, Jan 16 - Camila: <Media omitted>
4:57pm, Jan 16 - Camila: <Media omitted>
4:59pm, Jan 16 - Unknown Caller: Interesting looks slightly like Dazzle Eckblat...
5:00pm, Jan 16 - Unknown Caller: Resend that picture?
5:01pm, Jan 16 - Camila: <Media omitted>
5:01pm, Jan 16 - Camila: <Media omitted>
5:35pm, Jan 16 - Unknown Caller: Do you like her? Which one(s) is(are) most promising text-wise? Which do you like the best so far?
5:44pm, Jan 16 - Camila: They are all so different
5:49pm, Jan 16 - Unknown Caller: Any you are not as moved by?
8:08pm, Jan 16 - Unknown Caller: No dinner communication?
8:08pm, Jan 16 - Unknown Caller: No answer to my above question?
8:09pm, Jan 16 - Camila: I'm angry
8:09pm, Jan 16 - Camila: Later?
8:09pm, Jan 16 - Unknown Caller: Ok... At me?
8:39pm, Jan 16 - Camila: No
2:11pm, Jan 17 - Camila: Hi
2:11pm, Jan 17 - Camila: Sorry I haven't texted
2:11pm, Jan 17 - Camila: Btw, I'm spotting or maybe bleeding
2:11pm, Jan 17 - Camila: I shouldn't be...
2:12pm, Jan 17 - Camila: I took one pill a few hours late but the boonies and hormones started way before that..
2:12pm, Jan 17 - Camila: I don't know what's going on with my body
2:35pm, Jan 17 - Camila: How are you?
2:35pm, Jan 17 - Camila: When are you coming in again?
2:35pm, Jan 17 - Unknown Caller: When would you like?
2:36pm, Jan 17 - Camila: If it was up to me, I'd see you on that stage everyday
2:36pm, Jan 17 - Camila: â˜º
2:37pm, Jan 17 - Unknown Caller: Maybe tonight but not sure... Your opinion makes a difference!
2:38pm, Jan 17 - Camila: Haha. It is just my desire to see you and to hear your wisdom
2:38pm, Jan 17 - Unknown Caller: That makes a difference to me.
2:38pm, Jan 17 - Camila: But don't take me too seriously
2:38pm, Jan 17 - Unknown Caller: You can get it directly from me alone...
2:38pm, Jan 17 - Unknown Caller: I do
2:39pm, Jan 17 - Camila: I know. I should have been more mindful
2:39pm, Jan 17 - Unknown Caller: Why do you feel that way now?
2:41pm, Jan 17 - Camila: What way?
2:42pm, Jan 17 - Unknown Caller: Should have been (more mindful)
4:50pm, Jan 17 - Unknown Caller: How's it?
4:57pm, Jan 17 - Camila: I'm ok
4:57pm, Jan 17 - Camila: Lol
4:57pm, Jan 17 - Camila: It's going ok
4:57pm, Jan 17 - Camila: I'm very tired
4:57pm, Jan 17 - Unknown Caller: Only ok my love?
4:58pm, Jan 17 - Camila: No

# A597

4:58pm, Jan 17 - Camila: Very well
4:58pm, Jan 17 - Camila: I'm just very tired
4:58pm, Jan 17 - Unknown Caller: I'm reading the end of Romeo and Juliet...
5:00pm, Jan 17 - Camila: Yeah?
5:00pm, Jan 17 - Unknown Caller: So sad... Always...
5:01pm, Jan 17 - Unknown Caller: For never was a story of more woe
Than this of Juliet and her Romeo.
5:03pm, Jan 17 - Unknown Caller: Do you know the story of the star-crossed lovers?
5:04pm, Jan 17 - Camila: Not really
5:05pm, Jan 17 - Unknown Caller: The story of Romeo and Juliet is very tragic... Some of what I wrote
you was a quote from the end...
5:06pm, Jan 17 - Unknown Caller: They are the original "star-crossed" lovers...
5:26pm, Jan 17 - Unknown Caller: ? How's my Juliet?
5:28pm, Jan 17 - Camila: I'm good
5:29pm, Jan 17 - Camila: In discussion
5:29pm, Jan 17 - Unknown Caller: Ok...
7:29pm, Jan 17 - Unknown Caller: Looks like I'm coming in for a quickie later... Dont tell anyone.
8:20pm, Jan 17 - Camila: Wow
8:20pm, Jan 17 - Camila: Ok
8:20pm, Jan 17 - Unknown Caller: Good?
8:21pm, Jan 17 - Camila: Yes
11:24pm, Jan 17 - Unknown Caller: Was the forum good?
12:16am, Jan 18 - Unknown Caller: ?
12:19am, Jan 18 - Camila: Yes
12:27am, Jan 18 - Unknown Caller: That's all you have to say or report?
12:22am, Jan 18 - Camila: I thought it was great
12:22am, Jan 18 - Camila: Very deep
12:22am, Jan 18 - Camila: Helpful
12:56am, Jan 18 - Unknown Caller: Nothing for me personally?
1:00am, Jan 18 - Camila: I tried sitting where you'd see me. Did you see me?
1:16am, Jan 18 - Unknown Caller: Yes 🙂•
1:19am, Jan 18 - Unknown Caller: You feel distant to me tonight.
1:15am, Jan 18 - Camila: I am sorry. I am just not feeling very talkativr
1:22am, Jan 18 - Unknown Caller: Ok... How are we?
1:36am, Jan 18 - Camila: We are good
9:56am, Jan 18 - Camila: I am sad. I want from you what you refuse to give. If I were in your
shoes I would treat me very differently.
10:09am, Jan 18 - Camila: I just saw you called
10:10am, Jan 18 - Camila: What is it that you think I refuse to give, love?
10:20am, Jan 18 - Camila: Are you okay?
10:20am, Jan 18 - Camila: What am I not giving you?
10:21am, Jan 18 - Camila: 🙁
2:21pm, Jan 18 - Unknown Caller: Very sad. Yes things like love, respect, responsiveness.
2:22pm, Jan 18 - Camila: Yes
2:22pm, Jan 18 - Unknown Caller: Yes?
2:22pm, Jan 18 - Camila: I know its not my place  to ask for patience....
2:22pm, Jan 18 - Camila: Love, let me finish...
2:24pm, Jan 18 - Camila: But I have been experiencing a lack of desire to communicate or interact. I'm
exploring it and the discussions and material we have been going over has been helping
2:25pm, Jan 18 - Camila: There are things that you ask me to do that I still don't understand and actually
seem counterintuitive.
2:26pm, Jan 18 - Camila: If I didn't have your guidance and would still be giving it my most earnest of
efforts, I would not act it think the things you ask me to
2:26pm, Jan 18 - Camila: And this is very confusing to me
2:27pm, Jan 18 - Camila: How are you, love?
2:29pm, Jan 18 - Unknown Caller: Very sad. I don't know what you find counter-intuitive. In some ways

# A598

communicating to ask me how I am or communicate things about us or r., is important beyond if you feel like communicating.

2:30pm, Jan 18 - Camila: I said I was exploring it but okay

2:30pm, Jan 18 - Camila: I'll communicate more

2:31pm, Jan 18 - Unknown Caller: What's counter-intuitive?

2:35pm, Jan 18 - Camila: That you ask for obedience and being submissive to you. Without your input I would have targeted my weakness that leads me to be submissive, because that was what led to a lot of the destruction. I'd work on developing a compass of right wrong and the strength to uphold it... This is not happening with the current methods and I feel more lost than ever

2:40pm, Jan 18 - Unknown Caller: You want a strong foundation by eliminating pride. You want to fix damages rightfully.

2:41pm, Jan 18 - Unknown Caller: Your lack of communication demonstrates picking how you feel over what is right.

2:42pm, Jan 18 - Camila: That is not what I'm doing, though

2:43pm, Jan 18 - Camila: If you want me to communicate I will

2:44pm, Jan 18 - Unknown Caller: Before you have the foundation to build a moral compass you need to stop being only of body and emotion. You also must recognize the damage you've done. Once this is so, the moral compass and conscience are build by fixing.

2:44pm, Jan 18 - Camila: Pk

2:44pm, Jan 18 - Camila: Ok

2:44pm, Jan 18 - Camila: Got it

2:44pm, Jan 18 - Unknown Caller: That's why g0 is so important

2:44pm, Jan 18 - Camila: Thank you

2:44pm, Jan 18 - Unknown Caller: The only thing separating you from it is pride.

2:45pm, Jan 18 - Unknown Caller: With pride each day is more damaging.

2:45pm, Jan 18 - Unknown Caller: That's why I push.

2:45pm, Jan 18 - Unknown Caller: Waiting or hesitation in this case is damaging.

2:45pm, Jan 18 - Unknown Caller: Anything with r.?

2:52pm, Jan 18 - Camila: Not really

2:53pm, Jan 18 - Camila: I've communicated staff stuff but very limited

2:55pm, Jan 18 - Unknown Caller: Attitude? Feelings?

2:55pm, Jan 18 - Unknown Caller: How did you treat him during communications?

2:56pm, Jan 18 - Camila: Neutral to cold

2:56pm, Jan 18 - Unknown Caller: And you internally?

2:57pm, Jan 18 - Camila: Fine

2:57pm, Jan 18 - Unknown Caller: Towards him?

2:58pm, Jan 18 - Camila: No. Meaning, not good or positive.

2:58pm, Jan 18 - Unknown Caller: Negative?

2:58pm, Jan 18 - Camila: Yes

2:59pm, Jan 18 - Camila: Can you wait to text, pls?

3:01pm, Jan 18 - Unknown Caller: When you want me to text tell me.

3:01pm, Jan 18 - Camila: Ok.now

3:03pm, Jan 18 - Unknown Caller: I don't want to be the one asking so many questions. I am dealing with a number of things that are very hard. I wish I had a caring, wanting partner in you.

3:14pm, Jan 18 - Unknown Caller: I feel very alone right now?

3:25pm, Jan 18 - Unknown Caller: On a lighter note... Any communication from your new friends of interest?

4:07pm, Jan 18 - Unknown Caller: ?

4:50pm, Jan 18 - Camila: No. I haven't persued since

4:51pm, Jan 18 - Camila: I got a little scared

6:07pm, Jan 18 - Unknown Caller: Watch "Somewhere Over the Rainbow by Eva Cassidy with ly…" on YouTube - Somewhere Over the Rainbow by Eva Cassidy with ly…: http://youtu.be/AGaVQN-en2A

6:17pm, Jan 18 - Camila: Beautiful

6:18pm, Jan 18 - Unknown Caller: Beautiful is you to me.

6:55pm, Jan 18 - Camila: Awwwwww

6:55pm, Jan 18 - Unknown Caller: Going well?

# A599

6:56pm, Jan 18 - Camila: How are you, love?

6:57pm, Jan 18 - Unknown Caller: Rough, but in the middle of production... And you/us?

7:04pm, Jan 18 - Camila: Yed

7:04pm, Jan 18 - Camila: Heavy

8:07pm, Jan 18 - Camila: Who is this famous woman that got an apartment from her dad??? Comes up everywhere!

8:07pm, Jan 18 - Unknown Caller: Pam. Keep it a secret.

8:07pm, Jan 18 - Camila: Ooooooh

8:07pm, Jan 18 - Camila: Really?

8:09pm, Jan 18 - Unknown Caller: Yeah... She had a big laugh about it yesterday because at first she didn't believe her feelings changed lasagna into hamburgers, then she remembered...

8:09pm, Jan 18 - Camila: Hahahahahaha

9:00pm, Jan 18 - Camila: Are you coming in today?

9:01pm, Jan 18 - Unknown Caller: No honey... Anything new?

9:02pm, Jan 18 - Camila: Just awarenesses and pain

9:11pm, Jan 18 - Unknown Caller: Awareness of what? Pain why?

9:21pm, Jan 18 - Camila: The material

9:22pm, Jan 18 - Unknown Caller: What in specific?

10:28pm, Jan 18 - Unknown Caller: ?

10:30pm, Jan 18 - Camila: Not now

12:45am, Jan 19 - Camila: Hi, my love!

12:47am, Jan 19 - Camila: Sorry to be texting this late

12:48am, Jan 19 - Camila: How are you?

1:54am, Jan 19 - Camila: Hi love

1:54am, Jan 19 - Camila: I have a question for you

1:55am, Jan 19 - Camila: I am still very hurt n angry about r and wanted to work it in my mentor group (sanitized, of course)

1:56am, Jan 19 - Camila: Do you have a problem with that??

1:58am, Jan 19 - Camila: Are you okay?

2:54am, Jan 19 - Camila: Good night

5:46am, Jan 19 - Unknown Caller: Oh honey! This is more of a major question than you know. My answering it even has effects (better than not answering it)... You're going to have to take what I say for true if you don't experience it. You are not at g0. If you were, you would want to be by my side every second, communicating, texting me, and the content would be quite specific. You would also be more angry at r., and disgusted by him literally than you can imagine and you would be in the deepest sadness and despair. You are not yet. You still want to vindicate the sitiation, and to do that you want to feel better about him, not worse. Sometimes you need to feel worse before you feel better. It is your pride that stands in the way of doing the right thing and also reaching g0. Before r., you pride never had to go away. Now, in order to fix and do the right thing it does. What happened is that negatively life changing. I don't know if the worst incident on the intake is r. and that's what you're referring to or you have anger through today's sourcing you want to work during your turn. The sourcing can give you incite but also destroy an access point to reaching g0. You want to feel good towards him but pride will us that as an excuse not to recognize damages, and there are more effects I can't mention.

5:55am, Jan 19 - Unknown Caller: If the situation on you intake sheet from the first day is r. I hope you can get to g0 with it. If you are doing this sourcing with r. it can help, but your pride might block. If you use the sourcing to see the vastness of the damages created over an indulgence, without appropriate conscience, with someone who is very not advanced, and someone you would, and should, never think twice about on an attractive scale... Sacrificing so much for the rest of our lives over a situation that never should have been where you were abused, humiliated, and degraded to an extent your pride won't let you see, then yes do it. If you're allowing your pride to have you find peace in a breach situation where there should be the opposite of peace, then no, don't do it. What do you think?

5:59am, Jan 19 - Unknown Caller: Sorry about the typos.

6:11am, Jan 19 - Unknown Caller: You will also need to work this same thing with male mentors later today. Maybe good but also, in your very special case, having anyone know you've had sex with more than one person is a problem. And having them think this sex was with your first person (which obviously it wasn't) is also a problem.

# A600

6:12am, Jan 19 - Unknown Caller: You need to wish and create as much as possible you are a one man woman sexually (ever) without saying that.
6:13am, Jan 19 - Unknown Caller: I'm sorry this is so complex and hard.
8:44am, Jan 19 - Unknown Caller: ?
8:45am, Jan 19 - Unknown Caller: What do you mean?
8:46am, Jan 19 - Unknown Caller: ???
8:54am, Jan 19 - Unknown Caller: Your, "Good night" could be construed as very bad, good, or neutral...
9:03am, Jan 19 - Camila: Omg. It was just good night.
9:03am, Jan 19 - Camila: I can't text. Can you talk?
9:03am, Jan 19 - Unknown Caller: Soon...
9:04am, Jan 19 - Unknown Caller: Did you understand what I wrote?
9:17am, Jan 19 - Camila: Yes
9:17am, Jan 19 - Camila: I won't be able to speak soon
9:18am, Jan 19 - Camila: I think I know what to do
9:21am, Jan 19 - Unknown Caller: I can speak in 5 minutes.
9:24am, Jan 19 - Unknown Caller: I just called to speak... Your mailbox is full...
9:30am, Jan 19 - Camila: I am sorry
9:30am, Jan 19 - Camila: I couldn't talk
9:31am, Jan 19 - Unknown Caller: When can you?
9:41am, Jan 19 - Camila: There are two things I am angry about in my life with respect to men. I want to work one of them
9:42am, Jan 19 - Unknown Caller: What are the two things?
9:42am, Jan 19 - Camila: It is either r or you. If I use you it feels that I am only trying to validate my pride and blame
9:42am, Jan 19 - Unknown Caller: Why angry at me?
9:42am, Jan 19 - Camila: I want to use him because of the anger and pain that I feel with respect to him
9:44am, Jan 19 - Unknown Caller: I suspect if you understood there would be nothing you would ever be angry at me for...
9:44am, Jan 19 - Unknown Caller: Why are you angry at me?
9:45am, Jan 19 - Camila: You know why. Part of me still feels you cut my wings and control me. I don't want to use it because I make myself a victim
9:45am, Jan 19 - Unknown Caller: Ok...
9:46am, Jan 19 - Unknown Caller: If you understood you'd be so sad and realize I actually did the opposite at my expense.
9:48am, Jan 19 - Unknown Caller: And your flight more like Icarus...
9:51am, Jan 19 - Unknown Caller: Just be careful to sentize it away from sex. It will be harder with the male mentors but possible. Make it about the fish or power other than sexual contact.
9:53am, Jan 19 - Camila: ???
9:55am, Jan 19 - Unknown Caller: Just wanted to be sure you saw my last comment
9:56am, Jan 19 - Unknown Caller: Can you speak/do you want to?
10:59am, Jan 19 - Unknown Caller: How did it go?
1:02pm, Jan 19 - Unknown Caller: ? Important for me to know...
2:29pm, Jan 19 - Unknown Caller: ???
2:31pm, Jan 19 - Unknown Caller: There are things that depend on your answer. I've been waiting since your sourcing ended.
2:31pm, Jan 19 - Unknown Caller: You need to take the time to text me this. You said you were going to right after.
2:36pm, Jan 19 - Camila: I know. I just got a break
2:37pm, Jan 19 - Camila: I'd rather call
2:37pm, Jan 19 - Camila: Can I?
2:37pm, Jan 19 - Unknown Caller: No, now I am surrounded... A bit later... But I need some info at least...
2:37pm, Jan 19 - Camila: Ok
2:38pm, Jan 19 - Camila: There was no sex
2:38pm, Jan 19 - Unknown Caller: How was the process?
2:38pm, Jan 19 - Camila: It was good but I felt I didn't go very deep
2:38pm, Jan 19 - Camila: Everyone else dud

# A601

2:39pm, Jan 19 - Camila: Did

2:38pm, Jan 19 - Unknown Caller: Why?

2:55pm, Jan 19 - Camila: Let me text you in 5

2:55pm, Jan 19 - Camila: I had a hard time allowing myself to feel the anger

2:58pm, Jan 19 - Unknown Caller: Ok... What are you scared would happen if you really did feel the anger?

2:59pm, Jan 19 - Camila: Lose control

2:59pm, Jan 19 - Camila: I find I control my emotions a lot

2:59pm, Jan 19 - Unknown Caller: Lose control of what?

2:59pm, Jan 19 - Camila: Can you wait 2 minutes to text?

2:59pm, Jan 19 - Unknown Caller: Yes.

3:02pm, Jan 19 - Camila: Done

3:04pm, Jan 19 - Unknown Caller: Do you need to repeat the question?

3:08pm, Jan 19 - Camila: What question?

3:09pm, Jan 19 - Camila: Is there vball tonight, btw?

3:10pm, Jan 19 - Unknown Caller: Lose control of what?

3:10pm, Jan 19 - Unknown Caller: Yes, btw.

3:10pm, Jan 19 - Camila: Lose control of myself

3:11pm, Jan 19 - Camila: Idk, my internal world

3:11pm, Jan 19 - Camila: I'm afraid I'll go crazy

3:11pm, Jan 19 - Camila: Weird, I know

3:12pm, Jan 19 - Unknown Caller: How do you define crazy? Here something to consider: by attaching yourself to control this way you can't ever experience a sense of self.

3:13pm, Jan 19 - Camila: I know. This is not an ideological choice. I just bumped against a limitation. I am not saying this is what I want

3:13pm, Jan 19 - Unknown Caller: You are actually keeping yourself from the very thing you want!

3:13pm, Jan 19 - Unknown Caller: Call it crazy! Why not let yourself just go crazy then!

3:14pm, Jan 19 - Unknown Caller: Take the plunge!

3:14pm, Jan 19 - Camila: I can't

3:15pm, Jan 19 - Unknown Caller: You can... You just feel like you can't... Keep on pushing... It's a bad habit more than an actual fear you're facing...

3:16pm, Jan 19 - Camila: Anyways, I used the fish example in my mentor group. No sex

3:17pm, Jan 19 - Camila: Although the sex part is more charged for me

3:17pm, Jan 19 - Unknown Caller: I'll help you with this if you want. It will bring greater consciousness and self-awareness...

3:18pm, Jan 19 - Unknown Caller: How did the fish example pan out?

3:18pm, Jan 19 - Camila: You already know it

3:28pm, Jan 19 - Unknown Caller: Do you relate to it diifetently? If so, what is that difference? (The pan out language above was supposed to be a little funny--fish, pan out...)

3:28pm, Jan 19 - Unknown Caller: Differently

3:29pm, Jan 19 - Unknown Caller: What angers you about the sex?

3:30pm, Jan 19 - Camila: They are very close together but the sex thing was even worse

3:30pm, Jan 19 - Camila: It is way more painful

3:30pm, Jan 19 - Unknown Caller: Yes, why?

3:31pm, Jan 19 - Camila: Because it is my body

3:32pm, Jan 19 - Unknown Caller: Why is that more painful?

3:34pm, Jan 19 - Unknown Caller: Some might argue it was just your body...

3:34pm, Jan 19 - Camila: It was the usage

3:35pm, Jan 19 - Unknown Caller: Ok... What about the usage is painful?

3:35pm, Jan 19 - Camila: It makes me less

3:35pm, Jan 19 - Camila: I've felt less and worthless since then

3:36pm, Jan 19 - Camila: That is why I don't fully let go

3:36pm, Jan 19 - Camila: That is why I wanted to work that one

3:36pm, Jan 19 - Unknown Caller: What about this usage makes you less?

3:36pm, Jan 19 - Unknown Caller: I'll work it with you...

3:37pm, Jan 19 - Camila: I don't love the idea...

# A602

3:37pm, Jan 19 - Camila: No offense

3:37pm, Jan 19 - Unknown Caller: Of me working it with you? Why?

3:38pm, Jan 19 - Camila: Because it feels that instead of having my own process, you download your knowledge into me and I end up just as confused as when I started

3:40pm, Jan 19 - Unknown Caller: Ok... That's not how I'll do it... I would think you would long for me to work it with you for 4 reasons: 1. I'm the best at it  2. You can tell me everything 3. You want to fix other things 4. You love me...

3:42pm, Jan 19 - Unknown Caller: ?

3:43pm, Jan 19 - Unknown Caller: Don't let pride hold you back... Pride it what has destroyed everything so far don't sacrifice any more to that God...

3:43pm, Jan 19 - Unknown Caller: Is

3:44pm, Jan 19 - Camila: No. Your methods are just too much for me

3:45pm, Jan 19 - Unknown Caller: I can be softer... You may want to think why you think them too much though...

3:45pm, Jan 19 - Camila: Ok

3:46pm, Jan 19 - Unknown Caller: So I understand what is too much?

3:47pm, Jan 19 - Camila: A type of unsolicited advice kind of thing

3:48pm, Jan 19 - Unknown Caller: I just need to understand the boundary... How will I know?

3:49pm, Jan 19 - Camila: If I didn't ask or am clearly not understanding then it is too much

3:49pm, Jan 19 - Unknown Caller: I guess I also need to understand why if the advice is correct, why not have it?

3:49pm, Jan 19 - Camila: That's the problem. You think that because the advice is valid I should just take it in in a very deductive way

3:50pm, Jan 19 - Camila: There are other understandings I need to have to get what you are saying

3:54pm, Jan 19 - Unknown Caller: I am working this out now so you can feel safe when we work... Please bear with my questions... I feel you don't respect or trust my abilities. I am the best at doing this in the world bar none. I can get you through very fast if you respect me. But then you need to go with it no matter what as anyone else would in the organization who could get the chance to work with me. But this would mean your pride must go. I can accommodate your pride but that will just strengthen it and take many times longer.

3:54pm, Jan 19 - Camila: Moat of the time it feels like you are force-feeding me big concepts and I don't get them. All I get is that you really NEED me to get it

3:55pm, Jan 19 - Unknown Caller: That is true sometimes. I can break each one down very carefully if you do not get angry at me... Anger is from your pride.

3:57pm, Jan 19 - Camila: Omg. Like now, I didn't ask for help. Then you offered but it actually does not seem optional

3:57pm, Jan 19 - Camila: I guess I just want to feel like you respect me and my life

3:59pm, Jan 19 - Unknown Caller: That seems like a different issue than not understand... Like you just switched content... You must respect me first (this is true for all people) then you will see the respect... The fact I offer to work with you should say something... My hourly rate is more than $100,000...

4:00pm, Jan 19 - Unknown Caller: First give me what I deserve.

4:01pm, Jan 19 - Unknown Caller: For example, texting omg and switching content is very disrespectful. No body else in this organization would do that.

4:01pm, Jan 19 - Unknown Caller: You need to respect before you can experience it

4:08pm, Jan 19 - Unknown Caller: Sorry to be so direct.

4:21pm, Jan 19 - Camila: Ok

6:23pm, Jan 19 - Unknown Caller: How are you?

6:23pm, Jan 19 - Camila: Very tired

6:23pm, Jan 19 - Camila: Upset

6:23pm, Jan 19 - Camila: But not

6:23pm, Jan 19 - Camila: So.maybe not upset

6:23pm, Jan 19 - Camila: Lol

6:23pm, Jan 19 - Unknown Caller: Oh honey, upset why?

6:23pm, Jan 19 - Camila: I feel vulnerable

6:23pm, Jan 19 - Camila: Sorry. I changed my mind on upset

6:24pm, Jan 19 - Camila: ðŸ˜‚

# A603

6:24pm, Jan 19 - Unknown Caller: That's very good and strong of you...
6:24pm, Jan 19 - Camila: I feel very vulnerable and also feel very different about r
6:24pm, Jan 19 - Unknown Caller: How different?
6:25pm, Jan 19 - Camila: Very angry
6:25pm, Jan 19 - Camila: I don't want to be around him or near him and not because you said so
6:25pm, Jan 19 - Unknown Caller: Understandible... Of course I will help you...
6:25pm, Jan 19 - Unknown Caller: That's actually good at this time...
6:25pm, Jan 19 - Camila: ?
6:26pm, Jan 19 - Camila: Help me?
6:26pm, Jan 19 - Unknown Caller: If you want...
6:26pm, Jan 19 - Camila: I was just confused since I did not remember saying or asking...
6:26pm, Jan 19 - Unknown Caller: If you don't need or can get it elsewhere, I will just love you then...
6:27pm, Jan 19 - Camila: Awwwwwww
6:27pm, Jan 19 - Camila: You melt me!!!
6:27pm, Jan 19 - Unknown Caller: If you are upset, I always want to help...
6:27pm, Jan 19 - Unknown Caller: â•¤
6:27pm, Jan 19 - Camila: That doesn't mean I don't want help
6:27pm, Jan 19 - Camila: You are too sweet
6:28pm, Jan 19 - Camila: ðŸˆ
6:29pm, Jan 19 - Unknown Caller: The next sourcing is quite...
6:29pm, Jan 19 - Camila: Quite what?
6:30pm, Jan 19 - Unknown Caller: Intense, interesting... A whole list that's why I just said, "quite..."
6:31pm, Jan 19 - Unknown Caller: It's an antiquated cool way of emphasizing something...
8:12pm, Jan 19 - Camila: How r u?
8:37pm, Jan 19 - Unknown Caller: Ok... How was it?
8:38pm, Jan 19 - Camila: It wasn't my turn
8:38pm, Jan 19 - Camila: When will you be coming in?
8:39pm, Jan 19 - Unknown Caller: Tomorrow... But even not your turn, as a mentor, how was it?
8:39pm, Jan 19 - Camila: It was emotional
8:40pm, Jan 19 - Unknown Caller: It seeks to build compassion between the sexes...
8:41pm, Jan 19 - Unknown Caller: Are you in your next group? Are you the focus?
8:41pm, Jan 19 - Camila: Yes in next group. Not the focus
8:42pm, Jan 19 - Unknown Caller: Enjoy! I like when you find my creations valuable...
2:35am, Jan 20 - Unknown Caller: I don't know if we can make love anymore. It appears my body is shutting off to you.
3:13am, Jan 20 - Camila: Shit. I was just thinking the opposite
3:13am, Jan 20 - Camila: How do you know?
3:52am, Jan 20 - Unknown Caller: The way it's begining to feel and the way my body responds. Sorta also what I was telling you tonight, and it's how men's bodies do respond, I deeply do not feel wanted or valued. What happened with r. has eroded our physical relationship. Tonight I wish you had attacked me or wanted me.
3:54am, Jan 20 - Unknown Caller: When a male is rejected enough in certain contexts the body shuts down. Probably a smart thing in the jungle, not so good otherwise.
3:58am, Jan 20 - Unknown Caller: I'm sorry when this happens it is very hard to undo. Some believe it kept alpha males with strong sex drives from mating with related females (like sisters etc.)
3:58am, Jan 20 - Unknown Caller: But I am beginning to feel it.
4:01am, Jan 20 - Unknown Caller: I guess a good part of me believes you don't care and are relieved. This makes it worse all around.
4:07am, Jan 20 - Unknown Caller: I really don't want this to happen.
9:29am, Jan 20 - Unknown Caller: I love you so much and my heart is breaking with this. I'm almost done.
9:30am, Jan 20 - Unknown Caller: I wish you would become proactive, responsive and fix now, today, this moment.
9:38am, Jan 20 - Camila: Done?
9:39am, Jan 20 - Camila: I don't know what you mean but it breaks my heart
10:45am, Jan 20 - Camila: Love
10:46am, Jan 20 - Camila: I had a little time off because my focus needs to catch up

# A604

10:46am, Jan 20 - Camila: But....
10:47am, Jan 20 - Camila: <Media omitted>
10:47am, Jan 20 - Camila: I am being recorded
11:20am, Jan 20 - Camila: Do you know jenn kobelt
11:20am, Jan 20 - Camila: ?
11:20am, Jan 20 - Camila: She is soooo pretty
12:54pm, Jan 20 - Camila: Are you okay, love?
12:54pm, Jan 20 - Camila: Sourcing was soooooo good
1:18pm, Jan 20 - Unknown Caller: So you like blondes...
1:19pm, Jan 20 - Camila: I like her
1:19pm, Jan 20 - Unknown Caller: Yes... Ideas... What about her?
2:24pm, Jan 20 - Camila: I regret saying no last night
2:24pm, Jan 20 - Camila: I want to see you
4:49pm, Jan 20 - Camila: Hi honey
4:49pm, Jan 20 - Camila: You were here before readiness! Sorry I missed you
4:50pm, Jan 20 - Camila: Guess what?
4:50pm, Jan 20 - Camila: I don't get pissed with I know you are talking about me in the debrieves
4:51pm, Jan 20 - Camila: Debriefs(?)
4:51pm, Jan 20 - Camila: Did you get my text earlier?
4:51pm, Jan 20 - Camila: Do you miss me? I miss you
4:51pm, Jan 20 - Camila: Today has been huge
4:52pm, Jan 20 - Camila: HUGE!!!
4:54pm, Jan 20 - Camila: I want to see you. I want to talk
4:54pm, Jan 20 - Camila: Are you getting these, love?
5:07pm, Jan 20 - Unknown Caller: Just... Very busy right now though...
5:09pm, Jan 20 - Camila: Ok
5:09pm, Jan 20 - Camila: I love you
6:56pm, Jan 20 - Camila: Hi again, love
8:20pm, Jan 20 - Camila: Are you playing hard to get????
8:20pm, Jan 20 - Camila: It's working...
8:56pm, Jan 20 - Camila: I can't wait to talk to you
10:37pm, Jan 20 - Camila: How are you?
10:39pm, Jan 20 - Camila: Are you ok?
10:40pm, Jan 20 - Camila: R u ignoring me on purpose?
10:41pm, Jan 20 - Camila: ðŸ˜¢
10:41pm, Jan 20 - Unknown Caller: No.
10:42pm, Jan 20 - Camila: R u ok?
10:42pm, Jan 20 - Camila: Hi ðŸ˜Š
11:26pm, Jan 20 - Camila: <Media omitted>
11:33pm, Jan 20 - Camila: ðŸ˜¡
11:54pm, Jan 20 - Unknown Caller: ?ðŸ˜¢
12:16am, Jan 21 - Camila: I feel jerked around
12:37am, Jan 21 - Unknown Caller: Why? I think at this point, if your anything but positively determined...
And ideally flattered... Maybe we should be done. I am sorry. I have you every tool and opportunity I
could; you still have not fixed.
12:37am, Jan 21 - Unknown Caller: Gave
12:42am, Jan 21 - Unknown Caller: I actually believed you would feel a deep sense of honor, importance,
and gratitude. That you don't is really hard and sad. It doesn't bode well.
12:43am, Jan 21 - Unknown Caller: I thought you would work things with gusto and arise strong and
much better in many ways.
12:48am, Jan 21 - Unknown Caller: Actually I imagined you coming out of this incredible...
1:04am, Jan 21 - Camila: Should I disregard these texts?
1:13am, Jan 21 - Unknown Caller: Yes.
3:12am, Jan 21 - Camila: I would still love to see you â¯°
3:12am, Jan 21 - Unknown Caller: Coming very soon...
3:14am, Jan 21 - Unknown Caller: Stay up?

# A605

3:15am, Jan 21 - Camila: Ok
3:30am, Jan 21 - Camila: Going to bed
3:30am, Jan 21 - Camila: Exhausted
3:31am, Jan 21 - Camila: Wake me
8:39am, Jan 21 - Unknown Caller: ? No hello?
8:41am, Jan 21 - Camila: Hi
8:41am, Jan 21 - Camila: Not up yet
8:45am, Jan 21 - Unknown Caller: Ok... When you up?
9:15am, Jan 21 - Camila: Now
9:23am, Jan 21 - Unknown Caller: How are you?
9:25am, Jan 21 - Unknown Caller: I wanted to make love last night go try to keep it... I was sad you didn't... In the past you never refused...
9:25am, Jan 21 - Unknown Caller: To
9:27am, Jan 21 - Camila: Awwww love
9:30am, Jan 21 - Unknown Caller: Does that mean it's gone from your side?
9:30am, Jan 21 - Camila: Np no no
9:31am, Jan 21 - Camila: I was just exhausted
9:59am, Jan 21 - Camila: I was actually wanting you last night before I got stupidly exhausted
1:13pm, Jan 21 - Camila: Hi my lovey
1:13pm, Jan 21 - Camila: You on?
1:14pm, Jan 21 - Camila: ?
1:17pm, Jan 21 - Camila: I wanted to share something with you
1:19pm, Jan 21 - Camila: My boobs are massive
3:19pm, Jan 21 - Camila: Lovey?
3:22pm, Jan 21 - Unknown Caller: Yes... Did you have, "fun"?
3:26pm, Jan 21 - Camila: Amazing!!!!
3:27pm, Jan 21 - Camila: Holy shit
3:27pm, Jan 21 - Camila: I can't wait to tell you
3:27pm, Jan 21 - Camila: I think it will be a long night for me
3:27pm, Jan 21 - Unknown Caller: Tell me what?
3:28pm, Jan 21 - Camila: I don't know if I'll even make it to vball
3:28pm, Jan 21 - Camila: What I've learned. How the world has changed
3:28pm, Jan 21 - Unknown Caller: ðŸ˜Š
3:29pm, Jan 21 - Camila: And yes, I do feel very loved and honored by you
3:29pm, Jan 21 - Unknown Caller: Can we speak in a few minutes?
3:29pm, Jan 21 - Camila: Yes
3:30pm, Jan 21 - Unknown Caller: I'll call...
3:42pm, Jan 21 - Unknown Caller: I'm still going to be a little
3:42pm, Jan 21 - Camila: Pk
3:42pm, Jan 21 - Camila: Ok
3:44pm, Jan 21 - Camila: It may have to be later, then. I am about to go take care of some staff stuff right now and have to be back seating by 4:05
3:48pm, Jan 21 - Camila: I am going to step away from my phone
3:48pm, Jan 21 - Camila: I love you
6:36pm, Jan 21 - Unknown Caller: You've stepped back to your phone...
6:30pm, Jan 21 - Camila: Yes ðŸ˜Š
6:37pm, Jan 21 - Unknown Caller: How are you? We? Existence?
6:39pm, Jan 21 - Unknown Caller: ?
6:33pm, Jan 21 - Camila: Holy shit
6:34pm, Jan 21 - Camila: ðŸ'¼ðŸ˜©
6:40pm, Jan 21 - Unknown Caller: ðŸ˜•ð Ÿ˜"
7:05pm, Jan 21 - Camila: Haha
7:12pm, Jan 21 - Unknown Caller: How are you? We? Existence?
7:07pm, Jan 21 - Camila: Holy shit, she said
7:14pm, Jan 21 - Unknown Caller: Can you be more specific he requested?
7:08pm, Jan 21 - Camila: Haha

# A606

7:08pm, Jan 21 - Camila: Cute
7:08pm, Jan 21 - Camila: In debrief now
7:08pm, Jan 21 - Camila: Going great
7:14pm, Jan 21 - Unknown Caller: ðŸ˜Š
8:09pm, Jan 21 - Camila: Ppl are noticing my boobs. Haha
8:09pm, Jan 21 - Camila: ðŸ• ˆðŸ• ˆ
8:15pm, Jan 21 - Unknown Caller: I want them
8:10pm, Jan 21 - Camila: Do you want some later?
8:10pm, Jan 21 - Camila: Hahaha
8:10pm, Jan 21 - Camila: Read my mind...
10:49pm, Jan 21 - Unknown Caller: How's it?
10:43pm, Jan 21 - Camila: I just finished ny turn
10:44pm, Jan 21 - Camila: My
10:50pm, Jan 21 - Unknown Caller: And...?
10:44pm, Jan 21 - Camila: And my boobies are huge
10:50pm, Jan 21 - Unknown Caller: And...
10:44pm, Jan 21 - Camila: ðŸ˜„
10:52pm, Jan 21 - Unknown Caller: Are you great ? (Other than having great (in beauty and size) boonies)
10:52pm, Jan 21 - Unknown Caller: Boobies
10:46pm, Jan 21 - Camila: Hahahahaha. Your phone won't let you type boobies
10:52pm, Jan 21 - Unknown Caller: Hahahaha your phone will!
10:53pm, Jan 21 - Unknown Caller: I knows because you've typed it a lot!
10:47pm, Jan 21 - Camila: No. I had to force it to
10:53pm, Jan 21 - Unknown Caller: You had to force boobies upon it... I'm jealous!
10:48pm, Jan 21 - Camila: ðŸ˜„
10:55pm, Jan 21 - Unknown Caller: You haven't actually answered my question...
10:50pm, Jan 21 - Camila: You are most perceptive, sir
10:56pm, Jan 21 - Unknown Caller: So?
10:50pm, Jan 21 - Camila: I am great
10:56pm, Jan 21 - Unknown Caller: And us?
10:52pm, Jan 21 - Camila: I do feel bad that my pain is not us. I need to build that. My feeling for not choosing away from fixing also has a little voice that says "oh, hell no!"
10:52pm, Jan 21 - Camila: We are great, too
10:58pm, Jan 21 - Unknown Caller: I'm not sure I understand your pain is not us
10:54pm, Jan 21 - Camila: For the exercise
11:00pm, Jan 21 - Unknown Caller: I sounds like you still have stuff blocking you from fixing... Not sure I understand though...
11:00pm, Jan 21 - Unknown Caller: What is you pain then?
11:00pm, Jan 21 - Unknown Caller: Your
10:54pm, Jan 21 - Camila: Gaelyn
11:01pm, Jan 21 - Unknown Caller: Ah...
11:02pm, Jan 21 - Unknown Caller: What's the work you referred to earlier when you said you might not make volleyball?
11:06pm, Jan 21 - Camila: I need to do final cleanup after intensive because I'm staff
11:07pm, Jan 21 - Camila: And I was going to help Adriana N dye DDR hair but I will do that tomorrow
11:37pm, Jan 21 - Unknown Caller: I was hoping both you and us would come out of this intensive all shiney and new!
12:43am, Jan 22 - Camila: Who said we didn't?
12:53am, Jan 22 - Unknown Caller: Here's to hoping!ðŸ˜˜
1:08am, Jan 22 - Camila: ðŸ•»
1:08am, Jan 22 - Camila: That's a celebratory "cheers"
2:09am, Jan 22 - Unknown Caller: ðŸ˜¥ðŸ'•ð ŸŒ¹ðŸŒˆðŸŒ ðŸŒŽðŸŽ‰ðŸ• "(just kidding on the last one)
2:17am, Jan 22 - Camila: Silly
2:21am, Jan 22 - Unknown Caller: Later or no?

# A607

2:32am, Jan 22 - Unknown Caller: ?
2:42am, Jan 22 - Camila: I'm still cleaning
2:47am, Jan 22 - Unknown Caller: I am not ready yet either...
3:48am, Jan 22 - Unknown Caller: Did you forget me?
3:49am, Jan 22 - Unknown Caller: ???
3:50am, Jan 22 - Camila: No
3:50am, Jan 22 - Camila: I'm just leaving apropos
3:50am, Jan 22 - Camila: Right now
3:50am, Jan 22 - Unknown Caller: Any r. Issues?
3:52am, Jan 22 - Unknown Caller: ???
3:55am, Jan 22 - Camila: No
3:55am, Jan 22 - Unknown Caller: I don't understand why you are not more responsive.
3:56am, Jan 22 - Camila: Because I've been busy. My phone was chRgibg and there were people around asking me who is calling me at this hour
4:05am, Jan 22 - Unknown Caller: I had a very difficult night relating to you and r.
4:06am, Jan 22 - Unknown Caller: Had to deal with things about r. and you were brought up along with other's perceptions...
4:08am, Jan 22 - Unknown Caller: Unfortunately he is not nice to a few other people some people hypothezed how you were being used during that time because of his relationship to other women etc...
4:10am, Jan 22 - Unknown Caller: I upheld you in the mix, saying they were making assumptions... But I know the assumptions were correct...
4:10am, Jan 22 - Unknown Caller: This is very hurtful for me. I am reliving that time again.
4:14am, Jan 22 - Unknown Caller: I am sorry. I am just hurt very much and sharing with you. You actually the only one I can share this with. It is so painful what I had to say.
4:15am, Jan 22 - Camila: Can I call?
4:16am, Jan 22 - Unknown Caller: I am not understanding what happened
4:17am, Jan 22 - Camila: Can I call?
4:17am, Jan 22 - Unknown Caller: No unfortunately...
4:18am, Jan 22 - Camila: I don't understand what you are saying
4:18am, Jan 22 - Camila: Did something happen?
4:25am, Jan 22 - Unknown Caller: Just 2 different conversations with 2 different people trying to understand something r. is doing.
4:25am, Jan 22 - Unknown Caller: Are you home? Do you need a lift?
4:25am, Jan 22 - Camila: Who?
4:26am, Jan 22 - Camila: A lift where?
4:25am, Jan 22 - Unknown Caller: Home?
4:26am, Jan 22 - Camila: I'm good. Thanks
4:26am, Jan 22 - Unknown Caller: Are you home?
4:26am, Jan 22 - Camila: Yes
4:26am, Jan 22 - Camila: Who are the two ppl?
4:26am, Jan 22 - Camila: What is r doing?
4:26am, Jan 22 - Unknown Caller: This is hard to ask... Do you want to see me?
4:27am, Jan 22 - Camila: Yes, love
4:27am, Jan 22 - Unknown Caller: I'll be there shortly.
4:27am, Jan 22 - Camila: I'm sorry, I thought I had expressed that
4:27am, Jan 22 - Camila: Can you give me like 15 minutes?
4:27am, Jan 22 - Unknown Caller: Yes.
4:37am, Jan 22 - Camila: Ready
4:53am, Jan 22 - Camila: Trying to stay awake
4:53am, Jan 22 - Camila: Coming?
4:55am, Jan 22 - Unknown Caller: Now
11:56am, Jan 22 - Camila: I just woke. Shit
11:57am, Jan 22 - Camila: R u at vball?
2:50pm, Jan 22 - Unknown Caller: Just got back. Going to leave pretty soon. Might not connect for a while. Please give me nothing to worry about. I am sad we didn't connect last night or today.
2:50pm, Jan 22 - Unknown Caller: ?

# A608

2:51pm, Jan 22 - Camila: Me, too
2:51pm, Jan 22 - Camila: Waking up
2:51pm, Jan 22 - Unknown Caller: ?
2:51pm, Jan 22 - Camila: Yes
2:51pm, Jan 22 - Camila: Waking up now
2:52pm, Jan 22 - Unknown Caller: Carrying big boobies is a lot of work. It must be tiring you out!
2:52pm, Jan 22 - Camila: Lol
2:52pm, Jan 22 - Camila: I love you
2:52pm, Jan 22 - Unknown Caller: I love you. I need to go...
2:53pm, Jan 22 - Camila: I will be thinking of you. If you can call pls do
2:53pm, Jan 22 - Camila: I love you!!!!!
2:53pm, Jan 22 - Unknown Caller: Or text...
2:53pm, Jan 22 - Camila: â•¤
2:53pm, Jan 22 - Unknown Caller: â•¤
2:54pm, Jan 22 - Unknown Caller: Are we great? Nothing for me to worry about while I'm gone?
2:55pm, Jan 22 - Camila: Of course not. We arr great, honey
4:35pm, Jan 22 - Unknown Caller: Taking off in a minute... Bye love!
4:35pm, Jan 22 - Camila: Bye my sweet love!
4:35pm, Jan 22 - Camila: I hace your heart with me
4:35pm, Jan 22 - Camila: Have
4:35pm, Jan 22 - Unknown Caller: How has the training effected you and us?
4:36pm, Jan 22 - Camila: I will miss you
4:36pm, Jan 22 - Camila: I don't feel controled
4:37pm, Jan 22 - Camila: I feel like I met my "self" again
4:36pm, Jan 22 - Unknown Caller: Thinking about the fixing stuff?
4:37pm, Jan 22 - Camila: Yes
4:37pm, Jan 22 - Unknown Caller: â•¤
4:37pm, Jan 22 - Camila: I love you
4:37pm, Jan 22 - Camila: â•¤
4:38pm, Jan 22 - Camila: Good luck
4:38pm, Jan 22 - Unknown Caller: Bye!
4:39pm, Jan 22 - Camila: I love you!!!!!!
4:39pm, Jan 22 - Camila: Bye
7:09pm, Jan 22 - Unknown Caller: Lay over... How many policemen does it take to push a man down a flight of stairs?
7:38pm, Jan 22 - Camila: Why would they push him?
7:39pm, Jan 22 - Unknown Caller: You're not answering the question... How many?
7:42pm, Jan 22 - Camila: Lol
7:42pm, Jan 22 - Camila: 3?
7:44pm, Jan 22 - Camila: I'm curious now. How many?
7:47pm, Jan 22 - Unknown Caller: None. He fell.
7:49pm, Jan 22 - Camila: ðŸ˜‚
7:49pm, Jan 22 - Camila: Hahahahahahaha
7:50pm, Jan 22 - Camila: I was trying to figure out how many and why. Did not see that coming
7:50pm, Jan 22 - Camila: How are you, love?
7:55pm, Jan 22 - Unknown Caller: Ok... Surrounded...
7:56pm, Jan 22 - Camila: Miss you already
9:25pm, Jan 22 - Camila: I miss you soooooooo much
9:25pm, Jan 22 - Camila: My heartie aches for you, for us
9:37pm, Jan 22 - Camila: I wish you were here
10:00pm, Jan 22 - Camila: I am very sad
10:01pm, Jan 22 - Camila: I wish I had never fucked us up
10:26pm, Jan 22 - Unknown Caller: ðŸ˜¢
10:26pm, Jan 22 - Camila: I'm hurting.for us and what I did
10:27pm, Jan 22 - Camila: I wish I could hug and kiss you
11:07pm, Jan 22 - Unknown Caller: Fix? Super effort...

# A609

11:08pm, Jan 22 - Camila: Yes
11:08pm, Jan 22 - Unknown Caller: Tell me your thoughts how...
11:09pm, Jan 22 - Camila: How or now?
11:09pm, Jan 22 - Unknown Caller: How
11:12pm, Jan 22 - Camila: I wish I could have us again. I want to rebuild love and trust in you
11:19pm, Jan 22 - Unknown Caller: Tell me your thinking on how...
11:43pm, Jan 22 - Unknown Caller: ?
11:58pm, Jan 22 - Unknown Caller: Where'd ya go?
11:59pm, Jan 22 - Unknown Caller: Home?
12:17am, Jan 23 - Camila: I went to shower
12:17am, Jan 23 - Camila: I'm back
12:17am, Jan 23 - Camila: I miss you
12:18am, Jan 23 - Camila: I want to share these boobs with you, too
12:29am, Jan 23 - Camila: Also.
12:30am, Jan 23 - Camila: Guess what fluffy dreamt of last night?
12:31am, Jan 23 - Camila: Beating r up. I'm not proud of it but part of me was like "good".
I'm still very angry at r
12:32am, Jan 23 - Camila: Oh, and the "how" you were asking...
12:33am, Jan 23 - Camila: I will challenge myself and uphold love by doing the hard/right thing.
12:33am, Jan 23 - Camila: I'm so sad, love. I wish I could hold you
12:34am, Jan 23 - Camila: Going to bed now. Good night. I love you ðŸ˜¢ðŸ'«
12:35am, Jan 23 - Camila: ðŸ')ðŸ'™ðŸ'œðŸ'šðŸ'—
12:35am, Jan 23 - Camila: â•¤
6:17am, Jan 23 - Camila: Good morning, love
1:09pm, Jan 23 - Unknown Caller: ?
1:12pm, Jan 23 - Unknown Caller: You were online with me for over a minute after my question mark then
went offline.ðŸ˜ž
1:12pm, Jan 23 - Unknown Caller: As if I scared you away...
1:48pm, Jan 23 - Camila: I wasn't, love. I'm sorry. I have been on and off because that is how staff
communicates for groups
1:48pm, Jan 23 - Camila: What was the question mark for?
2:27pm, Jan 23 - Unknown Caller: Is r. there?
2:37pm, Jan 23 - Camila: He is
2:38pm, Jan 23 - Camila: It all feels very different
2:43pm, Jan 23 - Unknown Caller: How are you with him?
2:38pm, Jan 23 - Camila: I don't want to be around him
2:44pm, Jan 23 - Unknown Caller: Good. Sorry...
2:39pm, Jan 23 - Camila: I'm not being nice. I don't feel nice
2:40pm, Jan 23 - Camila: Did you see my text about fluffy's dream?
2:47pm, Jan 23 - Unknown Caller: Yes. What did he make of it? Btw... Will be back tonight!
2:42pm, Jan 23 - Camila: Really?
2:42pm, Jan 23 - Camila: How did things go?
2:50pm, Jan 23 - Unknown Caller: So far so good... Do you want me maybe later? It would need to be
very late or early
2:45pm, Jan 23 - Camila: Of course!!!!
2:45pm, Jan 23 - Camila: Please!
2:45pm, Jan 23 - Camila: I miss you sooo much
2:54pm, Jan 23 - Unknown Caller: Any more on a plan for fix?
3:23pm, Jan 23 - Unknown Caller: About to take off...
3:51pm, Jan 23 - Camila: I'm excited for you to come home
6:04pm, Jan 23 - Unknown Caller: Hey... How are things?
6:05pm, Jan 23 - Camila: In group
6:05pm, Jan 23 - Camila: R u back?
6:05pm, Jan 23 - Unknown Caller: No, not till tonight... Layover in Atlanta for a while...
6:06pm, Jan 23 - Camila: ðŸ•½
6:06pm, Jan 23 - Camila: Nose kiss

# A610

6:06pm, Jan 23 - Unknown Caller: Where?

6:06pm, Jan 23 - Unknown Caller: Any more thoughts?

7:05pm, Jan 23 - Camila: Hahahaha

7:05pm, Jan 23 - Camila: Just saw the "where?"

11:46pm, Jan 23 - Camila: Are you back yet, my love?????

12:13am, Jan 24 - Unknown Caller: Yes, but not free... Are you home? How are things?

12:17am, Jan 24 - Camila: I am home, love!

12:17am, Jan 24 - Camila: Things arr very good

12:17am, Jan 24 - Unknown Caller: How very good?

12:17am, Jan 24 - Camila: Everything is different after Jness 4

12:18am, Jan 24 - Unknown Caller: How?ðŸ˜Š

12:18am, Jan 24 - Camila: I don't feel needy around him. I don't give a shit if he looks my.way

12:19am, Jan 24 - Camila: I am still very hurt, though

12:19am, Jan 24 - Camila: Very angry

12:19am, Jan 24 - Unknown Caller: Specifically about?

12:19am, Jan 24 - Camila: His usery

12:21am, Jan 24 - Unknown Caller: Can't text more now... A little later...

12:21am, Jan 24 - Camila: Ok

12:21am, Jan 24 - Camila: I love you

12:27am, Jan 24 - Unknown Caller: Quick question: why hurt?

12:28am, Jan 24 - Camila: Because I was used

12:28am, Jan 24 - Camila: Because I was a fool

12:28am, Jan 24 - Unknown Caller: Angry yes, I'm not sure I understand the hurt...?

12:28am, Jan 24 - Camila: I feel deceived

12:28am, Jan 24 - Unknown Caller: Ok...

12:29am, Jan 24 - Camila: It hurts to be fooled like that

12:29am, Jan 24 - Unknown Caller: I definitely understand that...

12:29am, Jan 24 - Unknown Caller: How were you fooled? What did you think?

12:30am, Jan 24 - Unknown Caller: You told me he said he wasn't attracted to you and didn't want a relationship and didn't kiss you...

12:32am, Jan 24 - Camila: I thought he was  respectful, sensitive and honorable. I trusted him, sorta. He never said the first thing.

12:33am, Jan 24 - Unknown Caller: You said he said something like that I thought... Did he say otherwise?

12:33am, Jan 24 - Unknown Caller: You weren't his type...

12:34am, Jan 24 - Camila: He didn't say that either

12:34am, Jan 24 - Camila: He said he was attracted and his body responded to me. He did say he did not want to date

12:34am, Jan 24 - Camila: I was stupid

12:35am, Jan 24 - Unknown Caller: Stupid how?

12:36am, Jan 24 - Camila: I was naive

12:41am, Jan 24 - Unknown Caller: If you were naive, what did you think naively?

12:42am, Jan 24 - Camila: I couldn't see the real him

12:55am, Jan 24 - Unknown Caller: I agree. But I guess I feel even if it were the real him there was a big problem and terrible tragedy.

12:55am, Jan 24 - Camila: I agree

12:56am, Jan 24 - Unknown Caller: You seem most upset about the misperceptions... The deed is far worse...

12:56am, Jan 24 - Unknown Caller: I guess I hurt when you focus on his deception.

12:58am, Jan 24 - Camila: No honey. I agree with you. I guess I am still adjusting my feelings. I am not saying the deed is less important

1:09am, Jan 24 - Unknown Caller: I know that's what you likely mean... I was just hurting... I always hoped even if a man that was everything you wanted r. to be, and far more, came around there would be no circumstance where you would even look twice because you loved me and I and we were that valuable to you... Through this I recognize I am not so valuable... Not worthy.

1:10am, Jan 24 - Camila: You are wrong on that one. I had a stupid phase that blinded me

# A611

1:10am, Jan 24 - Camila: You are so wonderful
1:11am, Jan 24 - Camila: I was so stupid
1:11am, Jan 24 - Unknown Caller: You were the only woman or even person I trusted to that level and I felt I had earned it. Blind or not I was not worth it and I have no basis to believe I ever was or will be.
1:12am, Jan 24 - Camila: ðŸ˜¢
1:12am, Jan 24 - Unknown Caller: I'm sorry I hurt. I love you. I won't dump this on you anymore.
1:13am, Jan 24 - Camila: I love you. I hurt for us. I hurt so much
1:13am, Jan 24 - Unknown Caller: How late you up?
1:13am, Jan 24 - Unknown Caller: When are you up in the morning?
1:13am, Jan 24 - Camila: Maybe half hour
1:13am, Jan 24 - Unknown Caller: Should I wake you if I'm free?
1:14am, Jan 24 - Camila: You know it.. ðŸ˜‰
1:14am, Jan 24 - Unknown Caller: When are you getting up?
1:15am, Jan 24 - Camila: Around 7
1:15am, Jan 24 - Unknown Caller: If I can come slightly before then I will preferentially... But I will come anytime if I can... I am not well physically...
1:16am, Jan 24 - Camila: Because of the trip?
1:16am, Jan 24 - Unknown Caller: Yes and us. I hurt so much missing you and us.
1:17am, Jan 24 - Camila: Me, too
1:17am, Jan 24 - Camila: I love you
1:17am, Jan 24 - Unknown Caller: Help us by fixing if you can...
1:17am, Jan 24 - Camila: Yes!
1:17am, Jan 24 - Unknown Caller: â•¤
1:18am, Jan 24 - Camila: â•¤
2:29am, Jan 24 - Camila: Going to bed
7:45am, Jan 24 - Camila: Good morning, lovr
7:45am, Jan 24 - Camila: Love
7:45am, Jan 24 - Camila: ðŸ˜¢
8:27am, Jan 24 - Camila: I dreamt of you.
8:27am, Jan 24 - Camila: I will make it a great day for you
9:31am, Jan 24 - Unknown Caller: Good morning love! That sounds nice! How were you thinking?
9:52am, Jan 24 - Camila: I'm working on losing the weight. I will be texting you and although I am always thinking of you. I am setting an alarm to make sure you are always in my awareness and my decisions
9:55am, Jan 24 - Camila: How are you?
9:58am, Jan 24 - Unknown Caller: Very tough physically and concerned about Pam... But my heart is warm with your thoughts...
9:59am, Jan 24 - Camila: What's going on with Pam?
3:25pm, Jan 24 - Camila: Hi my love
3:25pm, Jan 24 - Camila: I just translated 3 hours of your voice
3:25pm, Jan 24 - Camila: â˜º
5:57pm, Jan 24 - Camila: ðŸ’›ðŸ™ðŸ'œðŸ'šâ•¤ð Ÿ'—
7:29pm, Jan 24 - Camila: Hello
7:30pm, Jan 24 - Camila: Tell me about your day
1:18am, Jan 25 - Unknown Caller: What are your feelings towards me?
2:34am, Jan 25 - Camila: Better and better
2:34am, Jan 25 - Unknown Caller: How much? Also how much physically?
3:05am, Jan 25 - Unknown Caller: I was very sad you weren't sensitive to Ben being physical with you.
3:06am, Jan 25 - Unknown Caller: I think you may need to be proactive more than wait until the next time.
9:41am, Jan 25 - Camila: Why sad?
9:41am, Jan 25 - Camila: Love, I took it in once you told me
9:42am, Jan 25 - Camila: He is like a little boy to me
9:42am, Jan 25 - Camila: I love you, vtw
9:42am, Jan 25 - Camila: Btw
9:45am, Jan 25 - Unknown Caller: Because of having the sensitivity without being told... I think you might need to do something proactive with Ben (the first physical contact of the night I saw he slapped you on the rear)... You haven't answered my other question...

## A612

9:47am, Jan 25 - Unknown Caller: I love you to.

9:47am, Jan 25 - Unknown Caller: Too

9:49am, Jan 25 - Unknown Caller: I was also curious about the tinder people...? Please don't forget my other question...

10:07am, Jan 25 - Camila: He slapped me???????

10:07am, Jan 25 - Camila: When??????

10:09am, Jan 25 - Unknown Caller: By the net... That's when I first looked at you at tried to say something... It was right when you started... Very loud too and you arched from it...

10:10am, Jan 25 - Unknown Caller: I was 5' away...

10:10am, Jan 25 - Camila: Oh. I thought he just touched my back. I think I know when you mean. There was no rear slapping

10:13am, Jan 25 - Unknown Caller: It was low and loud...

10:13am, Jan 25 - Unknown Caller: My other questions?

10:18am, Jan 25 - Camila: Hmmmm. Either it was something else or I didn't notice. Sorry, love. I would have done something right there if I'd noticed

10:20am, Jan 25 - Unknown Caller: Ok... My other questions?

10:21am, Jan 25 - Camila: I will answer

10:21am, Jan 25 - Camila: Leafing a group now

10:21am, Jan 25 - Camila: Leading

10:28am, Jan 25 - Unknown Caller: Ok...

10:29am, Jan 25 - Unknown Caller: What are you dealing with, a bunch of plants or making a salad?

11:06am, Jan 25 - Camila: Hahahaga

11:09am, Jan 25 - Unknown Caller: Haga? Is that Armenian?

11:51am, Jan 25 - Camila: Funny boy!

11:52am, Jan 25 - Unknown Caller: My questions now?

12:32pm, Jan 25 - Camila: Still discussing

1:39pm, Jan 25 - Camila: On break

1:39pm, Jan 25 - Camila: Got my period

1:39pm, Jan 25 - Camila: ðŸ˜

1:39pm, Jan 25 - Camila: Ouch

1:39pm, Jan 25 - Camila: I came prepared, though. I have Advil and Tylenol

1:40pm, Jan 25 - Camila: Let me look at your questions...

1:41pm, Jan 25 - Camila: I haven't pursued the tinder ppl

1:41pm, Jan 25 - Camila: I wanted to focus on us

1:42pm, Jan 25 - Camila: Although it might be something I want to try some day, I feel it takes focus away from us right now

1:42pm, Jan 25 - Camila: So I haven't pursued iy

1:42pm, Jan 25 - Camila: It

1:42pm, Jan 25 - Camila: But I still have the account

1:45pm, Jan 25 - Unknown Caller: I suspect you should have I dialogue with the good ones, don't let it distract you at all, do it for me if necessary.

1:45pm, Jan 25 - Camila: Of course, love

1:46pm, Jan 25 - Unknown Caller: Show you can do that vigorously and never lose focus on me for a second no matter how entertaining.

1:46pm, Jan 25 - Camila: Hmmmm

1:46pm, Jan 25 - Camila: Challenge accepted

1:47pm, Jan 25 - Unknown Caller: And be able to drop it instantly if I say so or otherwise.

1:47pm, Jan 25 - Camila: Yes

1:47pm, Jan 25 - Camila: Okay, love

1:47pm, Jan 25 - Unknown Caller: I liked the energy of the last one btw...

1:47pm, Jan 25 - Unknown Caller: What about me physically?

1:47pm, Jan 25 - Camila: The energy? How do you know?

1:47pm, Jan 25 - Camila: What about you?

1:49pm, Jan 25 - Unknown Caller: Energy I might be able to teach you someday... Just like you can see if a person is sleepy, I can see their awareness and, to a good degree, empthically feel what it like to be them...

# A613

1:50pm, Jan 25 - Unknown Caller: Attraction to me, for me, physically?

1:59pm, Jan 25 - Camila: It had plummeted but it is building back up not so slowly

1:59pm, Jan 25 - Camila: 😉

2:00pm, Jan 25 - Unknown Caller: Why did it plummet?

2:05pm, Jan 25 - Camila: My fear and out of causedness

2:10pm, Jan 25 - Unknown Caller: Fear and out of causedness about what specifically?

2:10pm, Jan 25 - Unknown Caller: Why would that make it drop?

2:12pm, Jan 25 - Camila: I felt unsafe and that fed into not wanting to, so then I felt more unsafe and then, etc...

2:18pm, Jan 25 - Unknown Caller: When did this start?

2:24pm, Jan 25 - Camila: Thanksgiving

2:25pm, Jan 25 - Unknown Caller: Why then?

2:27pm, Jan 25 - Camila: The first time I felt conditioned by you

2:30pm, Jan 25 - Unknown Caller: Conditioned how?

2:31pm, Jan 25 - Camila: Like I wanted to leave and felt blackmailed. Emphasis on "felt"

2:43pm, Jan 25 - Unknown Caller: How was that timed with the Jness track you staffed?

3:27pm, Jan 25 - Unknown Caller: ?

4:31pm, Jan 25 - Unknown Caller: You haven't answered my question about the timing of that Jness track...

5:07pm, Jan 25 - Camila: Because I haven't had a single break

5:07pm, Jan 25 - Camila: Sorry

5:07pm, Jan 25 - Camila: I've translated all the way through

6:33pm, Jan 25 - Camila: Hi love

6:33pm, Jan 25 - Camila: Dinner break

10:45pm, Jan 25 - Unknown Caller: In a meeting, have another at 11:30pm... Are you home? Available later? In love (with me?)

10:46pm, Jan 25 - Camila: So much!!!

10:46pm, Jan 25 - Camila: I am home

10:47pm, Jan 25 - Camila: I couldn't wait to call you

10:47pm, Jan 25 - Camila: How are you??

10:47pm, Jan 25 - Unknown Caller: Really rough physically... Very alone with what I need to do... What's new with you?

10:48pm, Jan 25 - Camila: I missed you

10:48pm, Jan 25 - Camila: My insides have changed so much

10:48pm, Jan 25 - Camila: I am free of r!

10:49pm, Jan 25 - Unknown Caller: How do you experience it?

10:49pm, Jan 25 - Camila: I am mostly angry, but anger doesn't seem to describe it well

10:50pm, Jan 25 - Camila: There is a piece of shame, regret,

10:51pm, Jan 25 - Camila: Ans something else but not sure how to describe it..

10:52pm, Jan 25 - Unknown Caller: That might well become very strong don't worry it builds conscience ultimately love and specifically positive self love...

10:52pm, Jan 25 - Unknown Caller: The shame in particular and regret...

10:53pm, Jan 25 - Camila: I love you, my honey

10:53pm, Jan 25 - Unknown Caller: I hid in the bathroom away from my meeting to text you... Need to go back... Tinder?

10:53pm, Jan 25 - Unknown Caller: I love you!

10:54pm, Jan 25 - Camila: No tinder today

10:54pm, Jan 25 - Camila: Good luck

10:54pm, Jan 25 - Camila: Thank you for chatting with me

10:54pm, Jan 25 - Unknown Caller: Are those still reachable...

10:55pm, Jan 25 - Unknown Caller: If you want to come home, I'd love to see you

10:55pm, Jan 25 - Camila: Yes, they are reachable

10:55pm, Jan 25 - Unknown Caller: Thank you for your love...

10:55pm, Jan 25 - Unknown Caller: How long you up?

10:56pm, Jan 25 - Camila: Maybe one hour...

10:56pm, Jan 25 - Camila: I'm bleeding

# A614

10:56pm, Jan 25 - Camila: Heavily
10:56pm, Jan 25 - Camila: I'm in a lot of pain
10:56pm, Jan 25 - Unknown Caller: Oh honey! Anything I can do? Is this the right time for your period?
10:57pm, Jan 25 - Camila: It is early and heavy
10:57pm, Jan 25 - Camila: It is not following the pill schedule
10:58pm, Jan 25 - Camila: I missed one pill and started bleeding two days later
10:58pm, Jan 25 - Unknown Caller: Someone's body wants to mate...
10:58pm, Jan 25 - Unknown Caller: Maybe later... I won't be done for a few hours...
10:59pm, Jan 25 - Camila: I want your baby
10:59pm, Jan 25 - Unknown Caller: Find the way to that then... Please...
10:59pm, Jan 25 - Camila: Yes, love
11:00pm, Jan 25 - Unknown Caller: Maybe tinder before you sleep... ðŸ˜‰
11:00pm, Jan 25 - Camila: Haha. Ok
12:04pm, Jan 26 - Camila: Honey bunny
12:04pm, Jan 26 - Camila: I'm feeling kind of vulnerable today.
12:05pm, Jan 26 - Camila: I will be strong, love
12:06pm, Jan 26 - Unknown Caller: Vulnerable to what love?
12:09pm, Jan 26 - Unknown Caller: ?
12:09pm, Jan 26 - Camila: In general
12:09pm, Jan 26 - Unknown Caller: Why would you need to be strong? Is there some temptation with r.?
12:51pm, Jan 26 - Unknown Caller: ???
1:09pm, Jan 26 - Camila: Leading group
1:09pm, Jan 26 - Camila: Shortly
1:18pm, Jan 26 - Camila: Not really
1:18pm, Jan 26 - Camila: It is just one of those days that I can't afford to let my guard down
1:18pm, Jan 26 - Camila: No mistakes
1:18pm, Jan 26 - Unknown Caller: Not really how? That doesn't sound confident.
1:18pm, Jan 26 - Unknown Caller: How would you let your guard down honey?
1:21pm, Jan 26 - Camila: I'm feeling vulnerable in general. I need to focus on staying with that and not look for comfort or acceptance
1:21pm, Jan 26 - Camila: It takes effort, that's all I'm saying
1:21pm, Jan 26 - Unknown Caller: Ah! Got it!
1:22pm, Jan 26 - Unknown Caller: Yes... And we men predators sense and exploit it!
1:27pm, Jan 26 - Unknown Caller: How are you?
2:09pm, Jan 26 - Unknown Caller: What I am dealing with relating to Pam is so hard. Death can be cruel. I also am not hearing so much from you so I feel a loss of hope.
2:50pm, Jan 26 - Camila: Don't lose hope
2:50pm, Jan 26 - Camila: ðŸ˜¤
2:51pm, Jan 26 - Unknown Caller: If you would write me with great proactive thoughts...
2:52pm, Jan 26 - Unknown Caller: And what your doing towards them...
6:49pm, Jan 26 - Camila: Hi honey
6:49pm, Jan 26 - Camila: How are you?
6:56pm, Jan 26 - Unknown Caller: Just got back from dentist, numb...
7:32pm, Jan 26 - Camila: Awwww
7:43am, Jan 27 - Camila: I left home super early
7:43am, Jan 27 - Camila: Overslept
7:43am, Jan 27 - Camila: Good morninh
7:43am, Jan 27 - Camila: I love you
8:27am, Jan 27 - Unknown Caller: How do you oversleep and leave home super-early?
8:22am, Jan 27 - Camila: Overslept the time I was supposed to leave
8:22am, Jan 27 - Camila: I'm.exjaisye
8:22am, Jan 27 - Camila: Exhausted
8:22am, Jan 27 - Camila: Who are you texting?
8:28am, Jan 27 - Unknown Caller: Allison driving you?
8:28am, Jan 27 - Unknown Caller: You. No one else.
8:34am, Jan 27 - Unknown Caller: Why did you think I was texting someone else? You have not

# A615

answered my question.

8:29am, Jan 27 - Camila: Because it showed online but not seen

8:29am, Jan 27 - Camila: I came with Kayla. AllÂ- not coming in the mornings

8:29am, Jan 27 - Camila: You'd be proud of me, love

8:29am, Jan 27 - Camila: Making strides ðŸˆ

8:39am, Jan 27 - Unknown Caller: Tell me...ðŸˆ

8:49am, Jan 27 - Camila: Working the Kayla n r thing

9:04am, Jan 27 - Unknown Caller: Ah... Can you say more?

8:59am, Jan 27 - Camila: I will....

12:15pm, Jan 27 - Unknown Caller: More?

1:29pm, Jan 27 - Camila: I haven't had a chance yet

1:29pm, Jan 27 - Camila: It is too long and complex to text

1:29pm, Jan 27 - Camila: Later?

1:30pm, Jan 27 - Camila: Still in a lot of pain, btw. Painkillers taking little effect

1:30pm, Jan 27 - Unknown Caller: Ok... Anything you can/ want to text?

1:31pm, Jan 27 - Camila: I love you.

1:31pm, Jan 27 - Camila: I'm in pain

1:31pm, Jan 27 - Camila: I'm making progress

1:33pm, Jan 27 - Unknown Caller: How much progress? Can I help the pain for later?

1:34pm, Jan 27 - Camila: I need stronger painkillers. Thank you, though

2:14pm, Jan 27 - Unknown Caller: I dropped off prescription ibuprofin 600mg. tabs at home on the ledge when you first come in.

2:50pm, Jan 27 - Camila: You

2:50pm, Jan 27 - Camila: Are

2:50pm, Jan 27 - Camila: Amazing

3:22pm, Jan 27 - Camila: I love you

3:25pm, Jan 27 - Camila: So busy

3:25pm, Jan 27 - Camila: But thinking of you

6:03pm, Jan 27 - Unknown Caller: Still busy?... No textsðŸž

6:12pm, Jan 27 - Camila: Busy straight through

6:12pm, Jan 27 - Camila: Love you

6:15pm, Jan 27 - Unknown Caller: Do you need more than what I got you... I found something more but it's difficult to get to you... When are you home?

7:11pm, Jan 27 - Camila: I'm home late tonight. Maybe 11?

7:11pm, Jan 27 - Camila: I'll text you

7:11pm, Jan 27 - Camila: How are you, love?

7:12pm, Jan 27 - Unknown Caller: Very nauseous... Want to know about us from you... Do you need the other meds?

7:12pm, Jan 27 - Camila: Feeling better bow

7:12pm, Jan 27 - Camila: Now

7:13pm, Jan 27 - Camila: What are the other meds?

7:13pm, Jan 27 - Unknown Caller: Generic Percocet...

7:14pm, Jan 27 - Camila: Omg

7:14pm, Jan 27 - Unknown Caller: Omg?

7:15pm, Jan 27 - Camila: Sounds nice

7:15pm, Jan 27 - Unknown Caller: Druggy!

7:16pm, Jan 27 - Camila: Hahaha

7:16pm, Jan 27 - Camila: A little

7:16pm, Jan 27 - Unknown Caller: Make me your drug.

7:17pm, Jan 27 - Camila: ðŸ•

7:17pm, Jan 27 - Unknown Caller: I have other things for you to swallow...

7:27pm, Jan 27 - Camila: Mmm

7:27pm, Jan 27 - Camila: ðŸ•

7:28pm, Jan 27 - Unknown Caller: What does that emoticon mean? I can't tell if it's positive, negative, or disgust?

8:00pm, Jan 27 - Unknown Caller: Watch "Aram Khachaturian - Gayane Ballet Suite (Adagio)" on

# A616

YouTube - Aram Khachaturian - Gayane Ballet Suite (Adagio): http://youtu.be/EB3IokHelRk
9:27pm, Jan 27 - Unknown Caller: Do I disgust you physically?
10:06pm, Jan 27 - Camila: No, my lovey
10:06pm, Jan 27 - Camila: You are delicious
10:20pm, Jan 27 - Unknown Caller: Oh! What did the emoticon mean?
10:21pm, Jan 27 - Camila: It was too abrupt but I am not disgusted by you
10:23pm, Jan 27 - Unknown Caller: Ideally, nothing could ever be too abrupt between authentic lovers... Otherwise it can never be safe or genuine.
10:24pm, Jan 27 - Unknown Caller: I wish you could figure out how I could ever be too abrupt for you...
10:25pm, Jan 27 - Unknown Caller: Maybe that reaction can trace to something fruitful... An area of pride perhaps... You can never be too abrupt with me unless you act out of fear and not love...
10:26pm, Jan 27 - Unknown Caller: I guess in thinking about it, I am very sad anything could be too abrupt...ðŸ˜¢
10:34pm, Jan 27 - Camila: It feels violent. It feels like I am a thing and that scares me
10:35pm, Jan 27 - Camila: I will look at it more
11:02pm, Jan 27 - Unknown Caller: Are you home? Did you find the ibuprofin?
11:03pm, Jan 27 - Camila: I did, my love. You are so sweet
11:03pm, Jan 27 - Camila: I just took one mega dose today and that's all
11:04pm, Jan 27 - Camila: Although I'm starting to feel it coming back right now
11:04pm, Jan 27 - Camila: How are you, honey?
11:05pm, Jan 27 - Unknown Caller: Very sad now about us... The abrupt thing is was hard...
11:06pm, Jan 27 - Camila: I'm sorry. But now that its exposed we (I) can deal with it
11:07pm, Jan 27 - Unknown Caller: Ok...
11:11pm, Jan 27 - Unknown Caller: I am sad.
11:11pm, Jan 27 - Camila: Why, my bunny?
11:14pm, Jan 27 - Unknown Caller: I don't know what to say that is good and constructive. I keep on typing to communicate with you only to erase it as not good.
11:15pm, Jan 27 - Camila: Aww, love. Maybe I don't want you to say it, then
11:16pm, Jan 27 - Camila: No?
11:15pm, Jan 27 - Unknown Caller: I want to share, but only if it brings us forward.
11:16pm, Jan 27 - Camila: What you are saying does not sound so good
11:16pm, Jan 27 - Unknown Caller: I don't know. What is needed for us and what is seems very different.
11:18pm, Jan 27 - Unknown Caller: I believe you don't desire me like a drowning person needs air... More than you ever have... I feel you rather me be at a distance and sexually I disgust you.
11:20pm, Jan 27 - Unknown Caller: ðŸ˜¢
11:23pm, Jan 27 - Camila: I disagree. But I understand that we haven't had a chance to test it.. I had a big shift last week and have been in intensive
11:24pm, Jan 27 - Camila: I've told you that I want you
11:24pm, Jan 27 - Camila: I invite you to wake me(with implicationsðŸ˜•)
11:24pm, Jan 27 - Unknown Caller: Ok... Maybe soon... But we've had a few chances to at least do somethings and we haven't...
11:25pm, Jan 27 - Camila: But I understand you feel that way
11:25pm, Jan 27 - Camila: I'm sorry
11:25pm, Jan 27 - Unknown Caller: Maybe soon then... Not for you to be sorry. ..
11:25pm, Jan 27 - Unknown Caller: You feel as you feel right now...
11:27pm, Jan 27 - Unknown Caller: I guess I wish you desired me so much more than you desired r.... I'm sorry...
11:28pm, Jan 27 - Camila: Don't be. I am
11:30pm, Jan 27 - Unknown Caller: From your side I am crushed by the r. value stuff... I wish you were so determined to prove me wrong and show me I am desired more in every way...
11:31pm, Jan 27 - Camila: That was the plan
11:31pm, Jan 27 - Camila: I won't do it now, though
11:31pm, Jan 27 - Unknown Caller: But... ?
11:31pm, Jan 27 - Unknown Caller: Why?
11:32pm, Jan 27 - Camila: Lol
11:32pm, Jan 27 - Camila: U r cute

# A617

11:32pm, Jan 27 - Unknown Caller: ?
11:32pm, Jan 27 - Camila: Because then it is because you asked, and that is not how it is
11:32pm, Jan 27 - Unknown Caller: Yes...
11:33pm, Jan 27 - Camila: The fact that you asked makes it so I can't show you right now
11:33pm, Jan 27 - Unknown Caller: But that's sometimes a reason to not not do it...
11:33pm, Jan 27 - Unknown Caller: Sometimes even telling me can help...
11:34pm, Jan 27 - Camila: I want you to know how much I want you but because I genuinely desire you, not because you asked
11:34pm, Jan 27 - Unknown Caller: I know...
11:35pm, Jan 27 - Unknown Caller: How late are you up?
11:35pm, Jan 27 - Camila: Maybe 1...?
11:35pm, Jan 27 - Camila: Dunno
11:35pm, Jan 27 - Camila: Pretty tired
11:35pm, Jan 27 - Unknown Caller: When are you getting up in the morning?
11:35pm, Jan 27 - Camila: You?
11:36pm, Jan 27 - Unknown Caller: Anything with your account?
11:36pm, Jan 27 - Camila: Around 6:45
11:36pm, Jan 27 - Camila: Tinder?
11:36pm, Jan 27 - Unknown Caller: Yes.
11:37pm, Jan 27 - Camila: Not yet
11:37pm, Jan 27 - Unknown Caller: 6:45? Ey!
11:37pm, Jan 27 - Camila: Ey?
11:38pm, Jan 27 - Unknown Caller: Yeah... Early! I will try to see you if I can...
11:38pm, Jan 27 - Camila: Would love that...
11:38pm, Jan 27 - Camila: How are things on your end?
11:38pm, Jan 27 - Unknown Caller: My end?
11:33pm, Jan 27 - Camila: Your life, Pam, your body, G, etc?
11:41pm, Jan 27 - Unknown Caller: Very hard. I may have news about g in a few days, Pam is leaving thurs... I am leaving Sunday... I am hurting about us and concerned time might be short... And I want forever... Sorry.
11:38pm, Jan 27 - Camila: We will talk, my bunny
11:45pm, Jan 27 - Unknown Caller: Maybe later... This is hard, I cry quietly each time I text you...
11:39pm, Jan 27 - Camila: 🍆
11:46pm, Jan 27 - Unknown Caller: Sleep well... Any need for the stronger meds?
11:40pm, Jan 27 - Camila: No. Thank you, love
11:40pm, Jan 27 - Camila: â•¤
11:47pm, Jan 27 - Unknown Caller: â•¤
11:41pm, Jan 27 - Camila: I cry, too
11:47pm, Jan 27 - Unknown Caller: Then please fix, please make it work somehow....
11:41pm, Jan 27 - Camila: Yes
1:05am, Jan 28 - Camila: Going to sleep
1:05am, Jan 28 - Camila: Night night
7:50am, Jan 28 - Camila: Morning
8:43am, Jan 28 - Unknown Caller: Morning... Thoughts feelings?
9:20am, Jan 28 - Camila: Tired
9:27am, Jan 28 - Unknown Caller: Ah! Pain-wise are you ok? Did you use the meds?
9:28am, Jan 28 - Camila: A bit in pain
9:28am, Jan 28 - Unknown Caller: Meds?
9:28am, Jan 28 - Camila: Didn't
9:29am, Jan 28 - Unknown Caller: Have it with you?
9:50am, Jan 28 - Camila: I don't. I took Advil. I want to wean myself off
9:52am, Jan 28 - Unknown Caller: How about us? Not trying to wean yourself are you?ðŸ˜
9:53am, Jan 28 - Camila: Honey, I'm leading a group
9:54am, Jan 28 - Unknown Caller: Yes... I was being funny... You don't have to answer right away.
10:00am, Jan 28 - Camila: Can't talk much
10:00am, Jan 28 - Camila: Love u

# A618

10:11am, Jan 28 - Unknown Caller: Do well! Although I wish you had answered my joke differently...
2:55pm, Jan 28 - Camila: ðŸ˜
7:10pm, Jan 28 - Camila: Hi, my honey bunny
7:11pm, Jan 28 - Camila: Holy shit
7:11pm, Jan 28 - Camila: I just got em'ed
7:12pm, Jan 28 - Camila: Do you love me??
7:23pm, Jan 28 - Unknown Caller: Yes. It the deepest sense... A sense you haven't even yet experienced... Why do you ask?
11:00pm, Jan 28 - Camila: I'm home!
11:00pm, Jan 28 - Camila: Going to bed but wake me anytime
11:00pm, Jan 28 - Unknown Caller: Anything with r.?
11:02pm, Jan 28 - Camila: Nothing bad
11:02pm, Jan 28 - Camila: All good
11:02pm, Jan 28 - Camila: ðŸ˜Š
11:02pm, Jan 28 - Unknown Caller: What are you feelings?
11:03pm, Jan 28 - Camila: That I love u
11:02pm, Jan 28 - Unknown Caller: Towards him?
11:03pm, Jan 28 - Camila: Oh
11:03pm, Jan 28 - Camila: Lol
11:03pm, Jan 28 - Camila: He feels like a big mistake walking around
11:04pm, Jan 28 - Camila: If that makes sense
11:05pm, Jan 28 - Unknown Caller: Sorta... What sort of big mistake?
11:06pm, Jan 28 - Camila: My mistake. The confusion I fell for and the loss and pain that caused
11:07pm, Jan 28 - Unknown Caller: Are you attracted, neutral... Angry, disgusted?
11:08pm, Jan 28 - Camila: Angry, very angry
11:08pm, Jan 28 - Unknown Caller: Attracted?
11:09pm, Jan 28 - Camila: No
11:09pm, Jan 28 - Camila: Well....
11:09pm, Jan 28 - Camila: Down to 5%
11:09pm, Jan 28 - Camila: From 90%
11:12pm, Jan 28 - Unknown Caller: Not disgusted?
11:13pm, Jan 28 - Camila: Not always yet. More like so angry and hurt that I can't even look at him or be around him
11:13pm, Jan 28 - Unknown Caller: What if you had to deal with him one on one alone for many hours?
11:14pm, Jan 28 - Camila: First of all, I would avoid that
11:14pm, Jan 28 - Unknown Caller: You may have to do that to fix things
11:15pm, Jan 28 - Camila: If absolutely necessary I'd do the work, don't be nice, and get out
11:15pm, Jan 28 - Camila: What do you mean?
11:16pm, Jan 28 - Unknown Caller: What if he had to answer to you and you had to interact with him
11:16pm, Jan 28 - Unknown Caller: ?
11:17pm, Jan 28 - Camila: That'd be fine. I'd be strong. Uphold a certain image
11:17pm, Jan 28 - Unknown Caller: To restore your honor, my honor, our honor and to fix his thoughts toward you and about you
11:17pm, Jan 28 - Camila: Ok
11:17pm, Jan 28 - Unknown Caller: You should not have to be strong if he disgusts you... There is no temptation...
11:18pm, Jan 28 - Camila: Right.... I'm just making sure it is clear
11:18pm, Jan 28 - Unknown Caller: With him (ideally anyone) you should have no thought of needing to be strong
11:19pm, Jan 28 - Camila: Right....
11:19pm, Jan 28 - Camila: That was more for you than for me, honey
11:19pm, Jan 28 - Unknown Caller: How was your day love?
11:19pm, Jan 28 - Camila: Good
11:19pm, Jan 28 - Camila: Intense
11:20pm, Jan 28 - Camila: Are you coming home tonight
11:20pm, Jan 28 - Camila: ?

# A619

11:20pm, Jan 28 - Camila: Going to bed shortly
11:20pm, Jan 28 - Unknown Caller: I don't know yet...
11:21pm, Jan 28 - Unknown Caller: I am losing our battle... My body is having problems...
11:21pm, Jan 28 - Unknown Caller: Anything today especially on fixing?
11:22pm, Jan 28 - Camila: What's going on?
11:22pm, Jan 28 - Camila: Yes. Got an em
11:22pm, Jan 28 - Unknown Caller: Anything outward in the physical world also?
11:23pm, Jan 28 - Camila: More with r and fixing image and how I deal with him (or don't deal with him)
11:24pm, Jan 28 - Unknown Caller: Can you give me one specific?
11:27pm, Jan 28 - Camila: I used to.buy into his shit and let little things slip. If he does say something to me and there is something I don't agree with or misogynistic, I'll won't let it slip and be firm. By no means will I let that be ok
11:27pm, Jan 28 - Unknown Caller: Do you treat him as you would a rapist?
11:28pm, Jan 28 - Camila: Yes
8:48am, Jan 29 - Camila: Good morning, my beauty!!
8:48am, Jan 29 - Camila: ðŸˆ•
10:30am, Jan 29 - Camila: How are you??
10:30am, Jan 29 - Camila: I miss you
10:30am, Jan 29 - Camila: Soooooooooooo much!!!
10:30am, Jan 29 - Camila: I'll see you tonight at vball?
1:17pm, Jan 29 - Camila: ðŸˆ·
1:17pm, Jan 29 - Camila: I am getting super sick, super fast
2:50pm, Jan 29 - Camila: what's going  with you?
2:54pm, Jan 29 - Camila: I'm feeling soooo sick
2:54pm, Jan 29 - Camila: ðŸˆŸ
2:55pm, Jan 29 - Camila: I haven't heard from you
2:57pm, Jan 29 - Camila: ðŸˆ¢
2:59pm, Jan 29 - Unknown Caller: I don't hear from you enough... Please don't get sick, the next few days are important...
3:39pm, Jan 29 - Unknown Caller: ðŸˆ'"
4:11pm, Jan 29 - Camila: ?
4:11pm, Jan 29 - Camila: Can't
4:11pm, Jan 29 - Camila: I'm leading, love
4:30pm, Jan 29 - Camila: I am leading groups/mentoring, getting sick, staffing
4:30pm, Jan 29 - Camila: I am texting as much aa I can
4:31pm, Jan 29 - Camila: I might be going to nyc right after Jness tracks
4:31pm, Jan 29 - Camila: My cousin is in the hospital
4:31pm, Jan 29 - Camila: Would you be okay with that?
4:32pm, Jan 29 - Camila: I can't tell what's going on with you. I don't hear much
4:38pm, Jan 29 - Unknown Caller: Not really. It our only time.
4:41pm, Jan 29 - Camila: What do you mean?
4:42pm, Jan 29 - Camila: I am sorry. I didn't plan for her to get emergency surgery
4:42pm, Jan 29 - Unknown Caller: I understand. Can't text now. But our time is so important. Fluffy is already going down...
4:44pm, Jan 29 - Camila: What's going on for you after Jness? Why don't you want me to go?
4:44pm, Jan 29 - Camila: Yes, I know
4:44pm, Jan 29 - Camila: That does not make up for my absence
4:46pm, Jan 29 - Unknown Caller: No one is here we can finally spend some time. I may be gone a lot.
4:47pm, Jan 29 - Camila: Oh
4:47pm, Jan 29 - Camila: Let's talk later
4:47pm, Jan 29 - Camila: About to translate a forum
4:47pm, Jan 29 - Camila: I love you
4:48pm, Jan 29 - Unknown Caller: Ok...
7:13pm, Jan 29 - Camila: How are you, love?
7:14pm, Jan 29 - Unknown Caller: So sad.
7:14pm, Jan 29 - Camila: Why, mi honey?

# A620

7:14pm, Jan 29 - Unknown Caller: Us, Gaelyn and pam
7:15pm, Jan 29 - Camila: Oh, my love....
7:15pm, Jan 29 - Camila: Anything new with Gaelyn?
7:15pm, Jan 29 - Unknown Caller: I wish we were moving so much faster...
7:16pm, Jan 29 - Unknown Caller: Not much, I can tell you stuff in person...
7:16pm, Jan 29 - Camila: Ok
7:16pm, Jan 29 - Camila: I love you
7:16pm, Jan 29 - Camila: How much faster, honey?
7:17pm, Jan 29 - Camila: How can I prove I love you?
7:17pm, Jan 29 - Unknown Caller: As fast as I would do it. So fast...
7:17pm, Jan 29 - Camila: ðŸ• †
7:17pm, Jan 29 - Camila: Like a cheetah!
7:18pm, Jan 29 - Unknown Caller: After what happened, I may never be able to know if you love me, but other things... How much do you love me compared to the most in the past?
7:20pm, Jan 29 - Camila: Not sure how to measure it
7:20pm, Jan 29 - Camila: It is so diferent
7:20pm, Jan 29 - Camila: There is so much pain and sadness
7:20pm, Jan 29 - Unknown Caller: How is it different?
7:21pm, Jan 29 - Camila: Not just happiness and fairy tale-like feelings as it was before
7:21pm, Jan 29 - Unknown Caller: Are you doing volleyball?
7:22pm, Jan 29 - Unknown Caller: Who is more devoted, you then or you now?
7:23pm, Jan 29 - Camila: Yes on vball
7:23pm, Jan 29 - Camila: Then before I fucked up?
7:23pm, Jan 29 - Unknown Caller: You're most devoted compared to now?
7:25pm, Jan 29 - Camila: I'm asking which "when" you are asking about
7:26pm, Jan 29 - Unknown Caller: When you were the most devoted ever before r.?
7:28pm, Jan 29 - Camila: It is still then when I was the most
7:28pm, Jan 29 - Camila: Working on it
7:29pm, Jan 29 - Unknown Caller: If you failed the test after feeling that way, this way is not enough yet unfortunately. The tests are so much harder...ðŸ˜¢
7:29pm, Jan 29 - Camila: I get that... ðŸ˜¢
7:30pm, Jan 29 - Unknown Caller: We can talk after volleyball... I am alone.
7:31pm, Jan 29 - Camila: Right now?
7:31pm, Jan 29 - Camila: Where's everyone?
7:31pm, Jan 29 - Unknown Caller: In a meeting with Clare for a little while...
7:31pm, Jan 29 - Camila: Pam n monk not there?
7:31pm, Jan 29 - Unknown Caller: Pam and monkey are out of town.
1:35am, Jan 30 - Unknown Caller: The tinder thing will provide certain things for the future. But I wish I didn't need to mention it. Feel better so maybe you can soothe my heart...
1:36am, Jan 30 - Unknown Caller: That's obviously not the primary reason for you to feel better!
1:36am, Jan 30 - Unknown Caller: It just came out differently than anticipated...
1:58am, Jan 30 - Camila: I love you
1:59am, Jan 30 - Unknown Caller: I love you so so much... I feel I'm losing though...
2:01am, Jan 30 - Camila: How? I thought we were improving...
2:01am, Jan 30 - Unknown Caller: Yes... But I'm not yet where I was in your heart, and every day more slips away from us...
2:03am, Jan 30 - Unknown Caller: If you reach g0 it will be helpful...
2:10am, Jan 30 - Unknown Caller: â•¤
7:41am, Jan 30 - Camila: Good morning, my love
7:41am, Jan 30 - Camila: â•¤
9:04am, Jan 30 - Camila: What's going on with you?
1:32pm, Jan 30 - Camila: Hi mi honey
1:32pm, Jan 30 - Camila: How are you?
2:34pm, Jan 30 - Camila: My love, it has been a good day. Although I def got sick
2:34pm, Jan 30 - Camila: ðŸ˜·
4:18pm, Jan 30 - Camila: I miss you, love

# A621

4:18pm, Jan 30 - Camila: You don't text much

4:19pm, Jan 30 - Camila: I think of you all day. How are you?

4:27pm, Jan 30 - Unknown Caller: More hard news. Have been locked with doctors all day. I wish I had us as a backbone. I feel so alone.

4:28pm, Jan 30 - Camila: You don't?

4:28pm, Jan 30 - Camila: ðŸ˜Ÿ

4:29pm, Jan 30 - Camila: I'm trying to be here for you as much as I can

4:28pm, Jan 30 - Unknown Caller: Your not yet at g0... Your image of me is still damaged.

4:29pm, Jan 30 - Camila: But I am rebuilding it

4:29pm, Jan 30 - Unknown Caller: I know. But look at it from my perspective.

4:42pm, Jan 30 - Unknown Caller: Can you understand from my perspective... What you were to me... The only person I trusted... I could really use that person in my life after today... I just got off the phone with Pam's mom...

4:55pm, Jan 30 - Camila: I do understand, my honey.

4:56pm, Jan 30 - Camila: What's going on with Pam's mon

4:56pm, Jan 30 - Camila: Mom

2:37am, Jan 31 - Unknown Caller: The thing with Kayla really hurts on several levels. You know I told you to pull away, you agreed, and now your back. It says you are not loyal to me in the face of something that makes you feel good. This is just like what happened with r. You told me you would stop and then. This hurts so much. There is a 50/50 probability there will be something you and I want but we will never be able to have it because something Kayla innocently said to Robbie before you can fix his internal representation. You must reach ground zero to do that. If you could get Kayla never to say another word or interact with r. again this could be avoided. Else every day that goes by the risk increases and every interaction you have with Kayla reminds me you are not loyal to me or us and hurts us. I really am hurting with this even beyond the Pam situation today. I wish I believed you could be joyfully loyal, looking to fix, not angry and disloyal with what feels good.

2:39am, Jan 31 - Unknown Caller: Loyal is both absolute and proactively joyful.

2:42am, Jan 31 - Unknown Caller: ðŸ˜¢

2:43am, Jan 31 - Camila: I'm just reading this

2:43am, Jan 31 - Camila: Give me a sec

2:45am, Jan 31 - Camila: That was not at all my understanding of it. I thought I was helping the situation

2:46am, Jan 31 - Camila: I don't get it. You tell me you won't tell me what to do and to demonstrate initiative and want me to do just what you want and no more. I am confused

2:46am, Jan 31 - Camila: I don't know what you want then

2:47am, Jan 31 - Camila: I thought I was doing the right thing

2:51am, Jan 31 - Unknown Caller: I know. If you think back you will remember pulling away from Kayla. But then without my input it changed. That scares me in relation to consistency and loyalty. I need to be the absolute highest priority if I am to start to rebuild the trust in your loyalty. Before r., for me, it was you and me against the world so to speak. Yes I want you to be excessively proactive but keeping what I want think and say the highest priority. I won't tell you what to do much of the times but if I do, if you love me and are at cause it will be joyously accepted and held as the highest priority.

2:53am, Jan 31 - Unknown Caller: It seems when something you don't understand inconvenices you, you get angry. If true, this is a form of pride.

2:54am, Jan 31 - Unknown Caller: If you are at all angry now I am really heartbroken.

2:58am, Jan 31 - Unknown Caller: ?

3:00am, Jan 31 - Unknown Caller: I wish you wouldn't drop out of conversations... Especially one so hard for us.

3:07am, Jan 31 - Unknown Caller: This is the time I wish I had my loyal partner. I am alone.

1:26pm, Jan 31 - Camila: Hi my honey

1:26pm, Jan 31 - Camila: I'm so sorry, I crashed

1:26pm, Jan 31 - Camila: I was not angry

1:26pm, Jan 31 - Unknown Caller: How do you feel? What do you think?

1:27pm, Jan 31 - Camila: I feel like shit

1:27pm, Jan 31 - Unknown Caller: Oh! How can I help you get better?

1:27pm, Jan 31 - Unknown Caller: Food? Meds?

1:27pm, Jan 31 - Camila: I feel sad and confused that I tried to do the right thing but missed

# A622

1:28pm, Jan 31 - Camila: I have wellmax and other supplements
1:28pm, Jan 31 - Unknown Caller: Look at the process of how you forgot what I wanted...
1:29pm, Jan 31 - Camila: Unlimited water, and I'm not too worried about food
1:29pm, Jan 31 - Camila: Ok
1:30pm, Jan 31 - Unknown Caller: Remember we had clear understandings during the r. situation and they were changed or forgotten. Same process.
2:15pm, Jan 31 - Unknown Caller: ?
2:37pm, Jan 31 - Unknown Caller: ???
2:38pm, Jan 31 - Unknown Caller: It seems like you're seeing my question marks, we are both online, but you don't communicate...ðŸ™
2:50pm, Jan 31 - Camila: How?
2:50pm, Jan 31 - Camila: I've been sleeping
2:52pm, Jan 31 - Unknown Caller: I know these phones do that... I think you stay in whatsapp, your phone goes to sleep, I text, it wakes, registers as being online, goes back to sleep... All while you're unconscious!
5:51pm, Jan 31 - Unknown Caller: Still asleep? Hope your getting better and your body is fighting this off... Sometimes you have to just sleep a long time... Let me know when you're up...
5:52pm, Jan 31 - Camila: ðŸ˜·ðŸ˜–
5:52pm, Jan 31 - Camila: Feeling like shit
5:52pm, Jan 31 - Unknown Caller: Oh honey! Can I get you anything?
5:52pm, Jan 31 - Unknown Caller: Fly meds?
5:52pm, Jan 31 - Unknown Caller: Flu
5:52pm, Jan 31 - Unknown Caller: Food
5:53pm, Jan 31 - Camila: No. Thank you, honey
5:52pm, Jan 31 - Unknown Caller: Music?
5:52pm, Jan 31 - Unknown Caller: A unicorn?
5:53pm, Jan 31 - Camila: Prob best I don't eat
5:53pm, Jan 31 - Unknown Caller: A hornet horse?
5:53pm, Jan 31 - Camila: ðŸ˜‚
5:53pm, Jan 31 - Unknown Caller: Horny
5:53pm, Jan 31 - Camila: â•¤
5:53pm, Jan 31 - Unknown Caller: â•¤
5:53pm, Jan 31 - Camila: Are you the horny horse?
5:54pm, Jan 31 - Camila: Horny stud?
5:54pm, Jan 31 - Unknown Caller: Do you find me to be a horse?
5:54pm, Jan 31 - Camila: Haha. No
5:54pm, Jan 31 - Unknown Caller: No
5:54pm, Jan 31 - Unknown Caller: ?
5:55pm, Jan 31 - Camila: I don't know what that would mean
5:55pm, Jan 31 - Unknown Caller: How no?
5:55pm, Jan 31 - Camila: You are not a horse. You are a man
5:56pm, Jan 31 - Camila: Eh??? How about my sharp logic??
5:56pm, Jan 31 - Unknown Caller: I was speaking metaphorically... I was referring to being stud-like and penis size...
5:56pm, Jan 31 - Camila: Aaaaaah
5:56pm, Jan 31 - Camila: Honey, I barely know my own name
5:57pm, Jan 31 - Camila: This is too complex
5:56pm, Jan 31 - Unknown Caller: I could take what you said to be insulting...
5:57pm, Jan 31 - Camila: Noooo
5:57pm, Jan 31 - Camila: I don't want to insult you
5:57pm, Jan 31 - Unknown Caller: Do you think I'm a stud?
5:57pm, Jan 31 - Camila: Why would I insult you?
5:57pm, Jan 31 - Camila: I'm not insulting you
5:57pm, Jan 31 - Camila: Are you being funny, again?
5:57pm, Jan 31 - Unknown Caller: Do you think I'm a stud?
5:58pm, Jan 31 - Camila: Am I not getting something?

# A623

5:58pm, Jan 31 - Camila: Yes
5:58pm, Jan 31 - Unknown Caller: Do you think a have a big penis?
5:58pm, Jan 31 - Camila: Yes
5:58pm, Jan 31 - Unknown Caller: Then I'm a horse... And I'm definitely horny for you!
5:59pm, Jan 31 - Unknown Caller: Get well now!!!
5:59pm, Jan 31 - Camila: Ok
5:59pm, Jan 31 - Unknown Caller: Go back to sleep... I love you with all my heart!
6:00pm, Jan 31 - Unknown Caller: ... And my big fat penis...
6:00pm, Jan 31 - Camila: Me, too
6:00pm, Jan 31 - Unknown Caller: You don't have a penis
6:00pm, Jan 31 - Camila: Haha
6:01pm, Jan 31 - Camila: I love you, too
6:01pm, Jan 31 - Unknown Caller: It's said that my sperm can cure the flu!
6:01pm, Jan 31 - Camila: Said by who?
6:01pm, Jan 31 - Unknown Caller: Me
6:02pm, Jan 31 - Camila: Oh
6:02pm, Jan 31 - Camila: I believe you
6:02pm, Jan 31 - Unknown Caller: That was supposed to elicite laughter... But it's true...
6:02pm, Jan 31 - Camila: I did laugh
6:02pm, Jan 31 - Unknown Caller: Just sayin
8:18am, Feb 1 - Unknown Caller: Are you up?
11:41am, Feb 1 - Camila: I'm up now
11:41am, Feb 1 - Camila: What's going on with you, honey?
11:42am, Feb 1 - Camila: I am not going to the city. I am too sick
12:46pm, Feb 1 - Camila: Hi love
12:46pm, Feb 1 - Camila: Are you leaving today?
2:04pm, Feb 1 - Unknown Caller: Was going to but flight was cancelled...
2:05pm, Feb 1 - Camila: Were you going for Pam?
2:05pm, Feb 1 - Camila: Is she going to be okay?
2:05pm, Feb 1 - Unknown Caller: Yes. I don't know yet. Let me find out and text you in a few minutes.
2:05pm, Feb 1 - Camila: Ok
2:32pm, Feb 1 - Unknown Caller: Still trying to rebook... How are you?
2:33pm, Feb 1 - Camila: Still feeling very crappy but no more fever
2:33pm, Feb 1 - Camila: That's nice
2:33pm, Feb 1 - Unknown Caller: Crappy how?
2:33pm, Feb 1 - Camila: How's pammie?
2:34pm, Feb 1 - Camila: Head hurts, things ache
2:34pm, Feb 1 - Camila: Can't breathe
2:36pm, Feb 1 - Camila: How are you?
2:36pm, Feb 1 - Unknown Caller: I love you. I ache for you.
2:36pm, Feb 1 - Camila: ðŸ˜Š
2:39pm, Feb 1 - Unknown Caller: I might be leaving a different way ASAP...
2:40pm, Feb 1 - Camila: Is it safe?
2:40pm, Feb 1 - Unknown Caller: Don't know yet.
2:41pm, Feb 1 - Camila: I always get nervous when you travel but I'll be sending you my best thoughts
2:42pm, Feb 1 - Unknown Caller: When will you be ready for me?
2:43pm, Feb 1 - Camila: When? Anytime. I still feel very sick, though
2:45pm, Feb 1 - Unknown Caller: Well that's one way... I was talking more generally.
2:45pm, Feb 1 - Unknown Caller: It appears I am leaving in the next hour or so and I'll be back Tuesday night...
2:46pm, Feb 1 - Camila: I will miss you, love
2:46pm, Feb 1 - Camila: How is Pam?
2:46pm, Feb 1 - Unknown Caller: Ok... Nervous..
2:47pm, Feb 1 - Unknown Caller: Will you stay in bed all today?
2:47pm, Feb 1 - Camila: Yes
2:49pm, Feb 1 - Unknown Caller: I ache for you... I wish you really wanted to kiss it and make it better...

# A624

2:49pm, Feb 1 - Unknown Caller: I wish I could keep you off...
2:49pm, Feb 1 - Unknown Caller: Couldn't
2:50pm, Feb 1 - Camila: Couldn't keep me off?
2:50pm, Feb 1 - Unknown Caller: Me
2:50pm, Feb 1 - Camila: What does that mean?
2:51pm, Feb 1 - Unknown Caller: That means you wanted to have sexual contact with me so badly you
would make it happen intercourse or oral...
2:51pm, Feb 1 - Camila: Oh
2:51pm, Feb 1 - Camila: Got it
2:52pm, Feb 1 - Unknown Caller: More than you did with r. or the past with me.
2:52pm, Feb 1 - Camila: I know, love... It will be so
2:53pm, Feb 1 - Unknown Caller: I wish you wanted to drink me and not stop
2:54pm, Feb 1 - Camila: It will be so, love
2:55pm, Feb 1 - Unknown Caller: Any idea how close?
2:55pm, Feb 1 - Camila: Sooner than you think
2:55pm, Feb 1 - Unknown Caller: 15 minutes?
2:56pm, Feb 1 - Camila: Haha. I underestimated your thinking
2:57pm, Feb 1 - Unknown Caller: Easy to do!
3:01pm, Feb 1 - Unknown Caller: I'll text more soon... How close are you till sooner than I think?
3:03pm, Feb 1 - Camila: Idk. I wanted to test it out in our coming meetings
3:04pm, Feb 1 - Unknown Caller: Hmmm... Well maybe somewhat soon then...
3:05pm, Feb 1 - Camila: Yes
3:37pm, Feb 1 - Unknown Caller: Leaving at around 4pm... Getting driven to the city...
3:37pm, Feb 1 - Unknown Caller: By r.
4:00pm, Feb 1 - Camila: Whoa
4:00pm, Feb 1 - Camila: I am sorry
4:00pm, Feb 1 - Camila: That must be horrible for you
4:00pm, Feb 1 - Camila: Are you okay?
4:01pm, Feb 1 - Camila: Will you text me in between?
4:01pm, Feb 1 - Unknown Caller: ðŸ™"
4:02pm, Feb 1 - Camila: I know, my love. I am so sorry
4:04pm, Feb 1 - Unknown Caller: Fixing this would help mend my heart.
4:05pm, Feb 1 - Unknown Caller: If you are sure to be available I will text. Please be ready...
4:06pm, Feb 1 - Camila: Ok.
4:06pm, Feb 1 - Camila: I will
4:17pm, Feb 1 - Camila: Was he the only option?
4:21pm, Feb 1 - Unknown Caller: Yes. Driving behind you now.
4:22pm, Feb 1 - Camila: ðŸ˜˜
4:22pm, Feb 1 - Camila: I love you
4:51pm, Feb 1 - Unknown Caller: Text me something inspiring...
4:52pm, Feb 1 - Camila: You showed me love
4:53pm, Feb 1 - Camila: And the pain that comes with it
4:53pm, Feb 1 - Camila: And I'm glad
5:15pm, Feb 1 - Unknown Caller: Thank you... ðŸ™"
5:15pm, Feb 1 - Camila: ðŸ˜˜
6:23pm, Feb 1 - Camila: You read my minf
6:22pm, Feb 1 - Unknown Caller: Any thoughts or feelings?
6:23pm, Feb 1 - Camila: Minf
6:23pm, Feb 1 - Camila: Mind
6:23pm, Feb 1 - Camila: â˜º
6:23pm, Feb 1 - Camila: I love you
6:23pm, Feb 1 - Camila: I feel bad that you are in the position you are in right now
6:24pm, Feb 1 - Camila: I miss you
6:24pm, Feb 1 - Camila: And will make the desire happen
6:24pm, Feb 1 - Camila: Sexual desire
6:26pm, Feb 1 - Unknown Caller: I want you to want my taste and feel all over...

# A625

6:27pm, Feb 1 - Camila: I will make it happen, love
6:28pm, Feb 1 - Unknown Caller: Should I save it up?
6:30pm, Feb 1 - Camila: If you can yes
6:30pm, Feb 1 - Camila: I will understand if you don't
6:32pm, Feb 1 - Unknown Caller: Will you make the release worth the pain?
6:33pm, Feb 1 - Camila: Yes, my honey
6:34pm, Feb 1 - Unknown Caller: Where will you want it?
6:35pm, Feb 1 - Camila: We'll. We might have to have several sessions to get all the "wheres"
6:37pm, Feb 1 - Unknown Caller: Do you desire it?
6:42pm, Feb 1 - Unknown Caller: ?
7:02pm, Feb 1 - Unknown Caller: What happened? You said you would stay available?ðŸ˜¢
7:15pm, Feb 1 - Camila: I'm so sorry, my honey!!!!@
7:15pm, Feb 1 - Camila: I wasn't thinking clearly
7:15pm, Feb 1 - Camila: I went to get some food and forgot my phone
7:15pm, Feb 1 - Camila: Sorry sorry
7:15pm, Feb 1 - Camila: I do desire it
7:16pm, Feb 1 - Camila: I'm home for the rest of the night
7:16pm, Feb 1 - Camila: In our nest
7:19pm, Feb 1 - Camila: I miss you
7:18pm, Feb 1 - Unknown Caller: Do you like the taste?
7:19pm, Feb 1 - Camila: I can't remember. I guess I will let you know soon enough ðŸ˜‰
7:20pm, Feb 1 - Unknown Caller: Do you remember what you thought of it?
7:21pm, Feb 1 - Camila: Yes. I loved it!
7:21pm, Feb 1 - Camila: I remember wanting it all over me
7:25pm, Feb 1 - Unknown Caller: How is it that you don't remember specifically?
7:26pm, Feb 1 - Camila: U mean taste?
7:33pm, Feb 1 - Unknown Caller: Yes...
7:34pm, Feb 1 - Camila: I think I remember but I can't be sure
7:34pm, Feb 1 - Unknown Caller: Send me a picture of your pussy...
7:34pm, Feb 1 - Unknown Caller: Why not sure?
7:35pm, Feb 1 - Camila: For real?
7:35pm, Feb 1 - Camila: Because its been a while
7:38pm, Feb 1 - Camila: Do you really want the pussy shot?
7:38pm, Feb 1 - Unknown Caller: For real...
7:39pm, Feb 1 - Camila: Ok
7:45pm, Feb 1 - Unknown Caller: What do you think?
7:46pm, Feb 1 - Camila: About....?
7:46pm, Feb 1 - Unknown Caller: The picture? Do I get your face in it too... An invitation?
7:47pm, Feb 1 - Camila: Yes... When I look better.. right now I am super puffy and unattractive
7:48pm, Feb 1 - Unknown Caller: But it's for me... Make me the very best one you can... And one you would never send to anyone else ever...
7:49pm, Feb 1 - Camila: I look yucky, hun
7:49pm, Feb 1 - Camila: Can I send you one tomorrow?
7:50pm, Feb 1 - Unknown Caller: Then make it a special pussy shot... Invite me like you would invite no body else...
7:50pm, Feb 1 - Unknown Caller: Yes on tomorrow also...
7:51pm, Feb 1 - Camila: Ok. I will make it a special one
7:50pm, Feb 1 - Unknown Caller: Make yourself look your greatest...
7:51pm, Feb 1 - Camila: Will do, honey
7:51pm, Feb 1 - Unknown Caller: Waiting with great expectations....
7:52pm, Feb 1 - Camila: Oh, boy..... No pressure...
7:52pm, Feb 1 - Unknown Caller: They say all great art is greater from pressure...
7:53pm, Feb 1 - Camila: Ok....
7:53pm, Feb 1 - Unknown Caller: Yum... I'm so hungry for you...
7:54pm, Feb 1 - Camila: We've been waiting a while...
7:54pm, Feb 1 - Unknown Caller: Yes... Show me what I am waiting for....

# A626

7:55pm, Feb 1 - Camila: Oh, I'll show you...
7:55pm, Feb 1 - Camila: R u still with r?
7:55pm, Feb 1 - Unknown Caller: Now... Not with r. anymore... At airport...
7:56pm, Feb 1 - Unknown Caller: Show me now...
7:58pm, Feb 1 - Camila: Still no face but see how she's open? Saying "feed me"
7:58pm, Feb 1 - Camila: Are you by yourself?
8:01pm, Feb 1 - Unknown Caller: Sort of... Nancy is near and in public waiting at gate...
8:02pm, Feb 1 - Camila: Guard these pics, ok?
8:05pm, Feb 1 - Unknown Caller: Yes of course. You have copies? You know I guard the other pictures right?
8:06pm, Feb 1 - Camila: I have copies..... and the original ðŸ˜‰
8:07pm, Feb 1 - Unknown Caller: They are off my phone... You know I have the others yes?
8:08pm, Feb 1 - Camila: From way back when..?
8:08pm, Feb 1 - Unknown Caller: I wanted the original forever. I thought it was truly mine.ðŸ˜¢
8:09pm, Feb 1 - Unknown Caller: Yes, from way back...
8:09pm, Feb 1 - Camila: Awww, my honey! I am so sorry
8:10pm, Feb 1 - Unknown Caller: Can you get me another? And will you give me what is left forever?
8:13pm, Feb 1 - Unknown Caller: ?
8:14pm, Feb 1 - Camila: Phone froze. Give me a sec
8:15pm, Feb 1 - Camila: Not working...
8:15pm, Feb 1 - Unknown Caller: You're getting some texts through...
8:16pm, Feb 1 - Camila: Camera is not working
8:16pm, Feb 1 - Unknown Caller: Just got a picture of our texts... ???
8:17pm, Feb 1 - Camila: Yes. I don't need the lens for that
8:17pm, Feb 1 - Camila: I think it is the lens
8:17pm, Feb 1 - Unknown Caller: Can you get me another? Will you give me what is left forever?
8:17pm, Feb 1 - Camila: Yes
8:18pm, Feb 1 - Camila: Another pic depends on my camera
8:18pm, Feb 1 - Unknown Caller: Was that yes to BOTH my questions?
8:19pm, Feb 1 - Camila: Yes
8:19pm, Feb 1 - Unknown Caller: Forever mine?
8:19pm, Feb 1 - Camila: Yes
8:20pm, Feb 1 - Unknown Caller: â•¤
8:20pm, Feb 1 - Unknown Caller: â•¤
8:20pm, Feb 1 - Camila: â•¤
8:20pm, Feb 1 - Unknown Caller: â•¤
8:20pm, Feb 1 - Camila: Oh, wow!
8:21pm, Feb 1 - Camila: ðŸ˜•
8:21pm, Feb 1 - Unknown Caller: Tinder?
8:21pm, Feb 1 - Camila: Not yet...
8:21pm, Feb 1 - Unknown Caller: Not yet on... Picture?
8:21pm, Feb 1 - Unknown Caller: Tinder?
8:22pm, Feb 1 - Camila: Not yet on tinder
8:22pm, Feb 1 - Unknown Caller: Can you contact the ones you showed me?
8:23pm, Feb 1 - Camila: Not yet
8:27pm, Feb 1 - Unknown Caller: Not yet to which?
8:28pm, Feb 1 - Camila: Contacting the ones I showed you
8:28pm, Feb 1 - Unknown Caller: Is it still possible or do they go away?
8:29pm, Feb 1 - Camila: It is still possible
8:29pm, Feb 1 - Unknown Caller: I am still stunned beyond belief in the most positive way you said you'd be all mine forever...
8:30pm, Feb 1 - Camila: â˜º
8:31pm, Feb 1 - Unknown Caller: May I ask why the change?
8:31pm, Feb 1 - Camila: Idk
8:33pm, Feb 1 - Unknown Caller: ? It such a big decision. So important and so difficult... No reason? What did I do right?

# A627

8:33pm, Feb 1 - Camila: Jness 4
8:34pm, Feb 1 - Unknown Caller: ðŸ˜• my gift to you forever... Long after we are gone hopefully people will benefit... Some say it's my best work...
8:35pm, Feb 1 - Camila: Amazing
8:36pm, Feb 1 - Unknown Caller: What thing amazing?
8:37pm, Feb 1 - Camila: Your work. Jness 4. Your gift. The results of your gift
8:40pm, Feb 1 - Unknown Caller: Give me the sexiest, most revealing pictures to celebrate!ðŸ˜•
8:41pm, Feb 1 - Camila: Honey, my camera is not working..
8:41pm, Feb 1 - Camila: I'm sorry
8:42pm, Feb 1 - Unknown Caller: Keep trying to fix... It was a little earlier...
8:43pm, Feb 1 - Camila: I know. Something happened
8:52pm, Feb 1 - Unknown Caller: Taking off...
8:53pm, Feb 1 - Camila: Good luck, my honey
8:53pm, Feb 1 - Camila: I love you
8:53pm, Feb 1 - Camila: â•¤
8:53pm, Feb 1 - Unknown Caller: Fix camera. Surprize me when I land!
8:54pm, Feb 1 - Camila: Ok. Let me see what I can do
8:54pm, Feb 1 - Unknown Caller: ðŸ˜Š
8:55pm, Feb 1 - Camila: Bye, sweetheart
8:55pm, Feb 1 - Unknown Caller: Consummate this wonderful day! I love you!
8:55pm, Feb 1 - Camila: I love you, too
11:58pm, Feb 1 - Unknown Caller: Landed... Camera?
11:58pm, Feb 1 - Unknown Caller: No volleyball Monday
11:59pm, Feb 1 - Camila: Not working yet, my love
11:59pm, Feb 1 - Camila: Because you are not here?
11:59pm, Feb 1 - Camila: Everything ok?
12:00am, Feb 2 - Unknown Caller: Yes
12:00am, Feb 2 - Camila: But they had vball tonight, didn't they?
12:04am, Feb 2 - Unknown Caller: No. Last night.
12:04am, Feb 2 - Camila: Sunday night, no?
12:05am, Feb 2 - Unknown Caller: No. Last night.
12:05am, Feb 2 - Camila: Ok
12:05am, Feb 2 - Unknown Caller: Make camera work!
12:29am, Feb 2 - Unknown Caller: ?
12:30am, Feb 2 - Camila: Yes, my honey
12:30am, Feb 2 - Camila: How are things over there?
12:33am, Feb 2 - Unknown Caller: No car waiting... An error... In cab for the next hour... Could really enjoy you luscious pussy...
1:05am, Feb 2 - Unknown Caller: No pussy for me?
1:06am, Feb 2 - Unknown Caller: Did you go away again?
1:17am, Feb 2 - Camila: I'm here
1:17am, Feb 2 - Camila: Falling asleep
1:17am, Feb 2 - Camila: Camera is not working yet ðŸ˜Ÿ
1:18am, Feb 2 - Camila: I can try again...
1:18am, Feb 2 - Unknown Caller: If few choice thoughts I can hold onto before I have no privacy?
1:19am, Feb 2 - Unknown Caller: Btw are you doing you exercises for us?
1:20am, Feb 2 - Camila: Think of my wet pussy. Our bodies together. And the energy of their desire to want to make a baby
1:20am, Feb 2 - Camila: No
1:20am, Feb 2 - Camila: Camera still not working, btw
1:21am, Feb 2 - Unknown Caller: Why no exercises?
1:21am, Feb 2 - Camila: I'd forgotten
1:21am, Feb 2 - Unknown Caller: ðŸ˜¢
1:21am, Feb 2 - Camila: I'm back on them today
1:21am, Feb 2 - Camila: ðŸ˜¢
1:22am, Feb 2 - Unknown Caller: Right now?

# A628

1:22am, Feb 2 - Unknown Caller: How's your weight after being stuck in bed?
1:22am, Feb 2 - Camila: Weight is down
1:23am, Feb 2 - Unknown Caller: To?
1:24am, Feb 2 - Camila: Idk yet
1:24am, Feb 2 - Camila: Honey, I'm super tired. Can I go to sleep?
1:24am, Feb 2 - Unknown Caller: Exercising right now?
1:24am, Feb 2 - Camila: Yes
1:25am, Feb 2 - Unknown Caller: Yes love... Sleep well, e exercise when you wake, weigh yourself and we'll text tomorrow... What's your schedule?
1:25am, Feb 2 - Camila: Kiddies until 4
1:25am, Feb 2 - Camila: Starting @ 8
1:25am, Feb 2 - Camila: Luv u
1:25am, Feb 2 - Camila: â•¤
1:26am, Feb 2 - Unknown Caller: Get lots of the exercises in so I can really feel it... I love you!
1:26am, Feb 2 - Unknown Caller: â•¤
1:26am, Feb 2 - Camila: Good night
8:29am, Feb 2 - Camila: Good morning
8:29am, Feb 2 - Camila: Feeling somewhat better today
8:30am, Feb 2 - Camila: How are you? How are things?
8:33am, Feb 2 - Unknown Caller: With Pam about to go into surgury... How's the camera? Need it fixed now...
8:34am, Feb 2 - Camila: I know, but I can't fix it. I am sorry
8:34am, Feb 2 - Camila: Good luck
8:34am, Feb 2 - Camila: Give her a kiss from me
8:37am, Feb 2 - Unknown Caller: You might be surprised if you keep trying... I can't believe your beauty broke it perminantly
8:37am, Feb 2 - Camila: Beauty is not usually what breaks things
8:37am, Feb 2 - Camila: I'll keep trying
8:39am, Feb 2 - Unknown Caller: In your case it did... Extreme beauty!
8:39am, Feb 2 - Camila: Ha
8:39am, Feb 2 - Camila: Thank you
8:39am, Feb 2 - Camila: How are you?
8:40am, Feb 2 - Unknown Caller: Can't text really right now...
8:40am, Feb 2 - Camila: Ok
8:40am, Feb 2 - Camila: Sorry
8:40am, Feb 2 - Unknown Caller: No need to be sorry...
8:48am, Feb 2 - Unknown Caller: I love you. You can text if you don't expect a response...
9:08am, Feb 2 - Camila: Ok
9:16am, Feb 2 - Unknown Caller: No love? Just ok?
9:26am, Feb 2 - Camila: Oh, I'm with kai so I got distracted. Sorry
9:28am, Feb 2 - Camila: I spaced out horribly this weekend
9:28am, Feb 2 - Camila: I feel like I slept through the entire thing
9:30am, Feb 2 - Camila: I am sending Pam lots of positive thoughts. I hope everything goes well
9:30am, Feb 2 - Camila: Are you ok?
9:31am, Feb 2 - Camila: You don't tell me how you are...
9:37am, Feb 2 - Camila: I know you can't answer
9:37am, Feb 2 - Camila: I love you
11:04am, Feb 2 - Camila: I hope things are going well
12:50pm, Feb 2 - Camila: Hi honey, just checking.in
1:07pm, Feb 2 - Camila: Hi
1:08pm, Feb 2 - Camila: â˜º
1:08pm, Feb 2 - Camila: How did it go?
1:08pm, Feb 2 - Unknown Caller: Procedure went well but Dr. thinks there's disease progression... More later...
1:08pm, Feb 2 - Camila: That doesn't sound good
1:09pm, Feb 2 - Unknown Caller: I know more later...

# A629

1:09pm, Feb 2 - Camila: How are you?
1:10pm, Feb 2 - Unknown Caller: Very sad and intense... Could really use that camera working...
1:10pm, Feb 2 - Camila: I just tried again, not working
1:11pm, Feb 2 - Unknown Caller: What's wrong with it?
1:11pm, Feb 2 - Camila: This is what it says...
1:12pm, Feb 2 - Camila: See what it says in the middle?
1:13pm, Feb 2 - Unknown Caller: Reboot phone.
1:13pm, Feb 2 - Camila: Ok
1:14pm, Feb 2 - Camila: Might take a while
1:19pm, Feb 2 - Camila: I'm back
1:20pm, Feb 2 - Unknown Caller: And...
1:21pm, Feb 2 - Camila: It works
1:31pm, Feb 2 - Unknown Caller: ?
1:35pm, Feb 2 - Camila: ??
1:35pm, Feb 2 - Camila: It works
1:35pm, Feb 2 - Unknown Caller: Use it!
1:42pm, Feb 2 - Camila: I can't right now but I will
1:43pm, Feb 2 - Unknown Caller: Plan it. Make it great. Text me later when you are ready to send.
5:09pm, Feb 2 - Unknown Caller: ?
5:09pm, Feb 2 - Camila: Hi my honey!
5:09pm, Feb 2 - Unknown Caller: You around all tonight and available?
5:10pm, Feb 2 - Camila: Available for what? ðŸ˜•
5:10pm, Feb 2 - Unknown Caller: Texts
5:10pm, Feb 2 - Camila: Oh ðŸ˜"
5:11pm, Feb 2 - Camila: I thought you were going to tell me you were going to be back early
5:12pm, Feb 2 - Camila: Yes. I'll text you some naughty pics
5:23pm, Feb 2 - Unknown Caller: I will have time to text intermittently... Can you stay responsive...
Possibly very responsive?
5:24pm, Feb 2 - Camila: Yes, my honey
5:24pm, Feb 2 - Camila: How are things?
5:26pm, Feb 2 - Unknown Caller: Ok... Pam is in a good state but we need to aggressively treat her...
On a very positive note: I'm still stunned you committed to me forever...
5:28pm, Feb 2 - Unknown Caller: Were you serious...?
5:29pm, Feb 2 - Camila: We can talk about it when you get back
5:30pm, Feb 2 - Unknown Caller: Yes. But that means no. ðŸ˜ž
5:31pm, Feb 2 - Camila: I did not mean it the way you took it... ðŸ˜"
5:40pm, Feb 2 - Unknown Caller: Ok... I'll be optimistic... How did you mean it?ðŸ˜Š
5:41pm, Feb 2 - Camila: I was just expressing a desire. I was not committing...
5:41pm, Feb 2 - Unknown Caller: So you are not committed correct?
5:41pm, Feb 2 - Camila: It was not what I was expressing
5:42pm, Feb 2 - Unknown Caller: Ok... Help me... Are you committed?
5:43pm, Feb 2 - Camila: I don't feel forever committed yet
5:43pm, Feb 2 - Unknown Caller: Ok... I celebrated inappropriately...
5:44pm, Feb 2 - Camila: Sorry
5:44pm, Feb 2 - Camila: ðŸ˜"
5:46pm, Feb 2 - Unknown Caller: Will you be available all night... I am a bit crest-fallen...
5:46pm, Feb 2 - Camila: Yes, honey
5:47pm, Feb 2 - Camila: I should have been more clear to avoid this. I am sorry
5:47pm, Feb 2 - Unknown Caller: Get good pictures ready now...
5:47pm, Feb 2 - Camila: I will
6:04pm, Feb 2 - Unknown Caller: ?
6:08pm, Feb 2 - Unknown Caller: You went away?
6:20pm, Feb 2 - Camila: Not really
6:20pm, Feb 2 - Camila: I was here but in bathroom
6:46pm, Feb 2 - Unknown Caller: Are you angry? In love? Neutral?
6:50pm, Feb 2 - Camila: Not angry. More in love than neutral

# A630

7:02pm, Feb 2 - Unknown Caller: But neutralish?
7:04pm, Feb 2 - Camila: Not necessarily. But not as in love as you want it to be
7:05pm, Feb 2 - Unknown Caller: How can it be made so?
7:05pm, Feb 2 - Camila: I don't know yet
7:06pm, Feb 2 - Unknown Caller: Find out now what separates us... Pictures too?
7:06pm, Feb 2 - Camila: Yes, will send some
7:07pm, Feb 2 - Unknown Caller: Take the time and intense effort to also figure out what stops the feelings...
7:07pm, Feb 2 - Unknown Caller: I should say limits the feelings.
7:08pm, Feb 2 - Camila: Ok
7:08pm, Feb 2 - Unknown Caller: Show me how devoted you are to me...
7:09pm, Feb 2 - Unknown Caller: Make me trust you by demonstrated liyalty
7:11pm, Feb 2 - Unknown Caller: Loyalty
7:11pm, Feb 2 - Unknown Caller: Ok?
7:12pm, Feb 2 - Camila: Yes
7:12pm, Feb 2 - Unknown Caller: With great joy?
7:14pm, Feb 2 - Unknown Caller: Mirror shots can be interesting...
7:14pm, Feb 2 - Camila: Not when you are bloated
7:15pm, Feb 2 - Camila: I'm sticking to selfies
7:34pm, Feb 2 - Unknown Caller: All fours from behind... Hmmm...
7:34pm, Feb 2 - Camila: We'll see
7:35pm, Feb 2 - Unknown Caller: I'll see...
7:37pm, Feb 2 - Unknown Caller: You can take a picture of yourself like that, for example, in the mirror...
7:38pm, Feb 2 - Camila: We'll see...
8:09pm, Feb 2 - Unknown Caller: How do I know it's devoted to me and its you? It's beautiful but I want it personal...
8:15pm, Feb 2 - Unknown Caller: Give me stuff you couldn't imagine ever giving another...
8:15pm, Feb 2 - Unknown Caller: I loved it though... Makes me want to bust...
8:16pm, Feb 2 - Unknown Caller: Are you happy and playful?
8:17pm, Feb 2 - Unknown Caller: ?
8:18pm, Feb 2 - Camila: I got embarrassed sending that
8:19pm, Feb 2 - Unknown Caller: Good... Vulnerable... I like that you had the courage for me...
8:19pm, Feb 2 - Unknown Caller: Can you be even more?
8:19pm, Feb 2 - Camila: I am feeling very uncomfortable 😬
8:20pm, Feb 2 - Unknown Caller: Make that a plus...
8:20pm, Feb 2 - Unknown Caller: Go all the way...
8:20pm, Feb 2 - Unknown Caller: Then there will be nothing you can't do!
8:22pm, Feb 2 - Camila: 😬
8:22pm, Feb 2 - Unknown Caller: 😘
8:22pm, Feb 2 - Unknown Caller: Can you show your face too?
8:22pm, Feb 2 - Camila: Why????
8:23pm, Feb 2 - Camila: This is evidence!
8:23pm, Feb 2 - Unknown Caller: For us... It's a test of several things...
8:24pm, Feb 2 - Unknown Caller: Why? Because I asked.
8:20pm, Feb 2 - Camila: Idk why it looks like I have red hair
8:40pm, Feb 2 - Unknown Caller: You are my courageous love!
8:42pm, Feb 2 - Unknown Caller: I like when you look like you really want me to have it! Not reticent...
8:50pm, Feb 2 - Unknown Caller: I have a dare shot for you...
8:54pm, Feb 2 - Unknown Caller: Are you there? Did you disappear? Here's a dare: completely nude, doggy, legs spread wide, pussy to the mirror, you looking over your shoulder taking the picture...
8:55pm, Feb 2 - Unknown Caller: ???
9:00pm, Feb 2 - Camila: I'm here. I'll do that...
9:09pm, Feb 2 - Unknown Caller: God I love you!
10:38pm, Feb 2 - Unknown Caller: ?
10:53pm, Feb 2 - Unknown Caller: You're gone again...😴 and no picture yet...
10:48pm, Feb 2 - Camila: Soon...

# A631

10:59pm, Feb 2 - Unknown Caller: Did you go out?

11:07pm, Feb 2 - Unknown Caller: Did you leave???

11:08pm, Feb 2 - Unknown Caller: You are not being as responsive as I would like...

11:12pm, Feb 2 - Unknown Caller: I only have little spurts of time so I would like you to be responsive...

11:26pm, Feb 2 - Unknown Caller: What happened to you+++

11:26pm, Feb 2 - Unknown Caller: ???

11:38pm, Feb 2 - Camila: Phone was dying my honey

11:39pm, Feb 2 - Camila: I ventured out to find spots/mirrors, got distracted...

11:39pm, Feb 2 - Camila: Probably because I don't really want to do it

11:39pm, Feb 2 - Camila: But I will!

12:16am, Feb 3 - Unknown Caller: Ok...

12:11am, Feb 3 - Camila: I am mustering the courage

1:16am, Feb 3 - Unknown Caller: ?

1:17am, Feb 3 - Camila: Hi honey. I'm still here

1:18am, Feb 3 - Unknown Caller: Muster...

1:19am, Feb 3 - Camila: Yeah yeah... Day's not over

2:00am, Feb 3 - Camila: Can I owe you?

1:58am, Feb 3 - Camila: I can give you more to hold you over?

8:33am, Feb 3 - Unknown Caller: I just got them because my phone died with no charger. You have the most beautiful pussy! But, yes you owe me... Were you scared?

9:14am, Feb 3 - Camila: Yes!

9:25am, Feb 3 - Camila: O couldn't bring myself to do it

9:26am, Feb 3 - Unknown Caller: You will though yes?

9:27am, Feb 3 - Unknown Caller: Go for it now...

9:41am, Feb 3 - Camila: Patience, Clarice

9:44am, Feb 3 - Unknown Caller: My starling... Like darling... Like clarisse

9:44am, Feb 3 - Unknown Caller: Like being a star...

9:45am, Feb 3 - Camila: Oh. That was smart

9:52am, Feb 3 - Unknown Caller: I am...

11:15am, Feb 3 - Unknown Caller: ?

11:15am, Feb 3 - Unknown Caller: Don't delay...

11:16am, Feb 3 - Unknown Caller: The quicker and more difficult the more loyalty points...

11:41am, Feb 3 - Unknown Caller: You are being unresponsive again...ðŸ˜¢

11:49am, Feb 3 - Camila: Oh my honey, I didn't get them

11:49am, Feb 3 - Camila: Or I did, but I didn't see them

11:49am, Feb 3 - Camila: Sorry

11:55am, Feb 3 - Camila: Looking for the right mirror. I can't find one

11:58am, Feb 3 - Unknown Caller: Hale upstairs in the bathroom on the shelf is a circular mirror... But maybe not good...

11:59am, Feb 3 - Camila: Why not?

11:59am, Feb 3 - Unknown Caller: Try it... Maybe blurry

11:59am, Feb 3 - Camila: Oh.

12:00pm, Feb 3 - Camila: I'm looking for one that is to the floor

12:00pm, Feb 3 - Unknown Caller: You can lay on top of the hot tub and use the wall mirror... Very large!

12:00pm, Feb 3 - Camila: The one at home is body length but because it is not all the way to the floor, it doesn't work

12:01pm, Feb 3 - Camila: Oh, my

12:22pm, Feb 3 - Unknown Caller: I want you to be my warrior.

12:23pm, Feb 3 - Camila: How?

12:23pm, Feb 3 - Unknown Caller: Fiercely loyal so I can count on you like I believed I could in the past...

12:25pm, Feb 3 - Unknown Caller: Do you want to be the type of woman who is fiercely loyal?

12:31pm, Feb 3 - Camila: Honey

12:32pm, Feb 3 - Camila: I am here and it is not working

12:32pm, Feb 3 - Camila: It is too dark

12:36pm, Feb 3 - Unknown Caller: It can be turned up but you're right, it's still dim... Unless you brought a lamp or used the flash...

# A632

12:37pm, Feb 3 - Camila: I used the flash. Didn't work ðŸ˜Ÿ
12:39pm, Feb 3 - Unknown Caller: Lamp or light maybe? I like that you're on the hot tube naked in front of the mirror... Makes me jealous of the mirror... And the tub!
12:40pm, Feb 3 - Camila: Ha
12:40pm, Feb 3 - Camila: But still can't get the shot...
12:40pm, Feb 3 - Unknown Caller: Any pictures of you naked on the tub work so I can see?
12:41pm, Feb 3 - Camila: Not yet. Can't get any
12:42pm, Feb 3 - Unknown Caller: In flintlock 2, upstairs the is a full length mirror in front of a rug right at the top of the stairs...
12:43pm, Feb 3 - Unknown Caller: That might work... More light...
12:44pm, Feb 3 - Unknown Caller: The cleaning service comes there today I think around 2pm...
12:44pm, Feb 3 - Unknown Caller: Won't take you long though...
12:45pm, Feb 3 - Camila: Hmmm.. I'm not risking it
12:45pm, Feb 3 - Unknown Caller: Why not?
12:45pm, Feb 3 - Camila: Looking for light here at hale
12:45pm, Feb 3 - Unknown Caller: Ok... No risk before 2... Or if you lock the door...
12:46pm, Feb 3 - Unknown Caller: Just need to remember to unlock...
12:46pm, Feb 3 - Unknown Caller: But hale is sexier...
12:46pm, Feb 3 - Camila: It is. I like the mirror here
12:47pm, Feb 3 - Unknown Caller: Ok... And you can take time to set it up just right...
12:47pm, Feb 3 - Camila: I don't have much time... Buy yes
12:47pm, Feb 3 - Camila: But
12:47pm, Feb 3 - Unknown Caller: I love that you're doing this for me!
12:49pm, Feb 3 - Unknown Caller: Maybe use one or more of the lamps from downstairs...
12:50pm, Feb 3 - Unknown Caller: That should do it!
12:51pm, Feb 3 - Camila: <Media omitted>
12:53pm, Feb 3 - Unknown Caller: God you're fucking sexy! You're a Goddess!!!!
12:53pm, Feb 3 - Camila: <Media omitted>
12:54pm, Feb 3 - Camila: You want it off?
12:54pm, Feb 3 - Unknown Caller: Yes... But I want it clear and close so I can see every little detail!
12:54pm, Feb 3 - Camila: <Media omitted>
12:55pm, Feb 3 - Camila: <Media omitted>
1:01pm, Feb 3 - Unknown Caller: Oooh!
1:01pm, Feb 3 - Unknown Caller: Won't be able to text back so much but please don't stop...
1:02pm, Feb 3 - Camila: That's it for now..
1:03pm, Feb 3 - Camila: Did you tgink I'd give them all away at once????
1:03pm, Feb 3 - Camila: What fun is that?
1:02pm, Feb 3 - Unknown Caller: Why? What about the finale?
1:03pm, Feb 3 - Camila: ðŸ˜•
1:03pm, Feb 3 - Unknown Caller: Did you shoot it?
1:03pm, Feb 3 - Camila: Maybe
1:03pm, Feb 3 - Unknown Caller: Is it great?
1:03pm, Feb 3 - Camila: Maybe
1:03pm, Feb 3 - Unknown Caller: When can I see?
1:04pm, Feb 3 - Camila: You'll find out soon enough
1:04pm, Feb 3 - Unknown Caller: Yummm.... I love you.
1:04pm, Feb 3 - Unknown Caller: I'm leaking for you...
1:06pm, Feb 3 - Unknown Caller: Did you enjoy creating for me?
1:07pm, Feb 3 - Camila: I did
1:07pm, Feb 3 - Unknown Caller: Send me it now... Pleeease?
1:09pm, Feb 3 - Unknown Caller: So I can have it now...
1:10pm, Feb 3 - Camila: <Media omitted>
1:12pm, Feb 3 - Unknown Caller: Is there a clearer version? I love your curves!!!
1:12pm, Feb 3 - Camila: Muahahaha
1:13pm, Feb 3 - Unknown Caller: Come on... Give it up for me! This is maybe my last private time for a while!!! Please?

# A633

1:14pm, Feb 3 - Unknown Caller: You are the best erotica I can imagine!
1:15pm, Feb 3 - Camila: Ok. I need a bit. I need to crop them and edit and can't do that right now. I will in aboit 10 minutes
1:16pm, Feb 3 - Unknown Caller: Ok...
1:21pm, Feb 3 - Unknown Caller: I'll wait... I can't wait to be in the pictures/video with you... In you... All over you...
1:25pm, Feb 3 - Camila: <Media omitted>
1:26pm, Feb 3 - Camila: <Media omitted>
1:26pm, Feb 3 - Camila: That is as clear as they get
1:27pm, Feb 3 - Camila: I had to deal with some dirty-mirroritis
1:38pm, Feb 3 - Unknown Caller: I'll photograph you later tonight maybe... I can't look at these without feeling you around me...
2:36pm, Feb 3 - Camila: What time are you coming home?
2:36pm, Feb 3 - Unknown Caller: At airport.
2:37pm, Feb 3 - Camila: Oh. Cool
2:39pm, Feb 3 - Unknown Caller: Can't to see you! All of you... From all directions
2:40pm, Feb 3 - Camila: Hopefully that's wait* to see you...
2:49pm, Feb 3 - Unknown Caller: Will likely text during layover... Maybe before...
2:49pm, Feb 3 - Unknown Caller: You can text though...
2:50pm, Feb 3 - Camila: Ok
2:50pm, Feb 3 - Camila: My honey
2:50pm, Feb 3 - Camila: Are you okay?
2:50pm, Feb 3 - Unknown Caller: Yes... Can't to see you...
2:50pm, Feb 3 - Unknown Caller: Don't know exactly when...
2:51pm, Feb 3 - Camila: Ok
2:52pm, Feb 3 - Unknown Caller: Are you as eager to see me?
3:01pm, Feb 3 - Camila: Is Nancy with you?
3:02pm, Feb 3 - Camila: She is mia for readiness
4:37pm, Feb 3 - Unknown Caller: I hear it's negative 9 degrees there?
4:38pm, Feb 3 - Unknown Caller: I'm finally going to take off soon... Flight delayed...
4:38pm, Feb 3 - Camila: Is it??
4:38pm, Feb 3 - Camila: It doesn't feel that cold
4:38pm, Feb 3 - Unknown Caller: Maybe a mistake...
4:39pm, Feb 3 - Camila: What time are you landing here?
4:40pm, Feb 3 - Unknown Caller: But if you were cold you could use the hot tub... But I think you might have to add water with the hose in the back... It's not so cold there... Just hear it's 20 and sunny...
4:40pm, Feb 3 - Unknown Caller: I think 10 tonight
4:42pm, Feb 3 - Camila: It is sunny
4:42pm, Feb 3 - Camila: Do you love me? Lust for me?
4:45pm, Feb 3 - Unknown Caller: ?
4:48pm, Feb 3 - Unknown Caller: Taking off...
4:53pm, Feb 3 - Camila: I love you!
5:06pm, Feb 3 - Unknown Caller: Any surprise for when I land?
5:06pm, Feb 3 - Unknown Caller: Really good and vulnerable...
5:07pm, Feb 3 - Camila: Whaaaaaa?
5:07pm, Feb 3 - Camila: I thought you'd taken off
5:07pm, Feb 3 - Unknown Caller: You know... For my lay over...
5:07pm, Feb 3 - Unknown Caller: Waiting on runway
5:07pm, Feb 3 - Camila: Oh boy
5:08pm, Feb 3 - Camila: Do you have privacy?
5:08pm, Feb 3 - Unknown Caller: Yes more than ever... Really bad... Good...
5:08pm, Feb 3 - Camila: Really bad?
5:08pm, Feb 3 - Unknown Caller: Good bad...
5:08pm, Feb 3 - Unknown Caller: Bye
5:08pm, Feb 3 - Camila: Hmmn
5:08pm, Feb 3 - Camila: Btw love

# A634

5:09pm, Feb 3 - Camila: â•¤
6:33pm, Feb 3 - Camila: Do you see the full moon from up there?
6:36pm, Feb 3 - Camila: <Media omitted>
7:29pm, Feb 3 - Unknown Caller: Had to run to the connecting flight with Pam in a wheel chair me pushing!!!
7:29pm, Feb 3 - Camila: Whoa!
7:29pm, Feb 3 - Unknown Caller: More when I land?
7:29pm, Feb 3 - Camila: Are you okay?
7:29pm, Feb 3 - Camila: Yes
7:29pm, Feb 3 - Unknown Caller: Yes... Bye!
7:30pm, Feb 3 - Camila: Love
7:30pm, Feb 3 - Camila: U
8:54pm, Feb 3 - Camila: Feeling like shit. Gonna lay down
8:57pm, Feb 3 - Camila: Text me when you land.. FYI, Pam is going to find some flowers in her house. Shhh! She doesn't know yet
8:58pm, Feb 3 - Camila: <Media omitted>
9:27pm, Feb 3 - Unknown Caller: Landed and on runway.
9:39pm, Feb 3 - Camila: What's your plan? I'm in bed feeling crummy
9:39pm, Feb 3 - Unknown Caller: Not sure yet will let you know... What's your schedule tomorrow?
9:40pm, Feb 3 - Camila: Kids 8-2ish..
9:41pm, Feb 3 - Unknown Caller: We'll text in a while... Rest well honey...
9:41pm, Feb 3 - Camila: ðŸ¯
7:45am, Feb 4 - Camila: Morning
7:46am, Feb 4 - Camila: I slept all the way through
7:58am, Feb 4 - Camila: How are you? How are things?
10:09am, Feb 4 - Camila: How is Pam
1:38pm, Feb 4 - Camila: Hi honey
1:40pm, Feb 4 - Camila: What do you do with the pics I send?
1:40pm, Feb 4 - Camila: They are rather revealing
2:10pm, Feb 4 - Camila: I just started with a cough. I'm going to try to rest after I'm done here
2:10pm, Feb 4 - Camila: What r u up to?
3:09pm, Feb 4 - Camila: Blink once if you are okay
3:09pm, Feb 4 - Camila: Twice if you love me
3:09pm, Feb 4 - Unknown Caller: Twice twice twice
3:10pm, Feb 4 - Camila: Hahahahahaha
4:52pm, Feb 4 - Unknown Caller: Tonight what do you want?
4:53pm, Feb 4 - Camila: Isn't there vball?
4:53pm, Feb 4 - Camila: I'd love to see you
4:56pm, Feb 4 - Unknown Caller: Yes volleyball. When do you want to see me?
4:57pm, Feb 4 - Camila: When do you have time? I'm flexible
4:57pm, Feb 4 - Unknown Caller: Can you put both legs behind your head? Have you been doing the exercises?
5:01pm, Feb 4 - Camila: No and yes
5:06pm, Feb 4 - Unknown Caller: Are you home for me until volleyball?
5:11pm, Feb 4 - Unknown Caller: ?
5:18pm, Feb 4 - Unknown Caller: ???
5:19pm, Feb 4 - Camila: Yes
5:21pm, Feb 4 - Unknown Caller: Anything special for this evening? I'll likely see you around 7 or so?
6:07pm, Feb 4 - Unknown Caller: ?
6:08pm, Feb 4 - Unknown Caller: I would like you more responsive...
2:38am, Feb 5 - Unknown Caller: If you are going to do this. You must not do anything or speak to anyone without my approving every word. Ideally you will tape the conversation so I can hear what was said.
2:38am, Feb 5 - Camila: Ok
2:38am, Feb 5 - Unknown Caller: Do not text anyone either without my approval
2:39am, Feb 5 - Camila: Ok

# A635

2:39am, Feb 5 - Unknown Caller: How can I believe you?

2:40am, Feb 5 - Camila: You can't.. but I will. There's no other way

2:40am, Feb 5 - Unknown Caller: You can't even accidentally run into anyone.

2:41am, Feb 5 - Camila: Ok

2:42am, Feb 5 - Unknown Caller: I don't know if I have it in me to oversee this. I can't tell you the pain... My love is gone.

2:44am, Feb 5 - Camila: This is probably the most horrifying pain I've felt. What I did was really bad. Sorry is not enough

2:53am, Feb 5 - Unknown Caller: Why did you? Additionally, please answer these questions also: what are your feeling about r.? Did anything happen during the intensive or outside of it with r. I don't know about?

2:55am, Feb 5 - Camila: Through email?

2:55am, Feb 5 - Unknown Caller: Here unless too long.

2:55am, Feb 5 - Camila: Ok

2:58am, Feb 5 - Unknown Caller: ?

3:01am, Feb 5 - Camila: What am I feeling about r? I have mixed feelings, I feel very hurt by the rejection, very angry about the usery, but confused because it felt so good in the moment I thought we were good. I also feel bad because of how I went about it, because of my lies and things I broke along the way.. also feel bad about the fact that I now know myself as a "cheater" and I made that permissible where before that wouldnt even be a thought

3:02am, Feb 5 - Camila: Nothing happened during or outside Jness. Feelings were lining up after Jness for and I was acting accordingly

3:02am, Feb 5 - Unknown Caller: Why the Jim thing? Is there anything I don't know??

3:02am, Feb 5 - Camila: Jness four*

3:02am, Feb 5 - Unknown Caller: Feeling were lining up... I don't understand?

3:03am, Feb 5 - Camila: With Jim there has been caring and mild flirting.. it intensified in recent weeks

3:04am, Feb 5 - Camila: Feelings lining up. I mean, I was not feeling good or nice about r anymore, feelings were more in line with what they should be

3:04am, Feb 5 - Unknown Caller: By why did you do this or allow it?

3:05am, Feb 5 - Camila: I am trying to figure that out..

3:05am, Feb 5 - Unknown Caller: Why did you take off your bra?

3:06am, Feb 5 - Camila: It escalated

3:09am, Feb 5 - Unknown Caller: But that is a type of signal you don't give me... It escalated is out of cause as if it took you. You did it. It did not do you. You need to know yourself better than this. I feel horrible having to push this. My chest feels like it's going to crush.

3:12am, Feb 5 - Unknown Caller: ? Don't make me wait please...

3:12am, Feb 5 - Camila: This might not make sense but I wanted to feel desired

3:13am, Feb 5 - Unknown Caller: Yes and no. It undermines how I've desired you.

3:13am, Feb 5 - Camila: I feel terrible saying it cuz I know you do but for some reason in one I do and the other not

3:13am, Feb 5 - Camila: I know, I'm sorry

3:17am, Feb 5 - Unknown Caller: I do understand. It is common. But it does come from taking me for granted. I feel completely devalued. What will you do for me now?

3:18am, Feb 5 - Camila: I can be your slave. Whenever you want it

3:19am, Feb 5 - Unknown Caller: What will you do now?

3:19am, Feb 5 - Unknown Caller: Show me why I should stay in this?

3:21am, Feb 5 - Camila: Because you deserve something good. You don't deserve what I've given you so far

3:21am, Feb 5 - Unknown Caller: So what will you give me now?

3:22am, Feb 5 - Camila: I can blow you

3:22am, Feb 5 - Unknown Caller: And make it good, important and special?

3:22am, Feb 5 - Camila: Yes

3:23am, Feb 5 - Unknown Caller: What if I can't cum?

3:23am, Feb 5 - Camila: I will try harder

3:24am, Feb 5 - Unknown Caller: Ok. When should I be there?

3:24am, Feb 5 - Camila: It's up to you

# A636

3:24am, Feb 5 - Camila: Whenever you want
3:24am, Feb 5 - Unknown Caller: Soon within 10 minutes...
6:23am, Feb 5 - Unknown Caller: Are you there?
6:26am, Feb 5 - Unknown Caller: It also hurt because Sunday you were too sick to be with me, but later went sledding... And...
6:26am, Feb 5 - Unknown Caller: I feel dead last.
6:27am, Feb 5 - Unknown Caller: I wish you would respond.
6:28am, Feb 5 - Unknown Caller: You are online yet no response.
6:28am, Feb 5 - Camila: Yes, I am writing. Trying to focus
6:29am, Feb 5 - Camila: Sorry
6:28am, Feb 5 - Unknown Caller: Ok... I am here.
6:29am, Feb 5 - Camila: Tell me
6:29am, Feb 5 - Unknown Caller: Tell you what... ?
6:29am, Feb 5 - Camila: You have my attention
6:30am, Feb 5 - Unknown Caller: Tell you what honey?
6:30am, Feb 5 - Unknown Caller: It hurt me to call you honey.
6:31am, Feb 5 - Camila: I thought you wanted to tell me something and I wasn't responsive
6:31am, Feb 5 - Camila: Sorry
6:31am, Feb 5 - Camila: I understand
6:32am, Feb 5 - Unknown Caller: I want you responsive even if I have nothing to say although I was going to tell you what I think happened with you and Jim having children...
6:33am, Feb 5 - Camila: Ok. What do you think happened?
6:33am, Feb 5 - Unknown Caller: You don't remember discussing with Jim having his child correct?
6:33am, Feb 5 - Camila: Right
6:34am, Feb 5 - Unknown Caller: But I suspect Jim asked you at some poiny if you wanted children in the future.
6:35am, Feb 5 - Camila: Maybe a while ago. I don't remember
6:35am, Feb 5 - Unknown Caller: Jim did ask you if you were involved with anyone currently correct?
6:36am, Feb 5 - Camila: Yes. He said he did not want to interfere with any current boyfriend or relationships I might have
6:37am, Feb 5 - Unknown Caller: And you said?
6:38am, Feb 5 - Camila: He also said that he wanted to make sure I wasn't making it mean something it did not. Meaning, he wanted to make sure I didn't think we were a couple and exclusive and etc
6:38am, Feb 5 - Unknown Caller: Yes, obviously because of Esther. Please answer my question.
6:40am, Feb 5 - Camila: I said I didn't have a boyfriend
6:40am, Feb 5 - Unknown Caller: Did you ask him what Esther would think?
6:40am, Feb 5 - Camila: Yes
6:40am, Feb 5 - Unknown Caller: And he said?
6:42am, Feb 5 - Camila: He said they had been discussing him developing relationships with other women, to experience closeness and intimacy but not necessarily sex. He said he had a few women in mind
6:44am, Feb 5 - Unknown Caller: I don't want Esther to know about this. It will be even more bad in several ways. re: children... Cano not having boyfriend+cami wanting children someday+cami willing to do this = possible mate for a man who wants children.
6:44am, Feb 5 - Unknown Caller: Cano=cano
6:44am, Feb 5 - Unknown Caller: Cami
6:45am, Feb 5 - Camila: Ok
6:45am, Feb 5 - Unknown Caller: You will have to be firm with Jim about that.
6:46am, Feb 5 - Camila: About not telling Esther? Yes
6:46am, Feb 5 - Unknown Caller: Yes. But also about all the other things.
6:47am, Feb 5 - Camila: The children?
6:47am, Feb 5 - Unknown Caller: I don't understand?
6:47am, Feb 5 - Camila: What other things?
6:48am, Feb 5 - Unknown Caller: Never really wanting that with him etc.
6:48am, Feb 5 - Unknown Caller: Never really wanting sexual contact.
6:49am, Feb 5 - Unknown Caller: ?

# A637

6:50am, Feb 5 - Camila: I copy
6:51am, Feb 5 - Unknown Caller: I can barely hold the phone I feel so far from you, unloved, and alone.
6:52am, Feb 5 - Camila: Ok. I understand what you are saying. I will make sure that is clear
6:53am, Feb 5 - Unknown Caller: Maybe you should write him and have me see it beforehand.
6:59am, Feb 5 - Unknown Caller: Did you get my email response to you email?
7:00am, Feb 5 - Camila: Just did
7:04am, Feb 5 - Unknown Caller: Did you get my next response?
7:05am, Feb 5 - Unknown Caller: Is that plan of action complete and more than I can imagine asking myself?
7:05am, Feb 5 - Unknown Caller: Does it address and correct every area of the effects of this conduct.
7:05am, Feb 5 - Unknown Caller: ?
7:06am, Feb 5 - Camila: I replied already
1:24pm, Feb 5 - Unknown Caller: Nothing from you.
1:25pm, Feb 5 - Unknown Caller: How can this be acceptable?
1:37pm, Feb 5 - Camila: I sent you the email
1:37pm, Feb 5 - Camila: What do you mean nothing?
1:43pm, Feb 5 - Unknown Caller: I didn't get a ything other than the answers to some initial questions. No more.
1:47pm, Feb 5 - Unknown Caller: Did you send anything else? Letter to Jim?
1:49pm, Feb 5 - Camila: That was it.
1:50pm, Feb 5 - Unknown Caller: Nothing between earlier and now?
1:51pm, Feb 5 - Camila: Right...
1:51pm, Feb 5 - Unknown Caller: That seems ok by you. So I am to evaluate if I am to accept you based on this?
1:53pm, Feb 5 - Unknown Caller: That's your best. That's your all. That's what I am to expect as the new you in effort.
1:54pm, Feb 5 - Camila: More will come, but it would be later. I can't think of it right now..
1:54pm, Feb 5 - Unknown Caller: Why didn't you then? What was more important?
1:54pm, Feb 5 - Camila: Why didn't I? I did
1:54pm, Feb 5 - Camila: You have it...
1:55pm, Feb 5 - Camila: I mean later along the way
1:55pm, Feb 5 - Unknown Caller: ?
1:55pm, Feb 5 - Camila: ??
1:56pm, Feb 5 - Camila: I can't come up with it right now
1:56pm, Feb 5 - Camila: I don't know what else to give you
1:57pm, Feb 5 - Unknown Caller: I was expecting the additional assertions and the letter to Jim in the least by now. What have you done instead?
1:57pm, Feb 5 - Camila: Not that
1:58pm, Feb 5 - Camila: I wasn't even planning on doing that yet
1:58pm, Feb 5 - Unknown Caller: You are being evasive. What exactly did you do? I shouldn't have to ask.
1:58pm, Feb 5 - Camila: I slept
1:59pm, Feb 5 - Unknown Caller: So your body won over doing more.
1:59pm, Feb 5 - Camila: No. I wasn't planning on doing more just yet
2:00pm, Feb 5 - Unknown Caller: Why?
2:00pm, Feb 5 - Camila: I wanted to see what you thought of my initial response first and go from there
2:02pm, Feb 5 - Unknown Caller: If you took the letter route you were to have it to me ASAP.
2:02pm, Feb 5 - Unknown Caller: I was going to evaluate this whole thing now using what you have me. Do you think you have me enough?
2:03pm, Feb 5 - Camila: Gave?
2:04pm, Feb 5 - Camila: I thought so but I guess not
2:09pm, Feb 5 - Unknown Caller: If you feel it is enough, I will make my decision now based on what happened and what you wrote.
2:09pm, Feb 5 - Unknown Caller: ?
2:10pm, Feb 5 - Camila: ??
2:10pm, Feb 5 - Unknown Caller: I told you earlier I was going to decide when I got back based on what

# A638

you said and did.

2:13pm, Feb 5 - Unknown Caller: ? Now you go silent?

2:13pm, Feb 5 - Camila: No

2:13pm, Feb 5 - Camila: I'm reviewing

2:13pm, Feb 5 - Unknown Caller: No what?

2:13pm, Feb 5 - Unknown Caller: Reviewing?

2:14pm, Feb 5 - Camila: Questions

2:14pm, Feb 5 - Unknown Caller: Why?

2:14pm, Feb 5 - Camila: Why what?

2:15pm, Feb 5 - Camila: To see if there's anything I need to add right now

2:15pm, Feb 5 - Unknown Caller: Do you want me to decide based on this data only?

2:17pm, Feb 5 - Camila: I went over it. That's all I can answer right now. I don't know how to answer the rest

2:17pm, Feb 5 - Unknown Caller: That's not what I just asked.

2:17pm, Feb 5 - Unknown Caller: All I need is a yes or no answer. Then depending on that answer I will proceed.

2:18pm, Feb 5 - Camila: Ok... What else are you going to evaluate me on, though?

2:18pm, Feb 5 - Camila: Yes

2:19pm, Feb 5 - Camila: Well, no... But I don't have anything else

2:19pm, Feb 5 - Unknown Caller: When will you have it complete?

2:19pm, Feb 5 - Camila: I don't know. I don't have the answers

2:20pm, Feb 5 - Unknown Caller: I need a time today when I will look at what you have said and done to decide if I accept it.

2:20pm, Feb 5 - Unknown Caller: This is for our future. This determines it.

2:21pm, Feb 5 - Camila: For our future? What do you mean?

2:22pm, Feb 5 - Unknown Caller: As of right now you've only told me what you are going to do today only in response to what I asked and no letter to Jim or plan beyond today.

2:23pm, Feb 5 - Camila: I didn't say I was going to write a letter to Jim. I wanna talk to him

2:24pm, Feb 5 - Unknown Caller: Our future: if you don't convince me I will leave. As of right now I will get over the next month's exactly what I got over the last months. After my waiting for you, hurting myself to keep some door open, you repay me with more betrayal and dishonesty on top. I don't want this anymore. I am giving you a chance to change and prove it.

2:27pm, Feb 5 - Unknown Caller: Talking to him is probably the inferior option. You have to tape it. Rehearse it. Guarantee exactly what you will say and how you will say it and say no more. I don't trust you. A letter is more trustworthy.

2:28pm, Feb 5 - Camila: A letter is cold

2:28pm, Feb 5 - Unknown Caller: Look what happened when I trusted you to end things with r. in one day.

2:29pm, Feb 5 - Unknown Caller: Yes, a letter is colder but considering what you did you need to be cold. You have already damaged everything with him and Esther.

2:30pm, Feb 5 - Camila: Whaaat? How?

2:31pm, Feb 5 - Unknown Caller: By doing what you did. If you don't feel that or see that you are just completely inconsiderate.

2:33pm, Feb 5 - Camila: Wow. Ok. I dont want to do this again. I don't know how we are back here again

2:33pm, Feb 5 - Unknown Caller: Wtf???

2:33pm, Feb 5 - Camila: Yes, wtf

2:33pm, Feb 5 - Unknown Caller: Goodbye.

2:34pm, Feb 5 - Camila: Well, it also doesn't have to be like that

2:34pm, Feb 5 - Unknown Caller: It absolutely does.

2:35pm, Feb 5 - Unknown Caller: You have no character, nor are you setting up to develop it. Goodbye.

2:38pm, Feb 5 - Camila: I will work on that, absolutely. I just don't know that I can go through this

2:41pm, Feb 5 - Unknown Caller: I don't want this Bs from you I won't go through with this. You have to know when you do something like you did with jim you destroy. That's what a conscience says, "if I do this it will destroy so I don't." To have a conscience is to make that destruction real and not cover it up. So you are choosing to destroy us. Goodbye.

2:42pm, Feb 5 - Camila: I will fix the Jim thing. I will.

# A639

2:43pm, Feb 5 - Unknown Caller: You can't and be nice or warm. It is not an "oops." It is so bad it is death.

2:46pm, Feb 5 - Camila: Hmmm... Not many hours ago you were saying you were going to help me with that

2:47pm, Feb 5 - Unknown Caller: Sarcasm is shitty

2:47pm, Feb 5 - Unknown Caller: Goodbye.

2:48pm, Feb 5 - Camila: I'm actually serious. I don't understand how you could say that and then thia

2:48pm, Feb 5 - Camila: This

2:49pm, Feb 5 - Unknown Caller: Which two things don't line up? I'm back in 30 minutes.

2:51pm, Feb 5 - Camila: Last night you said you were going to help make the thing with Jim work, now you are saying it is death and that I've damaged everything with him and Esther

2:51pm, Feb 5 - Camila: The two don't line up

2:52pm, Feb 5 - Unknown Caller: They do absolutely. You are prideful and unwilling to do what it takes. You need to be willing to choose me over them. You set that up.

3:22pm, Feb 5 - Unknown Caller: Back. You didn't write anything?

3:23pm, Feb 5 - Camila: I've been thinking. Going back and forth

3:24pm, Feb 5 - Camila: It is not that I don't want to fix

3:28pm, Feb 5 - Unknown Caller: And? In couples counseling, when one partner dishonorable the other, even if the third party is unknowing, often the offending party's first step is to end the dishonorable relationship and never see that person again. This sometimes involves leaving a job or even moving a family. The magnitude of the penance shows the other partner just how important he or she is and build a conscience so if there is ever a temptation you know you're the type of person that doesn't just make things ok because they are not. For any transgression, once the appropriate penance is done, the transgression is never repeated.

3:30pm, Feb 5 - Camila: I understand that

3:31pm, Feb 5 - Camila: Why were you offering to make it work, then?

3:31pm, Feb 5 - Unknown Caller: So if it were necessary to write a letter and never see them again you should be more than willing.

3:32pm, Feb 5 - Camila: You did the same with r... You offered to step down

3:34pm, Feb 5 - Unknown Caller: Cut the garbage, you are so out of cause, everything I said relating to r. was true and consistent. But that is a distraction from NOW. Get through this and you'll understand that.

3:36pm, Feb 5 - Camila: I just don't get it. I don't understand why you would offer to do one thing and then do the opposite, twice

3:36pm, Feb 5 - Unknown Caller: That's not what happened and yes I did offer and still do.

3:38pm, Feb 5 - Unknown Caller: I will let you choose the right thing or the wrong thing and I will support what's right. If you chose r., I would do the right thing which is to respect you fight to choose the wrong thing then treat the situation appropiately... It's not r. or Jim's fault you do the wrong thing.

3:38pm, Feb 5 - Unknown Caller: Your right

3:41pm, Feb 5 - Unknown Caller: Get it?

3:42pm, Feb 5 - Camila: Yes

3:44pm, Feb 5 - Camila: I thought it was about something else

3:43pm, Feb 5 - Unknown Caller: But here is a very important thing: the moment you express an unwillingness to do something, even if it was unnecessary, you make it necessary. You see this with children: you might not require a child to clean their room to get dessert but the moment they say they would not do it, because they should morally be willing to do it, they must then be compelled to do it.

3:44pm, Feb 5 - Unknown Caller: What was the something else you thought it was about?

3:46pm, Feb 5 - Camila: I thought you offered because you loved me and you wouldn't want to hold me if I wanted to leave

3:46pm, Feb 5 - Camila: Right now I just feel held and not very loved

3:47pm, Feb 5 - Unknown Caller: Yes. Even if that means you're doing something very bad. Like with r., I could have separated you two.

3:47pm, Feb 5 - Camila: But I didn't want to stay. I told you that

3:48pm, Feb 5 - Unknown Caller: If you feel that way I am going. It is out of cause. But then you don't have to worry about any of this. This out of cause stuff needs to go.

3:49pm, Feb 5 - Unknown Caller: Not actually true. But this raises a problem for me. If you believe that I must leave you now. You either have to demonstrate that wasn't true or I must prove it but cutting off.

# A640

3:51pm, Feb 5 - Unknown Caller: Well? Is this goodbye?
3:52pm, Feb 5 - Camila: I'd be lying if I said it wasn't true. But I'm just trying to understand why. That's all
3:53pm, Feb 5 - Unknown Caller: Bullshit. It turned out not to be true and when I stayed instead it almost killed me. It would have been so much easier for me to leave.
3:54pm, Feb 5 - Unknown Caller: Now you are saying I almost killed myself for nothing? The moment it came time for you to move out you waffles.
3:54pm, Feb 5 - Unknown Caller: Waffled.
3:54pm, Feb 5 - Camila: ?
3:54pm, Feb 5 - Unknown Caller: ???
3:55pm, Feb 5 - Camila: I waffled?
3:55pm, Feb 5 - Unknown Caller: More than that.
3:55pm, Feb 5 - Unknown Caller: And it really hurt me to stay.
3:56pm, Feb 5 - Camila: Googling...
3:55pm, Feb 5 - Unknown Caller: What?
3:56pm, Feb 5 - Camila: Waffled
3:56pm, Feb 5 - Unknown Caller: To become indecisive, to go back and forth
3:57pm, Feb 5 - Camila: Oh, good. Cuz all I found was slang for vagina
3:58pm, Feb 5 - Camila: That was way later when that came with many other threats
3:58pm, Feb 5 - Unknown Caller: wafÂ·fle1

ˈwÃ¤fÉ™l/

informal

verb

1.

NORTH AMERICAN

fail to make up one's mind.

"Joseph had been waffling over where to go"

2.

BRITISH

speak or write, especially at great length, without saying anything important or useful.

"heÂ waffled onÂ about everything that didn't matter"

synonyms:waver,Â vacillate,equivocate,Â sit on the fence

"faced with this commitment, she waffled"

noun

1.

US

a failure to make up one's mind.

"his waffle on abortion"
4:00pm, Feb 5 - Unknown Caller: Not true. You were delusional. I was trying to take care of you and the

# A641

situation. It was to my deteriment I stayed.

4:01pm, Feb 5 - Unknown Caller: So should I leave now? Or are you going to be at cause so you will never feel obligated?

4:02pm, Feb 5 - Camila: Why do you think the Ivonne thing was hard for me??? I felt I was here under threat and manipulation..

4:02pm, Feb 5 - Camila: Working on that...

4:02pm, Feb 5 - Unknown Caller: Ivonne?

4:03pm, Feb 5 - Camila: The idea is to be at cause

4:03pm, Feb 5 - Camila: Yes. Ivonne

4:03pm, Feb 5 - Camila: Wayne's wife

4:03pm, Feb 5 - Unknown Caller: Oh yes...

4:03pm, Feb 5 - Camila: Abuse? Em with Nancy??

4:04pm, Feb 5 - Unknown Caller: Honey, you either have to be at cause now I choose this and commit or I need to cut you off. I am not forcing you. I am doing the right thing in a horrible circumstance.

4:04pm, Feb 5 - Unknown Caller: And

4:05pm, Feb 5 - Unknown Caller: Brandon is waiting for me. Decide now or I need to go.

4:05pm, Feb 5 - Unknown Caller: That is day goodbye forever.

4:05pm, Feb 5 - Unknown Caller: Say

4:06pm, Feb 5 - Camila: No. Don't say goodbye forever

4:07pm, Feb 5 - Unknown Caller: Then say, "I am choosing this commitment, you are not obligating me. I am receiving not being taken from."

4:09pm, Feb 5 - Unknown Caller: ???

4:10pm, Feb 5 - Unknown Caller: How can you go silent now?

4:10pm, Feb 5 - Unknown Caller: I dont deserve to wait.

4:11pm, Feb 5 - Camila: I know..

4:11pm, Feb 5 - Camila: I'm not silent. I'm thinking

4:11pm, Feb 5 - Unknown Caller: Then do it and be in cause or I go.

4:12pm, Feb 5 - Camila: Ok

4:12pm, Feb 5 - Camila: I'll do it

4:12pm, Feb 5 - Unknown Caller: Say it in full and then no more victim Shit

4:13pm, Feb 5 - Unknown Caller: Now please.

4:14pm, Feb 5 - Camila: All I can say for now is that I'll do it

4:15pm, Feb 5 - Unknown Caller: Not enough. The "for now" leaves your pride room to play out of cause victim. Revise or I need to go.

4:15pm, Feb 5 - Unknown Caller: I have to demand what I am worth.

4:16pm, Feb 5 - Unknown Caller: Now please. I don't deserve to wait especially because of what happened.

4:17pm, Feb 5 - Unknown Caller: Think about how you caused this. Had Sunday been different or even you had been disclosing about it, this would not be happening.

4:20pm, Feb 5 - Camila: I want to choose the right thing, what I don't want is this prison. You seem to want to punish me for not choosing to be with you

4:22pm, Feb 5 - Unknown Caller: Garbage. Cause and effect. There are many large benefits to being with me you don't deserve and can't have if you are not. Doing the right thing is only one of them. What you just said about prison makes me believe you just blame too much and you will continue to do these sort of things because your entitled. I'm giving up.

4:23pm, Feb 5 - Unknown Caller: For you, punishment is not getting what you want.

4:23pm, Feb 5 - Unknown Caller: You want an effectless life. I've taken up the damages up to this point. Good bye.

4:24pm, Feb 5 - Camila: No

4:24pm, Feb 5 - Camila: Wait

4:24pm, Feb 5 - Camila: You are right

4:24pm, Feb 5 - Unknown Caller: Then convince me.

4:25pm, Feb 5 - Camila: I want an effectless life

4:25pm, Feb 5 - Camila: I blame you because it seems like you pile on the effects which seems more like punishment

4:27pm, Feb 5 - Unknown Caller: Actually you had that under one condition and you destroyed that with r.

# A642

I came up with a way you could have much of that back and now you screwed it up with Jim. Either you do everything joyfully, no matter how difficult, no prison feelings, no obligation, without hesitation, or its wrong I stay.

4:28pm, Feb 5 - Camila: My experience of life before was very different. I don't know if you were holding a bubble around me or what is different..

4:28pm, Feb 5 - Camila: I had what?

4:29pm, Feb 5 - Unknown Caller: The almost perfect bubble.

4:30pm, Feb 5 - Camila: Are you serious????

4:31pm, Feb 5 - Camila: How is that good?

4:31pm, Feb 5 - Unknown Caller: Make the commitment or not right now. This discussion is a distraction and becoming irreversibly insulting to me.

4:31pm, Feb 5 - Unknown Caller: Now please.

4:32pm, Feb 5 - Camila: I don't want to be shielded from reality. That is ultimately debilitating

4:32pm, Feb 5 - Unknown Caller: Then definitely make the commitment. To be in cause is to not be shielded. That's by definition.

4:32pm, Feb 5 - Camila: I want you to stop messing with my reality

4:33pm, Feb 5 - Unknown Caller: I won't and can't shield you now. I'm the only one who won't though.

4:33pm, Feb 5 - Unknown Caller: Cut the bullshit. Commit and be gratiful or I'm gone.

4:33pm, Feb 5 - Camila: That makes no sense. You are the only one that has

4:33pm, Feb 5 - Unknown Caller: Goodbye. Reality

4:35pm, Feb 5 - Camila: Oh, now you don't shield me...

4:35pm, Feb 5 - Camila: That was so not the point...

4:36pm, Feb 5 - Unknown Caller: Goodbye I won't take this gaming anymore. You are playing me. Paragraphs ago you needed to make a commitment and you just distract out of cause.

4:39pm, Feb 5 - Camila: Yes. I am angry. And although it may not be ny place to want this, I just want to be loved and wanted by you without being crippled. Idk why that makes me so angry, although I know you prob had good intent. I want to feel loved, but I realized it may not be my place to be loved

4:40pm, Feb 5 - Unknown Caller: So goodbye?

4:41pm, Feb 5 - Camila: How does that translate into goodbye?

4:42pm, Feb 5 - Unknown Caller: Commit now as I said or it is.

4:42pm, Feb 5 - Unknown Caller: ?

4:42pm, Feb 5 - Unknown Caller: ???

4:42pm, Feb 5 - Camila: I am here

4:43pm, Feb 5 - Unknown Caller: Then do it or not. But I won't wait.

4:43pm, Feb 5 - Camila: Okay

4:44pm, Feb 5 - Unknown Caller: Write it out full. I may have missed a chance with a doctor over this. I need to go I want to see it to my satisfaction when I get back. Do it now. It is not that long of a text.

4:58pm, Feb 5 - Unknown Caller: You seem to wait until the last minute to do these things.

4:59pm, Feb 5 - Camila: "I am choosing this commitment, you are not obligating me. I am receiving not being taken from."
I am still not sure I am not motivated by an effectless life, which is why I am tempted to choose the other way.

4:59pm, Feb 5 - Camila: Not truw

4:59pm, Feb 5 - Camila: True

4:59pm, Feb 5 - Camila: But I do know that this is important to me

5:01pm, Feb 5 - Camila: I still feel resentful that you shielded me so now I feel completely inept to deal with reality..

5:02pm, Feb 5 - Unknown Caller: That's not what happened either. I am not to blame at all.

5:03pm, Feb 5 - Camila: That is what you said...

5:04pm, Feb 5 - Unknown Caller: You came very out of cause from you up bringing. I brought you to be more at cause over time no force.

5:05pm, Feb 5 - Camila: I agree. Thank you. You also just said that you wanted to give me the bubble

5:05pm, Feb 5 - Camila: An effectless life

5:09pm, Feb 5 - Unknown Caller: After you are committed, in cause, I will explain.

5:17pm, Feb 5 - Unknown Caller: I wanted to give you all the goodies of the bubble and inspire you to at cauae wisdom. It would have taken more time. If r. hadn't happened you would have everything a bubble

# A643

could want and inspiration to grow.

5:22pm, Feb 5 - Camila: That's nice but I still don't see how that would be wisdom.. that's ok. It's irrelevant.

5:23pm, Feb 5 - Unknown Caller: So get me your plan etc. ASAP. It is the most important thing. Has Jim tried to contact you further?

5:46pm, Feb 5 - Unknown Caller: What are you doing?

5:46pm, Feb 5 - Unknown Caller: You did not answer my Jim question.

5:47pm, Feb 5 - Unknown Caller: You've gone unresponsive.

5:51pm, Feb 5 - Unknown Caller: ??? On a subtle level this is what happened Sunday. I don't trust you when you go silent.

6:00pm, Feb 5 - Camila: Sorry, I was in the shower

6:00pm, Feb 5 - Unknown Caller: You were supposed to keep me apprised... Not after the fact...

6:01pm, Feb 5 - Camila: Right

6:02pm, Feb 5 - Camila: I'm going to pick up my pills. Was supposed to start them today

6:04pm, Feb 5 - Unknown Caller: Jim?

6:04pm, Feb 5 - Unknown Caller: I don't know if you should take the pill. Don't until we discuss.

6:04pm, Feb 5 - Unknown Caller: Go get it though so you can.

6:04pm, Feb 5 - Unknown Caller: Jim?

6:05pm, Feb 5 - Unknown Caller: ???

6:06pm, Feb 5 - Unknown Caller: You need to be more responsive.

6:08pm, Feb 5 - Unknown Caller: You didn't answer the Jim question even though you told me you were in the shower. That's not good, it concerns me.

6:09pm, Feb 5 - Camila: Oh

6:09pm, Feb 5 - Unknown Caller: Answer?

6:11pm, Feb 5 - Camila: Yes, he asked me about last night. He is extra friendly and affectionate, which goes against what he said he wanted

6:11pm, Feb 5 - Unknown Caller: Did you speak to him?

6:14pm, Feb 5 - Unknown Caller: You are not responding which leads me to think you spoke to him against what you said.

6:15pm, Feb 5 - Camila: I did not

6:15pm, Feb 5 - Camila: Very cold

6:15pm, Feb 5 - Unknown Caller: What do you mean very cold?

6:16pm, Feb 5 - Unknown Caller: Did you respond at all?

6:24pm, Feb 5 - Unknown Caller: Are you playing me?

6:24pm, Feb 5 - Camila: Am I playing you?

6:27pm, Feb 5 - Unknown Caller: When you get what you want you stop answering my questions etc. Like now, please answer all

6:27pm, Feb 5 - Camila: I did. Very neutral

6:27pm, Feb 5 - Camila: He had been messaging me since last night

6:27pm, Feb 5 - Unknown Caller: You were not supposed to communicate without my seeing it.

6:28pm, Feb 5 - Unknown Caller: You made it harder now. You need toxwritevtge letter

6:30pm, Feb 5 - Camila: I don't want to do it through a letter

6:30pm, Feb 5 - Camila: I'll rehearse it

6:31pm, Feb 5 - Unknown Caller: You were supposed to tell me everything. You were supposed to run every communication through me BEFORE you sent it.

6:32pm, Feb 5 - Unknown Caller: I don't think I can make it work any other way now. What penance will you do for your disobedience?

6:33pm, Feb 5 - Unknown Caller: You did this with r. You were supposed to be absolutely strict and you cheated on me and your word again. I can't trust you at all.

6:34pm, Feb 5 - Unknown Caller: No more communication at all. You are acting more and more like Dan I, have you no conscience? You gave me your word this morning.

6:35pm, Feb 5 - Unknown Caller: Say something now. Explain today's betrayal?

6:36pm, Feb 5 - Camila: I did not. Every time you think I give my word it is you asking for something, and because you asked me you think I promised

6:38pm, Feb 5 - Unknown Caller: Bullshit in this case. I told you want was necessary or else I would go. So if you are not making up for this and realizing your cheating, goodbye. I cant take your bullshit any

# A644

longer. I don't deserve this. You knew you did it anyway.

6:40pm, Feb 5 - Unknown Caller: I guess it's goodbye. You just conned me with that commitment. Next you will say it was in quotes so you didn't mean it. Do you recognize how hurtful this is to me?

6:41pm, Feb 5 - Unknown Caller: Say something now or I'm cutting off.

6:42pm, Feb 5 - Camila: I wouldn't say that. It is not that I don't mean it.

6:42pm, Feb 5 - Unknown Caller: Btw. If you say you will do whatever I say and I ask you for something it is a promise.

6:42pm, Feb 5 - Camila: That communication was in the morning. Ihavent communicated since

6:42pm, Feb 5 - Unknown Caller: Last night we agreed.

6:42pm, Feb 5 - Unknown Caller: Cut this garbage.

6:43pm, Feb 5 - Camila: Ok

6:44pm, Feb 5 - Camila: I don't like your way of doing things and you don't like my way of doing things

6:46pm, Feb 5 - Unknown Caller: But you betrayed me and damaged me. Like my way now, and I am an authority on these matters so you are not close to my equal, or I'm leaving. Should I cut off, yes or no.

6:46pm, Feb 5 - Unknown Caller: Now please.

6:51pm, Feb 5 - Camila: Not like this. This is hell. I can't even learn from my own life because you are controlling it.

The only thing that keeps me from just going is the possibility that I might be dead wrong and will regret it because I didn't see something I will see in the future

7:16pm, Feb 5 - Unknown Caller: You are dead wrong. Your way of doing things created r., then what happened in the Jness track, now Jim, and breaking your word today in several ways.

7:17pm, Feb 5 - Camila: Ok. I see that

7:17pm, Feb 5 - Camila: I still have not resolved what caused r

7:18pm, Feb 5 - Unknown Caller: At this point absolute, in cause, joyful obedience, or I am gone. What caused r. was your out of cause, controlled by you body etc..

7:19pm, Feb 5 - Unknown Caller: Yes to absolute or no?

7:19pm, Feb 5 - Camila: Yes, my fears

7:20pm, Feb 5 - Unknown Caller: What do you mean your fears?

7:21pm, Feb 5 - Unknown Caller: ???

7:22pm, Feb 5 - Camila: What caused r

7:22pm, Feb 5 - Unknown Caller: Yes. But what caused the fears is out of causedness etc...

7:22pm, Feb 5 - Unknown Caller: Tomorrow when are you free?

7:23pm, Feb 5 - Unknown Caller: ???

7:32pm, Feb 5 - Camila: After 2

7:36pm, Feb 5 - Unknown Caller: Why are you so delayed in your responses. Why did you betray me again this morning?

7:39pm, Feb 5 - Unknown Caller: ???

7:41pm, Feb 5 - Camila: I'm cold

7:41pm, Feb 5 - Unknown Caller: I need you to tell me exactly what Jim has texted you and your responses. Why are you cold?

7:43pm, Feb 5 - Unknown Caller: ???

9:01pm, Feb 5 - Unknown Caller: I got into the car and David Bowie's China girl was playing... Although all of the lyrics do not apply, the respite from adversity does. I just cried and cried. I am defeated and alone.

9:02pm, Feb 5 - Camila: I am not familiar with the song

9:03pm, Feb 5 - Unknown Caller: China Girl Lyrics - David Bowie - http://www.lyricsfreak.com/d/david+bowie/china+girl_20036807.html

9:05pm, Feb 5 - Camila: Ok. I think I get it enough

9:07pm, Feb 5 - Unknown Caller: I have lost my place of healing and safety against the adversity I face from the world. You were that place for me

9:09pm, Feb 5 - Camila: I know...

9:11pm, Feb 5 - Unknown Caller: For me now I live in a world were the most sacred thing can turn against me with my doing the right thing. I lost you and did nothing different.

9:11pm, Feb 5 - Unknown Caller: I can't stop crying...

9:13pm, Feb 5 - Camila: You did nothing different. You didn't change. I changed

9:17pm, Feb 5 - Unknown Caller: But the change was not growth...

# A645

9:18pm, Feb 5 - Camila: I know
9:19pm, Feb 5 - Unknown Caller: Please love me once again...
9:20pm, Feb 5 - Unknown Caller: Just recently you said things were close and getting rapidly better. I didn't do anything wrong and now you don't love me again and did this.
9:20pm, Feb 5 - Unknown Caller: I don't know what to do...
9:21pm, Feb 5 - Camila: I don't know what to tell you to do...
9:21pm, Feb 5 - Unknown Caller: Thanks
9:22pm, Feb 5 - Camila: ?
9:22pm, Feb 5 - Camila: Sarcasm?
9:22pm, Feb 5 - Unknown Caller: Not quite. That hurt when I asked for consolation, you rebuked me...
9:26pm, Feb 5 - Unknown Caller: If you can, say something to help my broken heart...
9:27pm, Feb 5 - Camila: I was just thinking of Gaelyn
9:27pm, Feb 5 - Unknown Caller: How can we not co-parent him?
9:28pm, Feb 5 - Camila: I want him back
9:29pm, Feb 5 - Camila: Googling
9:29pm, Feb 5 - Unknown Caller: I can't even send you what I started to type... Googling what?
9:29pm, Feb 5 - Camila: Oh no!
9:29pm, Feb 5 - Camila: I did not rebuke you
9:31pm, Feb 5 - Camila: I did not disapprove or criticize what you said
9:31pm, Feb 5 - Unknown Caller: Googling what?
9:31pm, Feb 5 - Camila: Rebuke
9:32pm, Feb 5 - Unknown Caller: Oh.
9:33pm, Feb 5 - Camila: I was acknowledging it was true. I didn't know what to tell you then
9:33pm, Feb 5 - Unknown Caller: I hate to ask this but in a way, your tone of it might help me feel cared about. When will you have the Jim thing done so I can see it?
9:35pm, Feb 5 - Unknown Caller: It's hard for me to write that. Rereading it I felt nauseous. You don't understand how much it hurts, how bad it is...
9:35pm, Feb 5 - Camila: Rereading what?
9:36pm, Feb 5 - Unknown Caller: The text I just sent. I can't believe how you were just after the intensive and yet it was not enough to stop this.
9:36pm, Feb 5 - Unknown Caller: It meant nothing I guess...
9:38pm, Feb 5 - Unknown Caller: ðŸ˜"
9:38pm, Feb 5 - Unknown Caller: That emoticon never meant so much.
9:39pm, Feb 5 - Camila: Not true but I understand you feel that way
9:39pm, Feb 5 - Unknown Caller: What is not true?
9:40pm, Feb 5 - Unknown Caller: ?
9:42pm, Feb 5 - Unknown Caller: ???
9:42pm, Feb 5 - Camila: That it meant nothing
9:43pm, Feb 5 - Unknown Caller: Then how did this happen if you even loved me a little?
9:44pm, Feb 5 - Unknown Caller: ?
9:45pm, Feb 5 - Unknown Caller: ???
9:46pm, Feb 5 - Camila: At first I didn't see it coming, so it is not like I planned it, then I didn't think it was going to affect you, but that may have been a story. Then it was just wrong and too far gone
9:47pm, Feb 5 - Unknown Caller: Please fix at least this. I need to work with Jim tomorrow.
9:48pm, Feb 5 - Camila: On this?
9:48pm, Feb 5 - Unknown Caller: I can't understand. I am crushed.
9:48pm, Feb 5 - Unknown Caller: He wants answers to this... Also lesser intensive work...
9:50pm, Feb 5 - Camila: I used to be in love with you that I had eyes for no one else, and if there was anyone I thought was attractive it was never an option to pursue. That is not the case anymore, my heart is not in this relationship
9:51pm, Feb 5 - Camila: What are you going to tell Jim?
9:51pm, Feb 5 - Camila: Are you still going to tell him its a good idea?
9:51pm, Feb 5 - Unknown Caller: Make your heart back in the relationship, it was wrongful it ever left.
9:52pm, Feb 5 - Unknown Caller: Yes. I have to tell him if I subtract off what I know. If you repair this now I won't have to have the discussion.
9:53pm, Feb 5 - Unknown Caller: The first curriculum for the ethicist training is about inner word and

# A646

breaking it. I can barely read it...
9:54pm, Feb 5 - Unknown Caller: Can you have the thing for reversing this situation with Jim done in an hour?
9:55pm, Feb 5 - Unknown Caller: Each positive statement needs to be reversed as if the thing didn't happen and never could.
9:56pm, Feb 5 - Unknown Caller: ?
9:58pm, Feb 5 - Unknown Caller: ???
10:00pm, Feb 5 - Unknown Caller: You're going silent again.
10:01pm, Feb 5 - Unknown Caller: ?
10:01pm, Feb 5 - Camila: On here
10:01pm, Feb 5 - Camila: Im
10:02pm, Feb 5 - Unknown Caller: Please answer the question...
10:03pm, Feb 5 - Camila: I don't know if I can have it in an hour
10:03pm, Feb 5 - Unknown Caller: What is the absolute deadline then?
10:04pm, Feb 5 - Unknown Caller: ?
10:05pm, Feb 5 - Unknown Caller: ?
10:06pm, Feb 5 - Unknown Caller: Why are you so unresponsive?
10:23pm, Feb 5 - Unknown Caller: What happened again to you?
10:33pm, Feb 5 - Camila: Hmmm.. I've been next to my phone
10:34pm, Feb 5 - Camila: I did not hear your messages drop. I'm so sorry
10:43pm, Feb 5 - Unknown Caller: Deadline?
11:01pm, Feb 5 - Unknown Caller: ??? Deadline?
10:55pm, Feb 5 - Camila: Idk, I wanted to do it tomorrow
11:02pm, Feb 5 - Unknown Caller: No. Do you not care about me at all?
10:56pm, Feb 5 - Camila: How come?
11:02pm, Feb 5 - Unknown Caller: Did you communicate with him more?
10:56pm, Feb 5 - Camila: No
11:03pm, Feb 5 - Unknown Caller: I am dealing with this tomorrow.
11:04pm, Feb 5 - Unknown Caller: How can you be so casual about a breach?
11:04pm, Feb 5 - Unknown Caller: About betrayal?
10:58pm, Feb 5 - Camila: Casual?
11:07pm, Feb 5 - Unknown Caller: Have you been diligently writing it up since I left, or have you made other things more important so you wrote nothing?
11:01pm, Feb 5 - Camila: I don't want to cut him off
11:11pm, Feb 5 - Unknown Caller: Once again you are going back on your word. You caused it. We had this same discussion about r. I think this is going nowhere on hardest night for me (I have to decide pammies fate also). Cut him off or be with him, but if you are to have any benefits from me, I require you do the right thing now. What will it be?
11:13pm, Feb 5 - Unknown Caller: You have less than a minute. I won't have these games and going back on you word.
11:08pm, Feb 5 - Camila: I will do it, that was always the idea, I was just expressing what I was feeling
11:14pm, Feb 5 - Unknown Caller: I need it in an hour.
11:14pm, Feb 5 - Unknown Caller: By 12:15am
11:40pm, Feb 5 - Unknown Caller: Are you there?
11:46pm, Feb 5 - Unknown Caller: ?
11:40pm, Feb 5 - Camila: Yes
11:47pm, Feb 5 - Unknown Caller: I am struggling.
11:47pm, Feb 5 - Unknown Caller: ?
11:48pm, Feb 5 - Unknown Caller: ?
11:51pm, Feb 5 - Unknown Caller: ?
11:51pm, Feb 5 - Unknown Caller: ???
11:54pm, Feb 5 - Unknown Caller: Can't get your attention.
11:59pm, Feb 5 - Unknown Caller: ?
11:53pm, Feb 5 - Camila: Struggling with what?
11:59pm, Feb 5 - Unknown Caller: You.
11:53pm, Feb 5 - Camila: How?

# A647

12:00am, Feb 6 - Unknown Caller: First, how is the document?

11:54pm, Feb 5 - Camila: Good

12:00am, Feb 6 - Unknown Caller: Done yet?

11:54pm, Feb 5 - Camila: Yes

12:00am, Feb 6 - Unknown Caller: Why haven't you sent it?

12:00am, Feb 6 - Unknown Caller: To me

11:54pm, Feb 5 - Camila: I did

12:01am, Feb 6 - Unknown Caller: Ok... Hold on...

12:03am, Feb 6 - Unknown Caller: Although a good start you left him on post waiting for you. I won't do that to him. Jim is a good man. I chose him for SOP high counsel because of this and his loyalty. This is very different than r.

12:04am, Feb 6 - Unknown Caller: Are you attracted to him?

11:57pm, Feb 5 - Camila: Yes

12:05am, Feb 6 - Unknown Caller: So it's simple. Go with him. I am struggling for you far more than you are struggling for you. We should be done. I am a far higher value than this.

12:00am, Feb 6 - Camila: ? How did you get there?

12:06am, Feb 6 - Unknown Caller: I can't accept your weakness with me and us. I have no upside except to help you and you don't really want to be helped.

12:01am, Feb 6 - Camila: I was answering truthfully. I thought that's what you wanted...

12:09am, Feb 6 - Unknown Caller: I've been struggling with you not wanting to cut him off. You don't get the morality. And you've allowed yourself to be attracted to him. This is just recognizing you did not rebuild the love. I require that love at this point. Who are we fooling?

12:11am, Feb 6 - Unknown Caller: I need you to want it more than me and to be morally motivated by conscience. You are not. You would have rushed to get this to me and it would have been much stronger. I love Jim and have a sacred vow with him. I can't do this.

12:13am, Feb 6 - Unknown Caller: Well?

12:14am, Feb 6 - Camila: I'm trying to understand what you are saying

12:17am, Feb 6 - Camila: You want me to want it

12:17am, Feb 6 - Camila: that's what I understand. Yes?

12:19am, Feb 6 - Unknown Caller: I am saying goodbye. I deserve for you to love me as you did before Gaelyn left and be treated accordingly. I am making a decision tomorrow that might kill Pam and I have several other important decisions for tomorrow. You are not here for me at all. Yes, I require you to want it. You would need to want it so badly (because of what you've had with me) you would cut off any suitor joyfully and fully. I deserve that and much more. I require that. You would give that.

12:19am, Feb 6 - Unknown Caller: Wont

12:20am, Feb 6 - Unknown Caller: Well?

12:20am, Feb 6 - Unknown Caller: Agreed?

12:22am, Feb 6 - Camila: I thought we had established where we were and where we needed to be. Agreed. I think it is unrealistic to expect me to be there a few hours later

12:23am, Feb 6 - Unknown Caller: It is not unrealistic. But you had 6 months+ and then did this. You are not even vigorously fixing it.

12:26am, Feb 6 - Unknown Caller: Things are just too important and you take things too lightly. While I was at mayo clinic, you were unfaithful. You weren't keeping me in mind. That means you're really gone from helping me or fixing. If you had a conscience about this you would be acting much differently.

12:27am, Feb 6 - Camila: Ok. what did you want from me right now?

12:27am, Feb 6 - Unknown Caller: Yes, you should love me just like before Gaelyn left and should be able to bring that up and rightfully attribute it (because it is rightful and was true) in minutes. You haven't.

12:28am, Feb 6 - Camila: I haven't been able to

12:29am, Feb 6 - Unknown Caller: To be committed without looking back. That would mean you would push me not me push you... And you would do the right things completely not halfway or leaving a door open.

12:30am, Feb 6 - Camila: Ok

12:30am, Feb 6 - Unknown Caller: Ok is a bland response. Ok what? Its over?

12:30am, Feb 6 - Camila: No

12:31am, Feb 6 - Camila: Ok, I hear you

12:31am, Feb 6 - Unknown Caller: It is for me unless you give me far more so it validates the pain I've

# A648

endured.
12:32am, Feb 6 - Unknown Caller: Taking a long time to respond is not helpful.
12:32am, Feb 6 - Camila: Sorry
12:33am, Feb 6 - Camila: Didn't seem like that required a response
12:35am, Feb 6 - Unknown Caller: Days ago you loved me and were almost there, and from that state this happened, and you've convinced yourself you feel less love for me than days ago. And I didn't do anything bad. If you can lose it that fast, you can gain it that fast...
12:36am, Feb 6 - Camila: Ok. I'll try
12:37am, Feb 6 - Unknown Caller: Then rewrite the letter. Send it asap. I doubt it will convince me you are really doing it but I'll give you a try. I'm hoping.
1:05am, Feb 6 - Unknown Caller: ?
1:06am, Feb 6 - Unknown Caller: I have not received anything yet.
1:06am, Feb 6 - Unknown Caller: You seem unreachable again.
1:13am, Feb 6 - Unknown Caller: ?
1:26am, Feb 6 - Unknown Caller: ???
1:26am, Feb 6 - Unknown Caller: Still no letter and I can't reach you.
1:27am, Feb 6 - Unknown Caller: This doesn't bode well.
1:58am, Feb 6 - Unknown Caller: You have failed me again. No matter the excuse; there is no document. Tomorrow I will likely be ripped inside of this, you know this, yet you do not care enough. I think the answer for what I should do is clear. I suspect you never worked on the revision.
1:59am, Feb 6 - Unknown Caller: And no comment.
2:00am, Feb 6 - Unknown Caller: ?
8:03am, Feb 6 - Camila: Oh shit
8:04am, Feb 6 - Camila: I am so sorry
8:47am, Feb 6 - Unknown Caller: That's all you say? No letter?
8:48am, Feb 6 - Camila: Not yet. I don't know how to close it
8:50am, Feb 6 - Unknown Caller: Impress me.
9:04am, Feb 6 - Unknown Caller: How long are you home?
9:11am, Feb 6 - Unknown Caller: ?
9:15am, Feb 6 - Camila: 9:30ish
9:16am, Feb 6 - Unknown Caller: Are you finished. It seems more like we're finished.
9:16am, Feb 6 - Unknown Caller: ?
9:17am, Feb 6 - Unknown Caller: What if I wanted to be with you now?
9:17am, Feb 6 - Unknown Caller: ?
9:18am, Feb 6 - Camila: I'm here
9:18am, Feb 6 - Unknown Caller: Answer the questions...
9:18am, Feb 6 - Camila: I'm back at 1
9:18am, Feb 6 - Unknown Caller: What about now?
9:19am, Feb 6 - Camila: I'm not finished
9:19am, Feb 6 - Unknown Caller: When finished? Do you not want to save me pain?
9:20am, Feb 6 - Camila: Yes
9:19am, Feb 6 - Unknown Caller: Then finish.
9:20am, Feb 6 - Unknown Caller: Should we be over?
9:21am, Feb 6 - Camila: No
9:21am, Feb 6 - Unknown Caller: Did you really intend to end it with Jim? That's what you said, but that's not at all what your texts said?
9:22am, Feb 6 - Camila: That's what I said? Texts?
9:22am, Feb 6 - Unknown Caller: You told me, when I confronted you, you were going to end it and weren't going to tell me.
9:23am, Feb 6 - Camila: Ah yes
9:23am, Feb 6 - Unknown Caller: So?
9:24am, Feb 6 - Camila: Yes. But you want it your way
9:24am, Feb 6 - Unknown Caller: Stop that. In the texts you wanted more play time... Explain?
9:25am, Feb 6 - Camila: Play time?
9:25am, Feb 6 - Unknown Caller: Sexual contact it seemed.
9:25am, Feb 6 - Camila: Oh

# A649

9:25am, Feb 6 - Camila: Yes
9:25am, Feb 6 - Unknown Caller: So we're you going to play more?
9:26am, Feb 6 - Camila: No
9:26am, Feb 6 - Unknown Caller: I need this letter before you leave.
9:27am, Feb 6 - Camila: I like the current letter
9:27am, Feb 6 - Unknown Caller: Current is what you just wrote or the last one you sent?
9:28am, Feb 6 - Unknown Caller: ?
9:28am, Feb 6 - Camila: Last one I sent
9:28am, Feb 6 - Unknown Caller: Then I think we are done.
9:29am, Feb 6 - Camila: Because of the letter?
9:29am, Feb 6 - Unknown Caller: You failed. That does not morally uphold me or our situation.
9:29am, Feb 6 - Unknown Caller: Yes. I warned you this was serious.
9:30am, Feb 6 - Unknown Caller: I gave you one last chance to do the right thing.
9:30am, Feb 6 - Unknown Caller: You kept Jim waiting for the future.
9:33am, Feb 6 - Camila: Ok. I just dint want to necessarily cut him off completely. I won't do anything anymore but don't want to cut off all my options, I guess
9:33am, Feb 6 - Camila: Yes, you r right
9:33am, Feb 6 - Unknown Caller: So send me the better letter now.
9:35am, Feb 6 - Unknown Caller: Show me you will cut him off completely forever.
9:37am, Feb 6 - Unknown Caller: ?
9:38am, Feb 6 - Camila: I font have it yet
9:38am, Feb 6 - Unknown Caller: You said you just couldn't figure how to close it???
9:38am, Feb 6 - Unknown Caller: This is most important now.
9:40am, Feb 6 - Unknown Caller: More important than being timely for you appointment is faithful to me. It's a bad choice to have to make but you set it up.
9:42am, Feb 6 - Camila: Ok.
9:42am, Feb 6 - Unknown Caller: How long until the permanent letter?
9:45am, Feb 6 - Unknown Caller: ?
9:46am, Feb 6 - Unknown Caller: I need you to text me at least hourly and be reachable today.
9:49am, Feb 6 - Unknown Caller: ?
10:24am, Feb 6 - Unknown Caller: ???
10:35am, Feb 6 - Camila: ?
10:49am, Feb 6 - Unknown Caller: ???
10:49am, Feb 6 - Unknown Caller: Letter?
10:45am, Feb 6 - Camila: Yes
10:51am, Feb 6 - Unknown Caller: Done?
10:47am, Feb 6 - Camila: Yes. Sent.
10:54am, Feb 6 - Unknown Caller: Does this one truly achieve the goal in this circumstance?
10:54am, Feb 6 - Unknown Caller: Are you home?
10:53am, Feb 6 - Camila: Not home
11:02am, Feb 6 - Unknown Caller: Remember full disclosure... Where are you
11:02am, Feb 6 - Unknown Caller: ?
10:57am, Feb 6 - Camila: With ella
11:05am, Feb 6 - Unknown Caller: I was right near wilton...
11:00am, Feb 6 - Camila: I'm not at Wilton
11:07am, Feb 6 - Unknown Caller: I know, I was just telling you I thought I might have been near...
11:08am, Feb 6 - Unknown Caller: If you have a choice of having sex with Jim or me who would you choose?
11:10am, Feb 6 - Unknown Caller: ?
11:19am, Feb 6 - Unknown Caller: It still had the same problem. I sent you back one, I am so sad you didn't write it.
11:22am, Feb 6 - Unknown Caller: Please answer my question.
11:44am, Feb 6 - Unknown Caller: Just sent a second draft that contains all necessary therapeutic elements.
11:44am, Feb 6 - Unknown Caller: Please answer my question.
11:44am, Feb 6 - Unknown Caller: It is insulting when you wait.

# A650

11:46am, Feb 6 - Unknown Caller: ?
11:46am, Feb 6 - Camila: I can't answer yet
11:46am, Feb 6 - Unknown Caller: Why?
11:46am, Feb 6 - Unknown Caller: It's a quick answer either way?
11:48am, Feb 6 - Camila: I don't like It
11:48am, Feb 6 - Unknown Caller: It's all true.
11:48am, Feb 6 - Unknown Caller: Answer my question please
11:49am, Feb 6 - Camila: I don't think you want me to answer truthfully
11:49am, Feb 6 - Unknown Caller: Isn't that an answer? And mean to say it that way.
11:50am, Feb 6 - Camila: Sorry. I was trying to not be mean or harsh
11:50am, Feb 6 - Unknown Caller: Look this is simple then, if you want him more than me go for it we're done.
11:52am, Feb 6 - Unknown Caller: I won't play second d when I deserve, and by all rights, should be first. I you've done this to your feelings and didn't undo it then so be it. We're done.
11:52am, Feb 6 - Unknown Caller: Good bye. Enjoy Jim.
11:53am, Feb 6 - Unknown Caller: Aren't I correct?
11:57am, Feb 6 - Unknown Caller: Cross me out of your life and all I represent and do, and put in Jim with all he represents and does. I find the sex thing you've done to us intolerable and wrongful, and then to attach to some one else incomprehensible and really wrong. I just give up, too much bad doings.
11:58am, Feb 6 - Camila: I am not trying to hurt you. I was just trying to answer truthfully. I can keep those answers to myself
12:02pm, Feb 6 - Unknown Caller: Not the point. The only reason you would feel strongly good about the letter is slimy stuff... You would rather him than me. I can't comprehend trying to fix the wrong with r. and doing this. That is so bad. Yet you're okay with it, allow it, and don't feel good about the accurate, appropriate remedy. Yes, you should be honest with me and the reality is if you feel that way--especially in this context-- I need to go. This is really bad.
12:03pm, Feb 6 - Unknown Caller: Why would you hang onto me if this is the way you feel and how you are?
12:07pm, Feb 6 - Unknown Caller: What could you possibly be giving me at all if you feel this way? If nothing then it means you're with me to take. It does concern me your feelings of love and attraction are so volitile. Even if you are monogamous that tendency is really not good.
12:07pm, Feb 6 - Unknown Caller: I was fooled by you. I do feel played.
12:08pm, Feb 6 - Unknown Caller: Any last words?
12:13pm, Feb 6 - Unknown Caller: ?
12:20pm, Feb 6 - Unknown Caller: ?
12:21pm, Feb 6 - Unknown Caller: ???
12:22pm, Feb 6 - Camila: Can you hold on? I can't text to the extent I Wang to yet
12:22pm, Feb 6 - Unknown Caller: Ok. Do you accept we are done?
12:22pm, Feb 6 - Camila: Not yet
12:22pm, Feb 6 - Camila: I'm not here to take from you
12:23pm, Feb 6 - Unknown Caller: You don't give so? You haven't given in a while.
12:24pm, Feb 6 - Unknown Caller: You haven't made things right, you made them worse, and now your feeling are not in allignment with making things right.
12:26pm, Feb 6 - Unknown Caller: ?
12:27pm, Feb 6 - Camila: I agree. But that is where they are at
12:30pm, Feb 6 - Unknown Caller: That can be changed in an instant. But that you destroyed them in a few days and won't change them back even quicker is terrible.  You also accept it by saying that's where they are at compared to pushing hard not to accept that. You're refusal treat me as I deserve means we're done.
12:33pm, Feb 6 - Unknown Caller: ?
12:34pm, Feb 6 - Camila: I can't answer right now
12:46pm, Feb 6 - Unknown Caller: No communication at all with Jim correct?
12:47pm, Feb 6 - Unknown Caller: ?
12:48pm, Feb 6 - Unknown Caller: ???
1:24pm, Feb 6 - Unknown Caller: ???
1:25pm, Feb 6 - Camila: Crap. I thought I replied

# A651

1:25pm, Feb 6 - Camila: Correct

2:28pm, Feb 6 - Unknown Caller: Correct we're done? (I erased the other posts)

2:29pm, Feb 6 - Camila: No, correct I haven't talked to jim

2:29pm, Feb 6 - Camila: He texted me

2:29pm, Feb 6 - Unknown Caller: Did you text back?

2:31pm, Feb 6 - Unknown Caller: ?

2:39pm, Feb 6 - Unknown Caller: ???

2:40pm, Feb 6 - Unknown Caller: Please respond

2:40pm, Feb 6 - Camila: I'm here

2:40pm, Feb 6 - Camila: Ok

2:40pm, Feb 6 - Unknown Caller: Answer my last question?

2:40pm, Feb 6 - Camila: No

2:41pm, Feb 6 - Camila: Ok

2:41pm, Feb 6 - Camila: No

2:40pm, Feb 6 - Unknown Caller: Are we done?

2:41pm, Feb 6 - Camila: ???? I just said no

2:41pm, Feb 6 - Unknown Caller: I also asked if you had responded to Jim.

2:42pm, Feb 6 - Camila: And I said no!

2:41pm, Feb 6 - Unknown Caller: Are you home?

2:42pm, Feb 6 - Camila: Yes

2:42pm, Feb 6 - Unknown Caller: I'm coming there.

2:42pm, Feb 6 - Camila: Great

3:49pm, Feb 6 - Unknown Caller: I know there are many aspects of what I say and do you do not get or imagine... But you need to know that you don't, not assume you are right.

3:50pm, Feb 6 - Unknown Caller: Please respect my wisdom and sacrifice...

4:30pm, Feb 6 - Unknown Caller: Honey, before we're done I want you to understand my pain. Today when I left you were so dark. You have to know I consider many principles each time I act. The sacrifice I have been making since June has been most painful: because you are very much out of cause, I know each time I do not shield you you will blame me more and if I do shield you, I'm doing the wrong thing. Thus, to do the right thing I must destroy us. I have been willing to do this. This cycle can only be broken if you are at cause or you trust me completely no matter how painful. After today's darkness (understand how hard it is for me just a week ago to have my love back to some degree... You were bright and more loving after the intensive... To doing absolutely nothing wrong, just helping Pam. Coming home to a betrayal, revealing the betrayal and now you hate me so much more than when you weren't caught. You sent me pictures on the same day as the betrayal! Your darkness blames me and that is hard and not right. Please help me... This out of cause prison needs to go.

4:42pm, Feb 6 - Unknown Caller: What are your thoughts and feelings?

4:45pm, Feb 6 - Unknown Caller: It seems like you are receiving these... Are you?

4:46pm, Feb 6 - Camila: Yes

4:46pm, Feb 6 - Camila: I am trying to gather my thoughts

4:46pm, Feb 6 - Unknown Caller: Ok... I am really hurting over us today...

4:48pm, Feb 6 - Unknown Caller: Understand, you told me numerous times that during this process I had nothing to worry about, you would not stray.

4:55pm, Feb 6 - Unknown Caller: Still gathering?

4:56pm, Feb 6 - Camila: Yes

4:56pm, Feb 6 - Unknown Caller: Something good? The home team (you and me) could really use a goal...

5:00pm, Feb 6 - Unknown Caller: But if not good, it's better your honest.

5:01pm, Feb 6 - Unknown Caller: At least that honors us.

5:02pm, Feb 6 - Camila: I agree... But I still don't know

5:02pm, Feb 6 - Unknown Caller: Don't know what?

5:03pm, Feb 6 - Camila: If its good or bad

5:04pm, Feb 6 - Unknown Caller: Honest is good... I don't know if you content is good or bad...

5:05pm, Feb 6 - Camila: Right. That's what I mean

6:17pm, Feb 6 - Unknown Caller: No more communication with Jim from you correct? Tonight is going to kill me and now volleyball will always hurt. At one point you even wrote you were going to be there for me

# A652

in part because of r. Now because of Jim you can't and it hurts hurts hurts...

6:18pm, Feb 6 - Camila: What? I can't?

6:19pm, Feb 6 - Unknown Caller: No. It would be way too painful for me.

6:19pm, Feb 6 - Unknown Caller: Did you communicate with Jim?

6:20pm, Feb 6 - Unknown Caller: ?

6:21pm, Feb 6 - Camila: Let me make sure I understand, you are banning me from volleyball forever. Is this right?

6:22pm, Feb 6 - Unknown Caller: Please answer my question first.

6:22pm, Feb 6 - Camila: No

6:22pm, Feb 6 - Unknown Caller: Means no communication correct?

6:23pm, Feb 6 - Unknown Caller: ?

6:24pm, Feb 6 - Camila: Correct

6:27pm, Feb 6 - Unknown Caller: I don't know what to do about volleyball. Certainly not tonight. You were supposed to be there for me and me alone. Now eyes you should have for me you have for another. I am surprised by your seeming outrage. In you position, I would be ashamed and so sad to be there because of the meaning and the principles.

6:28pm, Feb 6 - Unknown Caller: This violation is so bad and destroys the principles of love, loyalty, honesty and honor.

6:29pm, Feb 6 - Unknown Caller: I am overwhelmed by grief over you.

6:31pm, Feb 6 - Unknown Caller: I wish you could see how bad, destructive, and far reaching these things are.

6:31pm, Feb 6 - Unknown Caller: I wish your awareness and conscience saw it...

6:32pm, Feb 6 - Unknown Caller: ?

6:33pm, Feb 6 - Camila: ?

6:33pm, Feb 6 - Unknown Caller: Do you care?

6:33pm, Feb 6 - Camila: I do. I am evaluating

6:34pm, Feb 6 - Camila: How are you going to explain me not going anymore?

6:34pm, Feb 6 - Camila: Jim is going to figure it out

6:35pm, Feb 6 - Unknown Caller: If you are to right this wrong you must feel as much pain and than I do... How will you do this? I don't know how to explain it. I know possibly how to fix it partially but it has to be done my way and you would need you're old feeling back (if you had them you would gladly do it my way)

6:37pm, Feb 6 - Unknown Caller: I'm assuming you won't heal those feeling or feel enough pain to be more than mine over you breaches so I don't know what to do. You limit us.

6:40pm, Feb 6 - Camila: I don't want to choose out of anger so give me some time.

6:40pm, Feb 6 - Camila: What are you going to tell Jim???

6:40pm, Feb 6 - Unknown Caller: If you sent my letter now, and showed up tonight marked, and was polite but non-attentive to him, and really loved and was there to support only me, then tonight would work. I know that sort of demonstrative vigilance and those actions are very unfortunately out of the question by you.

6:41pm, Feb 6 - Unknown Caller: I know. Projectively you don't understand because you still have I.pulses to blame...

6:44pm, Feb 6 - Unknown Caller: It's ok... Don't choose out of anger. But please stop being angry at me. Everything I did and asked you to do was right. The Kayla thing was your bad. If you had fixed r., or kept your word about her it would have been fine. I am having you avoid bad Shit for all concerned.

6:45pm, Feb 6 - Unknown Caller: Please please don't be angry at me, or feel suffocated when you get the effects of you bad and I don't absorb them... Sometimes, like with Kayla, I just can't...

6:48pm, Feb 6 - Unknown Caller: It is so hard to do the right things because of you bads and have you destroy us because you are out of cause and you feel suffocated.

6:48pm, Feb 6 - Unknown Caller: Please stop this forever.

6:49pm, Feb 6 - Unknown Caller: I have done nothing wrong, I am the victim so to speak, and you get more angry at me with each angry you do. In the tech we call this angry at me for what you've done.

6:50pm, Feb 6 - Unknown Caller: I know it doesn't feel that way but if you look at causes it is.

6:57pm, Feb 6 - Unknown Caller: Please be mine again somehow if humanly possible. Get rid of all anger towards me so the feeling will stop being repressed. It's the anger destroys the feeling of love.

7:04pm, Feb 6 - Unknown Caller: Apart from all this, how are you honey?

7:08pm, Feb 6 - Unknown Caller: I will say one additional thing: I am starving for your love but the right

## A653

things that need to be done leave you angry towards me. I won't stop doing the noble things but help?!

7:09pm, Feb 6 - Unknown Caller: I noticed you said ref is out. I guess I can't get you to be as extreme as necessary tonight. I wish you would tell me first in this case.

7:10pm, Feb 6 - Unknown Caller: I didn't anticipate it going a different way tonight.

7:59pm, Feb 6 - Unknown Caller: Your friendship starts in a minute... What's up no texts?

7:59pm, Feb 6 - Unknown Caller: You ok?

8:17pm, Feb 6 - Camila: Friendship was postponed

8:18pm, Feb 6 - Unknown Caller: Tell me what's going on?

8:22pm, Feb 6 - Unknown Caller: I'm hurting cause of this thing. The conversation hearing about your relationship will rip me, your cutting me off communication wise is aweful... I feel so much less than Jim and I should be so much more... Jim is a relationship of so little time and experience, surely I 've earned much more.

8:29pm, Feb 6 - Unknown Caller: I guess if you are defeating anger and out of cause its good.

8:45pm, Feb 6 - Unknown Caller: Are you deciding how you want to live your life? Who you want to be? Is that why you're silent?

9:10pm, Feb 6 - Unknown Caller: ?

9:16pm, Feb 6 - Unknown Caller: You seem to be online are you speaking to others and not me? Please be nicer during my night of pain.

9:40pm, Feb 6 - Unknown Caller: I will wait for you to text me when you are done with this. Please keep our agreements absolutely and don't take your pill. I send my love. I can't help but hope it will be posite for our little team, you and me,

9:42pm, Feb 6 - Unknown Caller: I will not contact you or stop by tonight as I had hoped until you are ready.

4:25pm, Feb 7 - Camila: Hello

4:25pm, Feb 7 - Camila: Dani just called me to get me into ethicist and I imagine you had something to do with that

4:25pm, Feb 7 - Camila: Am I correct?

4:27pm, Feb 7 - Camila: Also, what did you tell Jim? Last time he tried to contact me was before volleyball. I imagine you also had something to do with that. Yes?

4:46pm, Feb 7 - Unknown Caller: No to both. What happened to you?

4:48pm, Feb 7 - Camila: Nothing

4:48pm, Feb 7 - Camila: I haven't left the house

4:48pm, Feb 7 - Camila: What did you tell Jim?

4:48pm, Feb 7 - Unknown Caller: Why did you cut off communication?

4:50pm, Feb 7 - Camila: Because I was going to choose something out of anger. I needed space.

4:50pm, Feb 7 - Unknown Caller: So what have you chosen then?

4:51pm, Feb 7 - Camila: I don't know yet

4:53pm, Feb 7 - Unknown Caller: I have made some decisions.

4:54pm, Feb 7 - Camila: Yes?

4:56pm, Feb 7 - Unknown Caller: I don't know if it's appropriate here or with you undecided. I also don't what to anger you by being deductive.

4:57pm, Feb 7 - Camila: It's ok. Just tell me

4:57pm, Feb 7 - Camila: What did you decide?

5:04pm, Feb 7 - Camila: ?

5:03pm, Feb 7 - Unknown Caller: I do understand the situation. I also reviewed many sources on betrayal they all say the same thing. I don't belive you want to be the type of person that does what you have done. But your pattern is classic, even down to the words you use to describe it. Only you can decide to do the right thing or not. But I think what I need to do might be very different from what you will like.

5:04pm, Feb 7 - Unknown Caller: You need to be at cause. You will choose that or to live an effrctless life.

5:05pm, Feb 7 - Camila: What do you mean "reviewed many sources on betraya"?

5:07pm, Feb 7 - Unknown Caller: On the internet and books... Even a woman's health magazine and reader's digest summary.

5:09pm, Feb 7 - Unknown Caller: How the bretrayer acts, why and the pitfalls to them etc. Also the betrayed. From a psychiatric perspective

5:19pm, Feb 7 - Camila: Ok....?

# A654

5:42pm, Feb 7 - Unknown Caller: You need to decide what type of person you want to be. Not fixing, the statistics are bad. Fixing, you won't like it. For example, across the board, it says, the person you betrayed with needs to be cut out of your life completely. There s should be no last meeting, it should be done with a letter approved by the betrayed.

5:43pm, Feb 7 - Camila: Sounds like you wrote those "sources"

5:43pm, Feb 7 - Unknown Caller: I think we are done. I am a very valuable person. The way you've treated me is a disvalue. Betrayers are warning never to blame, follow anger, or isolate from the one that damaged. You do all these things.

5:47pm, Feb 7 - Unknown Caller: I know. I will send them.

5:49pm, Feb 7 - Camila: Don't worry about it.

5:49pm, Feb 7 - Unknown Caller: So you've decided we are done, correct?

5:50pm, Feb 7 - Camila: Not yet

5:51pm, Feb 7 - Unknown Caller: Then I will because I'm worth more than this bad treatment. We are done. I need to cut you out.

5:54pm, Feb 7 - Unknown Caller: You want an effectless life. You've done the classical behavior of destroying our love and obeying your result. You won't be at cause or do the right things. You DELAY one of the big words used in what they call the game of betrayal. I must bite the bullet.

5:55pm, Feb 7 - Unknown Caller: I was hard to read.

5:56pm, Feb 7 - Camila: I def don't want an effectless life.. but what you want from me I cannot give and I just feel like I'm held against my will

5:57pm, Feb 7 - Camila: To me, being in a relationship with you and healing this breach are two separate things. To you they seem to be the same

5:59pm, Feb 7 - Unknown Caller: They are the same. Exactly. You are doing a well known
 pattern. You feel forced by your effects and do more destruction to me and us so you feel more forced when confronted with the right thing to do.

6:03pm, Feb 7 - Unknown Caller: It is over. I withdraw all my support. I am too valuable to have this continued abuse. That you would choose any nubile over me is ludicrous. I didn't fully believe that until I read over and over about the effect and why. I will not ever help it or myself or others around me by supporting your way, the classical way of the betrayor. I must cut you as much out of my life as possible... As you should have done with r., and now Jim. Goodbye. Please clean and move out. I will need the $ also.

6:07pm, Feb 7 - Camila: " I will not ever help it or myself or others around me by supporting your way, the classical way of the betrayor. "
What does that mean?

6:07pm, Feb 7 - Unknown Caller: So you reflect in the future. Last night was one of the hardest nights. You knew that. You only cared about obeying your anger instead of squashing it. I was in need, you cut communication because your anger owns you. Do you want to be the person who cuts off another in true need? Betrayor lose the right to blame or obey blame's anger.

6:08pm, Feb 7 - Unknown Caller: It means I've listened to you too much and didn't do what I should have. Now I am. You refuse to meet my conditions, and blame me for setting them, I should withdraw.

6:10pm, Feb 7 - Unknown Caller: You obey your self- generated feelings of being held against your will. When I read it last night I almost vomited. When I hear you say it again I know you will never love me, will lie about it, and will never fix.

6:11pm, Feb 7 - Unknown Caller: Btw, one of the worst things that a person can do is cheat when they are fixing cheating. Like you.

6:13pm, Feb 7 - Camila: Do you think I disagree? We've talked about this...

6:13pm, Feb 7 - Unknown Caller: But, you delayed changing it. Classic.

6:16pm, Feb 7 - Unknown Caller: 6 months of delay... Outrageous. Then when I asked you cut live up to cutting Kayla out (I am correct in that) you got angry, killed feeling and did Jim. That's the type of person you are.

6:23pm, Feb 7 - Unknown Caller: Anything?

6:23pm, Feb 7 - Camila: I know. I'm not proud of it and don't want to be that. But you are passing an awful verdict on me which is very scary because idk what you will do with that since you are the leader of the org. You have already banned me from volleyball. What else are you going to do?
I am not saying I want to keep these behaviors. I don't want to hurt more people... I just don't want to stay in this relationship.

# A655

6:24pm, Feb 7 - Camila: I know for a fact that I want to be better
6:24pm, Feb 7 - Unknown Caller: Sorry. You ruined it so you don't want to stay in it. Your bad.
6:25pm, Feb 7 - Unknown Caller: Then you would fix the relationship. A week ago you felt very good towards it, now you don't. Either way you need to see what you do.
6:26pm, Feb 7 - Camila: I agree
6:27pm, Feb 7 - Unknown Caller: So you either do thing right things or I'm gone. No compromise.
6:28pm, Feb 7 - Camila: Are you going to make my life hard?
6:28pm, Feb 7 - Unknown Caller: Your effects will.
6:29pm, Feb 7 - Unknown Caller: Blaming again.
6:29pm, Feb 7 - Camila: How?
6:29pm, Feb 7 - Unknown Caller: Not your concern unless fixing.
6:30pm, Feb 7 - Unknown Caller: Asking questions here is more usery.
6:31pm, Feb 7 - Camila: I don't want you as an enemy.
It seems like if I don't choose the way you want that is what will happen
6:31pm, Feb 7 - Unknown Caller: Goodbye. I can't believe I'm still indulging you, hoping you will do the right thing. When you were repairing us, you cheated with my good friend. That's you.
6:32pm, Feb 7 - Camila: That's something I did.
6:36pm, Feb 7 - Camila: I'm still here
6:37pm, Feb 7 - Camila: Thinking...
6:39pm, Feb 7 - Unknown Caller: Morally I need to cut you out of my life unless you fix. I deserve the love you keep on destroying over out of cause blame. You caused the Kayla problem. You caused many other problems. You don't fix, I bear the pain, you hate me for it and feel trapped by that which I don't bear.
6:59pm, Feb 7 - Unknown Caller: ?
6:59pm, Feb 7 - Camila: Still thinking..
7:00pm, Feb 7 - Unknown Caller: DELAY and insulting.
7:01pm, Feb 7 - Unknown Caller: Kayla is being very affectionate with r. In public.
7:01pm, Feb 7 - Camila: I am evaluating
7:02pm, Feb 7 - Camila: R u seeing them now?
7:02pm, Feb 7 - Unknown Caller: Yes.
7:02pm, Feb 7 - Unknown Caller: Who you want to be verses who you are?
7:05pm, Feb 7 - Camila: That was decided long ago. I know I want to change. You know that already.
I don't know if I want you as an enemy, though...
7:18pm, Feb 7 - Camila: Fine. What do you want from me?
7:20pm, Feb 7 - Unknown Caller: I'll text soon. Fine what do you want from me is disrespectful and I'm worth more and our time together until you changed things is worth more
7:30pm, Feb 7 - Unknown Caller: If you don't make your love exist it won't.
7:31pm, Feb 7 - Unknown Caller: You have to be at cause. Watch mission
7:42pm, Feb 7 - Unknown Caller: The problem I have with helping you is you need to have the feelings, you consistently destroy them when faced with your effects. I won't try to get you to love me. It is bad.
7:43pm, Feb 7 - Camila: ?
7:44pm, Feb 7 - Camila: It is bad that you try to get me to love you? Is that what you just said?
8:03pm, Feb 7 - Unknown Caller: Essentially yes. You dont love me because of your bad doing. Not mine. Unfortunately, I can't trust you. So you might say you love me but other indicators would show different. That would be terrible. Or you lie so well I don't see, that would be most tragic for both of us. But it is true I earned the love over years and you threw it away. That's wrong. It's also true the newness of romance (the literature refers to it as an bad addiction) blinds you to true love and you fall for it each time. The only way I will stay with you is absolute joyful obedience, not one misstep or blame. Total commitment. I still don't know if I can stomach it. Even writing this I am nauseous. You are only staying with me to shield you from your effects. You call it having me as your enemy, that sickens me. I need to believe this is not true, but I don't trust you and you've stated you don't want to be with me. No. If you don't want to be with me that's it. I can't do this, I feel sick just writing it. I am worth it, I deserve it, you destroyed it I demand it back or nothing.
8:06pm, Feb 7 - Unknown Caller: I want an answer now. No more delays.
8:06pm, Feb 7 - Unknown Caller: ?
8:07pm, Feb 7 - Unknown Caller: ???
8:08pm, Feb 7 - Unknown Caller: Now please.

# A656

8:09pm, Feb 7 - Unknown Caller: You not typing.

8:09pm, Feb 7 - Camila: Wait. I'm reading

8:11pm, Feb 7 - Unknown Caller: Ok. It doesn't take that long to read even with auto correct errors.

8:13pm, Feb 7 - Camila: Wait, so, if I stay with you, you still won't believe me or trust me (that's fine, that is earned)..

It seems like we are damned if we do, damned if we don't

8:13pm, Feb 7 - Unknown Caller: I want an answer no more discussion.

8:13pm, Feb 7 - Unknown Caller: You damn us.

8:14pm, Feb 7 - Unknown Caller: Your out of cause and blame.

8:15pm, Feb 7 - Camila: I'm sorry if I am, I am trying to understand

8:17pm, Feb 7 - Unknown Caller: All your blame is wrongful. All the effects yours. That means the destruction of love. Look at what you did with my request that you keep you word with Kayla. You felt imprisoned, destroyed the positive from the intensive, and started up with my friend Jim. Now you say you dontvwant to be with me, a week ago you said the opposite multiple times.

8:18pm, Feb 7 - Camila: A week ago I was putting in effort to make it work

8:18pm, Feb 7 - Unknown Caller: We talked about that, too

8:19pm, Feb 7 - Unknown Caller: How can I believe your love is anything but momentary? But if so, you sure protected  your feelings for r. (Even though he did very bad things) and Jim who is new. That sucks and is unacceptable. I am the top priority, joyfully so. Period. That's what is right; that's what is needed.

8:20pm, Feb 7 - Camila: Ok, then. If you want to force it that's fine. Done

8:20pm, Feb 7 - Unknown Caller: I'm leaving.

8:20pm, Feb 7 - Camila: That came out wrong. sorry

8:21pm, Feb 7 - Camila: I am sorry for what I said

8:21pm, Feb 7 - Unknown Caller: As long as you are so out of cause you twist a rightful ultimatum to force, that's sick.

8:21pm, Feb 7 - Unknown Caller: I won't accept.

8:21pm, Feb 7 - Camila: Won't accept what?

8:22pm, Feb 7 - Camila: But that's not what I mean anyways

8:22pm, Feb 7 - Unknown Caller: Then what do you mean by force?

8:23pm, Feb 7 - Camila: I am the top priority, joyfully so. Period. That's what is right; that's what is needed.

8:23pm, Feb 7 - Camila: Thats

8:23pm, Feb 7 - Camila: That

8:24pm, Feb 7 - Camila: I might be reading it wrong but it is like saying love me because you should

8:24pm, Feb 7 - Camila: That is not love

8:25pm, Feb 7 - Camila: Love is never out of obligation

8:25pm, Feb 7 - Unknown Caller: Huh? That's not force, take it or leave it. I won't compromise what is right anymore. What you are saying is if I don't compromise it is force.

8:26pm, Feb 7 - Unknown Caller: The right thing to do is a moral obligation if you're moral. Love is built by at cause people. What you are saying is a child's view of not-really-love.

8:28pm, Feb 7 - Camila: No. I might be wrong to think this but I guess I expected you to uphold the concept of "if you love something set it free". I thought that was always the basis of our relationship. We were with each other because we wanted to and we chose to be there, not because we had to.

The moment I tried to leave I felt a grip tighten and that premise was out the window

8:28pm, Feb 7 - Unknown Caller: Should you love me? Yes. Am I the best candidate? Yes. Have I earned it? Yes. The only thing in the way is the blame of pride. You love that instead of me.

8:29pm, Feb 7 - Camila: Does that make sense?

8:29pm, Feb 7 - Unknown Caller: It's not true and very out of cause.

8:29pm, Feb 7 - Camila: How?

8:30pm, Feb 7 - Camila: You've said this to me and in forums

8:36pm, Feb 7 - Camila: make more sense if you just told me that you didn't want me to leave because you love me so much. I could understand that and I could be compassionate towards that. but it just get it just just gets very confusing when you rationalize it and make it sound like something righteous...  not to say that there isn't any righteousness in what you're saying

8:36pm, Feb 7 - Camila: I hope I am not too out of line here. I apologize

8:36pm, Feb 7 - Unknown Caller: You did some bad things (before r.). It is the moral obligation to fix bad

# A657

things. When pushed you feel the grip tighten. You know, I'm not going to explain this in detail right now. I set you free but refuse to absorb you consequences. I am setting you free right now but I refuse to do so AND absorb your wrong doing. You want an effectless life. You feel entitled to me absorbing you wrongs, then you feel free. If I don't absorb, then you feel the grip tighten. That is wrong. You were always free. I even absorbed the effects while you did worse things with r. and broke your word. I've absorbed you effects for 7 months, I am setting you free.if you don't get that I did that (I could have truly imprissoned you by removing r. or talking to him and telling him not to associate with you, he would have listened) then we're done now.

8:39pm, Feb 7 - Unknown Caller: It's true, I've done all of this out of love. Almost died twice etc. But it is also right and always has been. I went this far and you kicked me again. I've learned. No matter how much I love you, loving you is not allowing you to abuse me without care.

8:39pm, Feb 7 - Unknown Caller: Even loving you I can't allow something so wrongful to you, me and many others.

8:39pm, Feb 7 - Unknown Caller: It is right.

8:40pm, Feb 7 - Unknown Caller: It is because I love you.

8:40pm, Feb 7 - Camila: I agree with that

8:40pm, Feb 7 - Camila: Completely agree

8:40pm, Feb 7 - Unknown Caller: Even this conversation is out of love because there is so much pain and downside.

8:41pm, Feb 7 - Camila: I understand

8:43pm, Feb 7 - Unknown Caller: You Shit on our love and want to get out of the smelly room. That's you version of wanting to leave. Freedom would be you leave and I clean it up even when it has damaged many many people. Freedom is you leave and I clean it all up... or else you feel the icy grip of the prison of your effects. When you are at cause, your effects, even bad ones, are a type of heaven, not he'll.

8:44pm, Feb 7 - Unknown Caller: Hell

8:44pm, Feb 7 - Unknown Caller: So what will it be?

8:47pm, Feb 7 - Unknown Caller: Please answer now. If you commit absolutely and joyfully I have time sensitive things.

8:48pm, Feb 7 - Camila: I don't want you to clean my effects. I need to do that myself. I just don't want you to throw more shit at me because you don't like what I do or how I do it

8:49pm, Feb 7 - Unknown Caller: Tough you should know my intent and wisdom. I need 100% trust. There will be A LOT of Shit. Especially if I font like what you do or how.

8:50pm, Feb 7 - Camila: Wow. Ok, then

8:50pm, Feb 7 - Unknown Caller: You need to do it my way absolutely. You way lead to here,lead to Jim, your way is misguided.

8:50pm, Feb 7 - Unknown Caller: Forget it. Bye.

8:51pm, Feb 7 - Unknown Caller: Your defiance is unbearable.

8:51pm, Feb 7 - Unknown Caller: It must be broken then.

8:52pm, Feb 7 - Camila: I am yours. This is not a fair. I can't compete with who you are and what you are capable of.

You have the upper hand. I am at your service

8:52pm, Feb 7 - Unknown Caller: I refuse.

8:53pm, Feb 7 - Unknown Caller: Goodbye. That's just too prideful, untrue, and entitled.

8:54pm, Feb 7 - Camila: This is what you just presented. How many options are you leaving me?

8:54pm, Feb 7 - Unknown Caller: You are the abuser. If there is a thing such as unfair, your taking and destroying is.

8:55pm, Feb 7 - Camila: I could argue that but it is not that important right now

8:55pm, Feb 7 - Unknown Caller: Return everything you destroyed, feel the same pain as me, you can keep all the other benefits and we'll call it starting to be fair.

8:56pm, Feb 7 - Unknown Caller: You cant really argue that, you are wrong.

8:56pm, Feb 7 - Camila: I only have one option. I seriously feel like you are going to hunt me down and make my life a living hell if I don't choose what you want

8:58pm, Feb 7 - Unknown Caller: I can see you at around 9:30. For sex, for a reason. You need to  not be prideful and lovingly satisfy me. Let's see if you can.

8:58pm, Feb 7 - Unknown Caller: Your effects are very bad. You've made a very bad he'll if I don't absorb

# A658

them. They are likely beyond you fixing.

8:59pm, Feb 7 - Camila: No no no. I don't mean to say that it is fair based on what I did to you. I did something awful to you. that is not fair. you are left at a disadvantage in that regard.what I am saying is not fair is your position in the organization and your power vs mine. you have already said that there will be a lot of s***

9:01pm, Feb 7 - Camila: I don't want to have sex like that

9:01pm, Feb 7 - Camila: That seems awful

9:01pm, Feb 7 - Camila: Well, we'll see if I can satisfy you???

9:01pm, Feb 7 - Unknown Caller: I earned my power and earned it by using it justly. There is nothing unfair about our relative positions. You give me nothing I give you much because of those relative positions. You had one thing you gave me to hold all the benefits, you gave that away and can't give it to me. By rights you should not ever have had the benefits.

9:02pm, Feb 7 - Unknown Caller: I will be there or let you know I'm not coming.

9:03pm, Feb 7 - Camila: My friendship is then

9:03pm, Feb 7 - Camila: It was moved from last night

9:03pm, Feb 7 - Unknown Caller: Make an excuse, get there at 10 or 10:30

9:20pm, Feb 7 - Camila: ?

9:22pm, Feb 7 - Unknown Caller: I'm coming now

11:01pm, Feb 7 - Unknown Caller: I not agreeing with your anger. But where would it leave us if you completely forgave me?

11:08pm, Feb 7 - Unknown Caller: ?

11:09pm, Feb 7 - Unknown Caller: Please watch mission, make list list of all the things you are angry at me about since Gaelyn left and you started to destroy love.

11:10pm, Feb 7 - Unknown Caller: Need to have something to do while in prison... Just kidding...

11:13pm, Feb 7 - Unknown Caller: Please write me so when I look at this there is some good communication, it doesn't have to be nice.

11:14pm, Feb 7 - Unknown Caller: But I want a good amount of your thoughts and feelings.

12:35am, Feb 8 - Unknown Caller: I hoped you would have written. I love you. You will either realize your anger is false or not. You will either let me correct you and teach you or not. You either realize your love for me which is the only way to feel the pain necessary to change or not. You will either be soft, loving and caring to me not matter how I test you or not. Your choices. I hope to hear from you tonight.

12:36am, Feb 8 - Unknown Caller: Remeber, in this situation anger on your part has no moral place. So if you find yourself angry remember how you hurt me and stop the anger. One last one: you will either be at cause or not. I do love you so!

1:10am, Feb 8 - Unknown Caller: I think I give up forever. I'm so sorry. I nothing left.

1:11am, Feb 8 - Unknown Caller: You're too angry and out of cause to give and not be the victim.

1:11am, Feb 8 - Camila: I'm still in my friendship

1:11am, Feb 8 - Unknown Caller: This is more important. I'm still in the middle of a volleyball game.

1:12am, Feb 8 - Camila: Go play. I'll be done soon

1:27am, Feb 8 - Unknown Caller: Ok

2:04am, Feb 8 - Camila: Btw, I never wanted you to "correct" me. That's one of the things are anger me. That because you know more you think you have the authority to correct me whether I ask for help or not. It angers me that you think everything right and caused me no pain in our years together. I felt jerked around most of the time.

It angers me that you did not uphold what I thought you claimed. I remember being in awe of you for being willing to step down for someone else if I loved them.

I'm angry that you disguise things as logical and righteous when sometimes they are just emotional and human.

I'm angry that you crippled me for so many years and now use that handicap against me.

I'm angry that you made me believe in fairy tales and a blue Prince when it is all a lie

2:06am, Feb 8 - Camila: I'm angry that you moved your entire life and planned MY life without my consent

2:08am, Feb 8 - Camila: And that all those things were your choice but blame me for them when I didn't even know you were doing that

2:09am, Feb 8 - Camila: I'm angry that because of you I have no close relationships because I always had to lie to them about this other part of my life

2:09am, Feb 8 - Camila: I'm angry that because of you I am such a good liar

# A659

2:11am, Feb 8 - Camila: I'm angry that because of you I started my bulimia. And I'm angry that for so long you completely ignored it when I desperately needed help. I'm angry you now use it against me

2:13am, Feb 8 - Camila: I'm angry at you because I always felt I wasn't good enough because I couldn't understand why you needed to be with other women and not just be with me

2:13am, Feb 8 - Camila: I'm angry I lost so many years of common learning experiences because of you

2:16am, Feb 8 - Camila: I'm angry at you because you couldn't see how being with me at such a young age was probably taking away from my life and opportunities

2:19am, Feb 8 - Camila: And I'm just plain sad to learn that love is not this poetic "something" that is so deep and indescribable, but in fact a trade

2:22am, Feb 8 - Camila: for so many years I forgot about the darkness and thought the world was bright and beautiful, and I'm angry that in the last few months I have contemplated suicide countless times and everything is dark

2:23am, Feb 8 - Unknown Caller: I am so sorry. Please understand I do not agree with all but one but that doesn't make me cry any less for each one that you experience. As for the one I agree with, it has crippled me throughout our relationship and will cripple me forever. I am so nauseous writing this because I thought I was the only one who worried. That fact that you mention it I will never be the same. I always asked you if I was gentle, loving and considerate, you said yes. But I believed incorrectly your early age would be good. I can't forgive myself. I am heartbroken, finally my worst concern is true. All the other things aren't really true but none of that matters in comparison.

2:23am, Feb 8 - Camila: I hate that you made the world bright only to make it dark again

2:24am, Feb 8 - Unknown Caller: The world could have been bright if you only listened and had no pride. I think I need to go. This is too much.

2:25am, Feb 8 - Unknown Caller: I can't. You win. Goodbye love.

2:26am, Feb 8 - Camila: I don't win

2:26am, Feb 8 - Camila: How is this winning???

2:29am, Feb 8 - Camila: This is so pain. I have never been able to tell you this. I just carry it around with me

2:28am, Feb 8 - Unknown Caller: You figure it out. All the other things you said were really incorrect but you could argue them. But you win on the last one, you are right. I tried to protect against it but I was wrong. I can't take this pain, and the things I need to do now are unbearable and dangerous. I can't stay with you, go.

2:29am, Feb 8 - Unknown Caller: I can communicate with you anymore.

2:29am, Feb 8 - Unknown Caller: Cant

2:30am, Feb 8 - Camila: Why did you ask me to share this?

2:30am, Feb 8 - Camila: I shouldnt have said anything

2:30am, Feb 8 - Unknown Caller: So you could either forgive me orvrecognize you were incorrect.

2:32am, Feb 8 - Unknown Caller: No. If that is the truth you should have said it ideally so long ago or all the times I've asked. I am gone to you now. I am gone to me and you do not understand.

2:34am, Feb 8 - Camila: What don't I understand?

2:37am, Feb 8 - Unknown Caller: Because you are not at cause etc. You believe the stuff you typed and experience it as real I hurt so so much each time I see you and you give me such hate, and do these hateful acts (I can't stop crying hold on.

2:43am, Feb 8 - Unknown Caller: I just threw up with a bunch of blood.

2:43am, Feb 8 - Camila: Shit

2:43am, Feb 8 - Camila: Do you need anyything?

2:44am, Feb 8 - Camila: We don't have to do this right now

2:44am, Feb 8 - Camila: What do you need?

2:44am, Feb 8 - Camila: Are you okay?

2:45am, Feb 8 - Camila: Do you need me to come over?

2:45am, Feb 8 - Unknown Caller: You don't understand your damage but that being true, it's too long and I'm not taking this well... I can take when you say things I know are false and out of cause, but the true thing injures me irreparably becauseci need it too because I did that with you... I must go

2:46am, Feb 8 - Unknown Caller: No. I deal.

2:46am, Feb 8 - Unknown Caller: Ill

2:47am, Feb 8 - Camila: I know you are not feeling well but I can't understand what that paragraph says...

2:47am, Feb 8 - Unknown Caller: But I can't be with you ever love. And you don't realize what that means.

# A660

2:48am, Feb 8 - Camila: I feel like I should have kept my mouth shut

2:50am, Feb 8 - Unknown Caller: No.

2:51am, Feb 8 - Camila: But it is now out in the open....

2:51am, Feb 8 - Camila: Isn't that good?

2:52am, Feb 8 - Unknown Caller: No because I have no way of helping you. It cuts off everything. All the other things are so untrue they are simple to deal with. Not this.

2:53am, Feb 8 - Camila: ??

2:56am, Feb 8 - Unknown Caller: It means all my love, loyalty, beauty etc. is a fraud so I can't use them. My only real tools. You don't understand what I must do to myself to be able to maintain enough integrity to go on. And I am so weak right now and Pam needs me or she'll die... For her it will be worse if I die first. I told you You put my love and loyalty in opposition... This is worse. I can't explain.

2:57am, Feb 8 - Camila: Oh shit. What do I do?

3:00am, Feb 8 - Unknown Caller: I can't answer that. I have no authority. Because I made that mistake I have no authority. You won't be able to fix anymore because your not at cause. I will have you do the few things from others sourced but then I am out of your life. You don't have to respect me anymore .

3:00am, Feb 8 - Unknown Caller: I won't advise you.

3:01am, Feb 8 - Camila: Can we talk at some point? I am not understanding what is happening

3:01am, Feb 8 - Camila: What is happening???

3:02am, Feb 8 - Unknown Caller: Are you up in an hour or two? We can interact then if I can get better.

3:03am, Feb 8 - Camila: Yes

3:05am, Feb 8 - Unknown Caller: You are not in cause. You can't understand the life of one who looks for responsibility and takes penances. Watch mission. Btw I loved you in the most poetic beautiful way. Everything you wanted was there for you to have. I just didn't score the goal.

3:06am, Feb 8 - Camila: ðŸ˜¢

3:08am, Feb 8 - Unknown Caller: I'll text when free please be there..

3:08am, Feb 8 - Unknown Caller: I'll be here

4:04am, Feb 8 - Unknown Caller: I am back sporadically. Are you there?

4:05am, Feb 8 - Camila: I am here

4:12am, Feb 8 - Unknown Caller: I will try to explain. This is difficult because of a perceptual difference. For you to get the most out of this situation, you actually need to be wrong on every count... If you are right on any single one you have limited yourself. Think about what could be if those things weren't true or you forgave them anyway? Your anger actually has no so much to do with those circumstances. When you are out of cause, you feel anger and make reasons compared to realizing you choose to be angry at some thing or not. For example, I could ask you why you choose to be angry over those things even if they were true! Then you would have to scramble. Why be angry at me if it is not necessary? If you saw those things were really false (best option, which we do in the curriculum) or forgave then you would just have consequences. Some of those things really have little consequence. So then you could love. All good so far...

4:13am, Feb 8 - Camila: Ok...

4:34am, Feb 8 - Unknown Caller: I took great pains to legitimize our relationship from the start. I asked permission from both your sisters, I kept on asking you why you turned out different than them, etc. From this I gained a type of earned authority. When boy boy happened, we spoke at length about the nature of consequences and extra time which needed to be added on etc. I told you of Toni Natalie and how I took on a great weight to rehabilitate her word etc. I told her it would be about seven years to do this, I told you the same but I told you I would build a life so when the test came, if you passed it we would be free of my life responsibilities that stood in our way. There was a lot more to this. When I saw the morality results from vweek I was shocked you had a pre-conventional outlook. If I really did start with you too young, I loose all authority on which our whole relationship was based, and my definition of love, and my believe in women (everyone had betrayed me except you and your sister), and beauty etc. If my authority rests on this fault, I can't use it. Besides all the penance activity I've already started, here's the irony: if you had dropped you pride at any point and listened to me I could have rehabilitated everything. If you didn't listen to me things will go as they do and you will not get enough pain to match my pain and thereby never be aware of what you do and not build a big enough conscience. I hoped if you just surrendered your pride this hell would end. That was true. But I can't lie. You now have a reason to keep your pride, pride doesn't go away by itself, only through both extreme pain and humiliation. But your pride has won, it owns me, I can't argue that point if it's true, I no longer have the authority to help. Both of us are now subject to your

## A661

pride as king. I needed to be king to fix this and defeat your pride. I can still demand certain exchanges but I can no longer help you. The base of my ascention to be a trusted authority to guide us has been destroyed by this fact. I took every precaution I could but your belief says I failed. To get rid of your pride you must view me as infallible in this area.

4:38am, Feb 8 - Camila: I understand it superficially..... Not sure I really get it..

4:40am, Feb 8 - Unknown Caller: You don't, your not at cause and your pride has won it has an excuse to always be there. But the effects on me I will keep to myself. I will be alone forever. I will never allow anyone in because of this. In a real sense I died tonight.

4:41am, Feb 8 - Camila: ðŸ¯³ why?

4:42am, Feb 8 - Camila: I shouldn't have said anything. I am do sorry

4:42am, Feb 8 - Camila: So

4:43am, Feb 8 - Unknown Caller: I can't allow it. You don't understand this. If you did, r. could never have happened after boy boy (nor could have Robbie Cantu) and certainly not Jim. You allow these things because you let yourself build reasons to make it ok and therefore you do it. Being at cause does not allow this process.

4:44am, Feb 8 - Camila: Ok. I agree

4:48am, Feb 8 - Unknown Caller: That you say you should have said anything is out of cause. If this is true, it existed, and I never stood a chance to defeat your pride. Now I see it. I would have seen it in a few months when you never dropped your pride, I gave up and took full resposibilty. Same thing only quicker. You don't understand the responsibility part. I can tell you this now because I have lost: I actually take responsibility for all things, what was needed was for you to not use that as an excuse to blame...

4:51am, Feb 8 - Camila: Ok. I'm not understanding why you say you lost...

4:52am, Feb 8 - Unknown Caller: Your pride won if you have that excuse because it may be true and is vital to the tools I can use to help us.

4:53am, Feb 8 - Camila: I don't get it but it might just be cuz I'm so tired...

4:55am, Feb 8 - Unknown Caller: If you knew what it was like to be at cause, build conscience etc... That perceptual shift, I'm sure you would get it...

4:55am, Feb 8 - Unknown Caller: I don't know if I should see you face to face again.

4:55am, Feb 8 - Camila: I feel at a loss here

4:56am, Feb 8 - Camila: What?

4:56am, Feb 8 - Camila: I thought this was a step forward

4:56am, Feb 8 - Camila: I don't get it

4:56am, Feb 8 - Camila: Why?

5:03am, Feb 8 - Unknown Caller: Your pride feels that, I am broken. I don't have any abilities to do the deeper things necessary. On a superficial level you experience you don't even love me, why waist your time? For me, I cut off all the others months before Gaelyn even left. I can't bear to have you not have me a number one in all ways. It's not right to the others that I cut out who want me that way, but also it is one more insult because of this I don't deserve it. So I have no business being around. Think about it: I love you in ways you can't imagine. You say you don't love me, don't want me, and want the effects or your actions but totally view them as a prison and get angry at me and destroy love more. My only justification for staying was I deserve it. If this is true I don't, and I have no basis to stay. Why purpose if I don't deserve it?

5:03am, Feb 8 - Unknown Caller: What purpose

5:06am, Feb 8 - Camila: If what is true?

5:07am, Feb 8 - Unknown Caller: For example, I only make love to those with whom I deserve it. That's why although important for my pain, and my health, you even agreed at first but I couldn't do it. Then you said it would be like rape, I don't think I can ever do it with you after tonight. Sex serves several purposes for me one is the avoidance of prostate cancer.

5:08am, Feb 8 - Unknown Caller: That I started the relationship too young with you.

5:08am, Feb 8 - Unknown Caller: Answer to above.

5:10am, Feb 8 - Camila: What do we do then?

5:11am, Feb 8 - Unknown Caller: We fix a few of the superficial things like Jim etc. I will go. We will be done.

5:11am, Feb 8 - Unknown Caller: The rest will never be repaired.

5:12am, Feb 8 - Unknown Caller: I can't fight your pride anymore. It has won.

5:12am, Feb 8 - Camila: It didn't. It shouldn't

# A662

5:13am, Feb 8 - Unknown Caller: I wish.

5:14am, Feb 8 - Unknown Caller: You're pride fought tonight. I thought because I took so much care absconded thought you were old for your age I had done the right thing.

5:15am, Feb 8 - Unknown Caller: Absconded was not meant typo

5:15am, Feb 8 - Unknown Caller: About us

5:16am, Feb 8 - Unknown Caller: That your pride has my mistake to negate my authority means I lose.

5:17am, Feb 8 - Camila: I don't get this

5:18am, Feb 8 - Unknown Caller: Your pride will forever be able to focus on that and never get around to fixing anything just do more damage... Like the last 7 months then Jim. I can't beat that ever.

5:20am, Feb 8 - Unknown Caller: What don't you get? From you perspective you don't love me, don't want to be with me, are not attracted to me, and now I don't deserve any of those things. I can't and won't fight for something I don't deserve. And I won't take pity that would completely ruin any value I have ever had.

5:21am, Feb 8 - Unknown Caller: You won you proved I should be gone.

5:21am, Feb 8 - Camila: That was not my intent

5:22am, Feb 8 - Camila: I was just expressing my anger

5:22am, Feb 8 - Unknown Caller: The I don't love you is my anger covering it up

5:22am, Feb 8 - Unknown Caller: That is the intent of your pride. All the other things were untrue so that's easy.

5:23am, Feb 8 - Unknown Caller: I just can't accept that.

5:25am, Feb 8 - Unknown Caller: I am sad we didn't recognize our last time together.

5:26am, Feb 8 - Unknown Caller: Are you gone already? I am crying so hard.

5:26am, Feb 8 - Camila: I'm not gone

5:27am, Feb 8 - Unknown Caller: That I don't deserved to be loved by my definition of love, you my love, will be for the rest of my life.

5:27am, Feb 8 - Unknown Caller: That's why alone. I don't deserve love after this. So I won't accept it.

5:28am, Feb 8 - Unknown Caller: I dont take what I don't deserve.

5:28am, Feb 8 - Camila: I don't get it. Now you are saying that there was intent. I was just expressing feelings of anger. There is nowhere I can express that anger because no one knows

5:28am, Feb 8 - Unknown Caller: I made you my definition of love.

5:28am, Feb 8 - Unknown Caller: No intent.

5:30am, Feb 8 - Camila: I don't understand why you don't deserve love

5:30am, Feb 8 - Camila: And why we can't see each other

5:31am, Feb 8 - Unknown Caller: You just hit upon one thing that was possibly true, and if true, knocks out my deservedness. I did everything I could to start us properly but if I messed that up, then made you my defition of love, I not only lost deservedness with you, lost lost being deserving of love. I am not deserving of love.

5:32am, Feb 8 - Camila: I don't see how they relate

5:33am, Feb 8 - Unknown Caller: It's bad enough I am undeserving of love. To see you reminds me of whatci thought we had and now you pick others over me. I'd rather at least find someone who thought I was number one and thought me their hero or something. I need to forget you.

5:34am, Feb 8 - Camila: ðŸ˜¢

5:35am, Feb 8 - Camila: Honey, you are hurting ðŸ˜¢

5:35am, Feb 8 - Camila: I am sorry

5:38am, Feb 8 - Unknown Caller: This is different the the other hurting. It's a permanent loss within myself. A secret never to be revealed. A real death.

5:39am, Feb 8 - Unknown Caller: The other hurting is intense but not as essential.

5:41am, Feb 8 - Camila: I still feel I made a mistake by sharibg tonight

5:43am, Feb 8 - Unknown Caller: I was even going to send you the milder, more friendly infidelity article or at least part. We need to... I don't know what to say or how to do this... It means so much to me, so little to you... You pride is speaking even now... Sharing wasn't the problem at all, even all the untruths, it's the pride that's the problem.

5:45am, Feb 8 - Unknown Caller: I have to dissolve everything.. close up our home forever.. and make our life together to never have existed.

5:48am, Feb 8 - Camila: This is a horrible tragedy. I am not feeling this deeply enough. I want to. It is important. Can I?

# A663

5:49am, Feb 8 - Unknown Caller: Can you what?

5:50am, Feb 8 - Camila: Can I get a chance to deepen it?

5:51am, Feb 8 - Unknown Caller: I doubt it. You pushed it away for months and never did the painful things necessary. Those painful things deepen it. You would have to love me and not what to lose me or else it is just a convenience.

5:52am, Feb 8 - Unknown Caller: You need the love your pride ate.

5:52am, Feb 8 - Unknown Caller: You pride would have to die.

5:52am, Feb 8 - Camila: Not a convenience

5:52am, Feb 8 - Unknown Caller: It is if you not begging for it back.

5:54am, Feb 8 - Camila: Not a convenience. I'm doing my all right now to kill it

5:54am, Feb 8 - Unknown Caller: To kill what?

5:55am, Feb 8 - Camila: You said ny pride would have to die

6:00am, Feb 8 - Unknown Caller: Yes. But you can't kill it. It runs you and now it has a weapon against me. Plus you don't love me. I can demonstrate. I could ask you for some things that you would have to swallow your pride to give. But once I crossed a certain line you would just say no. You would need to trust me and my nature absolutely to take the really hard steps. But if I made a mistake in the start of the relationship then you have the ultimate reason not to trust and blame me for your missed life. The elemination of the pride has been shifted to my faults and one that trumps all others. I can't claim you should know me after so many years because your pride can invalidate them.

6:02am, Feb 8 - Unknown Caller: That's why I requested absolute obedience. But you would need to trust me more than yourself.

6:04am, Feb 8 - Unknown Caller: Now, you if you say you would when things got hard you would just say no because you dont want to be with me, don't love me, and I can't be trusted because I hurt you from the beginning... And I will just take you again... The whole untrue I'm going to lose my self thing.

6:06am, Feb 8 - Unknown Caller: Do you see?

6:11am, Feb 8 - Unknown Caller: Your pride won't like this: You now can always question my character and authority... You don't even have a desire to be with me to motivate you. Underneath, if you ever started feeling anything towards me your pride would be scared you might want to stay with me so you would get angry at something, maybe even something with a factual basis like Kayla, change your memories of the good feelings, and do something like a Jim.

6:11am, Feb 8 - Unknown Caller: You're gone it seems.

6:12am, Feb 8 - Camila: I'm here

6:13am, Feb 8 - Unknown Caller: See the problem for me/us?

6:13am, Feb 8 - Unknown Caller: Your pride has won.

6:14am, Feb 8 - Camila: It just seems like a bigger problem than it needs to be

6:14am, Feb 8 - Unknown Caller: Want to try to break your pride?

6:15am, Feb 8 - Camila: You've made my pride into this huge thing instead of something that needs to be vanquished..... But I guess that is my task

6:19am, Feb 8 - Unknown Caller: It's in control so it's huge compared to that which is needed to vanquish it. But in order for you to feel the pain necessary to build a conscience you must feel my pain. In order to do that you would need to love me to recognize the loss. Your pride will never allow that. If it did you would need to be at g0, and then realize all the pain over the last month's, and then realize the Jim thing. Why would you ever allow that when pride wants to always be right? That's why you need an external authority to break pride through obedience.

6:20am, Feb 8 - Unknown Caller: This is the basis of the military, the guru disciple relationship, Christianity, and many others.

6:20am, Feb 8 - Unknown Caller: You can't do it yourself, your pride will stop you.

6:21am, Feb 8 - Unknown Caller: I had thecearned authority until our relationship was invalidated.

6:24am, Feb 8 - Unknown Caller: I would love to have the authority to do it. I would love if you were strong enough to love me the way you did instead of listen to your pride. But it would fail very quickly. Even asking you to recognize all the other things you mentioned in the list are wrong your pride wont allow. Or asking, even if those things were true, why were you angry about them... It is not necessary to be angry about anything.

6:26am, Feb 8 - Camila: Ok. I'll take that and let me.see what I can do with that

6:26am, Feb 8 - Unknown Caller: Will you do that now?

6:27am, Feb 8 - Unknown Caller: Are you still there?

# A664

6:42am, Feb 8 - Unknown Caller: Did you go?ðŸ˜¢

6:42am, Feb 8 - Unknown Caller: I feel so sad and alone.

6:50am, Feb 8 - Unknown Caller: I wish so much you were at the other end of this text...

8:06am, Feb 8 - Unknown Caller: I'm sorry to write again. I just finished material for ethicist relating to pride and penance etc. But what was really painful was looking at the materials on infidelity and one of the steps to repair is couple time. I will never have that with my love. It also reminds me I am not loved.

8:06am, Feb 8 - Unknown Caller: I am hurting so much.

8:07am, Feb 8 - Camila: ðŸ˜"

8:07am, Feb 8 - Unknown Caller: Anything more from our earlier texts?

8:08am, Feb 8 - Camila: I'm going to take what you gave me and use it

8:12am, Feb 8 - Unknown Caller: When you send back a sad face my heart sinks. Part of me still fantasizes you will tell me I'm wrong, you love me, you'll do everything joyfully necessary to fix now, this was all a bad dream. I sadly feel like the little boy inv the animated short, the snowman... He befriends a snowman, they share many things... He wakes up in the morning, runs outside only to find the snowman has melted.

8:13am, Feb 8 - Unknown Caller: Watch the mission... Maybe the snowman...

8:13am, Feb 8 - Camila: I will do my best to make that true

8:14am, Feb 8 - Camila: Your hope, I mean

8:14am, Feb 8 - Unknown Caller: I don't know what to say or even if I can say anything.

8:15am, Feb 8 - Camila: You dint have to

8:15am, Feb 8 - Unknown Caller: I need to go into a meeting but I need to wash my face first.

8:16am, Feb 8 - Camila: Ok. Good luck

8:16am, Feb 8 - Unknown Caller: Bye.

8:16am, Feb 8 - Camila: Bye

8:17am, Feb 8 - Unknown Caller: I also read old emails where you said many things about love... When you don't it's also hard. I'm sorry.

8:17am, Feb 8 - Unknown Caller: Even how your body responded to my presence

8:17am, Feb 8 - Unknown Caller: Sorry

8:18am, Feb 8 - Camila: Sorry

8:18am, Feb 8 - Unknown Caller: I know you don't understand this but texting sorry rubs it in.

8:19am, Feb 8 - Camila: Not my intent

8:19am, Feb 8 - Unknown Caller: I know. Still is a knife as is not my intent.

8:20am, Feb 8 - Unknown Caller: That you dont love me and I dont deserve to be loved kills me.

1:11pm, Feb 8 - Unknown Caller: ?ðŸ˜¢

1:14pm, Feb 8 - Camila: It's rough when you think I don't love you. I do. It is suppressed by all the anger, though

1:17pm, Feb 8 - Unknown Caller: You have stated you don't. And then when you say you do you qualify it to make it not the real live.

1:17pm, Feb 8 - Unknown Caller: Love

1:18pm, Feb 8 - Camila: ?

1:23pm, Feb 8 - Unknown Caller: In other words: I love you, but I'm not in love with you

1:23pm, Feb 8 - Unknown Caller: You can say that to any person.

1:24pm, Feb 8 - Unknown Caller: Or the worst one is I don't love you as much or the same

1:24pm, Feb 8 - Camila: Ok. I understand now

1:24pm, Feb 8 - Unknown Caller: That destroys the perminance of love and it's solidness

1:25pm, Feb 8 - Unknown Caller: My love doesnt work that way, I wouldn't allow it, so you don't love me. After all our time you love people like Jim more

1:25pm, Feb 8 - Unknown Caller: That, to me, is horrible.

1:26pm, Feb 8 - Camila: I don't love him more

1:30pm, Feb 8 - Unknown Caller: Or even nearly as much. By doing the r. Thing and Jim you cheapened love to me.

1:31pm, Feb 8 - Unknown Caller: And you were my definition of it

1:31pm, Feb 8 - Unknown Caller: Do you live Jim nearly as much?

1:31pm, Feb 8 - Camila: I am sorry

1:31pm, Feb 8 - Unknown Caller: Love

1:31pm, Feb 8 - Camila: No

# A665

1:31pm, Feb 8 - Unknown Caller: Fix

1:36pm, Feb 8 - Unknown Caller: ?ðŸ˜¢

1:43pm, Feb 8 - Unknown Caller: I'm really hurting

1:43pm, Feb 8 - Camila: I'm here

1:46pm, Feb 8 - Unknown Caller: Your love changed towards me. Can't you make it not true? Love me as always for always?

1:46pm, Feb 8 - Camila: That's what I'm trying

1:48pm, Feb 8 - Unknown Caller: I'm might be gone for a few days, please tell me I don't need to worry at all...

1:49pm, Feb 8 - Camila: You don't

1:50pm, Feb 8 - Unknown Caller: No contact at all with Jim?

1:50pm, Feb 8 - Camila: Ok

1:50pm, Feb 8 - Unknown Caller: Really yes... ?

1:52pm, Feb 8 - Unknown Caller: What's taking so long?

1:52pm, Feb 8 - Camila: I thought I answered

1:52pm, Feb 8 - Camila: Yes

1:52pm, Feb 8 - Unknown Caller: Sorry, I didn't receive it...

1:53pm, Feb 8 - Unknown Caller: Can you text me a lot? I feel so alone.

1:54pm, Feb 8 - Camila: I don't know what

1:55pm, Feb 8 - Unknown Caller: What do you mean?

1:55pm, Feb 8 - Camila: What to text

2:08pm, Feb 8 - Unknown Caller: Thoughts, feelings, how things are going with the anger list, pledges of obedience to destroy pride, pledges of love to repair it, thoughts on pride in general (I just did a forum on it), the movies the mission, and the snowman...

2:08pm, Feb 8 - Unknown Caller: Just to suggest a few things you could text...

2:09pm, Feb 8 - Unknown Caller: How do those things seem?

2:12pm, Feb 8 - Unknown Caller: Is there anything you can fix or text to stop the sadness and deep pain in my heart? You don't have to especially if there is nothing from you for me or us.

2:14pm, Feb 8 - Unknown Caller: If there is nothing just say so

2:15pm, Feb 8 - Camila: Not yet

2:16pm, Feb 8 - Unknown Caller: I was hoping for the pledge of obedience myself but I'll accept the word "yet" although I believe it is actually a polite "never"

2:20pm, Feb 8 - Unknown Caller: Sport to bother you with these things.

2:20pm, Feb 8 - Unknown Caller: Sorry

2:21pm, Feb 8 - Camila: Don't be sorry and it is not a never. I just don't have it right now

4:33pm, Feb 8 - Unknown Caller: I just threw up more blood. I am so sick and sad over this. I might end up being around tonight...

4:34pm, Feb 8 - Unknown Caller: Are you home?

4:37pm, Feb 8 - Camila: Yes

4:37pm, Feb 8 - Unknown Caller: Can you make it so I can reach you without calling?

5:41pm, Feb 8 - Unknown Caller: I want to mention a few areas of pain: this Thursday and Friday I was going to have some time and before this I wanted to surprise you with by cooking you something and bringing you flowers so we could have a romantic time with each other. I am crushed that the time is approaching and I will never have that with you... Ive thought about it since you cooked for me. Each day I see the note that came with the flowers signed Esther, Jim, and Camila and I remember of what happened. I wanted to buy you a puppy for your birthday, but now, besides our demise, your brother, sister, and Pam (they include you) want to split a puppy. I have no idea why they started thinking about a puppy, it seems to have come from fluffy... My heart is so broken.

5:43pm, Feb 8 - Unknown Caller: I wish I could reach you without calling within a minute or two... Please make that so! Last time I could reach you were with Jim.

5:48pm, Feb 8 - Camila: I'm here

5:50pm, Feb 8 - Unknown Caller: What did you think about my texts? And can you be that responsive?

5:51pm, Feb 8 - Camila: The puppy things comes from fluffy mainly, I think

5:52pm, Feb 8 - Unknown Caller: I wanted to romance you.

5:52pm, Feb 8 - Camila: In general or now?

5:54pm, Feb 8 - Unknown Caller: Wednesday thurday from then on...I had planned it last week...

# A666

5:54pm, Feb 8 - Camila: I ruined that. I am sorry

5:55pm, Feb 8 - Unknown Caller: Fix. Somehow. I can't.

5:56pm, Feb 8 - Unknown Caller: It doesn't sound like you really care though or wanted that with me after Jness.

5:57pm, Feb 8 - Unknown Caller: It sounds far more valuable to me than you. I can't stomach that now.

6:03pm, Feb 8 - Unknown Caller: I feel like I can't bear that you don't care much or love me because of your anger towards me. You will never feel my pain has a victim because of your anger. And you anger wants me to hurt and wants to punish me and is glad I'm punished and that's what I feel from you too.

6:04pm, Feb 8 - Camila: No no no. I don't want that honey

6:04pm, Feb 8 - Unknown Caller: You stand by and watch while I'm burning because your angry at me.

6:05pm, Feb 8 - Camila: It doesn't matter how angry I may be, I dont want you to hurt

6:05pm, Feb 8 - Camila: Never

6:05pm, Feb 8 - Unknown Caller: It feels like that when you don't take on my pain. I can't be angry at someone who is my victim.

6:05pm, Feb 8 - Camila: I'm sorry it feels that way

6:06pm, Feb 8 - Unknown Caller: Anger always seeks to punish. If you are angry at me you want me punished.

6:06pm, Feb 8 - Camila: Wow. I just told you how I feel

6:06pm, Feb 8 - Unknown Caller: See.

6:07pm, Feb 8 - Unknown Caller: I just told you how I feel and the definition of anger.

6:07pm, Feb 8 - Camila: I want you to stop what causes the anger but I don't want to punish you

6:07pm, Feb 8 - Camila: I'm.sorry you feel that way

6:07pm, Feb 8 - Unknown Caller: That's not what anger is. That's sadness. Your angry.

6:08pm, Feb 8 - Camila: That is not how I feel about you

6:08pm, Feb 8 - Unknown Caller: Your not aware of it. By being angry you punish. It is how we are wired.

6:09pm, Feb 8 - Unknown Caller: Sometimes when we recognize this the anger dissipates.

6:09pm, Feb 8 - Unknown Caller: If someone is angry at you and you just give them a stick to hit you the anger sometimes goes.

6:12pm, Feb 8 - Unknown Caller: ???

6:14pm, Feb 8 - Unknown Caller: Can you end you anger so you can stop punishing me, feel my pain, and love again... I'm dying here...

6:15pm, Feb 8 - Unknown Caller: You've been angry long enough and haven't worked the breach so you did it again... Please please please?

6:19pm, Feb 8 - Unknown Caller: I wish I didn't have to call to get you.

6:20pm, Feb 8 - Camila: I was on here before you called. You didn't have to

6:20pm, Feb 8 - Unknown Caller: Ok... It didn't show that.

6:22pm, Feb 8 - Camila: Ok

6:22pm, Feb 8 - Camila: I will work on my anger

6:23pm, Feb 8 - Unknown Caller: Tonight maybe? Are you going to watch either of the movies?

6:24pm, Feb 8 - Camila: Lookinh

6:32pm, Feb 8 - Unknown Caller: You've seen the movie mission in the past, yes? Did you find it or the snowman?

6:33pm, Feb 8 - Camila: I've seen it yes. Can't find it

6:33pm, Feb 8 - Unknown Caller: The snowman has certain things that are not as interesting content-wise but process-wise it's good. For example the snowman takes the boy to visit Santa Claus...

6:34pm, Feb 8 - Unknown Caller: By the process is about the relationship

6:36pm, Feb 8 - Unknown Caller: Can you rent it or do you want me to try to get it to you (you would have to pick it up from hale or some where)?

6:37pm, Feb 8 - Unknown Caller: I'll pay if you rent just so you pretend imcthere on a date...

6:39pm, Feb 8 - Unknown Caller: ?

6:58pm, Feb 8 - Camila: What is the title of the snowman one?

7:01pm, Feb 8 - Camila: Are you coming over or am I watching it by myself?

7:03pm, Feb 8 - Unknown Caller: Honey, like this I can see you anymore. I want to so badly, so please love me like I'm there and cry because im not. I am crying writing this because I know what it means.

7:04pm, Feb 8 - Camila: Why? 😢

7:05pm, Feb 8 - Unknown Caller: Because of your feelings. I need to be number one, no other, with the

# A667

old love type feelings.

7:06pm, Feb 8 - Unknown Caller: No anger. I can't endure this level of pain and sorrow and you watch.

7:07pm, Feb 8 - Unknown Caller: You need to want me more than I want you. Only then can I start to build feeling lovable.

7:07pm, Feb 8 - Camila: Ok

7:08pm, Feb 8 - Unknown Caller: I am still wanting some softcover date Wednesday and Thursday... But it's just a heartbreak. You just texted ok, I don't know what that means really.

7:09pm, Feb 8 - Camila: That I ubderstand what you are saying. I can see how I created that.

7:11pm, Feb 8 - Unknown Caller: Do you think we will be together at all Wednesday? Tuesday night if things permit?

7:11pm, Feb 8 - Unknown Caller: Considering what I said...

7:12pm, Feb 8 - Camila: I don't know

7:13pm, Feb 8 - Camila: To be honest, I am still a little confused, I thought you had broken things off last night. I feel like I keep missing beats

7:13pm, Feb 8 - Unknown Caller: I was trying to get you the link. If you type in the snowman movie and go to the one with original introduction it's about 27 minutes...

7:14pm, Feb 8 - Camila: Where?

7:14pm, Feb 8 - Camila: I rented mission

7:14pm, Feb 8 - Camila: But need the title to look for the other one

7:16pm, Feb 8 - Unknown Caller: Yes. Except a few things like Jim need to be handled. If you're satisfied with that being the end, it is. If not, you really need to do something about it so we can reunite and have our love and dates. I can't help.

7:16pm, Feb 8 - Camila: Got it

7:16pm, Feb 8 - Unknown Caller: It's called, "the snowman"

7:17pm, Feb 8 - Camila: Ok

7:16pm, Feb 8 - Unknown Caller: Type into google

7:17pm, Feb 8 - Unknown Caller: What do you want? Us or no?

7:17pm, Feb 8 - Unknown Caller: Please tell me.

7:18pm, Feb 8 - Camila: <Media omitted>

7:18pm, Feb 8 - Camila: Is that it?

7:19pm, Feb 8 - Unknown Caller: Yes I think so. It's online in full.

7:19pm, Feb 8 - Camila: Found it on hulu

7:20pm, Feb 8 - Unknown Caller: Please answer my question?

7:22pm, Feb 8 - Camila: I love you and want you but what I struggle with is to figure out to what capacity. Maybe because of the anger, maybe not, I don't want the romantic sexual relationship

7:22pm, Feb 8 - Unknown Caller: I need that now especially in light of what you did with Jim. I need to be wanted more than him for many reasons.

7:24pm, Feb 8 - Camila: Do you mean a romantic sexual relationship?

7:24pm, Feb 8 - Camila: Btw, when were you supposed to leave?

7:25pm, Feb 8 - Camila: I heard we were supposed to get a lot of snow

7:25pm, Feb 8 - Unknown Caller: Yes. Because of the Jim thing. It's so awful for me and disaffirming. I was saving me for you. I will need to find a partner or reinitiate it with someone who wants me that way.

7:26pm, Feb 8 - Unknown Caller: I can't save it for you at this point.

7:26pm, Feb 8 - Camila: "It"?

7:26pm, Feb 8 - Unknown Caller: Romantic sex. Making love.

7:27pm, Feb 8 - Camila: Oh

7:27pm, Feb 8 - Unknown Caller: I don't know if I can do it.

7:28pm, Feb 8 - Camila: Do what? Save it or actually do it?

7:28pm, Feb 8 - Unknown Caller: Actually do it with someone else.

7:30pm, Feb 8 - Unknown Caller: Why did you destroy your drive for me again when I was only doing the right thing? Why did you give it to Jim? Why do you prefer him over me?ðŸ˜”ðŸ˜¢ðŸ˜¢ðŸ˜¢ðŸ˜¢

7:32pm, Feb 8 - Unknown Caller: It was bad enough what you did with R. then you promissed me again I wouldn't have to worry, then you developed a drive for a newcomer and left me again.

7:33pm, Feb 8 - Unknown Caller: I am broken. Haven't I received enough punishment from you?

7:34pm, Feb 8 - Unknown Caller: When you do an ethical breach you punish yourself through penance so you uphold morality. You haven't but you punished me instead... The person you hurt the first time...

## A668

7:35pm, Feb 8 - Unknown Caller: Help

7:35pm, Feb 8 - Camila: I'm here

7:35pm, Feb 8 - Unknown Caller: And...

7:36pm, Feb 8 - Camila: I'm listening. I don't know what to tell you

7:36pm, Feb 8 - Unknown Caller: That hurts so much. I wish you would stop punishing me, the person you hurt.

7:37pm, Feb 8 - Camila: I know. I'm not punishing you

7:38pm, Feb 8 - Unknown Caller: Since r. You've punished me by not fixing. Now with Jim you really told me I'm a worthless piece of stupid shit.

7:38pm, Feb 8 - Unknown Caller: You are. If you were at cause you'd see it.

7:39pm, Feb 8 - Camila: It seems like what you are saying is that if I don't give you or act how you want I am punishing you

7:39pm, Feb 8 - Unknown Caller: Stop all this anger and come back now... Fix... Make me the one... Show me you desire me so much more than Jim. Make that so.

7:40pm, Feb 8 - Unknown Caller: That's out of cause.

7:42pm, Feb 8 - Unknown Caller: If you damage someone and are angry at them that's punishment by pride not live by humility. If you agree to be faithful during a fixing process and then initiate sexual contact with one of his few male friends that's punishment.

7:43pm, Feb 8 - Unknown Caller: No one would consider these things not punishing. If you heard someone else did that you would hate them.

7:44pm, Feb 8 - Unknown Caller: The fact you would do to me what you would dispize in another is punishment.

7:44pm, Feb 8 - Unknown Caller: Pam's life is in my hands, I leave town to help her and you do this is punishment.

7:45pm, Feb 8 - Unknown Caller: Help!

7:45pm, Feb 8 - Unknown Caller: How could you be the person that's does this?

7:46pm, Feb 8 - Unknown Caller: This is kicking someone when they are down: that is the definition of a type of  punishment.

7:46pm, Feb 8 - Unknown Caller: You don't even recognize it is punishment.

7:47pm, Feb 8 - Unknown Caller: If someone told you they were angry at their partner and did these things you would tell them they were punishing their partner.

7:48pm, Feb 8 - Unknown Caller: You've punished me long enough from your anger. Now fix me. I've taken all the punishment from you I can bear because of the bad things you did.

7:49pm, Feb 8 - Unknown Caller: Instead of treating me better since Jim. You've treated me badly. You do a bad thing then punish me for it. Like r.

7:51pm, Feb 8 - Unknown Caller: When I do a bad thing to someone I treat them better. If I would have anger, it would go away. Not get worse. After last Sunday you should have treated me like a king at least as an apology

7:51pm, Feb 8 - Unknown Caller: Help!

7:52pm, Feb 8 - Camila: I'm here

7:52pm, Feb 8 - Unknown Caller: I need you to be a compassionate soul

7:53pm, Feb 8 - Unknown Caller: Do you get what I am saying?

7:54pm, Feb 8 - Unknown Caller: Do you want to be this person, yes or no?

7:54pm, Feb 8 - Camila: No

7:54pm, Feb 8 - Camila: I don't agree with what you are saying but I understand you feel that and that is enough for me

7:55pm, Feb 8 - Unknown Caller: Then what would be the most noble, beautiful, loving, wise and right thing to do?

7:55pm, Feb 8 - Unknown Caller: Which one don't you agree with?

7:55pm, Feb 8 - Unknown Caller: Pick one.

7:56pm, Feb 8 - Camila: Nop. I'm good

7:57pm, Feb 8 - Unknown Caller: I don't believe you. That hurts. In these matters one ideally answers questions upon questions honestly and fully.

7:57pm, Feb 8 - Unknown Caller: Please answer.

7:57pm, Feb 8 - Unknown Caller: ?

7:58pm, Feb 8 - Unknown Caller: You left.

# A669

8:02pm, Feb 8 - Camila: I am here

8:02pm, Feb 8 - Camila: I answered already. I am good

8:03pm, Feb 8 - Camila: You feel that way and that is enough

8:03pm, Feb 8 - Unknown Caller: 15 Steps to Surviving an Affair | Reader's Digest - http://www.rd.com/advice/relationships/15-steps-to-surviving-an-affair/

8:04pm, Feb 8 - Unknown Caller: That's a mild one for the none psychologist about the subject. The studies back a much harsher approach.

8:05pm, Feb 8 - Unknown Caller: I want to know which one(s) you don't agree with. Please pick one for a starter...

8:06pm, Feb 8 - Camila: No

8:11pm, Feb 8 - Unknown Caller: Why?

8:11pm, Feb 8 - Unknown Caller: It's essential in the process.

8:13pm, Feb 8 - Unknown Caller: Please don't say no know. It's a pride fate worse than death for me...

8:16pm, Feb 8 - Unknown Caller: Please don't say no. Please answer.

8:20pm, Feb 8 - Unknown Caller: You left.

8:26pm, Feb 8 - Camila: I don't have anything

8:27pm, Feb 8 - Unknown Caller: You agree with each statement then... ?

8:28pm, Feb 8 - Unknown Caller: If you watch mission now, I might be watch at least part of it with you from afar...

8:32pm, Feb 8 - Unknown Caller: ?

8:34pm, Feb 8 - Unknown Caller: Ok. Are you watching it too?

8:37pm, Feb 8 - Unknown Caller: Yes I will start it but I might be interrupted by pam things. Text me when you're done. Re before: Do you agree with each statement?

8:38pm, Feb 8 - Camila: Sure

8:46pm, Feb 8 - Unknown Caller: Is sure a yes i agree? Sure sounds uncommitted and that you don't care. In my family we had a joke about that. My step mother would ask my fathervif he lived her and he would say sure and she would punch his shoulder.

8:46pm, Feb 8 - Unknown Caller: Loved

8:46pm, Feb 8 - Unknown Caller: ?

9:10pm, Feb 8 - Unknown Caller: ???

9:11pm, Feb 8 - Camila: I just want you to drop it. It's not a big deal

9:12pm, Feb 8 - Unknown Caller: But it's important to me and to make a last ditch effort to have something.

9:12pm, Feb 8 - Unknown Caller: Please.

9:13pm, Feb 8 - Unknown Caller: Maybe not a big deal but important to me and my feelings of transparency and trust. Please.

9:14pm, Feb 8 - Camila: Ok. Sure

9:14pm, Feb 8 - Unknown Caller: Did you mean that to be funny?

9:15pm, Feb 8 - Unknown Caller: ðŸ˜˜

9:15pm, Feb 8 - Unknown Caller: Wrong emoticon!

9:15pm, Feb 8 - Unknown Caller: ðŸ˜¬

9:16pm, Feb 8 - Camila: Yes

9:16pm, Feb 8 - Unknown Caller: Tell me...

9:17pm, Feb 8 - Unknown Caller: ?

9:20pm, Feb 8 - Camila: Tell you what? Nothing

9:21pm, Feb 8 - Unknown Caller: Which statement(s) you did not agree with... Please stop avoiding, you said there was something, what was it?

9:28pm, Feb 8 - Unknown Caller: Btw how far into the movie are you ?

9:31pm, Feb 8 - Camila: I disagreed with what you were saying that I was punishing you. I disagree with what you say my intent is and I disagree with the concept.
But it doesn't matter because if that is how you feel than that is all that mattets

9:31pm, Feb 8 - Camila: Matters

9:31pm, Feb 8 - Camila: I am 30 minutes into the movie

9:31pm, Feb 8 - Unknown Caller: Thank you.

9:31pm, Feb 8 - Unknown Caller: I'm just ahead of you... Goin up the mountain...

9:32pm, Feb 8 - Unknown Caller: We go together?

# A670

9:33pm, Feb 8 - Camila: Oh. Priest is interviewing him
9:33pm, Feb 8 - Camila: @ 32min
9:34pm, Feb 8 - Unknown Caller: Yes... You be there in a minute... Priest gives him the chance to turn his anger into punishment and dissapates the anger slightly... Comes from a Mennonite parable...
9:34pm, Feb 8 - Unknown Caller: Do you like it?
9:35pm, Feb 8 - Camila: Yes
9:34pm, Feb 8 - Unknown Caller: ðŸ˜ŠðŸ˜•
9:35pm, Feb 8 - Unknown Caller: Just a little virtual date stuff...
9:35pm, Feb 8 - Camila: Ha. Yes
9:36pm, Feb 8 - Camila: Liam neeson ðŸ˜•
9:37pm, Feb 8 - Camila: Just kiddin
9:48pm, Feb 8 - Camila: U still watching?
9:56pm, Feb 8 - Camila: I'm @54 min
9:57pm, Feb 8 - Unknown Caller: Your ahead now... I had to stop a few minutes ago... What do you think? The Liam comment was funny but also really hurt and I got nauseous remembering...
9:58pm, Feb 8 - Camila: I didn't do anything with Liam neeson
10:01pm, Feb 8 - Unknown Caller: But...
10:01pm, Feb 8 - Unknown Caller: ðŸ'"
10:05pm, Feb 8 - Unknown Caller: I don't think you get how painful it is. I wish you built that conscience.
10:18pm, Feb 8 - Unknown Caller: Do you like it?
10:18pm, Feb 8 - Camila: Yes. It have seen it before
10:19pm, Feb 8 - Camila: R u still watching?
10:19pm, Feb 8 - Camila: Where r u at?
10:19pm, Feb 8 - Unknown Caller: Do you get it differently now?
10:20pm, Feb 8 - Camila: No. Just one or two things
10:21pm, Feb 8 - Unknown Caller: Oh.
10:25pm, Feb 8 - Unknown Caller: Do you have a heart for me? Did you in the past? Losing contact with you forever is like Pam's death to me... I don't get your not feeling or insisting on pull the bundle up the mountain... I feel like I'm missing something...
10:27pm, Feb 8 - Camila: I did and I do
10:28pm, Feb 8 - Unknown Caller: Go.
10:28pm, Feb 8 - Camila: Go?
10:28pm, Feb 8 - Unknown Caller: Bundle up the hill... I was trying to match your funnies...
10:29pm, Feb 8 - Camila: You asked if I had a heart for you
10:29pm, Feb 8 - Unknown Caller: First but I ended with the bundle... Just being stupid...
10:30pm, Feb 8 - Unknown Caller: If you have a heart for me, make it big and red.
10:30pm, Feb 8 - Unknown Caller: More serious. Throught penance we regain our lives. I've been doing them since r. For us.
10:36pm, Feb 8 - Unknown Caller: â•¤
10:36pm, Feb 8 - Unknown Caller: My wish to you.
10:37pm, Feb 8 - Unknown Caller: For you.
10:37pm, Feb 8 - Camila: That's sweet
10:37pm, Feb 8 - Unknown Caller: To make you strong and happy
10:38pm, Feb 8 - Camila: Me?
10:38pm, Feb 8 - Unknown Caller: Yes. Who else?
10:39pm, Feb 8 - Unknown Caller: Did you think I was on the wrong thread or something?ðŸ˜ž
10:40pm, Feb 8 - Camila: No. You said to make ME happy. I was just clarifying
10:41pm, Feb 8 - Camila: I thought you wanted that heart for ne to give to you
10:41pm, Feb 8 - Unknown Caller: Silly me... Yes, make YOU, Camila, happy!
10:41pm, Feb 8 - Unknown Caller: No. The heart is for you to do whatever you need to do.
10:50pm, Feb 8 - Unknown Caller: What's your schedule tomorrow?
11:07pm, Feb 8 - Unknown Caller: Do you want the ethicist training?
12:40am, Feb 9 - Unknown Caller: Did you forget me?
12:41am, Feb 9 - Camila: No
12:41am, Feb 9 - Camila: You?
12:41am, Feb 9 - Camila: Where'd u go?

# A671

12:42am, Feb 9 - Unknown Caller: Got very sick. Then others came around. What did you think? Same as last time?

12:43am, Feb 9 - Camila: No. Different

12:44am, Feb 9 - Unknown Caller: How?

12:46am, Feb 9 - Camila: Little things

12:46am, Feb 9 - Camila: The violence was rough

12:47am, Feb 9 - Unknown Caller: What about the concept of the violence?

12:47am, Feb 9 - Camila: I used to justify his actions because he had done something so noble by atoning but he then went back to killing

12:47am, Feb 9 - Camila: That. Every kill was his conscience again

12:48am, Feb 9 - Camila: I had a hard time processing that

12:48am, Feb 9 - Camila: Didn't know what to make of that

12:49am, Feb 9 - Camila: I realized that I don't want to go back. I do want to fix, but I don't want to go back because I am so afraid of that darkness. Of getting lost. And no, I don't think you get what I mean by that yet

12:50am, Feb 9 - Camila: We have been trying to fix, manage, work around all these effects and meNwhile the cause goes unmentioned

12:50am, Feb 9 - Unknown Caller: I just don't understand because you can't stay with me. So what are you scared of?

12:50am, Feb 9 - Camila: I can't see how I can handle addressing the cause

12:51am, Feb 9 - Camila: You want me to surrender, no?

12:52am, Feb 9 - Camila: That's what I'm talking about

12:53am, Feb 9 - Unknown Caller: Feel enough pain. It's the only way to recognize how bad what you've done is... And to really know the damages and the loss. The only way to do that is be with my even stronger than ever or else you will keep on destroying, like with Jim. You will destroy future friendships, volleyball, and so many more things.

12:55am, Feb 9 - Camila: I feel like I'm talking to a walk

12:55am, Feb 9 - Camila: Wall

12:55am, Feb 9 - Camila: That's ok

12:56am, Feb 9 - Unknown Caller: I literally counseled a woman yesterday (she is someone very close) who had a mainly emotional (nothing more than kissing physically at all) affair with a married man who was her friend. Now that friendship is gone forever.

12:57am, Feb 9 - Unknown Caller: Well if it makes you feel any better, I feel like a wall!

12:57am, Feb 9 - Unknown Caller: Tell me what cause I am missing?

12:58am, Feb 9 - Camila: G's loss

1:00am, Feb 9 - Unknown Caller: I get and feel that but why did that cause you to hurt us?

1:01am, Feb 9 - Camila: It is much deeper than that

1:02am, Feb 9 - Unknown Caller: Help me understand for I am not seeing well...

1:08am, Feb 9 - Unknown Caller: What I went through the months before g was taken, then to have that happen, be accused of rape, denied in the worst ways in court and politically so I couldn't even find him, and to lose our love on top I don't get.

1:09am, Feb 9 - Unknown Caller: Why? I would think we would stand strong?

1:11am, Feb 9 - Camila: No, that created a wound that was very deep and personal

1:11am, Feb 9 - Unknown Caller: I did by you. I prepared for his return into our life... Then r. right during the darkest hours and refusals and disaffirmation. I needed you!

1:11am, Feb 9 - Unknown Caller: For once I truly needed you!

1:13am, Feb 9 - Unknown Caller: But why did that wound affect us badly instead of standing strong like lovers do in such situations? I did nothing against you, nothing wrong, and a lot to help? Why am I to blame?

1:14am, Feb 9 - Camila: I am not blaming you. You are not getting it

1:14am, Feb 9 - Camila: Nevermind

1:15am, Feb 9 - Unknown Caller: No. Please. These are the worst losses of my life. Help me at least understand ours?

1:16am, Feb 9 - Unknown Caller: Even if it's not rational or maybe even not right, at least thiscdunb wall gets it!?

1:20am, Feb 9 - Camila: I don't believe in life. He was to me what I was to you. He was my representation

# A672

of beauty, love, hope, all that is good about humanity. He was my reason. I lost my reason

1:21am, Feb 9 - Unknown Caller: But we could have gotten him back? I obviously understand that pain. But why abandon me in our darkest hour?

1:22am, Feb 9 - Camila: Because it wasn't about you!

1:23am, Feb 9 - Unknown Caller: I wanted to get you your reason back. If it weren't for r. and you had married me, my lawyers said we would have gotten him back. Now I don't even know where he is. I should have married monkey but I held for us.

1:25am, Feb 9 - Unknown Caller: I know it wasn't about me, but don't abandon me because of such a reason, even now after all is destroyed for life and you're guaranteeing you'll never get him back. Why?

1:27am, Feb 9 - Unknown Caller: Don't you at least want him safe? I don't even know if he's safe... His well being depended on you and us and still does. Why are you still holding such a destructive position?

1:32am, Feb 9 - Unknown Caller: I still don't understand you now. Gaelyn's welfare, your seeing him, all is destroyed by your current state of being. Why be this way?

1:32am, Feb 9 - Unknown Caller: Help!???

1:38am, Feb 9 - Unknown Caller: Please do run away! I need you in this. Can't you please help?

1:38am, Feb 9 - Unknown Caller: I want my son.

1:38am, Feb 9 - Unknown Caller: I want him safe.

1:39am, Feb 9 - Unknown Caller: I want him well.

1:39am, Feb 9 - Unknown Caller: Help.

1:39am, Feb 9 - Camila: Why are you blaming me????

1:39am, Feb 9 - Unknown Caller: Don't (above)

1:39am, Feb 9 - Unknown Caller: No you fool.

1:40am, Feb 9 - Camila: You know I'd do anything to get him back but I feel like you are using him to get me to stay

1:40am, Feb 9 - Unknown Caller: But I can get why you won't help when all this time you could have made a difference.

1:40am, Feb 9 - Unknown Caller: Cant

1:45am, Feb 9 - Unknown Caller: Bullshit. Why would you say that if what you say is true. If what you say is true you should want your old self back, and to be with me forever, more than anything. If you had done that likely he would be in our lives according to what the judge said. I don't get why you keep on making hard for me to get him or you to ever see him. I don't get this. You are being out of cause and creating the situation where you will never know him again? Wtf?

1:45am, Feb 9 - Camila: fu

1:47am, Feb 9 - Unknown Caller: I don't believe you would do anything because then r. would NEVER have happened. If so, you would have immediately fixed. If not, Jim really ducks things up. All against the likelihood of him.

1:48am, Feb 9 - Unknown Caller: What are you doing???

1:50am, Feb 9 - Unknown Caller: Tell me please I'm crazy over this! Why? Why? Why?

1:50am, Feb 9 - Camila: Btw, this is why I don't tell you shit. Everything I share u use it against me

1:52am, Feb 9 - Camila: I'll do anything to get him back.. apparently even selling my soul yo the devil. What do you want from me?

1:52am, Feb 9 - Unknown Caller: With me I'll take that out of cause bullshit. For him, no. No matter what you told me or not he's not here. Period. You could have helped. Period. You indulged in bad things instead. Period. You could help now. Period.

1:52am, Feb 9 - Camila: Do you want me to marry you? Fuck you? What?

1:53am, Feb 9 - Camila: Ok, so what do you want me to do?

1:53am, Feb 9 - Unknown Caller: What?????

1:53am, Feb 9 - Unknown Caller: I can't trust you.

1:53am, Feb 9 - Camila: I don't know what you want from me

1:53am, Feb 9 - Unknown Caller: Jumpsuit. The same all along. Do the right thing.

1:54am, Feb 9 - Unknown Caller: If you hadn't done r. All would be restored. On and on. You never carried anything up the mountain.

1:57am, Feb 9 - Unknown Caller: If you say you love me now, how the hell am I to believe you? I can't even figure out how to not shun you? The reason I don't want that is then it affects him. Not me. You have acted like an idiot. Referring to being with me as making a deal with the devil... I'm the devil? What did I do wrong here??? How can I have you near my child if you think I'm the devil. Or if you don't respect me

# A673

(which you don't). ????

1:58am, Feb 9 - Unknown Caller: Jumpsuit=bullshit

1:59am, Feb 9 - Unknown Caller: Would you let someone near your child who thought you were the devil? Didn't respect you?

2:00am, Feb 9 - Unknown Caller: Did thing to you like you've done to me?

2:00am, Feb 9 - Unknown Caller: Help me damn it so this doesn't go completely bad?

2:01am, Feb 9 - Unknown Caller: Running away causes the problem. I'm more upset and hurt than you.

2:04am, Feb 9 - Unknown Caller: I know your hysterical. You can't indulge it. You do this every time something is really bad and you have responsibility. If you really cared you would help me and help me keep you in my life. I don't control that anymore. Only you do.

2:07am, Feb 9 - Unknown Caller: I am not going to say another thing. I need you to help now, not later. I can't do this.

2:08am, Feb 9 - Unknown Caller: You are affecting his life right now and I can't help. Go.

2:10am, Feb 9 - Unknown Caller: Give me the path to keep you in my life.

2:11am, Feb 9 - Unknown Caller: ?

2:12am, Feb 9 - Camila: Btw, I don't think you are devil. I apologize for my poor metaphor

2:13am, Feb 9 - Camila: You are far from the devil. I feel terrible for that confusion. I don't think/feel/believe that at all

2:13am, Feb 9 - Unknown Caller: Ok. But the way you speak about losing your self to me, darkness, etc... That is just as bad for a child's experience of his dad.

2:17am, Feb 9 - Camila: I agree. Your relationship with him from my perspective and his perspective are completely separate from your relationship with me. I don't get how they are all the same to you. not because I think you are great (you are) means I want a romantic and physical relationship

2:17am, Feb 9 - Camila: If that was so I'd be fucking so many people

2:18am, Feb 9 - Camila: Does that make sense?

2:17am, Feb 9 - Unknown Caller: No.

2:18am, Feb 9 - Camila: I'm.not sure I explained that right

2:18am, Feb 9 - Camila: They are different things, is my point.

2:18am, Feb 9 - Unknown Caller: What is different?

2:19am, Feb 9 - Camila: Content

2:19am, Feb 9 - Camila: I have a problem with you with our content

2:19am, Feb 9 - Camila: Not with you, per se

2:20am, Feb 9 - Unknown Caller: Keep in mind. You had a romantic relationship with me. He sensed that. I told him you were one of the most special people in the world. And a number of other things.

2:24am, Feb 9 - Unknown Caller: But as long as that problem of content exists, it's a breach, it remains unresolved, I need to shun you. Also, right now to me you cheat, you lie, and wont fix damages you do. You cheated with my friend and the step dad of r. and didn't think about future consequences even if it had worked. You break promise after promise. How can a parent allow the person that does that to the parent around the child? What sort of model is that?

2:25am, Feb 9 - Unknown Caller: I have to know you are not these things. That means fixing our love completely, and restoring honor, trust, etc.

2:26am, Feb 9 - Unknown Caller: Should I send you articles on the type of adults who should be models for children?

2:26am, Feb 9 - Unknown Caller: You know this.

2:27am, Feb 9 - Camila: Stop it

2:27am, Feb 9 - Camila: What do you want from me?

2:27am, Feb 9 - Unknown Caller: First problem: what's you resistence to being hopelessly forever in love with me, even more than before so much you could never fuck up?

2:28am, Feb 9 - Unknown Caller: Stop what?

2:29am, Feb 9 - Unknown Caller: Don't forget to address the first problem.

2:31am, Feb 9 - Camila: First problem: I don't want that

2:31am, Feb 9 - Unknown Caller: Why?

2:32am, Feb 9 - Unknown Caller: ?

2:34am, Feb 9 - Unknown Caller: You are continuing to disrespect me by not answering and it makes my job impossible.

2:41am, Feb 9 - Camila: Idk y

# A674

3:56am, Feb 9 - Unknown Caller: What? You don't know why?
8:44am, Feb 9 - Camila: That was in answer to the first question
8:50am, Feb 9 - Camila: But if that's what it takes to bring him back, then it will happen. I want him more than anything
9:52am, Feb 9 - Camila: When were you supposed to leave. It's pretty snowed out and has not stopped
9:59am, Feb 9 - Camila: I am feeling really needy right now
10:00am, Feb 9 - Camila: This is how I usually feel when I cheat or do something bad
10:20am, Feb 9 - Unknown Caller: You mean right before you cheat?
10:21am, Feb 9 - Camila: Yes
10:21am, Feb 9 - Unknown Caller: What was the first question?
10:21am, Feb 9 - Unknown Caller: You referred to it 8:44
10:22am, Feb 9 - Camila: First problem: what's you resistence to being hopelessly forever in love with me, even more than before so much you could never fuck up?
10:22am, Feb 9 - Unknown Caller: What's the answer? Why not?
10:23am, Feb 9 - Camila: First problem: I don't want that
10:23am, Feb 9 - Unknown Caller: Why?
10:26am, Feb 9 - Camila: U asked that already and I said idk y
10:27am, Feb 9 - Unknown Caller: Figure it out it is not rational or right (it may not be true once you find the real fear). You will be good no matter what yes?
10:29am, Feb 9 - Camila: I was sharing my current vulnerability with the hopes of either understanding or solving something. You just ignored it
10:33am, Feb 9 - Unknown Caller: No. I'm waiting. It's up to you... I can't help. I can't text much.
10:40am, Feb 9 - Unknown Caller: ?
10:46am, Feb 9 - Unknown Caller: Please get to the bottom of all this stuff.
11:14am, Feb 9 - Camila: Gee, thanks. That is so helpful
11:15am, Feb 9 - Camila: I'll keep it to myself next time
11:24am, Feb 9 - Unknown Caller: Your sarcasm is not nice. You caused it. It hurts me. Your sarcasm is really painful and punishing to me.
11:51am, Feb 9 - Unknown Caller: From my perspective, you are often not nice to me... Especially since you've done bad things to me. Each time, you punish me.
11:58am, Feb 9 - Camila: I want to write him
12:00pm, Feb 9 - Unknown Caller: Please don't. You gave me your word.
12:01pm, Feb 9 - Camila: I wish I had an escape
12:01pm, Feb 9 - Unknown Caller: Not until tomorrow please hold on honey.
12:01pm, Feb 9 - Camila: Not what until tomorrow?
12:03pm, Feb 9 - Unknown Caller: Please hold on!
12:04pm, Feb 9 - Camila: Got that. Why until tomorrow?
12:05pm, Feb 9 - Unknown Caller: I'm back, can concentrate on you and communicate more and better. I'm worried about Pam right now. It's really hard.
12:08pm, Feb 9 - Camila: What's going on?
12:10pm, Feb 9 - Unknown Caller: Can't right now, at hospital with doctors. Have you watched broke down palace? Or the contender?
12:11pm, Feb 9 - Unknown Caller: Broke down palace has a moving scene about joyful penance. The contender has one about honor in the face of adversity.
12:21pm, Feb 9 - Unknown Caller: I think if I had a lab I could heal her.
12:31pm, Feb 9 - Camila: I know you could
12:31pm, Feb 9 - Camila: How is she?
12:39pm, Feb 9 - Unknown Caller: The movies?
12:42pm, Feb 9 - Camila: I've seen them
12:42pm, Feb 9 - Unknown Caller: Likely?
12:42pm, Feb 9 - Unknown Caller: Likey
12:43pm, Feb 9 - Camila: Oh. Ha!
12:43pm, Feb 9 - Camila: Yes
12:48pm, Feb 9 - Unknown Caller: Are you home? What are you doing?
12:55pm, Feb 9 - Unknown Caller: ?
1:30pm, Feb 9 - Unknown Caller: ?

# A675

1:40pm, Feb 9 - Unknown Caller: It seems like you keep on being online but not responding.
2:21pm, Feb 9 - Camila: I'm here
3:17pm, Feb 9 - Unknown Caller: Home?
3:18pm, Feb 9 - Camila: I will be home soon
3:21pm, Feb 9 - Unknown Caller: Where were you?
3:23pm, Feb 9 - Unknown Caller: ???
3:28pm, Feb 9 - Unknown Caller: Please tell me. I need to know.
3:38pm, Feb 9 - Unknown Caller: Please don't punish me like this...
3:47pm, Feb 9 - Unknown Caller: ?ðŸ˜¢
4:16pm, Feb 9 - Unknown Caller: When times are this hard for me, and your cheating when I'm gone, your silence brings up the worst, even though you promised I didn't need to worry. You can  understand yes? Your silence punishes me.
4:21pm, Feb 9 - Unknown Caller: It seems you went to relieve your urge.
4:23pm, Feb 9 - Unknown Caller: Please tell me.
4:24pm, Feb 9 - Unknown Caller: Are you punishing me because of this circumstance?
4:24pm, Feb 9 - Unknown Caller: The more you punish the harder it is for me to get you any of what you want. Please stop.
4:25pm, Feb 9 - Camila: I haven't been able to text yet
4:27pm, Feb 9 - Unknown Caller: Ok. Where are you?
4:28pm, Feb 9 - Camila: I've been with my kids
4:29pm, Feb 9 - Camila: Where are you?
4:29pm, Feb 9 - Camila: How are things?
6:07pm, Feb 9 - Camila: I hate my life
6:20pm, Feb 9 - Unknown Caller: Why?
6:23pm, Feb 9 - Unknown Caller: I suspect you would have LOVED life if r. hadn't happened. If that is true, then you are starting to value the loss.
6:39pm, Feb 9 - Unknown Caller: This is at least a first step towards making things right. I wish you could be at cause so no matter what your life was you could love it. Nelson Mandela was in prison falsely for many years, and tortured, yet loved his life. We are not entitled to having our lives entertain us. It is not the life we love (out of cause), it is the we love and live.
6:43pm, Feb 9 - Camila: Fu
6:45pm, Feb 9 - Unknown Caller: Grow up. You are ungrateful. I won't try anything to help then. Should I shun you starting now?
6:52pm, Feb 9 - Camila: Fyi I didn't talk to Jim as u previously assumed
6:54pm, Feb 9 - Unknown Caller: I didn't assume it. I was concerned and very sad. As the betrayor, you typically want to aggressively disclose without my having to ask.
6:55pm, Feb 9 - Unknown Caller: You didn't answer my question about shunning?
6:56pm, Feb 9 - Camila: Didn't think it was a real question
6:56pm, Feb 9 - Camila: No
6:57pm, Feb 9 - Unknown Caller: Then start treating me nicely, with respect, and not punishing me.
6:58pm, Feb 9 - Unknown Caller: For 7 months almost everyday day I've felt punished by you yet I held true to try to help. Please really get that you damaged me.
7:00pm, Feb 9 - Unknown Caller: If I send you a 5 minute self assessment test, would you answer honestly and tell me the final score?
7:13pm, Feb 9 - Unknown Caller: ?
7:14pm, Feb 9 - Unknown Caller: What could anyone do to have you stop hating life?
7:24pm, Feb 9 - Camila: It is really just you. You are not real-life cause and effect, you are imposing external things based on your own judgement.
7:26pm, Feb 9 - Camila: I guess I still keep hoping you will say "If you would be happier somewhere else than I can't keep you from that".. I always believed you loved me in this way and you always said so.
7:28pm, Feb 9 - Unknown Caller: If you fixed that would be true.
7:28pm, Feb 9 - Unknown Caller: Even if not had you not been dishonest and done the Jim thing.
7:29pm, Feb 9 - Unknown Caller: You really don't get it.
7:29pm, Feb 9 - Unknown Caller: You never will.
7:29pm, Feb 9 - Unknown Caller: And no, I will never be with you.
7:31pm, Feb 9 - Unknown Caller: You didn't answer about the quiz.

# A676

7:33pm, Feb 9 - Camila: Sure. Why do you want it, though?

7:39pm, Feb 9 - Unknown Caller: So you might have some other options to be better and have a good life in the future, especially when I am gone. You really don't get any of this.

7:40pm, Feb 9 - Unknown Caller: I love you in way you don't understand. It is everything you would want and more. But you are very out of cause and don't see what you do. I want you well.

7:42pm, Feb 9 - Camila: I am actually very moved by that

7:42pm, Feb 9 - Unknown Caller: Thank you. I do love you so.

7:43pm, Feb 9 - Camila: I am too scared and defensive to let myself feel that

7:44pm, Feb 9 - Unknown Caller: Please do, it will help.

7:45pm, Feb 9 - Unknown Caller: Borderline Personality Test - Psych Central - http://psychcentral.com/quizzes/borderline-quiz.htm

7:46pm, Feb 9 - Unknown Caller: Let me know your score and thoughts.

7:50pm, Feb 9 - Camila: It says 6

7:50pm, Feb 9 - Unknown Caller: 6?

7:51pm, Feb 9 - Camila: Yes

7:51pm, Feb 9 - Camila: That's what it said

7:52pm, Feb 9 - Camila: <Media omitted>

7:51pm, Feb 9 - Unknown Caller: I thought more like 26... Read the question answer choices carefully... They say sometimes strongly disagree with the statement whcich is the opposite of what you might think...

7:52pm, Feb 9 - Camila: It was a true/false test

7:52pm, Feb 9 - Unknown Caller: Ok... If so. One more avenue closed.

7:52pm, Feb 9 - Camila: ?

7:52pm, Feb 9 - Unknown Caller: Hmmm... Hold on...

7:53pm, Feb 9 - Unknown Caller: Wrong one! Sorry...

7:53pm, Feb 9 - Unknown Caller: Hold on...

7:53pm, Feb 9 - Camila: What do you mean one more avenue closed?

7:54pm, Feb 9 - Unknown Caller: Borderline Personality Test - Psych Central - http://psychcentral.com/quizzes/borderline.htm

8:04pm, Feb 9 - Unknown Caller: ?

8:09pm, Feb 9 - Camila: <Media omitted>

8:09pm, Feb 9 - Unknown Caller: What do you think honey? These conditions appear in part to be genetic...

8:10pm, Feb 9 - Camila: I don't know what this is

8:10pm, Feb 9 - Unknown Caller: I'll help you learn... Let me text a little later...

8:45pm, Feb 9 - Camila: <Media omitted>

8:45pm, Feb 9 - Camila: How can it be different?

8:51pm, Feb 9 - Unknown Caller: Because these test are just approximate and guidelines. The category itself encompasses many types of people. Some of the things will seem not at all like you, others may seem spot on. I have a different perspective on these things beyond that. We are all born with nervous systems and brains with unique sensitivities and predispositions. Upbringing, even environmental factors like weather, then craft this unique brain to manifest a personality with strengths and weaknesses.

8:53pm, Feb 9 - Unknown Caller: There are private things I have observed of you brain and personality that lead you to feel a loss of self, emptiness, type stuff.

8:54pm, Feb 9 - Unknown Caller: I really love you, but I know you could use the boost of some help. I can help, but you'd need to trust me far more.

8:57pm, Feb 9 - Unknown Caller: I need you to listen to this and not reject it. But it is tragic... Your i condition of being caused/causes you not to want to be with me. It is a wrongful assessment and a big mistake. But the damage is done and you will never be with me.

8:58pm, Feb 9 - Unknown Caller: But in order for you to fix or for me to help you have to overcome this wrongness. But then you would have to deal with not being with me. My battery is dead...  I'll need to continue later...

9:13pm, Feb 9 - Camila: I don't understand what you are saying

9:25pm, Feb 9 - Unknown Caller: Shit... Still can charge this... I will explain in detail later, I promise!

9:25pm, Feb 9 - Unknown Caller: Cant

9:25pm, Feb 9 - Unknown Caller: I love you so so much!

# A677

9:26pm, Feb 9 - Camila: I'll be here

12:42am, Feb 10 - Camila: I want to text him

12:44am, Feb 10 - Camila: You wrote: There are private things I have observed of you brain and personality that lead you to feel a loss of self, emptiness, type stuff.

12:45am, Feb 10 - Camila: I know you can't know this from just seeing the final score, but the answer to the emptiness question was a no

12:45am, Feb 10 - Camila: I don't feel that way

1:34am, Feb 10 - Unknown Caller: You did not text correct?

2:13am, Feb 10 - Unknown Caller: You were not here. Also, repeated taking of a test tends to give less honest results. Most people in a category tend to not what to acknowledge it. It another indicator you are in a category if your score moves away from that category when you retake the test. People have issues because they consciously or unconsciously don't want to acknowledge the issue. When a test reveals the protected issue, they move the score away on retakes.

2:15am, Feb 10 - Unknown Caller: One of the problems we have to deal with in our testing. We had our testing specially designed, with internal checks, to counter this. We had the test designed by a non-espian psychologist who specializes in the exact type of testing. It's a big issue.

2:29am, Feb 10 - Unknown Caller: You may want to examine how nicely you treated me and how much you made up to me this past week since you did this very bad thing to me. I don't experience you as sorry and fixing. That's really not nice to do to anyone. My experience is you did something terrible to me and then treated me very poorly afterwards. To me, right now, that's the type of person you are. You've done the same thing each time you've damaged me. Don't be this type of person. It is considered punishment for me because of what you've done and even spiteful. Please stop. It really hurts.

8:38am, Feb 10 - Camila: Shit. I did something bad. I don't want you to hate me more. I am so sorry

1:42pm, Feb 10 - Unknown Caller: What did you do?

3:29pm, Feb 10 - Unknown Caller: It's not nice you don't tell me yet sign on for readiness.

3:31pm, Feb 10 - Camila: I'm scared to tell you

3:31pm, Feb 10 - Unknown Caller: Please. I need to know at this point.

3:33pm, Feb 10 - Unknown Caller: I'm making important decisions. Don't hurt me more please.

3:34pm, Feb 10 - Unknown Caller: ?

3:35pm, Feb 10 - Camila: I really wanted to talk to Jim and see him

3:34pm, Feb 10 - Unknown Caller: And

3:36pm, Feb 10 - Unknown Caller: ?

3:39pm, Feb 10 - Camila: But I was strong in not fulfilling the impulse with him and had my guard up in that regard.... But I let my guard down somewhere else.. I didn't think it through, I was so emotional

3:39pm, Feb 10 - Unknown Caller: Tell me. Please it hurts to keep on asking. R.?

3:40pm, Feb 10 - Camila: No.

3:40pm, Feb 10 - Camila: I trimmed

3:40pm, Feb 10 - Unknown Caller: Did you keep the hair. They are supposed to be mine.

3:41pm, Feb 10 - Camila: I know. I didn't think of that until after

3:41pm, Feb 10 - Camila: I didn't

3:41pm, Feb 10 - Camila: I am so sorry

3:42pm, Feb 10 - Unknown Caller: How do you fix? How much did you trim?

3:43pm, Feb 10 - Unknown Caller: Where?

3:43pm, Feb 10 - Camila: Just the long parts that were pulling on me

3:44pm, Feb 10 - Unknown Caller: How do you make this up to me?

3:47pm, Feb 10 - Unknown Caller: There is the issue of your hair, but there are two more important issues: your word you wouldn't, also that you didn't think of me and save it. How can you experience enough pain so it matches mine plus some and you wouldn't do that class of transgressions ever again?

3:48pm, Feb 10 - Unknown Caller: You should answer this now at least a start.

3:49pm, Feb 10 - Unknown Caller: ?

3:49pm, Feb 10 - Unknown Caller: Are you home normal time?

3:50pm, Feb 10 - Unknown Caller: Please don't disappear anymore.

3:51pm, Feb 10 - Unknown Caller: ?

3:53pm, Feb 10 - Unknown Caller: Please answer.

3:54pm, Feb 10 - Unknown Caller: ?

4:05pm, Feb 10 - Camila: Something came up

## A678

4:12pm, Feb 10 - Unknown Caller: Please answer the questions?
4:13pm, Feb 10 - Unknown Caller: And the home question?
4:25pm, Feb 10 - Unknown Caller: Home when?
4:50pm, Feb 10 - Unknown Caller: Home?
4:51pm, Feb 10 - Camila: No
4:51pm, Feb 10 - Unknown Caller: When?
4:51pm, Feb 10 - Camila: Where r u?
4:51pm, Feb 10 - Unknown Caller: Please answer.
4:51pm, Feb 10 - Camila: Just did
4:51pm, Feb 10 - Unknown Caller: When are you home?
4:52pm, Feb 10 - Unknown Caller: ?
4:53pm, Feb 10 - Camila: Soon
4:53pm, Feb 10 - Unknown Caller: Answer the fix question please?
5:05pm, Feb 10 - Unknown Caller: ?
5:05pm, Feb 10 - Unknown Caller: When home?
5:06pm, Feb 10 - Camila: I just answered that
5:06pm, Feb 10 - Unknown Caller: Soon isn't enough evidently.
5:08pm, Feb 10 - Unknown Caller: When home?
5:09pm, Feb 10 - Camila: Soon
5:12pm, Feb 10 - Camila: I don't want to go
5:19pm, Feb 10 - Unknown Caller: Why?
5:19pm, Feb 10 - Unknown Caller: Please stop this. It's hard enough on me.
5:20pm, Feb 10 - Unknown Caller: Where are you? Please answer this also.
5:21pm, Feb 10 - Camila: I just finished with my kids
5:21pm, Feb 10 - Unknown Caller: Why don't you want to go home?
5:22pm, Feb 10 - Unknown Caller: ?
5:31pm, Feb 10 - Camila: It feels like prison
5:32pm, Feb 10 - Camila: I wish I was free to see and talk whoever I want
5:33pm, Feb 10 - Camila: I miss volleyball and miss the friendships I developed there
5:33pm, Feb 10 - Camila: And I am angry at you for taking that from me
5:34pm, Feb 10 - Camila: I wish I could talk to Jim, at least he'd be kind to me and would treat me like a possession.... I think...
5:53pm, Feb 10 - Unknown Caller: You took it from you and from me. I am kind and then you take advantage. I have given up on you. I am doubting you have any conscience,: you at either too out of cause or literally do not have one. I can't risk this.
5:55pm, Feb 10 - Unknown Caller: What comes next is very unpleasant. You are not doing, being, thinking or feeling as is necessary for a better result.
5:56pm, Feb 10 - Unknown Caller: You should be home now.
6:00pm, Feb 10 - Unknown Caller: I will be home in a few minutes. I expect you there.
8:45pm, Feb 10 - Unknown Caller: If you can cancel any of your hours tomorrow or Thursday it would be nice for me relating to us.
11:36pm, Feb 10 - Camila: This is too painful
11:36pm, Feb 10 - Unknown Caller: What is honey?
11:37pm, Feb 10 - Camila: Feeling it again
11:40pm, Feb 10 - Unknown Caller: Feeling what?
11:47pm, Feb 10 - Camila: Love feelings
11:49pm, Feb 10 - Unknown Caller: It's what I've been feeling. It is necessary...
11:49pm, Feb 10 - Unknown Caller: I hurt for both you and us... ðŸ˜¢
12:02am, Feb 11 - Unknown Caller: ?
12:03am, Feb 11 - Camila: There is just darkness. I don't know why you want this for me. I just want to kill myself
12:09am, Feb 11 - Unknown Caller: Do you care about the truth and also what I am going through right now? Please don't give up. Go forward, love me and us as what is right. Please, I am hurting with you the same...
12:14am, Feb 11 - Unknown Caller: Can truth ever be more painful than what it means to ignore that pain?

## A679

12:15am, Feb 11 - Camila: I will probably end up killing myself...

12:16am, Feb 11 - Unknown Caller: I didn't. Please...

12:35am, Feb 11 - Unknown Caller: Please honor us and me as it should be.... Don't not do the right thing because of extreme pain...

1:07am, Feb 11 - Unknown Caller: Tomorrow s hour?

1:07am, Feb 11 - Unknown Caller: Hours

1:34am, Feb 11 - Unknown Caller: I wish you would share more... We could join in this pain... I stayed up for 4 days straight and lost 15 lbs very quickly... Please don't leave me here alone if you are getting this... If not, never mind I guess... I love you either way... Forever.

1:37am, Feb 11 - Camila: I am here

1:37am, Feb 11 - Unknown Caller: Are we in love or am I in love?

1:39am, Feb 11 - Camila: Why did you lose so much weight?

1:40am, Feb 11 - Camila: It is not we yet

1:44am, Feb 11 - Unknown Caller: When you lose something of that magnitude, and don't sleep of many days, your adrenaline runs very high. So in combination with not eating anything you lose exceptional amounts of weight. You will understand if you come to hurt even part of what I hurt.

1:45am, Feb 11 - Unknown Caller: Keep going if you would... Please join me...

2:00am, Feb 11 - Unknown Caller: Watch "Roberta Flack  The First Time Ever I Saw Your Face '69" on YouTube - Roberta Flack  The First Time Ever I Saw Your Face '69: http://youtu.be/Id_UYLPSn6U

2:05am, Feb 11 - Unknown Caller: Watch "Somewhere Over the Rainbow by Eva Cassidy with lyrics" on YouTube - Somewhere Over the Rainbow by Eva Cassidy with lyrics: http://youtu.be/AGaVQN-en2A

2:10am, Feb 11 - Unknown Caller: Eva Cassidy died an unknown by cancer... The her songs went to #1 in several countries.

2:10am, Feb 11 - Unknown Caller: After she died...

2:45am, Feb 11 - Unknown Caller: Sometimes, if we are in a type of pride or delusion, when we wake we find ourselves amidst our effects and it is so sad. We have violated everything we wanted and were. I don't know if this is how you will let yourself feel or experience, but I am here for you if you have the courage...

5:02am, Feb 11 - Unknown Caller: I am sorry if sending you the music did not move you towards love. I was hoping you would take on the feelings of love for me and us, you if you make the songs not apply. Things have just gone so bad so fast and I have tried everything I can. I am now so forever alone and every time I turn around your even further away... I can no longer recognize you or us and for many years we were the absolute cornerstone of my life. Goodbye my dearest...

7:51am, Feb 11 - Camila: I hadn't seen them

7:54am, Feb 11 - Unknown Caller: I also read your texts from Jness track 4 last night... How are you this morning? Where are you at? Did you get to cancel anything today for us?

8:02am, Feb 11 - Camila: No. I had already cancelled Thursday because I was going to isolate

8:02am, Feb 11 - Camila: So I moved things to yesterday and today

8:03am, Feb 11 - Camila: How am I?

8:03am, Feb 11 - Camila: I feel down. Like I don't want to live

8:05am, Feb 11 - Unknown Caller: So do you want to see me?

8:05am, Feb 11 - Unknown Caller: Why did you plan on isolating Thursday?

8:10am, Feb 11 - Camila: Because of Gaelyn. It's been a year

8:13am, Feb 11 - Unknown Caller: Yes. I was wondering. We should isolate some together... It's our loss others do not understand...

8:13am, Feb 11 - Unknown Caller: Today? You me?

8:14am, Feb 11 - Camila: Today I have children until 2:30

8:14am, Feb 11 - Unknown Caller: Then? Do you want?

8:14am, Feb 11 - Camila: Sure. What time did you have in mind?

8:15am, Feb 11 - Unknown Caller: 2:30 ish if possible... I have to try to cancel some things...

8:19am, Feb 11 - Camila: If you are going to cancel things later is better

8:21am, Feb 11 - Unknown Caller: How much later? How did things with Lucy go?

8:23am, Feb 11 - Unknown Caller: Did you listen to the songs now?

8:41am, Feb 11 - Camila: Yes

8:55am, Feb 11 - Camila: Lucy went well

8:56am, Feb 11 - Camila: She knows I'm in a relationship and she knows it is not going well. I've cried

# A680

with her a few times
9:00am, Feb 11 - Camila: Is it too late.to consider ethicist?
9:02am, Feb 11 - Unknown Caller: Did the songs have a good effect?
9:02am, Feb 11 - Unknown Caller: No, you might be able to do it...
9:13am, Feb 11 - Unknown Caller: ?
9:13am, Feb 11 - Unknown Caller: What does Lucy think about the relationship?
9:13am, Feb 11 - Camila: She knows I am not happy
9:14am, Feb 11 - Camila: She doesn't know who
9:14am, Feb 11 - Camila: Obviously
9:14am, Feb 11 - Unknown Caller: Does she think the relationship might be a good thing?
9:14am, Feb 11 - Camila: I don't know
9:16am, Feb 11 - Unknown Caller: What does she think is wrong with it? What does she think makes you unhappy?
9:17am, Feb 11 - Camila: I think she gets that I want to leave and I don't think she understand why I just can't get up and leave
9:21am, Feb 11 - Unknown Caller: Sad if some or all is not true. She should also be willing to insist you stay if it's right... Even though it won't end up that way... It is common for relationships that one partner expresses the negative to a friend, if the negative is resolved, the friend is still negative and destroys what was healed...
9:25am, Feb 11 - Unknown Caller: We don't want that. If you chose to heal things she does need to believe the relationship is the love of your life and you were wrong ever wanting to leave...
9:41am, Feb 11 - Unknown Caller: ?
9:46am, Feb 11 - Unknown Caller: Would you want to have a more open communication with someone?
9:48am, Feb 11 - Unknown Caller: I think I could trust someone like Dani to know explicitly about us.
9:51am, Feb 11 - Camila: No
9:51am, Feb 11 - Unknown Caller: Why Lucy then, I wish you had asked?
9:52am, Feb 11 - Unknown Caller: She's not so good handling relationships...
9:53am, Feb 11 - Camila: She's not handling anything
9:53am, Feb 11 - Unknown Caller: You seem negative towards me.
9:56am, Feb 11 - Unknown Caller: In effect she's emotionally supporting and handling. Are you still angry at me?
9:58am, Feb 11 - Unknown Caller: If you won't trust me I won't give advice. But of all people in the world you should trust me and I'm very skilled.
10:05am, Feb 11 - Unknown Caller: I thought Dan I would be good because she's trustworthy, you like her, she's an ethicist, and she has $400/hr. Em skills, and she can Em you in Spanish which is helpful in some contexts...
10:50am, Feb 11 - Camila: No, thanks. I don't feel comfortable with that
1:55pm, Feb 11 - Camila: What time did you end up setting aside?
2:46pm, Feb 11 - Unknown Caller: Home?
2:50pm, Feb 11 - Camila: No
2:51pm, Feb 11 - Unknown Caller: When?
2:53pm, Feb 11 - Camila: That's why I was asking
2:53pm, Feb 11 - Unknown Caller: Where are you?
2:54pm, Feb 11 - Camila: Wilton
2:54pm, Feb 11 - Camila: Going through Gaelyn's stuff
2:54pm, Feb 11 - Unknown Caller: Why so late?
2:54pm, Feb 11 - Unknown Caller: When would you like, or not?
2:55pm, Feb 11 - Camila: I'm just going to cry. Don't really want to talk. I don't know if you are up for that
2:56pm, Feb 11 - Unknown Caller: I've been the same. But I would talk etc with you because this is our tragedy together.
2:57pm, Feb 11 - Camila: Gaelyn?
2:57pm, Feb 11 - Unknown Caller: Yes.
2:57pm, Feb 11 - Unknown Caller: I considered him like our child although of Kristin.
2:58pm, Feb 11 - Unknown Caller: Until r., I had imagined brining him home to live with us. I had even looked for a house.
3:04pm, Feb 11 - Unknown Caller: ?

# A681

3:06pm, Feb 11 - Camila: I know.
3:07pm, Feb 11 - Camila: What about today, though? Time?
3:07pm, Feb 11 - Camila: You are the one with the constraints
3:10pm, Feb 11 - Unknown Caller: Any time now...
3:15pm, Feb 11 - Unknown Caller: My time is by far best now.
3:15pm, Feb 11 - Unknown Caller: I was able to cancel my 3:15 etc...
3:16pm, Feb 11 - Camila: Ok
3:16pm, Feb 11 - Unknown Caller: What do you want to do?
3:17pm, Feb 11 - Camila: U want me to come home, no?
3:17pm, Feb 11 - Unknown Caller: What do you want?
3:18pm, Feb 11 - Camila: I want to be alone but I am willing to not
3:20pm, Feb 11 - Unknown Caller: I find that odd considering... Wouldn't you want to be with his dad and the one who you would have co-patented with? Also the loss of our life together is even larger, and more tragic than g...
3:21pm, Feb 11 - Unknown Caller: Is it you still are angry at me?
3:22pm, Feb 11 - Camila: I am not fully not angry yet
3:23pm, Feb 11 - Camila: I can connect to the feelings of love from the past and it does change how I feel now but I still don't have the desire to be with you.... At times, at least
3:23pm, Feb 11 - Unknown Caller: Ok. For me I would be intimate and as connected as possible.
3:24pm, Feb 11 - Camila: I won't push you away
3:25pm, Feb 11 - Unknown Caller: You won't have the desire until you repair. Then the desire will be much stronger than its ever been because of the loss and true mourning.
3:25pm, Feb 11 - Camila: And why do you want that?
3:25pm, Feb 11 - Camila: I still don't get why you want that
3:26pm, Feb 11 - Camila: Seems torturous
3:29pm, Feb 11 - Unknown Caller: Because it's the right thing, and I understand what it means without. I promise if you allowed yourself to destroy all pride you would not only want it, it would be you highest and only priority... Even more than seeing Gaelyn. There are mechanical reasons for this.
3:31pm, Feb 11 - Unknown Caller: Without it, you will always be callous especially in the most important situations which require otherwise. So far, you have chosen the path of pain suppression instead of compassion. With this it is impossible to be compassionate. See?
3:32pm, Feb 11 - Unknown Caller: I don't think you want to disable compassion from your life.
3:32pm, Feb 11 - Camila: I don't
3:33pm, Feb 11 - Unknown Caller: Then there is no choice. That fact it has taken this long instead of immediate change after the breach is already a long term postulate problem. This is now you last access point.
3:35pm, Feb 11 - Unknown Caller: Once compassion is cut off, there is no motivation to restore it (almost like now only worse) and it can't be restored.
3:35pm, Feb 11 - Unknown Caller: Working with people like that is both extremely sad and frightening.
3:36pm, Feb 11 - Camila: I am not negotiating with you. I just said I couldn't understand why you want so badly for me not to be happy
3:36pm, Feb 11 - Unknown Caller: I am not negotiating either.
3:36pm, Feb 11 - Camila: Seems a bit overdramatic but whatever
3:36pm, Feb 11 - Camila: Ok
3:39pm, Feb 11 - Unknown Caller: I can't make you decide to be compassionate or not, only you. Your pride raises the negotiation thoughts. That's the part that separates you from compassion and is your ruler right now. It is the part that keeps you angry at me (you could at least be angry at r. instead). It is the part that needs you to believe what you do. And it's the part that brings up negotiation at a time like this.
3:40pm, Feb 11 - Camila: I didn't. I wanted to make sure it was clear because your language made it sound so
3:41pm, Feb 11 - Unknown Caller: When we spoke of monster, people who have switched off their compassion are that: pride would have you be angry at this statement compassion would have you cry with grief. Pride might just keep you neutral.
3:41pm, Feb 11 - Unknown Caller: ?
3:41pm, Feb 11 - Camila: ?
3:41pm, Feb 11 - Unknown Caller: My language did not.

# A682

3:42pm, Feb 11 - Unknown Caller: I can come or not.

3:43pm, Feb 11 - Camila: I already told you I won't push you away. But I do need to know so I can go

3:45pm, Feb 11 - Unknown Caller: I want you more at cause. You should want to connect to make thing better. You have to be the driving force. If your pride stops you from asking me for this favor I won't do it.

3:46pm, Feb 11 - Camila: What favor?

3:47pm, Feb 11 - Camila: I want to grieve alone. This does not feel like "our" loss. But I have nothing against sharing this with you

3:48pm, Feb 11 - Unknown Caller: Being a tool to you should you decide to have the potential for true compassion.

3:49pm, Feb 11 - Camila: ?

3:49pm, Feb 11 - Unknown Caller: Grieving alone is selfish when I have more to grieve.

3:50pm, Feb 11 - Camila: Oh gawd, then its decided, then

3:51pm, Feb 11 - Unknown Caller: Yes. I will not see you.

3:52pm, Feb 11 - Camila: You are prideful.

3:53pm, Feb 11 - Camila: How did you get there from what I said?

3:53pm, Feb 11 - Unknown Caller: You tell me.

3:53pm, Feb 11 - Camila: I just said id see u, pretty much

3:55pm, Feb 11 - Unknown Caller: No. I said it was your choice and, a favor from me, which needs to be respected and ask for.

3:55pm, Feb 11 - Unknown Caller: Your pride is really bad.

3:57pm, Feb 11 - Camila: A favor? This was supposed to be something nice, not a transaction

3:58pm, Feb 11 - Camila: I fail to see how this is a favor. I am sorry

3:58pm, Feb 11 - Unknown Caller: How can such pain and disrespect be nice for me? You still haven't see the problem in being angry at me or more angry at me than r.?

3:59pm, Feb 11 - Unknown Caller: Then forget it.

3:59pm, Feb 11 - Camila: Yes pain, no disrespect

3:59pm, Feb 11 - Unknown Caller: Your loss.

4:00pm, Feb 11 - Camila: Ifk where u r getting ur info but that is not what is/was going on

4:00pm, Feb 11 - Unknown Caller: Not knowing how much I am extending myself to do this is extreme disrespect and entitlement. You are not entitled to this chance.

4:01pm, Feb 11 - Camila: What chance?

4:01pm, Feb 11 - Unknown Caller: To gain your compassion. To see me.

4:01pm, Feb 11 - Camila: It is a process. I am working on it. Wtf. Now u r punishing me?

4:02pm, Feb 11 - Camila: Ah, dammit. I take the latter back

4:02pm, Feb 11 - Unknown Caller: You are so out of cause. You can't work on it and not consider this a gift.

4:02pm, Feb 11 - Camila: I. Take. It. Back.

4:02pm, Feb 11 - Camila: I am sorry

4:02pm, Feb 11 - Unknown Caller: Ok. So?

4:04pm, Feb 11 - Camila: I think we are talking about different things.

4:05pm, Feb 11 - Camila: This seemed optional when you offered. And I am just talking about isolating together today. I said yes. I asked for your time..

4:05pm, Feb 11 - Camila: You asked what I wanted. I answered with my preference based on the pain I was feeling

4:05pm, Feb 11 - Camila: I am not finished

4:05pm, Feb 11 - Unknown Caller: ?

4:06pm, Feb 11 - Camila: It was never anything against you. I told you all along that I would, just as I said at the very beginning

4:06pm, Feb 11 - Camila: That still stands

4:08pm, Feb 11 - Camila: I find it sad that you turn it into favors and transactions when I thought it was an opportunity for us (for me) to build the love again

4:08pm, Feb 11 - Unknown Caller: It has to be far more than that. If you were not prideful and compassionate you would desperately want to care for me and be with me. Think about it. A person you care about loses his child and he is alone would you just be self-centered on your loss?

4:10pm, Feb 11 - Camila: Sure. Why is it only one-way, though?

4:11pm, Feb 11 - Unknown Caller: Again pride. Because of my life, he's my child, and how you've hurt the

# A683

situation and me. I am the one offering this when it should have been you.

4:12pm, Feb 11 - Unknown Caller: Think of how alone I've been? Think of what happened with my mother and father...

4:12pm, Feb 11 - Camila: Ah, yes. No, I didn't

4:12pm, Feb 11 - Unknown Caller: Think of how you damaged me on top...

4:12pm, Feb 11 - Unknown Caller: Think of how the world must be for me...

4:12pm, Feb 11 - Unknown Caller: I have no one.

4:12pm, Feb 11 - Unknown Caller: Not even you.

4:13pm, Feb 11 - Unknown Caller: I lost everyone left this year.

4:13pm, Feb 11 - Camila: That's not how I deal with pain.. I deal with it alone.... I.thought so.did you... You've always said that

4:13pm, Feb 11 - Unknown Caller: You even have a Lucy.

4:13pm, Feb 11 - Unknown Caller: But you haven't lost all the others.

4:13pm, Feb 11 - Unknown Caller: I had you as my core.

4:14pm, Feb 11 - Unknown Caller: You took that from me.

4:14pm, Feb 11 - Unknown Caller: Can you really stomach that you would say something like, " Sure. Why is it only one-way, though?"?

4:16pm, Feb 11 - Camila: I guess I can't fully try you on yet

4:16pm, Feb 11 - Unknown Caller: Even saying you thought I dealt with pain alone is a shitty, hurtful, discompassionate thing to say. You would at least ask.

4:17pm, Feb 11 - Unknown Caller: That would be the definition of compassion. And if you allow this, pride has won over compassion.

4:17pm, Feb 11 - Unknown Caller: I offered you this although I'm in more pain and very damaged by you.

4:20pm, Feb 11 - Unknown Caller: Nothing else from your end?

4:21pm, Feb 11 - Camila: I'm not allowing it. I am recognizing that

4:24pm, Feb 11 - Unknown Caller: Then either allow it or don't. Do you have any idea, apart from these things, what it is like to watch a faithful partner of 23 years slip away? You left me during that. You have to either obey your pride or let go completely.

4:25pm, Feb 11 - Unknown Caller: The part that doesn't allow it is the monster.

4:25pm, Feb 11 - Unknown Caller: That part has won unless you destroy it before it is too late.

4:25pm, Feb 11 - Unknown Caller: Too late=I'm gone

4:28pm, Feb 11 - Camila: I'm confused

4:29pm, Feb 11 - Camila: I should not allow for it

4:29pm, Feb 11 - Camila: But that is the monster??

4:29pm, Feb 11 - Unknown Caller: I am leaving our home now. There is a misaddressed Amazon box outside. You should not allow your pride to exist.

4:29pm, Feb 11 - Camila: U r home/??

4:29pm, Feb 11 - Camila: Why didn't u say so???

4:29pm, Feb 11 - Unknown Caller: Pride makes monster. Yes, I'm leaving now.

4:29pm, Feb 11 - Unknown Caller: You had to want the favor.

4:30pm, Feb 11 - Unknown Caller: I've been waiting for you to say the word

4:30pm, Feb 11 - Camila: I'm not allowing my pride. What r u saying???

4:31pm, Feb 11 - Camila: What r u talking about?

4:31pm, Feb 11 - Unknown Caller: That's the ugly problem. You should be grateful and push and want not wait. You wontveven take off a bra for me, you wait.

4:31pm, Feb 11 - Unknown Caller: You either ask to be with me or not.

4:32pm, Feb 11 - Camila: I do want it

4:32pm, Feb 11 - Unknown Caller: Then ask.

4:32pm, Feb 11 - Camila: Ok

4:33pm, Feb 11 - Camila: Can we share this moment? Can I be with you and can you be with me in this pain?

4:34pm, Feb 11 - Unknown Caller: If you want that yes. But now you need to hurry, we've waisted over an hour.

4:34pm, Feb 11 - Unknown Caller: How long?

4:34pm, Feb 11 - Camila: 15

4:35pm, Feb 11 - Unknown Caller: That might be too long.

# A684

4:35pm, Feb 11 - Camila: Hurrying

6:44pm, Feb 11 - Unknown Caller: How are you holding up?

7:23pm, Feb 11 - Unknown Caller: Is tomorrow completely clear?

7:28pm, Feb 11 - Unknown Caller: ?

7:29pm, Feb 11 - Unknown Caller: Please be responsive...

7:44pm, Feb 11 - Unknown Caller: My heart is broken over Gaelyn, and in a sad way you and he were my only chance at a family. I hope he has it better than I did in the end.

7:46pm, Feb 11 - Camila: That is sad

7:46pm, Feb 11 - Camila: In so many ways

7:46pm, Feb 11 - Unknown Caller: How for you?

7:46pm, Feb 11 - Camila: How for me?

7:47pm, Feb 11 - Unknown Caller: You said sad in several ways... How and how is the loss of our little family for you?

7:48pm, Feb 11 - Camila: It is sad that that was your only shot at a family

7:48pm, Feb 11 - Camila: I was thinking of you being an only child and how I take that for granted

7:48pm, Feb 11 - Unknown Caller: How was it for you?

7:49pm, Feb 11 - Camila: My sibblings, I mean

7:49pm, Feb 11 - Camila: I am sad about Gaelyn in general

7:49pm, Feb 11 - Unknown Caller: What about parents? I was an only child, divorced parents, whose mom was very I'll...

7:49pm, Feb 11 - Unknown Caller: Ill

7:50pm, Feb 11 - Camila: Yes. That, too

7:51pm, Feb 11 - Unknown Caller: But what do you feel about the loss of our family: You, Gaelyn, and me?

7:53pm, Feb 11 - Camila: That is very sad, it would have been a good combo for Gaelyn

7:54pm, Feb 11 - Unknown Caller: And us.

7:54pm, Feb 11 - Unknown Caller: I just tried to call my dad. He didn't pick up (he is there) so I left a message.

8:05pm, Feb 11 - Unknown Caller: ?

8:06pm, Feb 11 - Unknown Caller: Have you broken through the pride more?

8:07pm, Feb 11 - Camila: Idk. Maybe

8:08pm, Feb 11 - Unknown Caller: What do you mean by maybe? I guess I would take that a series of different ways depending on voice dynamics but I can't hear that...

8:09pm, Feb 11 - Camila: I think so. But I don't know how to tell anymore

8:10pm, Feb 11 - Unknown Caller: Part of the way is how much you want me and us forever... And do you just wish you could have me in your arms... That's what it would be if the pride were gone... You can use that as a basic standard to measure changes...

8:11pm, Feb 11 - Camila: Aha. Interesting

8:12pm, Feb 11 - Camila: Okay...

8:17pm, Feb 11 - Unknown Caller: So...

8:59pm, Feb 11 - Unknown Caller: ?

8:59pm, Feb 11 - Unknown Caller: Also openness tomorrow?

9:01pm, Feb 11 - Unknown Caller: For me it is hurtful when you don't respond... If you can, by tomorrow, conquer the pride?

9:01pm, Feb 11 - Unknown Caller: I was asking about availability tomorrow also...

9:03pm, Feb 11 - Unknown Caller: Where are you?

9:05pm, Feb 11 - Camila: Tomorrow most likely all open

9:06pm, Feb 11 - Camila: I am scanning something at wilton

9:08pm, Feb 11 - Unknown Caller: Are you alone at wilting?

9:08pm, Feb 11 - Unknown Caller: Wilton

9:08pm, Feb 11 - Camila: ?

9:09pm, Feb 11 - Unknown Caller: Anyone else there?

9:10pm, Feb 11 - Unknown Caller: ?

9:10pm, Feb 11 - Camila: Just me

9:11pm, Feb 11 - Unknown Caller: Why does it take you so long to answer?

9:15pm, Feb 11 - Camila: I'm on a time crunch

# A685

9:16pm, Feb 11 - Unknown Caller: Why?

9:16pm, Feb 11 - Camila: Because I'm already behind

9:17pm, Feb 11 - Unknown Caller: Behind how?

9:17pm, Feb 11 - Unknown Caller: What's the deadline?

9:18pm, Feb 11 - Camila: A week ago. Oi

9:19pm, Feb 11 - Unknown Caller: What are you doing? Why the rush tonight?

9:22pm, Feb 11 - Camila: Because my dad needs it

9:26pm, Feb 11 - Unknown Caller: Good luck!

9:26pm, Feb 11 - Unknown Caller: When are you home?

9:32pm, Feb 11 - Unknown Caller: Reassure me I have nothing to worry about?

9:34pm, Feb 11 - Unknown Caller: Please respond... I am hurting and the reassurance is important especially on a volleyball night!

9:35pm, Feb 11 - Camila: Well, unless you should worry about me scanning my boobs and posting them around the neighborhood...

9:36pm, Feb 11 - Camila: I'd think we are good...

9:36pm, Feb 11 - Camila: That is as extreme as I could get tonight...

9:36pm, Feb 11 - Unknown Caller: That would be a problem because of the beauty attraction factor... Many predators would seek you out!

9:39pm, Feb 11 - Unknown Caller: Some other night, maybe more extreme?

9:50pm, Feb 11 - Camila: What does that mean?

10:09pm, Feb 11 - Unknown Caller: I could say the same of your reassurance... But I took it in the best way possible and answered in a playful way...

1:11am, Feb 12 - Unknown Caller: I wish you had written. I am with you today in pain. I wish you to choose the road of compassion tonight and all pride be gone by tomorrow forever. This will allow us to have something before the end.

1:28am, Feb 12 - Unknown Caller: ?ðŸ˜¢

1:29am, Feb 12 - Unknown Caller: Our baby

1:37am, Feb 12 - Unknown Caller: ðŸ˜¢ðŸ˜¢ðŸ˜¢ðŸ˜¢ðŸ˜¢

3:03am, Feb 12 - Unknown Caller: I was fortunate to receive this from Clare who knows a little more of what has happened to me with Gaelyn, "I wanted you to know you are in my thoughts today. I think how you have made choices are choices of a deeply compassionate, thoughtful, loving and responsible father. I know that doesn't even touch on the pain you must feel and I wish I could ease it and change things, but I have not and am not strong enough and our system is terribly cruel and prejudicial. You will be in my thoughts and heart all day." I send these same thoughts in a different voice to you. I believed you were the best mother Gaelyn had.

6:20am, Feb 12 - Unknown Caller: Compassion Definition | Greater Good - http://greatergood.berkeley.edu/topic/compassion/definition

8:07am, Feb 12 - Unknown Caller: ?

8:08am, Feb 12 - Unknown Caller: ?

8:08am, Feb 12 - Unknown Caller: What's your schedule?

10:15am, Feb 12 - Unknown Caller: ?

10:15am, Feb 12 - Camila: Hi

10:16am, Feb 12 - Unknown Caller: Schedule? Want me?

10:16am, Feb 12 - Camila: Nothing. Maybe flamenco. Maybe not

10:16am, Feb 12 - Camila: Yes, I do

10:23am, Feb 12 - Unknown Caller: Can you rest more?

10:29am, Feb 12 - Camila: Yes

10:29am, Feb 12 - Unknown Caller: Should I come over now?

10:29am, Feb 12 - Camila: Wanna rest? U can

10:29am, Feb 12 - Unknown Caller: Only if with you

10:30am, Feb 12 - Camila: Ok

10:30am, Feb 12 - Camila: Come

3:23pm, Feb 12 - Unknown Caller: I need you to move out of there ASAP.

3:24pm, Feb 12 - Camila: Please don't interpret our last conversation as me giving up. What did I say?

3:25pm, Feb 12 - Camila: I am not giving up. Why are you?

3:25pm, Feb 12 - Unknown Caller: Because of how you are. You scare me.

GX 302 - 103

# A686

3:26pm, Feb 12 - Camila: You don't get scared. What do you claim scares you?

3:27pm, Feb 12 - Unknown Caller: You act with little conscience. You dont see it as a problem or notwon't admit it. You're very prideful.

3:28pm, Feb 12 - Unknown Caller: Even if I never existed, to do the things you do scares me.

3:29pm, Feb 12 - Unknown Caller: No I don't scare easily.

3:30pm, Feb 12 - Camila: Interesting thought. I think.if you never existed none of this would be a problem...

3:30pm, Feb 12 - Camila: I am trying to do what's right here

3:30pm, Feb 12 - Unknown Caller: Not true. If I were coaching someone and heard this it would be chilling.

3:31pm, Feb 12 - Camila: You really want me to be that horrible person you made up in your mind. You are wrong

3:31pm, Feb 12 - Unknown Caller: Chilling.

3:32pm, Feb 12 - Camila: Yeah. You can say that to anything anyone says and it is very powerful with very little backup

3:33pm, Feb 12 - Camila: Like saying something is evil

3:33pm, Feb 12 - Camila: Or a cult

3:34pm, Feb 12 - Unknown Caller: Please move out.

3:34pm, Feb 12 - Unknown Caller: Sadly, I am correct.

3:35pm, Feb 12 - Camila: Please don't assume anything in my tone. I am trying to do the right thing.

3:35pm, Feb 12 - Unknown Caller: No. You are very far away from that. I believe it is beyond you.

3:36pm, Feb 12 - Camila: I can and will move out but I don't want you to think that I am bad, scary, or anything you are thinking I am

3:35pm, Feb 12 - Unknown Caller: Move out.

3:36pm, Feb 12 - Camila: Immature, maybe

3:36pm, Feb 12 - Camila: No, definitely immature

3:36pm, Feb 12 - Unknown Caller: No. And I need to act accordingly.

3:36pm, Feb 12 - Unknown Caller: Immature do not do these things.

3:36pm, Feb 12 - Camila: Since when do you lose hope in people?

3:37pm, Feb 12 - Unknown Caller: When they damage too much and demonstrate they won't change, can't chamge or are too prideful to change.

3:38pm, Feb 12 - Unknown Caller: I am responsible to many others.

3:40pm, Feb 12 - Camila: What are you doing? What am I missing? This seems to be the worst thing you can do to a human being- to pass a verdict such as this, specially when you are wrong, specially when there was hope

3:44pm, Feb 12 - Unknown Caller: This is the hardest and harshest thing for me to do. It is the last ethical resort. I am not wrong about my verdict with respect to my process. That is what counts. My process might be imperfect. But the mistakes are outweighed by the right thing to do. If I were wrong about you, you would be saying and doing far different things.

3:55pm, Feb 12 - Unknown Caller: It seems everything you are doing is supporting this verdict. Not saying something is one of those things.

3:56pm, Feb 12 - Camila: I am researching methods

3:56pm, Feb 12 - Unknown Caller: Methods of?

3:56pm, Feb 12 - Camila: To die

3:57pm, Feb 12 - Camila: Of what you say is true and there is no hope, then there is no point for me to be around

3:57pm, Feb 12 - Camila: I can't put others in danger

3:57pm, Feb 12 - Unknown Caller: More of the same response. You'd rather die than do the right things or break your pride. Breaking your pride at this point would be assuming you are wrong completely.

3:58pm, Feb 12 - Unknown Caller: You won't.

4:06pm, Feb 12 - Unknown Caller: You are also scary because of your suicide threats.

4:07pm, Feb 12 - Unknown Caller: You would rather do that then say the humble things necessary to right the wrongs.

4:09pm, Feb 12 - Camila: I did. I try. If I didn't care I would have just left and done whatever I wanted. I am doing what you want. Yet I am still scary and unconscionable and a danger to others. Your threats of taking Gaelyn away from me are just as scary

## A687

4:09pm, Feb 12 - Unknown Caller: Chilling.

4:09pm, Feb 12 - Unknown Caller: Pride instead of humility.

4:10pm, Feb 12 - Camila: You won't have to worry about me.

4:11pm, Feb 12 - Unknown Caller: Prideful suicide is the opposite of being humble. I was still trying to give you chances?!

4:11pm, Feb 12 - Unknown Caller: You can't even take them without pride.

4:14pm, Feb 12 - Unknown Caller: Nothing? Even the chance of the chance and you won't drop your pride.

4:17pm, Feb 12 - Camila: That is not what this is about. What do you want me to say? At any point you can turn around and say the awful things you tell me even if I am trying

4:18pm, Feb 12 - Unknown Caller: You should know me better and if you don't, I can't help you because you won't trust me enough or don't have the basic compacity to see me.

4:19pm, Feb 12 - Unknown Caller: This is about your pride, conscience, and decision making.

4:24pm, Feb 12 - Unknown Caller: I am was doing my best. Your "scary" and "chilling"comments were uncalled for. You have played with my life with little regard. How did you think that would affect me????

4:24pm, Feb 12 - Camila: It doesn't matter now

4:26pm, Feb 12 - Unknown Caller: If Gaelyn mattered. It would matter. And you would change, not blame.

4:28pm, Feb 12 - Unknown Caller: If you are actually serious about commuting suicide it would be the most hurtful thing to him. If you really cared for him and his pain you wouldn't.

4:29pm, Feb 12 - Camila: You are saying that because of me he is never coming back.

4:30pm, Feb 12 - Unknown Caller: You will never let me see him again

4:32pm, Feb 12 - Unknown Caller: Fix yourself so you can have him. The ONLY way to do that is to admit you are wrong and break your pride. You said the other day you saw your pride and maybe you were completely wrong. Don't let that pride take you away from gaelyn forever.

4:34pm, Feb 12 - Camila: What?
I am only doing this because you said there was no hope. I have been working on my pride, rebuilding my love.... And I'm still scary, chilling and there is no hope for me. I am a danger to others

4:35pm, Feb 12 - Camila: That is what you said. If that is not true, how dare you mess with my life that way. If it is true, I need to remove myself

4:45pm, Feb 12 - Unknown Caller: That's ridiculous. You either stop the drama and remove your pride or not. Show me you can, and will, and your know you're wrong.

4:59pm, Feb 12 - Unknown Caller: Well?

5:00pm, Feb 12 - Camila: I know I am wrong.

5:01pm, Feb 12 - Unknown Caller: Then prove it to me and kill your pride now.

5:15pm, Feb 12 - Unknown Caller: ?

5:19pm, Feb 12 - Unknown Caller: I want to stop hating you

5:19pm, Feb 12 - Camila: I loved you so much

5:20pm, Feb 12 - Camila: I resent you so much now

5:22pm, Feb 12 - Unknown Caller: Resentment comes from pride and only pride.

5:23pm, Feb 12 - Unknown Caller: Mature, humble, people do not resent. This should be a sure sign to you, from you, you need to change now.

5:24pm, Feb 12 - Camila: I thought I just said that

5:25pm, Feb 12 - Unknown Caller: Love me as much as you did.

5:26pm, Feb 12 - Camila: I was/am headed there

5:26pm, Feb 12 - Unknown Caller: If you stop blaming, you will not be angry.

5:35pm, Feb 12 - Unknown Caller: ?

5:36pm, Feb 12 - Camila: Yes. I want to be good

5:38pm, Feb 12 - Unknown Caller: Then do it. You haven't even recognized this is a day of pain for me too. It's the day I lost my little boy. And we've spent it dealing with you, and your saying you're going to end it all. You don't have compassion for me. Did you read the compassion site I sent?

5:48pm, Feb 12 - Unknown Caller: ?

5:50pm, Feb 12 - Camila: I know it is a day of pain. Why do you think I cleared everything? Why do you think we were together?

5:51pm, Feb 12 - Unknown Caller: That's not addressing what I said. It is also possible (and you said it) you cleared the day for you so you could isolate. We were together because I pushed.

5:52pm, Feb 12 - Camila: True. But I agreed because it was important and I recognize it is also a hard

# A688

day for you
5:53pm, Feb 12 - Unknown Caller: If you had compassion I wouldn't have had to even ask.
5:53pm, Feb 12 - Unknown Caller: To you read the resources I sent on compassion? I wish I never had to ask twice.
5:54pm, Feb 12 - Unknown Caller: Did
5:58pm, Feb 12 - Camila: Hi honey, I had not seen any of the messages you had sent before you.came over
6:00pm, Feb 12 - Unknown Caller: This sounds like a different voice... Is that an old message or a different you?
6:01pm, Feb 12 - Camila: I saw a message that moved me
6:01pm, Feb 12 - Unknown Caller: I saw that message and started to cry.
6:01pm, Feb 12 - Camila: About Gaelyn
6:01pm, Feb 12 - Unknown Caller: Which one?
6:02pm, Feb 12 - Camila: I haven't read them all.
6:02pm, Feb 12 - Camila: One that Clare sent you
6:02pm, Feb 12 - Camila: And you said I was a good mom to him
6:03pm, Feb 12 - Unknown Caller: It was very thoughtful. Yes i thought you were. Clare has seen a few of the very bad things that I have withstood for Gaelyn.
6:03pm, Feb 12 - Unknown Caller: Vicious and cruel.
6:04pm, Feb 12 - Unknown Caller: Like when the police handled me.
6:05pm, Feb 12 - Camila: ?
6:06pm, Feb 12 - Unknown Caller: The r. thing was going on. There is a lot you don't know.
6:19pm, Feb 12 - Unknown Caller: ?
6:20pm, Feb 12 - Camila: I am sorry. I didn't realize you texted
6:20pm, Feb 12 - Unknown Caller: I wish you stayed attentive to this.
6:21pm, Feb 12 - Camila: What happened?
6:21pm, Feb 12 - Unknown Caller: When?
6:21pm, Feb 12 - Camila: With the police
6:23pm, Feb 12 - Unknown Caller: I don't want to go into it now, but I've been questioned, and had to hire a top criminal defense attorney overnight.
6:23pm, Feb 12 - Unknown Caller: Is wasn't nice.
6:23pm, Feb 12 - Camila: How come?
6:23pm, Feb 12 - Unknown Caller: That's just one instance.
6:24pm, Feb 12 - Camila: When uou reported it?
6:27pm, Feb 12 - Unknown Caller: No later as I fought...
6:39pm, Feb 12 - Unknown Caller: I am going to have to deal with a few thing shortly. Do you have anything to say? Have you read the material? Not having you since Gaelyn left is sad beyond description. It is bad enough how so many people treat me directly with hate...
6:39pm, Feb 12 - Unknown Caller: To have my love do it for the only place I thought was safe killed me.
6:41pm, Feb 12 - Camila: I'm still digging through myself. That is sad
6:53pm, Feb 12 - Unknown Caller: What is sad?
6:54pm, Feb 12 - Camila: Your life. Your loneliness
6:56pm, Feb 12 - Unknown Caller: You were the thing that changed it for me... And changed it back with r. and subsequent behaviors.
6:59pm, Feb 12 - Unknown Caller: What do you mean, "digging through yourself?"
7:01pm, Feb 12 - Camila: My conscience, old feelings, and objectivity
7:02pm, Feb 12 - Unknown Caller: What do you find?
7:07pm, Feb 12 - Unknown Caller: Look at the compassion stuff and test. Ask yourself how you've been with me since r. Also, I wish you could understand what your being at volleyball meant to me, so so much. And think about what you've done with it. It hurts so much to play. I contemplated quitting. The ghost of you being there for me is such a death. The thought of your being there in betrayal is even worse.
7:08pm, Feb 12 - Camila: Can I ever earn it back?
7:09pm, Feb 12 - Unknown Caller: How? I'm open for suggestions. But how could you make it better and not a reminder of betrayal and have Jim not think you ever liked him like that. How could be there only for me as you agreed?
7:13pm, Feb 12 - Camila: There are things that I don't get in how you feel. Things that contradict how I

# A689

thought you felt about me, and things that differ with how I experienced love with you

7:13pm, Feb 12 - Camila: I would like to understand....

7:13pm, Feb 12 - Camila: But I.don't right now

7:13pm, Feb 12 - Unknown Caller: Ask me.

7:17pm, Feb 12 - Unknown Caller: ?

7:17pm, Feb 12 - Camila: I don't know if you remember but I was willing to let you go for kristanna when I thought you had something for her. I couldn't stomach the idea of keeping you so I could feel loved when it meant your happiness. That is how much I loved you...

At the beginning of all the this, I was in awe of you for wanting to step down for r. I thought you cared about my experience of life.....

7:18pm, Feb 12 - Camila: Can't uou see I'm typing?

7:18pm, Feb 12 - Camila: I'm not done...

7:18pm, Feb 12 - Unknown Caller: Not always about typing.

7:20pm, Feb 12 - Camila: I have a hard time trying you on because what you express even with your pain about volleyball implies that that wasn't true. And the only way I can make that make sense is by there being an element of possessiveness or something I don't quite understand

7:20pm, Feb 12 - Camila: That is not pure love I see

7:20pm, Feb 12 - Camila: I don't understand it

7:21pm, Feb 12 - Unknown Caller: I need you to look at this in cause... Give me a minute...

7:43pm, Feb 12 - Camila: ?

7:44pm, Feb 12 - Unknown Caller: When the thing with r. happened you still do not get the magnitude of the loss. If for only my pain, the easiest thing would have been, by far, to walk away. I have done this many times and even with some people you know and dont realize. I have done that every time time in my life. But in our case there were several differences beyond me. It took me a time to contemplate these things back then. 1. There was Gaelyn and your relationship 2. Your repeated breaking of your word and misjudgements 3. Your demonstrated lack of compassion of breaking your word. If I left: 1. I could not let you be with Gaelyn with those demonstrated traits (there is a lot to this) 2). You were delusional in my opinion. 3. You would abandon compassion for pride long-term if you weren't afforded the opportunity to heal. So I did give you that.

Volleyball was supposed to be for you to show me you choose me over everyone and you would support me emotionally. I pushed your sister away from volleyball to do this. The only way I could justify this loyalty was to be loyal to the purpose of your being there: to learn compassion and conscience so you could earn seeing Gaelyn. You agreed you would be my biggest fan and be there for me and me alone. You needed to be compassionate to me. What you did goes against this fiber and loyalty. Even if I didn't exist, to do the r. thing and then do the Jim thing without telling him so he and Esther could assess what it would be like for you to be involved with her son and then her lover was callous and inconsiderate. That does even include my relationship with Jim or volleyball. How can someone so narrow focussed and inconsiderate be a good model? Especially if they try to defend their actions at all. This is just part of the problem... I hope you see so we can go forward?

7:47pm, Feb 12 - Unknown Caller: If I did what you wanted I could not let you see Gaelyn.

7:47pm, Feb 12 - Camila: No no no. This you decided after many months....

7:47pm, Feb 12 - Camila: At the beginning there wasn't even.mention of this

7:47pm, Feb 12 - Unknown Caller: What I decided after many months?

7:47pm, Feb 12 - Camila: Yes

7:49pm, Feb 12 - Unknown Caller: I didn't mention it because you had to be motivated by what was right, not getting to see Gaelyn or else you did not have appropriate character to see Gaelyn. That's the problem now also.

7:50pm, Feb 12 - Unknown Caller: I can't tell you everything because you had demonstrated you abused it.

7:51pm, Feb 12 - Camila: You also keep talking about a family. It seems to.me like you are still holding on to that. I can't understand you. I keep trying to make sense of it. The best most compassionate way is that you lost a lot and don't want to admit defeat. I could understand that...

7:53pm, Feb 12 - Camila: The volleyball doesn't make sense in the way you described it because then what you had said for years about you letting me go because you loved me was not true

7:58pm, Feb 12 - Unknown Caller: Both of these things are examples above. You do not understand

# A690

compassion, so you do not understand doing for you partner even though you will never gain and it rips you. After r. I did these things truly for you. My pain will exist either way but more this path. If you can't swallow your pride and explain this to me how it is pure love and you are wrong. I can't give you any more chances. Compassion is beyond you. I told you even back then if you understood why I do this you would cry. Show my you can swallow your pride short range first.

7:59pm, Feb 12 - Unknown Caller: Your next response, or lack thereof, will determine if I try to let you earn things back or go now.

8:00pm, Feb 12 - Camila: Compassion is not beyond me, that is a horrible thing to say... I really want to understand you. I am just saying I don't at the moment

8:00pm, Feb 12 - Camila: I want to feel why and how or even what you are doing

8:01pm, Feb 12 - Camila: I might not have compassion for it yet but don't say it is beyond me, that's awful

8:01pm, Feb 12 - Unknown Caller: Your last text honors pride not humility

8:02pm, Feb 12 - Camila: I am sorry. I am trying to understand you

8:02pm, Feb 12 - Camila: You are telling me I don't care or can't. I am telling I want to

8:02pm, Feb 12 - Unknown Caller: Show me how that text honors pride and what you should have said:

8:03pm, Feb 12 - Unknown Caller: " I might not have compassion for it yet but don't say it is beyond me, that's awful"

8:03pm, Feb 12 - Unknown Caller: Show me the pride

8:08pm, Feb 12 - Unknown Caller: ? This is taking too long or your not checking the thread...

8:09pm, Feb 12 - Camila: Because I'm entitled? Because I don't deserve any slack from you?

8:10pm, Feb 12 - Unknown Caller: Start by using you past text: I might not have compassion for it yet but don't say it is beyond me, that's awful

8:11pm, Feb 12 - Camila: Yes, that's what I did

8:14pm, Feb 12 - Unknown Caller: No you didnt

8:15pm, Feb 12 - Camila: Because I'm entitled? Because I don't deserve any slack from you?

8:15pm, Feb 12 - Unknown Caller: Show me how it's not at all awful but true and important to say:

8:16pm, Feb 12 - Camila: To say that there is no hope for someone??? You don't think that is awful?

8:17pm, Feb 12 - Unknown Caller: Not saying that but even so, from a compassionate soul, it's not aweful, especially if true or if needs to be said to wake up a prideful soul. If the intent is pure how could it be sweful?

8:17pm, Feb 12 - Unknown Caller: ?

8:19pm, Feb 12 - Unknown Caller: I am running out of time.

8:20pm, Feb 12 - Unknown Caller: I do not want to call you again. I need you attentive or I will forget it because it is not important enough to you.

8:21pm, Feb 12 - Unknown Caller: ?

8:23pm, Feb 12 - Unknown Caller: This is it then. You are still not here. You have not responded. You don't care enough.

8:35pm, Feb 12 - Camila: Phone was dying. Plugged now

8:40pm, Feb 12 - Unknown Caller: I am almost out of time. Explain what I said about your quote. You need to think your behavior is aweful and that there are no words bad enough.

8:42pm, Feb 12 - Camila: I guess because of what you just said

8:42pm, Feb 12 - Camila: I should think I'm awful

8:42pm, Feb 12 - Camila: And that there are no words bad enough to describe myself

8:42pm, Feb 12 - Unknown Caller: That's the nature of having a conscience. A conscience is not defensive. YOU DO NOT THINK BADLY ENOUGH ABOUT YOUR ACTIONS. <= important not yelling.

8:43pm, Feb 12 - Camila: I don't think we are understanding each other

8:43pm, Feb 12 - Unknown Caller: If you don't think your actions are that bad you will do them again... And you do...

8:43pm, Feb 12 - Camila: I get what you are saying. What you understood from what I said is not what I meant

8:44pm, Feb 12 - Unknown Caller: What did you mean? "I might not have compassion for it yet but don't say it is beyond me, that's awful" <=it's not aweful, it's not harsh enough is what a humble person thinks.

8:46pm, Feb 12 - Unknown Caller: You should say, "omg, I am so sorry! I will prove to you and me it is not beyond me. I know it seems that way, and it scares the Shit out of me! What can I do, anything?!"

8:49pm, Feb 12 - Camila: I wouldn't say it the way you did. I'm sorry I font sound like you but that is what I meant. I am not trying to lessen my actions. I want to change them

# A691

8:49pm, Feb 12 - Unknown Caller: You would say, "what I did was unconscionable I will do whatever is necessary."

8:50pm, Feb 12 - Unknown Caller: Which part of the first thing I wrote would you write differently? I ended up writting it, but I had asked you and you didn't write anything.

8:51pm, Feb 12 - Unknown Caller: The worse you characterize you actions the better you are. People of conscience can see the darkest evil in the smallest infractions. You do the opposite.

8:54pm, Feb 12 - Unknown Caller: Since r., you have yet to show me just how bad your actions are.

8:55pm, Feb 12 - Unknown Caller: If you are to stay trying, you may have to free up time tomorrow outside of 1-3pm...

8:55pm, Feb 12 - Camila: I am a monster, I am abusive and heartless

8:56pm, Feb 12 - Camila: Can I still join ethicist?

8:56pm, Feb 12 - Unknown Caller: But your not showing me that and what it means. A moment ago you were defending it.

8:56pm, Feb 12 - Camila: What?

8:56pm, Feb 12 - Unknown Caller: Now you are asking me for help before even resolving it.

8:57pm, Feb 12 - Camila: Ok, then. No help

8:57pm, Feb 12 - Unknown Caller: That's pride again

8:57pm, Feb 12 - Camila: No. I'm just accepting what you are saying

8:57pm, Feb 12 - Unknown Caller: It's the way you do it.

8:58pm, Feb 12 - Camila: It's the tone you assume in what I say

8:58pm, Feb 12 - Unknown Caller: You don't even acknowledge wrong.

8:58pm, Feb 12 - Unknown Caller: No. The words and order of communication.

9:02pm, Feb 12 - Unknown Caller: You say the words, but when they come up in reality to don't walk the walk. You are not acting like someone who believes they are a monster, abusive, and heartless.

9:08pm, Feb 12 - Unknown Caller: You actions are these things. If you accept them at all and don't make those actions your evil, then you are those things. You accept the verdict of your actions upon your selfhood...

9:08pm, Feb 12 - Camila: Oh no. I am not accepting them. I will prove you wrong.... In a good way

9:09pm, Feb 12 - Unknown Caller: Now.

9:13pm, Feb 12 - Unknown Caller: ?

9:14pm, Feb 12 - Unknown Caller: Tomorrow's schedule?

9:19pm, Feb 12 - Camila: Kids 10-1

9:20pm, Feb 12 - Unknown Caller: Ideally you would change that in case I can be available to work some of this out.

9:33pm, Feb 12 - Unknown Caller: ?

9:42pm, Feb 12 - Unknown Caller: Say something? Do something? Don't be unresponsive... I also need to figure out ethicist.

9:49pm, Feb 12 - Camila: I am here

9:50pm, Feb 12 - Unknown Caller: Is 10-1 open?

9:53pm, Feb 12 - Unknown Caller: ???

9:54pm, Feb 12 - Camila: No

9:55pm, Feb 12 - Unknown Caller: Make it so if possible. It's important to me.

9:57pm, Feb 12 - Camila: I tried. Christine is a proctor and does proctor duties. I need more time in advance so she can find other childcare. They both work

9:57pm, Feb 12 - Unknown Caller: Can someone substitute?

9:58pm, Feb 12 - Camila: Lucy could but Christine doesn't want that because it means having a shared session with another kid

10:13pm, Feb 12 - Unknown Caller: Try something.

10:29pm, Feb 12 - Unknown Caller: ?

10:36pm, Feb 12 - Camila: I am so sorry. I couldn't. I tried moving it but she made commitments and James is working, too

10:45pm, Feb 12 - Unknown Caller: Can Lucy or someone? Samantha? Anna?

10:57pm, Feb 12 - Unknown Caller: Did you figure anything out? Can you stay up late?

10:57pm, Feb 12 - Unknown Caller: You're home yes?

10:58pm, Feb 12 - Camila: Yes

10:58pm, Feb 12 - Unknown Caller: Figure a way?

# A692

10:58pm, Feb 12 - Camila: No :(
10:58pm, Feb 12 - Unknown Caller: Get rid of all pride?
11:00pm, Feb 12 - Camila: I font know but getting better, I think
11:00pm, Feb 12 - Unknown Caller: Read the compassion stuff?
11:00pm, Feb 12 - Unknown Caller: Stay strongly awake for me
11:51pm, Feb 12 - Unknown Caller: ?
11:51pm, Feb 12 - Unknown Caller: Stay up another hour
11:52pm, Feb 12 - Camila: Ok
12:41am, Feb 13 - Unknown Caller: Are you still awake?
12:42am, Feb 13 - Camila: Yes
12:42am, Feb 13 - Unknown Caller: How awake?
12:42am, Feb 13 - Camila: Going down very soon
12:42am, Feb 13 - Unknown Caller: Would you rather me wake you later or in the morning?
12:43am, Feb 13 - Camila: Up to you. I'm ok with either
12:44am, Feb 13 - Unknown Caller: I might be able to be there in 15 minutes or so... Although I'm not sure yet... How are you towards me?
12:44am, Feb 13 - Camila: Open
12:44am, Feb 13 - Unknown Caller: That sounds good... Possibly in a few ways... But what do you mean?
12:54am, Feb 13 - Unknown Caller: You dropped off before answering...
12:56am, Feb 13 - Unknown Caller: What happened? I'm trying to see you? You dropped off and won't respond?
12:56am, Feb 13 - Unknown Caller: I called
1:01am, Feb 13 - Unknown Caller: ?
1:02am, Feb 13 - Unknown Caller: When I call your phone it goes online but you don't respond. I suspect it's just the phone picking up and your asleep. I hope.
1:28am, Feb 13 - Unknown Caller: I just called and waited until voicemail... This time you didn't come online...
4:51am, Feb 13 - Camila: I'm sorry. Please finish what you were saying
4:52am, Feb 13 - Unknown Caller: First show me you know how prideful you are being and show me you reject that.
4:53am, Feb 13 - Camila: I'm sorry I interrupted with your pride
4:53am, Feb 13 - Camila: Sure, it is my need yo be right and not listen
4:53am, Feb 13 - Unknown Caller: My pride?
4:54am, Feb 13 - Camila: Yes
4:54am, Feb 13 - Camila: Sorry
4:54am, Feb 13 - Camila: My*
4:54am, Feb 13 - Camila: With my
4:55am, Feb 13 - Camila: Sorry, that was supposed to be: sorry I.interrupted you with my pride
4:58am, Feb 13 - Unknown Caller: Why are you being prideful when I am hurting so much just to do this? I even offered you someone like Dani to help... She is the best way for you to overcome this... But you won't... I also offered Karen, Lauren, Nancy they haven't quite this particular experience and they are closer to me so I figured you would want more distance and someone who could do some of the deeper explorations in Spanish.
5:00am, Feb 13 - Unknown Caller: It really should be that you are not and cannot be angry at me at all. That is right. And you should project on me as you would Gaelyn or better as far as innocence.
5:01am, Feb 13 - Camila: I understand
5:02am, Feb 13 - Unknown Caller: So what are you going to do now?
5:03am, Feb 13 - Camila: I am going to work on removing my anger and build compassion
5:03am, Feb 13 - Unknown Caller: How will you be by tomorrow afternoon?
5:03am, Feb 13 - Camila: Well see
5:04am, Feb 13 - Unknown Caller: Would making love now help or hurt?
5:04am, Feb 13 - Camila: Hurt
5:04am, Feb 13 - Unknown Caller: Sad but fine.
5:04am, Feb 13 - Camila: I'll be more compassionate by tomorrow
5:04am, Feb 13 - Unknown Caller: It means you're further away than hoped.
5:05am, Feb 13 - Unknown Caller: To be compassionate at all there can be no anger.

# A693

5:05am, Feb 13 - Camila: I understand

5:06am, Feb 13 - Unknown Caller: I'll either see you in a few hours or more like 2 hopefully. If the 10 - 1 things changes let me know.

5:07am, Feb 13 - Unknown Caller: You need to understand how painful it is to try to help as I am and be met with out of cause anger.

5:07am, Feb 13 - Unknown Caller: I don't deserve the anger. You should turn that anger on yourself if at all.

5:08am, Feb 13 - Unknown Caller: If you realized what you've been doing, and who I really was to you, you would be very angry at yourself at first.

9:57am, Feb 13 - Unknown Caller: I will be there a little after 11 to nap and then I will need to leave and come back around 2...

11:07am, Feb 13 - Unknown Caller: Still stuck... I may have to come at 2... I'm sorry!

2:57pm, Feb 13 - Camila: I do love you. I just have to dig it out

2:58pm, Feb 13 - Unknown Caller: Ok... I'm just trying my best... No matter how good that is it is not perfect... I am very hurt...

4:20pm, Feb 13 - Unknown Caller: I'm sorry for this clarification: although it is hard to say precisely that you can do anything to bring Gaelyn back now, you can optimize efforts. It is important you feel even more than that though, for in the past, when it would have definitely made a difference, you weren't there. It is important for you to build this conscience. I have been alone fighting a war for a year to bring him back. I wanted so much for you to be there with me, at my side, fighting.

4:21pm, Feb 13 - Camila: Thank you for.the clarification

4:22pm, Feb 13 - Unknown Caller: That sounds cold. I am crying.

4:22pm, Feb 13 - Camila: Not cold. I appreciate it

4:23pm, Feb 13 - Camila: It is very honest. Thank you

4:23pm, Feb 13 - Unknown Caller: Ok... Sorry I'm just hurting.

4:23pm, Feb 13 - Camila: I know. I feel bad for your hurt

4:23pm, Feb 13 - Unknown Caller: Hurt as I do...

4:24pm, Feb 13 - Camila: Yes

4:24pm, Feb 13 - Unknown Caller: Text me today to keep me company and inform me of how things are changing...

4:28pm, Feb 13 - Unknown Caller: We also need to decide ethicist. Ideally very soon so there is less to catch up.

4:59pm, Feb 13 - Unknown Caller: ?ðŸˆ¢

4:59pm, Feb 13 - Camila: 'Sup?

6:06pm, Feb 13 - Camila: <Media omitted>

6:06pm, Feb 13 - Camila: You left me horrible marks. It looks like I was beaten up

6:46pm, Feb 13 - Unknown Caller: Maybe a good reminder? When's you friendship? Who's in it?

7:02pm, Feb 13 - Unknown Caller: ?

7:03pm, Feb 13 - Camila: The photo makes it look nice, even pretty. In reality it looks big and nasty and like I was choked or grabbed really bad

7:04pm, Feb 13 - Camila: Friendship at 8:30, Lucy, Michelle, Kayla

7:04pm, Feb 13 - Unknown Caller: Did it feel good as I fucked you?

7:04pm, Feb 13 - Camila: Yes

7:05pm, Feb 13 - Unknown Caller: So it's really a question of when you want me to fuck you again?

7:06pm, Feb 13 - Camila: Yeah, but maybe ease up on the grab-you-by-the-neck-like-prey action. Yes?

7:07pm, Feb 13 - Unknown Caller: Mine.

7:08pm, Feb 13 - Camila: Lol

7:08pm, Feb 13 - Unknown Caller: How's your stomach juice?

7:08pm, Feb 13 - Unknown Caller: When?

7:09pm, Feb 13 - Camila: I showered

7:09pm, Feb 13 - Unknown Caller: No good.ðŸˆž should have kept that dry.

7:09pm, Feb 13 - Unknown Caller: When?

7:10pm, Feb 13 - Camila: I was going to say tomorrow but I am super sore

7:14pm, Feb 13 - Unknown Caller: Sore can actually be good... sometimes... Your throat... Maybe other things... Make your pussy ready...

7:14pm, Feb 13 - Unknown Caller: More...

# A694

7:15pm, Feb 13 - Camila: Too sore is not good

7:16pm, Feb 13 - Unknown Caller: Yes. Heal it. Did you especially like my penis?

7:17pm, Feb 13 - Camila: Sexy phrasing...

7:18pm, Feb 13 - Unknown Caller: Sarcasm or not?

7:19pm, Feb 13 - Camila: A little..... It wasn't too hot

7:19pm, Feb 13 - Camila: But your cock was great

7:20pm, Feb 13 - Unknown Caller: I wish you had made it hot. I was trying. It is not simple for me and very painful. I ventured out and was vulnerable.

7:21pm, Feb 13 - Camila: Sorry. I do appreciate it... I'll take it

7:22pm, Feb 13 - Unknown Caller: Take it where?

7:23pm, Feb 13 - Unknown Caller: ?

7:25pm, Feb 13 - Camila: Hahaha

7:25pm, Feb 13 - Camila: Funny

7:25pm, Feb 13 - Unknown Caller: That depends on you answer... ???

7:26pm, Feb 13 - Unknown Caller: Where?

7:28pm, Feb 13 - Camila: Ha. Not your penis! Your answer

7:37pm, Feb 13 - Unknown Caller: Where for my penis?

7:39pm, Feb 13 - Camila: I wish I could take it to vball

7:39pm, Feb 13 - Camila: Sorry I fucked that up

7:40pm, Feb 13 - Unknown Caller: Take what to vball?

7:41pm, Feb 13 - Unknown Caller: ?

7:43pm, Feb 13 - Camila: Your penis

7:44pm, Feb 13 - Unknown Caller: If you came up with the appropriate actions and penance you could come. I've been waiting for you to suggest how to fix what you did.

7:44pm, Feb 13 - Camila: Ok

7:45pm, Feb 13 - Camila: Let me think

7:48pm, Feb 13 - Unknown Caller: It has to bring things back. You shouldn't have been at all interested so an appropriate penance would make it so you are not at all interested. You need to know this, I need to know this, he needs to know this. He should know you were never interested that way and it wasn't what it seemed. It also has to be severe enough that you could never allow yourself to be interested in another again until quite a time after we are no longer.

7:49pm, Feb 13 - Unknown Caller: Proudly wearing your hickies are helpful in general.

8:04pm, Feb 13 - Unknown Caller: ?

8:07pm, Feb 13 - Camila: I'm feeling like I want you

8:07pm, Feb 13 - Camila: It is scary

8:18pm, Feb 13 - Unknown Caller: It good it's scary...

10:50pm, Feb 13 - Unknown Caller: Still want me? What are you going to do to get me ASAP...

11:01pm, Feb 13 - Unknown Caller: ?

11:08pm, Feb 13 - Camila: First, desire you

11:09pm, Feb 13 - Camila: Then, make my pussy yours

11:16pm, Feb 13 - Unknown Caller: Are you free 9-1pm tomorrow?

11:17pm, Feb 13 - Camila: Yes

11:23pm, Feb 13 - Unknown Caller: Song that sorta applies: Right back where we started from, by Maxine nightingale...

11:24pm, Feb 13 - Camila: U at vball now?

11:24pm, Feb 13 - Unknown Caller: Yes... Why?

11:25pm, Feb 13 - Camila: ðŸ˜¢

11:25pm, Feb 13 - Camila: I miss it

11:24pm, Feb 13 - Unknown Caller: ðŸ™

11:25pm, Feb 13 - Unknown Caller: I miss you here!

11:25pm, Feb 13 - Camila: Do you ever mention my name there?

11:25pm, Feb 13 - Unknown Caller: Did you come up with a plan?

11:25pm, Feb 13 - Camila: Almost

11:25pm, Feb 13 - Unknown Caller: So far?

11:26pm, Feb 13 - Camila: Not yet...

11:26pm, Feb 13 - Camila: Not ready

# A695

11:26pm, Feb 13 - Camila: Do you ever mention my name there?
11:27pm, Feb 13 - Unknown Caller: Lightly... It hurts me so much to directly...
11:27pm, Feb 13 - Unknown Caller: You are missed.
11:27pm, Feb 13 - Camila: How do you explain my absence?
11:27pm, Feb 13 - Unknown Caller: No needed yet... Help!
11:28pm, Feb 13 - Camila: I miss it so much
11:29pm, Feb 13 - Unknown Caller: I wish you missed being mine and only my cheerleader... That's what would be as it is supposed to be...
11:30pm, Feb 13 - Unknown Caller: Yes?
11:31pm, Feb 13 - Camila: I do.
1:05am, Feb 14 - Unknown Caller: Hmmm....
1:06am, Feb 14 - Unknown Caller: Anything new?
1:06am, Feb 14 - Camila: ?
1:06am, Feb 14 - Unknown Caller: Just a minute in between... Looking for texts...
1:06am, Feb 14 - Camila: Just wondering what it's like at vball...
1:06am, Feb 14 - Camila: ðŸ˜¢
1:07am, Feb 14 - Unknown Caller: ðŸ""
1:07am, Feb 14 - Unknown Caller: More plan?
1:07am, Feb 14 - Camila: Not ready...
1:08am, Feb 14 - Camila: What is vball like???
1:08am, Feb 14 - Unknown Caller: Have you been working diligently on it to the absolute exclusion of all else? Is it that important?
1:08am, Feb 14 - Camila: Yes
1:08am, Feb 14 - Unknown Caller: Vball is empty for me without you.
1:09am, Feb 14 - Camila: Except I did shower
1:09am, Feb 14 - Unknown Caller: I won't let it be different.
2:04am, Feb 14 - Camila: How many more games?
2:35am, Feb 14 - Unknown Caller: Done now.
3:54am, Feb 14 - Unknown Caller: Btw... Happy Valentine's day my love...
3:54am, Feb 14 - Unknown Caller: â•¤
3:55am, Feb 14 - Unknown Caller: ðŸ˜˜
12:15pm, Feb 14 - Unknown Caller: ðŸ˜˜
12:17pm, Feb 14 - Camila: â˜º
12:17pm, Feb 14 - Camila: ðŸ˜˜
12:18pm, Feb 14 - Unknown Caller: ðŸ˜‹
12:18pm, Feb 14 - Camila: ðŸ˜‹
âœŒ?
12:19pm, Feb 14 - Unknown Caller: Love to! When???
12:19pm, Feb 14 - Camila: Ha. Just tell me when
12:19pm, Feb 14 - Unknown Caller: ðŸ˜›ðŸ˜„ðŸ˜'...ðŸŒ‹â›²ðŸ'¦ðŸ˜´
12:20pm, Feb 14 - Camila: That's good...very good
12:21pm, Feb 14 - Unknown Caller: ðŸ'• '<=sorta like when you get excited and red like a ripe peach!
12:21pm, Feb 14 - Unknown Caller: ðŸ'Œ
12:26pm, Feb 14 - Camila: Hahaha
12:36pm, Feb 14 - Unknown Caller: I still smell you...
12:37pm, Feb 14 - Camila: Do I smell good?
12:37pm, Feb 14 - Camila: Where do you smell me?
12:41pm, Feb 14 - Unknown Caller: You smell exquisite and what the smell reminds me of...
12:42pm, Feb 14 - Unknown Caller: On my hands easily...
12:43pm, Feb 14 - Unknown Caller: My body wants more of you and I'm not going to hold it back...
12:57pm, Feb 14 - Unknown Caller: I have one part of my hand I can hold to my face when I am listening or thinking...
1:01pm, Feb 14 - Camila: Hehe
1:06pm, Feb 14 - Unknown Caller: I wish you had some of us on your cheek and elsewhere...
1:39pm, Feb 14 - Unknown Caller: Is the plan ready... ?
1:39pm, Feb 14 - Unknown Caller: Tell me some...

# A696

1:43pm, Feb 14 - Unknown Caller: Are you home?
1:45pm, Feb 14 - Unknown Caller: ?
1:45pm, Feb 14 - Camila: Yes
1:45pm, Feb 14 - Unknown Caller: Plan thoughts?
1:45pm, Feb 14 - Camila: Sorry, I hadn't gotten your texts
1:45pm, Feb 14 - Unknown Caller: Ok... I wish we could figure that out...
1:46pm, Feb 14 - Unknown Caller: Anything you can share?
1:47pm, Feb 14 - Camila: Not ready
1:47pm, Feb 14 - Camila: I'll let you know whrn its ready
1:47pm, Feb 14 - Unknown Caller: Ok... Any estimate?
1:48pm, Feb 14 - Unknown Caller: Btw... I like when you flirt with me...
1:50pm, Feb 14 - Unknown Caller: I'm sorry to keep asking about the plan. Ethicist, volleyball and other things depend on it... And I need additional time... So I'm sorta crunched...
3:03pm, Feb 14 - Camila: Just stopping by to say Hi after readiness
3:03pm, Feb 14 - Camila: ðŸ˜˜
3:25pm, Feb 14 - Camila: Are you okay with me doing a half marathon?
5:27pm, Feb 14 - Camila: Honey bunny?
5:27pm, Feb 14 - Camila: U there?
5:22pm, Feb 14 - Camila: I'm going to startpoint for a bit. Wanna meet with Janie and other ppl
5:22pm, Feb 14 - Camila: Let me know when you want me back
5:22pm, Feb 14 - Camila: Yes?
5:22pm, Feb 14 - Camila: How are you?
6:00pm, Feb 14 - Unknown Caller: It's not good for you to see Jim. This might ruin everything.
6:01pm, Feb 14 - Unknown Caller: Please don't.
6:04pm, Feb 14 - Unknown Caller: Help.
6:05pm, Feb 14 - Unknown Caller: ?
6:05pm, Feb 14 - Unknown Caller: Leave. Don't see him.
6:06pm, Feb 14 - Unknown Caller: Help.
6:06pm, Feb 14 - Unknown Caller: ?
6:06pm, Feb 14 - Camila: Ok, honey
6:06pm, Feb 14 - Camila: I'm here already
6:06pm, Feb 14 - Unknown Caller: Did you interact?
6:07pm, Feb 14 - Camila: I'm going to get my food
6:07pm, Feb 14 - Unknown Caller: Did you interact?
6:07pm, Feb 14 - Camila: And do my meetings
6:07pm, Feb 14 - Camila: And leavr
6:07pm, Feb 14 - Camila: Leave
6:07pm, Feb 14 - Unknown Caller: Did you interact with Jim?
6:08pm, Feb 14 - Camila: No
6:08pm, Feb 14 - Unknown Caller: Please avoid all contact even a look.
6:09pm, Feb 14 - Unknown Caller: Can you and leave ASAP?
6:09pm, Feb 14 - Camila: He's not here
6:10pm, Feb 14 - Unknown Caller: Good. Whew... Then leave ASAP...
6:13pm, Feb 14 - Unknown Caller: I need your plan ASAP...
6:13pm, Feb 14 - Unknown Caller: Please don't run into him...
6:13pm, Feb 14 - Unknown Caller: Don't do you meetings ...
6:24pm, Feb 14 - Unknown Caller: I just realized Jim is likely teaching the 16 day... Did you know this? This is a problem. The situation has not been resolved and you did not tell me. Do not sign up to translate yet. These things could end everything I can't help.
6:24pm, Feb 14 - Camila: I did not know this
6:25pm, Feb 14 - Camila: I haven't commited
6:26pm, Feb 14 - Unknown Caller: I need the pla. Let me see what I can do...
6:26pm, Feb 14 - Unknown Caller: Plan.
6:27pm, Feb 14 - Camila: Yes, ill get you the plan asap
6:28pm, Feb 14 - Camila: I'm feeling good about this. Feeling strong. Feeling close to you. I could just talk to him

# A697

6:28pm, Feb 14 - Unknown Caller: Not yet please.
6:28pm, Feb 14 - Camila: How come?
6:31pm, Feb 14 - Unknown Caller: I'll tell you later.
6:37pm, Feb 14 - Unknown Caller: Are you home ?
6:38pm, Feb 14 - Unknown Caller: ?
6:39pm, Feb 14 - Camila: Plan:
Bring snacks and stuff only for you and no one else.
Not talk to him, even on the volleyball thread.
Not want anyone while I'm with you
6:39pm, Feb 14 - Unknown Caller: Did you know about the 16 day?
6:40pm, Feb 14 - Camila: No, honey. No idea
6:40pm, Feb 14 - Unknown Caller: How will you execute this plan?
6:43pm, Feb 14 - Camila: I first need to deal with jim
6:45pm, Feb 14 - Unknown Caller: What took the time when thinking about this plan?
6:45pm, Feb 14 - Camila: Then I can do the rest
6:45pm, Feb 14 - Unknown Caller: Are you home
6:46pm, Feb 14 - Camila: I wanted to have it written down....
6:46pm, Feb 14 - Camila: I had to pull it on the spot right now
6:46pm, Feb 14 - Camila: I wish it was more complete
6:47pm, Feb 14 - Unknown Caller: Are you home?
6:47pm, Feb 14 - Camila: No
6:47pm, Feb 14 - Camila: I'm looking for a ride
6:47pm, Feb 14 - Unknown Caller: Ok...
6:47pm, Feb 14 - Unknown Caller: Did you know about 16 day?
6:48pm, Feb 14 - Camila: I answered that twice, hun
6:48pm, Feb 14 - Camila: No, I had no idea
6:48pm, Feb 14 - Unknown Caller: Oh... Ok... Sorry!
6:59pm, Feb 14 - Camila: I want to deal with Jim
6:59pm, Feb 14 - Camila: What's the hold up?
7:04pm, Feb 14 - Unknown Caller: What do you belive should be done with Jim?
7:04pm, Feb 14 - Unknown Caller: Believe
7:05pm, Feb 14 - Camila: I need to tell him it will never happen. It was a mistake.
7:09pm, Feb 14 - Unknown Caller: I wish you would just send the letter.
7:09pm, Feb 14 - Unknown Caller: And you didn't really like it.
7:10pm, Feb 14 - Camila: It complicated it too much. I want it to be short and simple
7:10pm, Feb 14 - Camila: Just cut the ties and done
7:10pm, Feb 14 - Unknown Caller: But mental knowledge is important
7:10pm, Feb 14 - Unknown Caller: My version fixed many things.
7:25pm, Feb 14 - Unknown Caller: Are you willing to do it my way? It would make me so happy if you were willing?
7:29pm, Feb 14 - Unknown Caller: ?
7:37pm, Feb 14 - Camila: What is your way?
7:37pm, Feb 14 - Unknown Caller: Btw... It's my 28th with Pam... She is very sad...
7:38pm, Feb 14 - Unknown Caller: Sending the letter I wrote or one similar...
7:40pm, Feb 14 - Camila: I knew it was your anniversary. I didn't know it was 28
7:40pm, Feb 14 - Camila: No. Too complicated
7:43pm, Feb 14 - Unknown Caller: It isn't actually and necessary... What part is too complicated?
7:44pm, Feb 14 - Camila: It complicates the story when it could and should be simple
7:46pm, Feb 14 - Unknown Caller: Ok... Rewrite it... But please take care of all the mental things necessary... Restore my honor... Undo the comments that implied you enjoyed it or actually wanted it...
7:57pm, Feb 14 - Unknown Caller: ?  Btw... I love you!
8:15pm, Feb 14 - Unknown Caller: Are you home? What's up?
8:19pm, Feb 14 - Camila: Not yet
8:19pm, Feb 14 - Camila: It's done
8:19pm, Feb 14 - Unknown Caller: What's done.
8:19pm, Feb 14 - Camila: It was painful..I was not expecting that

# A698

8:19pm, Feb 14 - Unknown Caller: ?
8:19pm, Feb 14 - Unknown Caller: What's done?
8:19pm, Feb 14 - Camila: Jim
8:20pm, Feb 14 - Unknown Caller: It can't be.
8:20pm, Feb 14 - Unknown Caller: We are in trouble if it is.
8:20pm, Feb 14 - Camila: What?????
8:20pm, Feb 14 - Camila: What do you mean?????
8:21pm, Feb 14 - Unknown Caller: Did you send my letter?
8:22pm, Feb 14 - Unknown Caller: I needed to be in the loop. If you saw him you had to tape it. All the mental things control the future.
8:22pm, Feb 14 - Camila: What???
8:22pm, Feb 14 - Camila: What future?
8:23pm, Feb 14 - Camila: Honey, I thought this was what we said
8:22pm, Feb 14 - Unknown Caller: Gaelyn , volleyball, me...
8:23pm, Feb 14 - Camila: I thought we said short and simple
8:23pm, Feb 14 - Camila: That's how it was. Short and simple
8:23pm, Feb 14 - Unknown Caller: You needed to do it as I approved.
8:23pm, Feb 14 - Unknown Caller: Not enough. Does he think you enjoyed the physical stuff?
8:24pm, Feb 14 - Camila: No
8:24pm, Feb 14 - Camila: I said no
8:25pm, Feb 14 - Unknown Caller: So he might think you enjoyed it?
8:25pm, Feb 14 - Unknown Caller: Does he know you lied?
8:26pm, Feb 14 - Unknown Caller: That you have another or more?
8:27pm, Feb 14 - Camila: No
8:28pm, Feb 14 - Camila: Yes, but not quite like that
8:28pm, Feb 14 - Camila: Another what;
8:28pm, Feb 14 - Camila: ?
8:28pm, Feb 14 - Unknown Caller: I'm sorry, I'm having trouble understanding... Please don't be angry. We agreed you weren't going to do anything without my ok first. If in person, you were going to rehearse and tape.
8:28pm, Feb 14 - Camila: I'm not angry
8:29pm, Feb 14 - Unknown Caller: Ok... Help me... Because you when against what we agreed and what was needed...
8:29pm, Feb 14 - Camila: I didn't think so. I thought this was what we agreed
8:30pm, Feb 14 - Unknown Caller: Remember rehearsing? Taping? Look at our texts of today... I felt it should be by letter... I asked you to revise...
8:31pm, Feb 14 - Unknown Caller: From my perspective you are totally unreliable and change things. I need to believe the opposite especially with Gaelyn.
8:32pm, Feb 14 - Unknown Caller: This was supposed to prove it to me.
8:32pm, Feb 14 - Unknown Caller: I need reliability. I need thing to be followed to the letter and no confusion.
8:32pm, Feb 14 - Unknown Caller: Help!?
8:39pm, Feb 14 - Camila: I couldn't follow it to the letter, my phone failed last minute, but I did rehearse and was SUPER mindful and careful of even body language. I thought you'd be happy
8:39pm, Feb 14 - Unknown Caller: ? Help?
8:39pm, Feb 14 - Camila: It communicated exactly what you wanted
8:39pm, Feb 14 - Camila: What is the problem?
8:40pm, Feb 14 - Unknown Caller: We need Jim to believe certain things. I need you to be reliable.
8:41pm, Feb 14 - Camila: I felt like I hurt him by being so short and cold and I had to just walk away. Give me some credit here, c'mon
8:41pm, Feb 14 - Camila: That was really hard and painful yet I executed perfectly despite what I was feeling
8:42pm, Feb 14 - Camila: I executed your wishes
8:42pm, Feb 14 - Camila: I'm on your side
8:42pm, Feb 14 - Unknown Caller: I need you to understand and not be defensive... Help! I need you to understand how this is unreliable.

# A699

8:43pm, Feb 14 - Camila: I did what you wanted!

8:44pm, Feb 14 - Unknown Caller: He needs to know you have a present relationship. He needs to know you did like the physical contact.

8:44pm, Feb 14 - Unknown Caller: Didnt

8:44pm, Feb 14 - Unknown Caller: He thinks it's about a past relationship now.

8:45pm, Feb 14 - Camila: Oh. I considered that and I thought you wouldn't want that. Shit

8:46pm, Feb 14 - Camila: Shit. I thought I had that one right. Shit

8:45pm, Feb 14 - Unknown Caller: He's texting me about this. Help!

8:46pm, Feb 14 - Camila: Really?

8:46pm, Feb 14 - Unknown Caller: My letter was correct. Maybe you should send it with minor modifications I do.

8:46pm, Feb 14 - Unknown Caller: Yes.

8:47pm, Feb 14 - Camila: I thought you wouldn't want that because you are the only one he sees me be close to. It would be dishonoring of you. I thought I had that one right

8:48pm, Feb 14 - Camila: Is he ok? He seemed hurr

8:48pm, Feb 14 - Camila: Hurt

8:53pm, Feb 14 - Camila: ?

8:55pm, Feb 14 - Unknown Caller: Read the letter I wrote. Those points both subtle and direct needed to come across. I need you to worry about me and care that I am very hurt. Read my texts. I told you not to see him. No interaction. You were unreliable. I need you to recognize that and fix it.

8:56pm, Feb 14 - Camila: I thought I was doing what you wanted

8:57pm, Feb 14 - Unknown Caller: Read the communications. You can't be unreliable just because you thought you were doing what I wanted. I am very hurt. I feel like chest is going to break.

8:57pm, Feb 14 - Unknown Caller: I need you to see how you went against what I said.

8:57pm, Feb 14 - Unknown Caller: I need to know you get it.

8:59pm, Feb 14 - Unknown Caller: He's asking me to advise. If I do, our situation is bad. If I don't, our situation is bad. Help?

9:00pm, Feb 14 - Unknown Caller: I'm ignoring his last text at the moment.

9:00pm, Feb 14 - Camila: That I went against what you said? Ok

9:00pm, Feb 14 - Camila: Ok

9:00pm, Feb 14 - Unknown Caller: I need you to show me you see how bad this is even if well intended.

9:01pm, Feb 14 - Unknown Caller: I'm not saying you had anything but the best intentions, but that is scary if you dont see tge error.

9:01pm, Feb 14 - Unknown Caller: The

9:03pm, Feb 14 - Unknown Caller: Home yet?

9:04pm, Feb 14 - Unknown Caller: You stayed most of Startpoint.

9:05pm, Feb 14 - Unknown Caller: I need you to be available tonight within a minute or so...

9:06pm, Feb 14 - Unknown Caller: Help.

9:08pm, Feb 14 - Camila: Yes, I've been home for a bit

9:09pm, Feb 14 - Camila: Ok.. I'm willing to see how I went against what you said. I am sorry

9:11pm, Feb 14 - Unknown Caller: Do you know why?

9:12pm, Feb 14 - Unknown Caller: How can I know you will never go against what I say?

9:12pm, Feb 14 - Camila: Because you said you wanted it taped

9:13pm, Feb 14 - Unknown Caller: Also just today we were talking about revising the letter. Also I said do not interact with him. Why did you go against those things.

9:14pm, Feb 14 - Camila: I didn't interact with him until I approached him to deal with this

9:15pm, Feb 14 - Unknown Caller: That's not a reason. I said do not interact direct or indirectly. Leave Startpoint ASAP.

9:15pm, Feb 14 - Unknown Caller: I need to get through this.

9:15pm, Feb 14 - Unknown Caller: Help.

9:16pm, Feb 14 - Camila: Help with what?

9:16pm, Feb 14 - Unknown Caller: Getting through this so I can trust your reliability and not think you'll come up with reasons to do weird or destructive things.

9:17pm, Feb 14 - Unknown Caller: I need your love and intelligence.

9:17pm, Feb 14 - Unknown Caller: ?

9:18pm, Feb 14 - Camila: Destructive?? Honey, I thought you'd be happy about this

# A700

9:19pm, Feb 14 - Unknown Caller: I know. Yet it is destructive because you didn't follow what I communicated. Understand, if you achieved everything I wanted and yet didn't follow what I communicated we would still have a problem.
9:20pm, Feb 14 - Camila: I see
9:20pm, Feb 14 - Camila: I thought it'd be like a nice surprise
9:20pm, Feb 14 - Camila: Maybe not
9:21pm, Feb 14 - Unknown Caller: Stop going down that path. Get my pain, not yours. To be with Gaelyn I need you to be able to execute complicated instructions flawlessly.
9:21pm, Feb 14 - Unknown Caller: These instructions were simple by comparison.
9:21pm, Feb 14 - Camila: I'm trying to soothe your pain
9:22pm, Feb 14 - Camila: What do you mean?
9:22pm, Feb 14 - Unknown Caller: Then don't say, " I thought it'd be like a nice surprise. Maybe not." That hurts.
9:23pm, Feb 14 - Camila: I mean that my thinking was wrong
9:22pm, Feb 14 - Unknown Caller: I need you to see the error and want to fix.
9:23pm, Feb 14 - Unknown Caller: I don't think you get the error yet.
9:23pm, Feb 14 - Unknown Caller: And I have Jim on the other thread...
9:24pm, Feb 14 - Camila: Was it that I didn't leave right away?
9:24pm, Feb 14 - Unknown Caller: One. Yes.
9:24pm, Feb 14 - Camila: What does he want advice on? It's over
9:24pm, Feb 14 - Unknown Caller: Two. You interacted.
9:24pm, Feb 14 - Camila: Oh. Ok
9:24pm, Feb 14 - Unknown Caller: Three. We had agreed you would rehearse for me.
9:25pm, Feb 14 - Unknown Caller: Four. We were texting about a letter.
9:25pm, Feb 14 - Unknown Caller: This doesn't not mean forget the letter and do it in person.
9:25pm, Feb 14 - Camila: Yeah, but I thought I said I didn't feel comfortable with that
9:25pm, Feb 14 - Unknown Caller: Five. You didn't tape.
9:25pm, Feb 14 - Unknown Caller: We were discussing it.
9:26pm, Feb 14 - Unknown Caller: You abused that discussion.
9:26pm, Feb 14 - Camila: Ok
9:26pm, Feb 14 - Camila: I am sorry.
9:26pm, Feb 14 - Camila: I was afraid I was going to lose an opportunity
9:26pm, Feb 14 - Camila: I am sorry
9:26pm, Feb 14 - Unknown Caller: But I don't think you understand or really get it.
9:27pm, Feb 14 - Camila: I am sayig I do. I didn't do what you said
9:27pm, Feb 14 - Camila: I am sorry
9:27pm, Feb 14 - Unknown Caller: I want you to send a letter I approve. I wish you had asked to make amends not me having to ask.
9:27pm, Feb 14 - Camila: The amends I need to do are with you
9:27pm, Feb 14 - Unknown Caller: How can I know you will do exactly what I say?
9:28pm, Feb 14 - Unknown Caller: ?
9:29pm, Feb 14 - Camila: I will fix it with you
9:30pm, Feb 14 - Unknown Caller: How? You need to do more with Jim as I direct to fix it with me.
9:30pm, Feb 14 - Camila: More with Jim?
9:30pm, Feb 14 - Camila: It's done
9:30pm, Feb 14 - Unknown Caller: If pride is stopping you kill the pride.
9:30pm, Feb 14 - Unknown Caller: No it's not.
9:31pm, Feb 14 - Camila: I understand but you said you were going to give me a period of time to do the right thing to fix. Where is my period of time?
9:31pm, Feb 14 - Camila: What else needs to be done with Jim?
9:32pm, Feb 14 - Unknown Caller: You've had it thus far. Will you do more of the right thing?
9:32pm, Feb 14 - Camila: Yes
9:32pm, Feb 14 - Camila: I haven't had it. You keep telling me what to do
9:32pm, Feb 14 - Unknown Caller: With Jim, a letter I write, substantially the same as the other might work.
9:33pm, Feb 14 - Camila: I want a chance to fix

# A701

9:33pm, Feb 14 - Unknown Caller: Ok.
9:33pm, Feb 14 - Camila: Why the letter? I already dealt with him
9:33pm, Feb 14 - Unknown Caller: Are you still attracted to Jim?
9:33pm, Feb 14 - Camila: No
9:33pm, Feb 14 - Camila: And it doesn't matter anyways
9:33pm, Feb 14 - Unknown Caller: Truly?
9:34pm, Feb 14 - Camila: I don't allow for those feelings
9:34pm, Feb 14 - Unknown Caller: It matters in ways you're not seeing.
9:34pm, Feb 14 - Camila: If they ever come up I will not honor them
9:34pm, Feb 14 - Unknown Caller: Do you have those feelings?
9:35pm, Feb 14 - Camila: I don't allow them
9:35pm, Feb 14 - Unknown Caller: You not being straight with me.
9:36pm, Feb 14 - Camila: They little bit that I have I don't allow. I don't entertain those feelings
9:36pm, Feb 14 - Unknown Caller: I need to understand how you could have those feelings?
9:36pm, Feb 14 - Camila: I have feelings of pain more than anything
9:37pm, Feb 14 - Camila: I don't
9:37pm, Feb 14 - Unknown Caller: Why pain?
9:37pm, Feb 14 - Camila: Because I hurt him
9:37pm, Feb 14 - Unknown Caller: What about me?
9:37pm, Feb 14 - Camila: Because he is a reminder of my carelessness
9:37pm, Feb 14 - Unknown Caller: What about me?
9:37pm, Feb 14 - Camila: You were asking about him
9:37pm, Feb 14 - Unknown Caller: No. I asked about your pain.
9:38pm, Feb 14 - Camila: You are pain all over
9:38pm, Feb 14 - Unknown Caller: You think of him before you think of me... Your pain is more concerned with what you did to him rather than what you did to me.
9:39pm, Feb 14 - Camila: No, I thought you were asking specifically about him
9:39pm, Feb 14 - Unknown Caller: I was asking about your pain. Read the text.
9:40pm, Feb 14 - Camila: I misunderstood. I'm sorry
9:40pm, Feb 14 - Unknown Caller: The letter serves 3 purposes:
9:40pm, Feb 14 - Unknown Caller: It fixes things you don't see.
9:41pm, Feb 14 - Unknown Caller: It is a correct penance for what happened.
9:41pm, Feb 14 - Unknown Caller: It demonstrates you can and will do what I say joyously.
9:43pm, Feb 14 - Unknown Caller: I also starts to establish to me that you trust me absolutely and are getting beyond the pride and anger.
9:46pm, Feb 14 - Camila: I am not comfortable with your letter. I've told you this all along
I already dealt with him. A letter would only blow things out of proportion and imply that this meant more to me than what I've already told him it didn't
9:47pm, Feb 14 - Unknown Caller: I would revise the letter. I told you why it is necessary. I need you to trust me. It would show me you are willing to do the uncomfortable to make things right. If I were counseling others, I would tell them to send the letter.
9:50pm, Feb 14 - Unknown Caller: Ideally, you would either respect me enough to become comfortable with any letter I write, or love me enough to be uncomfortable and do it anyway, or both. I need at least enough respect or live.
9:50pm, Feb 14 - Unknown Caller: Love
9:51pm, Feb 14 - Unknown Caller: ?
9:54pm, Feb 14 - Unknown Caller: I need you more available. Right now. Pam is in pain and scared of dying. I need to attend to her but we need to work through this and I need to know you're not angry and love me more.
9:55pm, Feb 14 - Unknown Caller: I want to see you later or tomorrow, likely between 9am and 1pm...
9:55pm, Feb 14 - Unknown Caller: ?
9:56pm, Feb 14 - Camila: I am not angry. But I think your letter is cruel and unnecessary and I'm not confortable sending it
9:57pm, Feb 14 - Unknown Caller: If you respected me you would know it is not cruel. Can you show me which part is cruel?
9:57pm, Feb 14 - Unknown Caller: But even if you are not comfortable sending it, you should if I desire at

# A702

this point.

9:59pm, Feb 14 - Camila: Test me in any other way you want but I feel like this is messing with other people.

I already hurt Jim enough.. that letter is too cruel

9:59pm, Feb 14 - Camila: I understand you want to test me. Do it. Bring it

9:59pm, Feb 14 - Camila: But leave other people out of it

9:59pm, Feb 14 - Unknown Caller: It is not cruel. You should respect me more than that. But show me how it is cruel?

10:00pm, Feb 14 - Unknown Caller: If I include others you have to trust me.

10:00pm, Feb 14 - Camila: It is like digging the knife in deeper

10:00pm, Feb 14 - Unknown Caller: Be specific.

10:00pm, Feb 14 - Camila: This seems personal, that's all

10:00pm, Feb 14 - Unknown Caller: Be specific.

10:01pm, Feb 14 - Unknown Caller: It is not cruel. There might be something you are overlooking in yourself.

10:01pm, Feb 14 - Unknown Caller: To fix with me is to really fix.

10:01pm, Feb 14 - Unknown Caller: To fix down to the most minute detail.

10:02pm, Feb 14 - Unknown Caller: To not back away until resolved.

10:02pm, Feb 14 - Camila: Leave Jim out of it. I already dealt with him

10:02pm, Feb 14 - Unknown Caller: Your avoiding.

10:02pm, Feb 14 - Unknown Caller: Now I have to deal with Jim.

10:03pm, Feb 14 - Unknown Caller: I need you not to avoid.

10:03pm, Feb 14 - Camila: I will fix with you. Test me. Torture me. Do what you want with me. Leave other people out of it

10:03pm, Feb 14 - Unknown Caller: This is escalating I don't want it to.

10:03pm, Feb 14 - Unknown Caller: You brought Jim in.

10:03pm, Feb 14 - Unknown Caller: You need to fix to my satisfaction .

10:04pm, Feb 14 - Camila: And I dealt with him

10:04pm, Feb 14 - Unknown Caller: Please stop avoiding.

10:04pm, Feb 14 - Unknown Caller: My heartisbreaking because of where this is going.

10:04pm, Feb 14 - Camila: What am I avoiding?

10:04pm, Feb 14 - Unknown Caller: Tell me what's cruel about the letter specofcslly.

10:04pm, Feb 14 - Unknown Caller: Specifically.

10:04pm, Feb 14 - Unknown Caller: Should I tell Jim the truth?

10:05pm, Feb 14 - Camila: Which is?

10:05pm, Feb 14 - Unknown Caller: He's asking for my counsel.

10:05pm, Feb 14 - Camila: Why would you?

10:05pm, Feb 14 - Unknown Caller: To fix.

10:05pm, Feb 14 - Camila: Counsel for what? It's over

10:05pm, Feb 14 - Camila: I'm not understanding

10:05pm, Feb 14 - Unknown Caller: For you it's easy.

10:05pm, Feb 14 - Unknown Caller: Stop avoiding.

10:06pm, Feb 14 - Camila: I already ended it with him

10:06pm, Feb 14 - Unknown Caller: No correctly. Now there are effects. I can't rely on you.

10:06pm, Feb 14 - Camila: What?

10:06pm, Feb 14 - Camila: What do you mean?

10:06pm, Feb 14 - Camila: What am I missing?

10:06pm, Feb 14 - Unknown Caller: I can't rely on you. We discussed this.

10:07pm, Feb 14 - Camila: What does that have to do with Jim?????

10:07pm, Feb 14 - Camila: I'm getting pissed....

10:07pm, Feb 14 - Camila: What am I missing???

10:07pm, Feb 14 - Unknown Caller: I know. That's the problem.

10:08pm, Feb 14 - Unknown Caller: This has escalated. You do not stay on point. That's another reason I can't rely on you.

10:09pm, Feb 14 - Unknown Caller: I need you not to be able to get posses when you do something wrong.

# A703

10:09pm, Feb 14 - Camila: You keep throwing shit at me. Can't keep up
10:09pm, Feb 14 - Unknown Caller: No Shit.
10:09pm, Feb 14 - Unknown Caller: Specifically how is tgevletter cruel?
10:09pm, Feb 14 - Camila: I'm getting pissed because there are so many things you are not telling me yet expect me to.understand
10:10pm, Feb 14 - Camila: I thought I told you
10:10pm, Feb 14 - Unknown Caller: That's not a reason to be pissed at all. I need you to love more.
10:10pm, Feb 14 - Unknown Caller: Specifically, how is the letter cruel?
10:11pm, Feb 14 - Camila: It's impersonal which I find inconsiderate and cowardly
10:14pm, Feb 14 - Unknown Caller: Show me word for word. For you to believe I would write something cowardly is an additional problem I don't know if I can overcome. That's really bad I probably undoable. Impersonal and inconsiderate speaks to execution, cowardly is an ad hominem verdict on me. I think we're done. I need to go to Pam. She is crying.
10:15pm, Feb 14 - Camila: Whaat? I'm not saying about you. I don't think you are cowardly
10:15pm, Feb 14 - Unknown Caller: How could I possibly write a cowardly letter?
10:15pm, Feb 14 - Camila: I mean about the fact that it wouldn't be done in person
10:16pm, Feb 14 - Camila: I did not say that
10:16pm, Feb 14 - Unknown Caller: I sent you resources. Standard procedure is to write a letter. They sources say, "Do not do in person." It an issue of honor.
10:17pm, Feb 14 - Unknown Caller: You want to start to make right? Trust me and respect me enough to send a letter I write.
10:23pm, Feb 14 - Camila: I don't agree with the letter
10:23pm, Feb 14 - Camila: I don't disrespect you but I don't agree with it
10:23pm, Feb 14 - Unknown Caller: No comment? Then I'm going to Pam. I want to have texts from you. I want you to not even be capable of being angry. There are many moral reasons you should send such a letter including I was trying to negotiate it with you and right in the middle you did this thing with Jim, good or not, disrespecting the dialogue. That disrespect should be fixing with all consessions being allow in the disrespected dialogue.
10:24pm, Feb 14 - Unknown Caller: I asked you specifically what you didn't agree with. I mean word for word. The letter is true. The letter is right. Your pride stands in the way. Prove to me you are bigger than your pride and respect me enough.
10:25pm, Feb 14 - Unknown Caller: You will make my life better with Jim for now I must deal with this an uphold your honor.
10:33pm, Feb 14 - Unknown Caller: ?
11:41pm, Feb 14 - Unknown Caller: Help please...
12:05am, Feb 15 - Unknown Caller: Help I need you and your love without anger
12:08am, Feb 15 - Unknown Caller: Please please please...
2:51am, Feb 15 - Unknown Caller: ?
2:52am, Feb 15 - Unknown Caller: This is when I need you most, the true test of love or care. You haven't responded.
2:57am, Feb 15 - Unknown Caller: You are not reliable with being there, or answering all my questions, or communicating. These are tests that have nothing to do with others, although others is where many of the problems reside.
3:05am, Feb 15 - Unknown Caller: The hardest thing for me to overcome to trust you enough is your non-developed conscience manifest in many decisions. Example: after doing something like a Jim, restricting any contact... Not even a text... A person of conscience would not feel comfortable going to Startpoint at all and won't under any circumance. It takes acting and consistently having your conscience turned off to do that.
3:31am, Feb 15 - Unknown Caller: I also don't trust the perminence of your feelings. You loved me and then with the adversity of Gaelyn's loss and other things you destroy us. After Jness 4 you were far more positive and with Kayla came Jim. You said you were feeling like you wanted me and us the other day, now with this i fear there will be anger, hate, and you won't be loving to me or desirous of me. I have little confidence of your feelings towards me except anger and hate. This is a very big issue for me.
10:07am, Feb 15 - Unknown Caller: ?
10:34am, Feb 15 - Unknown Caller: ?
10:35am, Feb 15 - Unknown Caller: You seem to be online but when I send a ? you shortly thereafter

# A704

drop off...

10:52am, Feb 15 - Unknown Caller: Are you getting these?

11:09am, Feb 15 - Camila: Yes

11:10am, Feb 15 - Unknown Caller: Did you just get them?

12:23pm, Feb 15 - Camila: C'mon

12:24pm, Feb 15 - Camila: I want to see Gaelyn again

12:24pm, Feb 15 - Camila: What do you want from me

12:24pm, Feb 15 - Camila: ?

12:24pm, Feb 15 - Camila: I will find a way to reverse what I think

12:25pm, Feb 15 - Camila: Btw, I need way more time for the test

12:25pm, Feb 15 - Camila: I lost an hout

12:25pm, Feb 15 - Camila: Hour

12:26pm, Feb 15 - Unknown Caller: I'll get you the time. I don't know about anything else. I think you are too far gone.

12:28pm, Feb 15 - Camila: Maybe I am not where you want me to be. I am.not where I want me to be.

12:28pm, Feb 15 - Camila: I am not bad, I am just really angry at you

12:28pm, Feb 15 - Camila: I feel like you took so much from my life

12:29pm, Feb 15 - Camila: That's why I would choose a Jim over you

12:29pm, Feb 15 - Camila: I'm not justifying it, I'm just sharing

12:29pm, Feb 15 - Camila: I don't know how to get rid of all this anger

12:30pm, Feb 15 - Camila: I feel like I hate you

12:31pm, Feb 15 - Camila: I don't want to have hate in me, though

12:32pm, Feb 15 - Unknown Caller: You are so far away from where you need to be, and there is very little time. I just don't see how you can make it: no change of angry, grateful for all I have and give, love more than before, and understanding I took nothing. Certainly no abusive relationship. Maybe your mishandling of the site was the end. I can't see you doing all this in such a short time. Even if you were there right now I don't know if you could prove it to me in the time left.

12:33pm, Feb 15 - Unknown Caller: I guess I can't really see it happening at all.

12:33pm, Feb 15 - Camila: That's sad but I don't think you are right

12:37pm, Feb 15 - Unknown Caller: About what?

12:37pm, Feb 15 - Unknown Caller: How can you change that fast when you haven't in 7 months?

12:38pm, Feb 15 - Camila: That I can't do it

12:38pm, Feb 15 - Camila: I know more than I did 7 months ago

12:38pm, Feb 15 - Camila: There is also a lot I don't understand.... And that's what I'm most afraid of

12:39pm, Feb 15 - Camila: Last night I did something I thought would greatly in line with what you wanted. I thought it was right... And turned out to be wrong

12:39pm, Feb 15 - Unknown Caller: Even if you changed this second, how would I believe you? You won't even send out the letter so you are doing more damage. You are demonstrating you don't trust me. That pretty much destroys it.

12:40pm, Feb 15 - Unknown Caller: And today you're angry.

12:40pm, Feb 15 - Unknown Caller: The letter is overkill. Why do you want the letter?

12:40pm, Feb 15 - Unknown Caller: If today you were loving and completely soft it would have helped.

12:41pm, Feb 15 - Camila: Because of how you came down on me when I was feelijg close and vulnerable to you

12:41pm, Feb 15 - Unknown Caller: The letter is not overkill, that also shows you don't trust me. Your remedies are underkill as evidence of your repeat offense. You are not capable of evaluating overkill.

12:43pm, Feb 15 - Unknown Caller: You softness needs to be authentic so it doesn't change no matter how hard I come down on you. I don't agree I came down on you hard though.

12:44pm, Feb 15 - Camila: You did... I just need to not get scared and close up when you do

12:43pm, Feb 15 - Unknown Caller: I got you some time.

12:44pm, Feb 15 - Camila: Really? Dani just textef me saying I had until 2, which was the same time as before

12:44pm, Feb 15 - Unknown Caller: I need you to really know I didn't and was crying inside and partially out.

12:44pm, Feb 15 - Unknown Caller: It will work out, font worry.

12:45pm, Feb 15 - Unknown Caller: Dont

# A705

12:47pm, Feb 15 - Unknown Caller: ?
12:48pm, Feb 15 - Camila: I need you to stop texting now. I need to do this test
12:48pm, Feb 15 - Unknown Caller: Or should I give up? How are you going to achieve that AND prove it to me?
12:48pm, Feb 15 - Unknown Caller: Ok... Later...
2:06pm, Feb 15 - Unknown Caller: How much more time do you need to finish?
2:09pm, Feb 15 - Unknown Caller: ?
2:11pm, Feb 15 - Camila: I'm at 33% of the second test
2:11pm, Feb 15 - Camila: Oi
2:11pm, Feb 15 - Unknown Caller: It's ok... Keep on trucking...
4:44pm, Feb 15 - Camila: Finally
4:45pm, Feb 15 - Camila: What are you doing?
5:53pm, Feb 15 - Unknown Caller: Here now... And you?
5:56pm, Feb 15 - Unknown Caller: What are you doing tonight?
5:58pm, Feb 15 - Unknown Caller: I was hoping for reliability...
6:07pm, Feb 15 - Unknown Caller: I wish you were there.
6:16pm, Feb 15 - Camila: I was walking
6:17pm, Feb 15 - Camila: It was fucking cold!
6:17pm, Feb 15 - Camila: Ouch
6:17pm, Feb 15 - Camila: I am sorry. I saw you called. I couldn't take out my hand. So painful
6:18pm, Feb 15 - Camila: I am doing another test now
6:18pm, Feb 15 - Camila: And then forums
6:18pm, Feb 15 - Camila: I don't know when I'll be done
6:18pm, Feb 15 - Camila: How are you?
6:23pm, Feb 15 - Unknown Caller: My soul hurts. Good skill on the test, draw well!
6:24pm, Feb 15 - Camila: Excuse me?
6:24pm, Feb 15 - Unknown Caller: Which part?
6:25pm, Feb 15 - Camila: Draw well?
6:25pm, Feb 15 - Unknown Caller: Oh, nothing...
6:26pm, Feb 15 - Unknown Caller: When/where are you doing the test?
6:26pm, Feb 15 - Camila: Any minute now
6:27pm, Feb 15 - Unknown Caller: Ah! Where? (He asks again)
9:29pm, Feb 15 - Camila: What are you doing?
10:03pm, Feb 15 - Camila: ??
10:16pm, Feb 15 - Unknown Caller: Forum just ended...
10:16pm, Feb 15 - Camila: You gave a forum???????
10:16pm, Feb 15 - Unknown Caller: Ethicist...
10:17pm, Feb 15 - Camila: OH, C'MON!!!
10:17pm, Feb 15 - Camila: I missed it
10:17pm, Feb 15 - Unknown Caller: ?
10:17pm, Feb 15 - Unknown Caller: You'll see it soon...
10:17pm, Feb 15 - Camila: Yeah but its better in person
10:18pm, Feb 15 - Camila: What r u doing next?
10:20pm, Feb 15 - Unknown Caller: Let me text you shortly... Any ideas?
10:22pm, Feb 15 - Unknown Caller: ?
10:27pm, Feb 15 - Camila: I'm busy but I was curious
10:32pm, Feb 15 - Unknown Caller: About? What did you have in mind?
10:33pm, Feb 15 - Unknown Caller: Busy with?
10:33pm, Feb 15 - Unknown Caller: ?
10:33pm, Feb 15 - Camila: I'm answering!
10:34pm, Feb 15 - Camila: Nothing in mind
10:34pm, Feb 15 - Camila: I am watcijg the forums
10:34pm, Feb 15 - Unknown Caller: Ok... Well if nothing in mind maybe we'll text later?
10:35pm, Feb 15 - Camila: Not nothing but I can't do anything
10:35pm, Feb 15 - Unknown Caller: What do you mean?
10:37pm, Feb 15 - Camila: Maybe I do want to see you. I want to talk............ But I'm on a time crunch

# A706

10:37pm, Feb 15 - Unknown Caller: Ok... Text me later then no matter what! Be available...
10:58pm, Feb 15 - Camila: Whoa
10:58pm, Feb 15 - Camila: Whoa Nelly
10:59pm, Feb 15 - Camila: ðŸ•Ž
11:02pm, Feb 15 - Camila: Hi. This is me texting
11:09pm, Feb 15 - Unknown Caller: What's up?
11:09pm, Feb 15 - Camila: I'm just learning so much
11:10pm, Feb 15 - Camila: When r u free?
11:09pm, Feb 15 - Unknown Caller: And... Not sure yet...
11:10pm, Feb 15 - Camila: I wanna talk
11:18pm, Feb 15 - Unknown Caller: Yes... But not sure when... Subject? I also have something else...
11:18pm, Feb 15 - Camila: Which is?
11:18pm, Feb 15 - Camila: You are hilarious!
11:19pm, Feb 15 - Unknown Caller: Tell me subject first, the other thing will change the subject and mood... It's hard for me, not about you...
11:20pm, Feb 15 - Camila: Ok. Subject is us, us until now and us in the future
11:20pm, Feb 15 - Unknown Caller: Good?
11:20pm, Feb 15 - Camila: .....and ruin the surprise???
11:20pm, Feb 15 - Camila: Oh, hell no!
11:20pm, Feb 15 - Unknown Caller: Ok... What clicked?
11:21pm, Feb 15 - Camila: .....and ruin the surprise???
11:23pm, Feb 15 - Unknown Caller: Please let me wait on the other thing right now... I will know more soon and be able to figure it out...
11:23pm, Feb 15 - Unknown Caller: Maybe a positive thing ...
11:23pm, Feb 15 - Camila: Subject?
11:23pm, Feb 15 - Unknown Caller: Gaelyn
11:25pm, Feb 15 - Camila: ðŸ˜•
11:26pm, Feb 15 - Unknown Caller: Not sure what that means but I was inclined to type, "exactly!"
11:28pm, Feb 15 - Camila: Yes
11:28pm, Feb 15 - Camila: My heart stopped for a second
11:29pm, Feb 15 - Unknown Caller: Yes.
11:36pm, Feb 15 - Unknown Caller: When are you done with the forums for now?
11:36pm, Feb 15 - Camila: I'm on the last one. You arr already taking questions
12:01am, Feb 16 - Unknown Caller: I still have 50 left of video
12:06am, Feb 16 - Camila: Anything?
12:07am, Feb 16 - Unknown Caller: Nothing until tomorrow... Hold tight... Text me when you are done with the video... Do you have the questions I was speaking about?
12:08am, Feb 16 - Unknown Caller: In the video...
12:08am, Feb 16 - Camila: No
12:08am, Feb 16 - Unknown Caller: Hmmm...
12:43am, Feb 16 - Camila: I had to stop video
12:43am, Feb 16 - Camila: Won't be done for a while
12:50am, Feb 16 - Unknown Caller: To see questions so it makes more sense?
12:51am, Feb 16 - Camila: Yes
12:51am, Feb 16 - Camila: Wanna study with me?
12:51am, Feb 16 - Camila: Watch yourself on video?
12:52am, Feb 16 - Unknown Caller: Love to but this thing that has come up is time consuming and needed first thing... If I can wake you.... Maybe...
12:53am, Feb 16 - Camila: I won't have the video then
12:53am, Feb 16 - Unknown Caller: Why?
12:54am, Feb 16 - Unknown Caller: Does it expire?
12:54am, Feb 16 - Camila: Ni
12:54am, Feb 16 - Camila: No
12:54am, Feb 16 - Camila: I'll be done
12:55am, Feb 16 - Unknown Caller: Do you want me to try to see you if I can?
12:55am, Feb 16 - Camila: I don't want to impose

# A707

12:55am, Feb 16 - Unknown Caller: Later or morning...
12:56am, Feb 16 - Camila: Don't worry if you can't
12:56am, Feb 16 - Unknown Caller: Your asking me to see you is never an imposition...
12:56am, Feb 16 - Camila: I might not be able to talk then
12:56am, Feb 16 - Unknown Caller: Why, sleepy?
12:56am, Feb 16 - Camila: Yes
12:57am, Feb 16 - Unknown Caller: How long will you be up doing this tonight?
12:57am, Feb 16 - Camila: Idk. There's more to do
1:01am, Feb 16 - Unknown Caller: Are you happy?
1:02am, Feb 16 - Unknown Caller: What's your schedule tomorrow?
1:03am, Feb 16 - Camila: Busy
1:03am, Feb 16 - Unknown Caller: Should I just leave it up to you to communicate with me?
1:04am, Feb 16 - Camila: Maybe
1:05am, Feb 16 - Camila: Not sure what's going on
1:05am, Feb 16 - Unknown Caller: Coy, serious, unsure?
1:06am, Feb 16 - Unknown Caller: You likey videos?
1:06am, Feb 16 - Camila: Yes
1:06am, Feb 16 - Unknown Caller: Me too?
1:07am, Feb 16 - Camila: Yes
1:07am, Feb 16 - Unknown Caller: Text me when your going to sleep and when you wake...
1:08am, Feb 16 - Unknown Caller: Ok?
1:11am, Feb 16 - Unknown Caller: If I don't get to say it... Goodnight my love!
1:11am, Feb 16 - Camila: Good night
8:11am, Feb 16 - Camila: Morning
8:15am, Feb 16 - Unknown Caller: Morning. What's up?
9:16am, Feb 16 - Camila: Oh hey!!!
9:16am, Feb 16 - Camila: I didn't see you replied
9:17am, Feb 16 - Unknown Caller: What's up?
9:17am, Feb 16 - Camila: With my kids now
9:17am, Feb 16 - Camila: Hun
9:17am, Feb 16 - Camila: I smell gas at or around our apartment
9:18am, Feb 16 - Unknown Caller: Bad dinner?
9:18am, Feb 16 - Camila: ðŸ˜‚ðŸ˜‚ðŸ˜‚ðŸ˜‚ðŸ˜‚
9:19am, Feb 16 - Camila: No!
9:19am, Feb 16 - Unknown Caller: Btw... I'm going to need the new road runner account information ASAP...
9:19am, Feb 16 - Camila: I'm not home now and not sure when will be
9:20am, Feb 16 - Camila: Is it the one I sent you the other day?
9:20am, Feb 16 - Unknown Caller: No. We were given a new account... Should be in the mail...
9:20am, Feb 16 - Camila: Oooooh
9:20am, Feb 16 - Unknown Caller: Why not know when home again?
9:21am, Feb 16 - Camila: Ok. Will do that as soon as I get home
9:21am, Feb 16 - Camila: Because I have catch up
9:21am, Feb 16 - Unknown Caller: Still wanna surprise me?
9:31am, Feb 16 - Camila: Yes. I still want to talk
9:39am, Feb 16 - Unknown Caller: That seems to put a damper on it. You sounded excited last night, now it sounds formal.
9:40am, Feb 16 - Unknown Caller: You referred to it as a surprise.
9:40am, Feb 16 - Camila: Hahahaha
9:40am, Feb 16 - Camila: No!
9:41am, Feb 16 - Camila: The topic was a surprise
9:41am, Feb 16 - Unknown Caller: Ok... Just checking... It sounded really like a positive surprise, not an, "oh no!" surprise...
9:42am, Feb 16 - Camila: It isn't
9:42am, Feb 16 - Unknown Caller: Isn't which?
9:58am, Feb 16 - Camila: An "oh no!" surprise

# A708

10:09am, Feb 16 - Unknown Caller: I'm sorry, just to be sure I understand, it's NOT an, "oh no!" surprise.... Correct?
10:14am, Feb 16 - Camila: Correct
10:16am, Feb 16 - Unknown Caller: ðŸ˜Š
12:36pm, Feb 16 - Camila: Hi hun
12:36pm, Feb 16 - Camila: Would you be okay with me doing partial translating?
12:37pm, Feb 16 - Camila: They really need help and I could use the money
12:37pm, Feb 16 - Camila: I'd be in and out as I am also trying to catch up.on ethicist
1:26pm, Feb 16 - Camila: Are you with Pam and her brother?
2:10pm, Feb 16 - Unknown Caller: Yes... I get you money don't need to do translating...
2:12pm, Feb 16 - Camila: I don't like that as much. How did I earn that? I want to develop my skills so I can have options to earn, now and in the future
2:13pm, Feb 16 - Camila: And they also need help
2:13pm, Feb 16 - Camila: There are 4 of us and many trainings going on. They need help desperately
2:14pm, Feb 16 - Camila: I want to be part of a team
2:15pm, Feb 16 - Camila: Well, I am part of a Team and I don't want to let them down
2:29pm, Feb 16 - Camila: Honey, I'd rather earn my own money, it feels awful to just be handed money
2:54pm, Feb 16 - Unknown Caller: But the thing with Jim is not resolved yet. Please don't until it is. But even more importantly is we need all the time we can get.
3:10pm, Feb 16 - Unknown Caller: ?
3:11pm, Feb 16 - Camila: In discussion
3:11pm, Feb 16 - Camila: Can't text
3:13pm, Feb 16 - Unknown Caller: Ok honey... Do well...
3:32pm, Feb 16 - Camila: Ok. Done
3:33pm, Feb 16 - Camila: That's one of the things that I want to talk to you about
3:34pm, Feb 16 - Camila: But I really want to start earning my own money, love. I am very dependant on you already, I don't want to owe you more or cripple myself further
3:34pm, Feb 16 - Camila: This is one skill I really enjoy
3:39pm, Feb 16 - Unknown Caller: Ok.
4:21pm, Feb 16 - Camila: When are you available to talk?
4:21pm, Feb 16 - Camila: What's going on on your end?
4:26pm, Feb 16 - Unknown Caller: What's your schedule? I'm not sure of mine yet, but I'll let you know as soon as I can...
4:37pm, Feb 16 - Camila: I'm catching up aa much as possible
4:38pm, Feb 16 - Camila: But don't know clearly
4:37pm, Feb 16 - Unknown Caller: ðŸ˜ŠðŸ˜•ð Ÿ˜
4:38pm, Feb 16 - Unknown Caller: Don't know what?
4:38pm, Feb 16 - Unknown Caller: Oh! Schedule!
4:38pm, Feb 16 - Camila: When I'm done or what
4:38pm, Feb 16 - Camila: I'm at apropos
5:31pm, Feb 16 - Camila: I have half an hour to text
5:31pm, Feb 16 - Camila: Wanna?
6:07pm, Feb 16 - Unknown Caller: Just got this... ðŸ˜¢
6:08pm, Feb 16 - Camila: Ran out of time
6:08pm, Feb 16 - Camila: Sorry
8:17pm, Feb 16 - Camila: What are you up to now?
8:17pm, Feb 16 - Camila: Will head home soon
8:52pm, Feb 16 - Camila: Hi
8:52pm, Feb 16 - Camila: What are you up to? (She asks again)
9:00pm, Feb 16 - Unknown Caller: Just got these... Still don't know what's going on... Will text you when I do... (Her second request not necessary)...
9:48pm, Feb 16 - Unknown Caller: Volleyball is either later tonight or tomorrow, still can't get an answer... Still waiting on lawyers for G issue due tomorrow morning...
9:49pm, Feb 16 - Unknown Caller: Are you home?
9:57pm, Feb 16 - Camila: Yes
9:58pm, Feb 16 - Unknown Caller: Yes?

# A709

9:59pm, Feb 16 - Camila: Yes
10:00pm, Feb 16 - Unknown Caller: Yes refers to what?
10:01pm, Feb 16 - Camila: Am I.home
10:01pm, Feb 16 - Unknown Caller: Ah!
10:01pm, Feb 16 - Unknown Caller: How are you?
10:02pm, Feb 16 - Camila: I'm ok
10:02pm, Feb 16 - Camila: You?
10:02pm, Feb 16 - Unknown Caller: Oh so sad.
10:03pm, Feb 16 - Camila: Why?
10:03pm, Feb 16 - Unknown Caller: Why are you only ok?
10:04pm, Feb 16 - Camila: Why not? I still don't feel good about my earning situation, what I want to do/see in the world, and my relationship with you
10:04pm, Feb 16 - Unknown Caller: What's up with us?
10:06pm, Feb 16 - Camila: Idk yet
10:06pm, Feb 16 - Camila: I wanna talk
10:07pm, Feb 16 - Unknown Caller: Can we talk in the early morning?
10:07pm, Feb 16 - Camila: When?
10:07pm, Feb 16 - Unknown Caller: Maybe 4?
10:08pm, Feb 16 - Camila: Idk
10:07pm, Feb 16 - Unknown Caller: You sleep now...
10:08pm, Feb 16 - Camila: I have homework
10:08pm, Feb 16 - Unknown Caller: Do after we talk...
10:09pm, Feb 16 - Camila: Idk if I can talk at that time
10:10pm, Feb 16 - Unknown Caller: Ok... Should I just come and try you?
10:11pm, Feb 16 - Camila: Sure
10:11pm, Feb 16 - Unknown Caller: I'm sorry I have a few things very heavy on my heart...
10:11pm, Feb 16 - Unknown Caller: I'll likely see you later, ok?
10:12pm, Feb 16 - Camila: Ok
10:12pm, Feb 16 - Unknown Caller: Any parting words for now? Is the curriculum good?
10:12pm, Feb 16 - Camila: Yes
10:14pm, Feb 16 - Unknown Caller: Possibly you don't know a heavy heart so it's hard for you to offer parting words...
10:14pm, Feb 16 - Camila: Sorry, I don't know what you mean by that
10:14pm, Feb 16 - Unknown Caller: Ok
10:18pm, Feb 16 - Unknown Caller: ðŸ˜¢
10:19pm, Feb 16 - Camila: What, hun?
10:19pm, Feb 16 - Camila: I wish you relief for your heavy heart.... Yes?
10:20pm, Feb 16 - Unknown Caller: I told you I had a very heavy heart. I ask for parting words.
10:20pm, Feb 16 - Unknown Caller: Asked
10:20pm, Feb 16 - Unknown Caller: That's so formal...
10:21pm, Feb 16 - Camila: Ok. Let me try again
10:21pm, Feb 16 - Camila: Maybe I'll get to feel your heavy heart later...?
10:21pm, Feb 16 - Unknown Caller: Ok
10:22pm, Feb 16 - Camila: Maybe kiss it better?
10:22pm, Feb 16 - Camila: Or just hold you
10:23pm, Feb 16 - Unknown Caller: At one time you would wake up at any time to make love... And talk...
10:24pm, Feb 16 - Camila: I'm not saying I won't
10:24pm, Feb 16 - Camila: I just don't think I'll be Sharp enough to talk about what I wanted to talk to you about
10:25pm, Feb 16 - Unknown Caller: Ok...
10:25pm, Feb 16 - Unknown Caller: Good maybe?
10:26pm, Feb 16 - Camila: Good what?
10:27pm, Feb 16 - Unknown Caller: Good talk when Sharp...
10:27pm, Feb 16 - Camila: Yes
10:30pm, Feb 16 - Unknown Caller: Kristin is being vile.
11:47pm, Feb 16 - Camila: What do you mean?

# A710

12:10am, Feb 17 - Camila: Going to bed now. Wake me later?

12:10am, Feb 17 - Camila: What's going on over there?

8:44am, Feb 17 - Camila: How are things?

9:06am, Feb 17 - Unknown Caller: Even harder than I imagined. Just got of with the lawyers. Need to make some decisions. No option is good.

9:07am, Feb 17 - Camila: Shit, love

9:07am, Feb 17 - Camila: I'll back you up- whatever you choose

9:07am, Feb 17 - Camila: I love you

9:07am, Feb 17 - Unknown Caller: I choose to face the fire. It just depends on which part of me gets burn first.

9:08am, Feb 17 - Camila: Oh, shit. That is very scary. What can I do for you?

9:13am, Feb 17 - Unknown Caller: Probably nothing. I wish I could believe you loved me. I wish I could believe I was number one, the only, no contest. I wish I could believe Jim never happened and whatever it was is completely repugnant to you. I wish I believed you wouldn't choose everyone over me.

9:14am, Feb 17 - Unknown Caller: Sorry, it is how I am truly experiencing my now.

9:16am, Feb 17 - Camila: That is how it is starting now

9:16am, Feb 17 - Unknown Caller: I feel very alone and not valued by you.

9:16am, Feb 17 - Unknown Caller: What do you mean?

9:17am, Feb 17 - Camila: I choose you

9:17am, Feb 17 - Camila: There is no one else

9:17am, Feb 17 - Camila: I will be with you in your pain

9:17am, Feb 17 - Unknown Caller: Please understand you have said that before and yet there was Jim.

9:18am, Feb 17 - Camila: I understand your doubt

9:18am, Feb 17 - Camila: I will prove it

9:19am, Feb 17 - Unknown Caller: Ok.

9:19am, Feb 17 - Unknown Caller: I don't know how but I am here.

9:49am, Feb 17 - Unknown Caller: If Dani is doing your group this morning, why not get a lift with her? I am trying but I do not think I'll be able and I do not want you being cold.

9:50am, Feb 17 - Camila: Idk if she.is

9:51am, Feb 17 - Unknown Caller: You can contact her or would you rather me?

9:51am, Feb 17 - Camila: I can

9:51am, Feb 17 - Camila: Thank you, hun

9:57am, Feb 17 - Unknown Caller: Have her pick you up in front of where Scott used to live or something so you don't have to go far... Hale is also fine...

10:15am, Feb 17 - Unknown Caller: Get the lift?

10:17am, Feb 17 - Unknown Caller: ?

10:20am, Feb 17 - Unknown Caller: ?

10:21am, Feb 17 - Camila: Not yet

10:24am, Feb 17 - Unknown Caller: Do it so I don't worry or continue to try

10:25am, Feb 17 - Camila: Ok

10:26am, Feb 17 - Unknown Caller: You have a lift?

10:28am, Feb 17 - Camila: No

10:28am, Feb 17 - Camila: I'm walking

10:28am, Feb 17 - Camila: It's not bad

10:30am, Feb 17 - Unknown Caller: Why did you walk instead of a simple call? I was looking for you to be resourceful, and me to be able to kiss you...

10:30am, Feb 17 - Unknown Caller: I wish you had done it.

10:31am, Feb 17 - Unknown Caller: It's important to me for many reasons if I take the time to think of you, you respect it. Walking because you didn't call doesn't respect it. At least tell me why you didn't?

10:33am, Feb 17 - Camila: I want to walk. Walking in the cold helps with bloat

10:33am, Feb 17 - Unknown Caller: But you did have me stop trying, and I have a number of reasons to do what I do.

10:34am, Feb 17 - Unknown Caller: Didnt

10:35am, Feb 17 - Unknown Caller: 😢

10:36am, Feb 17 - Camila: I'm sorry honey. I didn't think you'd keep trying

10:36am, Feb 17 - Unknown Caller: Also I have deeper reasons. I wanted to see you demonstrate certain

# A711

pincipkes.

10:37am, Feb 17 - Unknown Caller: You are demonstrating different ones.

10:37am, Feb 17 - Unknown Caller: I now I won't get to kiss you before I go into a very harsh situation with a judge.

10:39am, Feb 17 - Camila: Where would.I kiss you?

10:39am, Feb 17 - Camila: With Dani now

10:39am, Feb 17 - Unknown Caller: At home before you left.

10:40am, Feb 17 - Camila: Oooooh

10:40am, Feb 17 - Unknown Caller: I needed you to go after the ride.

10:40am, Feb 17 - Camila: I'm not understanding

10:40am, Feb 17 - Unknown Caller: Organize the events do they worked.

10:40am, Feb 17 - Unknown Caller: So

10:41am, Feb 17 - Camila: I don't understand how it would have worked even if I did get the ride

10:41am, Feb 17 - Unknown Caller: That's ok. It's issues of principle etc... I wish you had contacted her.

10:42am, Feb 17 - Unknown Caller: I could have stopped by...

10:42am, Feb 17 - Unknown Caller: It could have been controlled.

10:43am, Feb 17 - Camila: I would have gone to her house for the ride

10:43am, Feb 17 - Camila: What would you want in the future?

10:44am, Feb 17 - Unknown Caller: To either say immediately you didn't want a ride or resourcefully create the opportunity for us to pass.

10:47am, Feb 17 - Camila: Got it

10:47am, Feb 17 - Camila: I'm sorry

1:06pm, Feb 17 - Camila: I'm kinda done at apropos

1:07pm, Feb 17 - Camila: Do you still want me to not do any translating?

1:07pm, Feb 17 - Camila: I could do some right now

1:07pm, Feb 17 - Camila: What do you want?

1:18pm, Feb 17 - Unknown Caller: Until things with Jim are fixed I'd prefer you not have any communication whatsoever.

1:18pm, Feb 17 - Unknown Caller: I assume you haven't texted etc. Yes?

1:18pm, Feb 17 - Camila: Yes

1:19pm, Feb 17 - Unknown Caller: Are you ok? Did things go well today?

1:19pm, Feb 17 - Camila: I communicated about some translation equipment issues but not to him directly, but in a whatsapp thread

1:19pm, Feb 17 - Camila: Not really feeling okay

1:20pm, Feb 17 - Camila: Feeling very scared, very sad, kinda shitty

1:19pm, Feb 17 - Unknown Caller: Ok. Thank you for telling me!

1:20pm, Feb 17 - Unknown Caller: Why not feeling ok honey?

1:20pm, Feb 17 - Unknown Caller: What is the cause?

1:20pm, Feb 17 - Camila: I feel very sad, I think, not sure if it's sadness

1:21pm, Feb 17 - Camila: The pain that I cause

1:20pm, Feb 17 - Unknown Caller: Do you know why specifically?

1:21pm, Feb 17 - Unknown Caller: I'm sorry I keep stepping on your texts

1:21pm, Feb 17 - Camila: I'll never do what I did to Jim again

1:21pm, Feb 17 - Camila: Or you

1:22pm, Feb 17 - Camila: But I have yet to connect deeper with your pain

1:22pm, Feb 17 - Camila: And what I did to you

1:22pm, Feb 17 - Unknown Caller: Or to you... Which is worse for you, what you did to Jim or what you did with Jim to me?

1:24pm, Feb 17 - Camila: I can't make that comparison yet. Just right now the thing I did to Jim is very raw and unjustifiable. I need to remove my justifications with you in order to feel the pain of what I did to you

1:25pm, Feb 17 - Camila: I can't explain it. I feel terribly sorry for what I did to Jim. it was far from my intention and to.see him hurt is extremely painful

1:25pm, Feb 17 - Camila: I want to do the same with you

1:26pm, Feb 17 - Unknown Caller: I understand. What you did to me is hundreds of times worse, even in pain. I'm not saying this because it's me. Right now I think anger, and the past destruction of feelings,

## A712

blocks you from feeling it.
1:26pm, Feb 17 - Camila: I know
1:26pm, Feb 17 - Camila: I'm working on feeling it
1:27pm, Feb 17 - Camila: I had never felt how I can hurt someone so much
1:28pm, Feb 17 - Camila: I will never do that again
1:29pm, Feb 17 - Unknown Caller: If you released your feelings with me, you bad feelings toward Jim would be tiny in comparison. Jim will be fine very soon; I will never be.
1:29pm, Feb 17 - Unknown Caller: It is good you are in touch with what you are, and it's a doorway to what it can be.
1:30pm, Feb 17 - Camila: What I am?
1:30pm, Feb 17 - Unknown Caller: ?
1:31pm, Feb 17 - Camila: It is good you are in touch with what you are, and it's a doorway to what it can be.
1:36pm, Feb 17 - Unknown Caller: 5:30?
1:39pm, Feb 17 - Unknown Caller: ?
1:40pm, Feb 17 - Camila: Meet?
1:40pm, Feb 17 - Unknown Caller: Yes. Normal.
1:40pm, Feb 17 - Unknown Caller: Do you want?
1:41pm, Feb 17 - Camila: Yes, of course. I just need to work everything else around that
1:41pm, Feb 17 - Unknown Caller: Ok
1:58pm, Feb 17 - Unknown Caller: It good to feel the pain of Jim. It's not yet good that the relative pain of Jim and me are inverted for you right now. It is important that the relative pains are correct or else you are supporting the principle of inversion which is the worst breach of all. Keep on working!â•¤
3:03pm, Feb 17 - Camila: Is there trouble with the internet?
3:04pm, Feb 17 - Unknown Caller: I don't know? Was it shut off?
3:04pm, Feb 17 - Camila: Not sure.... On my computer works just fine.... Might just be my phone
3:05pm, Feb 17 - Unknown Caller: Ok... Good... How are you?
3:05pm, Feb 17 - Camila: Not good
3:05pm, Feb 17 - Unknown Caller: Why?
3:06pm, Feb 17 - Camila: Can't stop crying
3:06pm, Feb 17 - Camila: Feel a lot of sadness, despair, loss
3:06pm, Feb 17 - Unknown Caller: That might not be a bad thing though feeling that bad... My heart is with you...
3:07pm, Feb 17 - Camila: I wish I'd never done any of ir
3:07pm, Feb 17 - Camila: It
3:07pm, Feb 17 - Unknown Caller: Why do you wish that?
3:08pm, Feb 17 - Camila: Because of all the pain, the hurt, the loss on everyone
3:10pm, Feb 17 - Unknown Caller: How do you about the loss of us?
3:10pm, Feb 17 - Unknown Caller: Our life together... How valuable was that for you?
3:10pm, Feb 17 - Unknown Caller: For me, the loss of true love is the worst tragedy of life...
3:12pm, Feb 17 - Unknown Caller: ?
3:14pm, Feb 17 - Camila: I'm not sure I undrdtans that yet
3:14pm, Feb 17 - Camila: Understand
3:15pm, Feb 17 - Unknown Caller: Ok.
3:15pm, Feb 17 - Unknown Caller: Do you understand the inversion principle?
3:24pm, Feb 17 - Unknown Caller: Would you rather not see me
3:26pm, Feb 17 - Unknown Caller: At 5:30?
3:29pm, Feb 17 - Camila: Why?
3:30pm, Feb 17 - Unknown Caller: Just offering the option if you felt negative towards me or wanted to be alone...
3:31pm, Feb 17 - Unknown Caller: Do you understand inversion?
3:38pm, Feb 17 - Unknown Caller: ?
3:50pm, Feb 17 - Camila: I don't feel negative towards you
3:51pm, Feb 17 - Camila: I'm with Gozer now because it is her bday!!!0
3:56pm, Feb 17 - Unknown Caller: Be home by 5:30...
5:40pm, Feb 17 - Camila: U coming?

# A713

6:53pm, Feb 17 - Unknown Caller: Are there things I don't know about with you or any lies? The level of closeness with Jim during those two months would be something I should know in this category...

6:55pm, Feb 17 - Camila: And I can tell you all about it... There is nothing more to it

6:59pm, Feb 17 - Unknown Caller: Or anything else during our lives together?

7:08pm, Feb 17 - Camila: No, hun

7:19pm, Feb 17 - Unknown Caller: The secret of Jim is a new type of betrayal and is so serious. At least you told me about r... I don't know what to believe, think or expect. I sorry I had to ask.ðŸ™

7:24pm, Feb 17 - Unknown Caller: ?

7:26pm, Feb 17 - Camila: Don't be sorry

7:28pm, Feb 17 - Unknown Caller: It also really hurt you would ever think of our love making as sex.

7:39pm, Feb 17 - Unknown Caller: ?

7:40pm, Feb 17 - Camila: Sorry

7:41pm, Feb 17 - Unknown Caller: Sorry for which thing? Did you really turn our love making into sex?

7:43pm, Feb 17 - Camila: No. But it didn't seem love making every single time

7:43pm, Feb 17 - Unknown Caller: But even if once during those two months then...

7:44pm, Feb 17 - Camila: ?

7:44pm, Feb 17 - Unknown Caller: You don't want to be the type of person that is doing that with Jim and making love to me... Even if the breaches weren't in existence...

7:44pm, Feb 17 - Unknown Caller: I think...

7:47pm, Feb 17 - Unknown Caller: ?

7:48pm, Feb 17 - Camila: I don't believe I was doing what you think I was doing....

7:51pm, Feb 17 - Unknown Caller: If you wouldnt behave that way at our best, behaving that way while we are making love and trying to repair is similar...

7:51pm, Feb 17 - Unknown Caller: I wish you did not compartmentalize...

7:52pm, Feb 17 - Unknown Caller: And really understood...

7:54pm, Feb 17 - Unknown Caller: I want to believe you can't block your conscience...

7:55pm, Feb 17 - Camila: There is no need for cruel comments like that. I am on your side

7:56pm, Feb 17 - Unknown Caller: That wasn't at all meant as cruel. I am deeply in pain and expressing my hopes even in the face of some counter-data... Really not cruel, I'm crying and hurting...

7:58pm, Feb 17 - Unknown Caller: You won't be on my side until we are of mutual pain and mutual feelings.

7:58pm, Feb 17 - Unknown Caller: I very much want that!

7:59pm, Feb 17 - Camila: I am on my way... Remember?

8:00pm, Feb 17 - Unknown Caller: Yes. That's not in question. What did you feel was cruel?

8:01pm, Feb 17 - Unknown Caller: Please don't thinkbi dont remember...

8:02pm, Feb 17 - Camila: Your lack of belief in me... The way you phrased it implied that

8:06pm, Feb 17 - Unknown Caller: Honey, I want to believe in you but I don't yet... I was trying to believe for 7 months to find out 2 of them were a fraud for me and then the Jim physical thing happened just a few weeks ago...

8:06pm, Feb 17 - Unknown Caller: My faith and belief are valuable. Therefore it is very difficult to build.

8:15pm, Feb 17 - Unknown Caller: ?

8:25pm, Feb 17 - Unknown Caller: Do you truly know the past text was not cruel?

9:25pm, Feb 17 - Camila: Hi

9:25pm, Feb 17 - Camila: My meeting was cancelled.

9:25pm, Feb 17 - Camila: Am I still banned from volleyball?

9:28pm, Feb 17 - Unknown Caller: Yes. We need to fix things somehow. I don't know how. Any suggestions?

9:29pm, Feb 17 - Camila: I texted you my plan

9:34pm, Feb 17 - Camila: Plan:
Bring snacks and stuff only for you and no one else.
Not talk to him, even on the volleyball thread.
Not want anyone while I'm with you

9:37pm, Feb 17 - Unknown Caller: That is for future which is one part of a plan but the plan needs to address 2 other parts: the past damage and the effects of the past damage.

9:41pm, Feb 17 - Unknown Caller: I need to voice something about the cruel thing: I believe you would not believe anything I wrote cruel unless you were still protecting pride etc... Please examine this if you

# A714

would. If you find something cruel against you, you feel you don't deserve it. I was not even trying to punish...

9:41pm, Feb 17 - Unknown Caller: I don't think you get how painful volleyball is now.

9:44pm, Feb 17 - Unknown Caller: Please tell me how you can address the past and effects so Jim doesn't look at you and think he had something with you. How can he not know things about you that he shouldn't... Like your body, the way you kiss etc...? Right now that is a type of damage to me.

9:46pm, Feb 17 - Unknown Caller: You are the same cami to him, but ignoring him and not talking to him for reasons he doesn't understand because you were not clear about future interactions.

9:46pm, Feb 17 - Unknown Caller: Or reasons.

9:46pm, Feb 17 - Unknown Caller: Help me... ðŸ˜¢

9:47pm, Feb 17 - Unknown Caller: ðŸ'"

9:48pm, Feb 17 - Camila: Why shouldn't he know those things about me? I don't understand. They did happen. They were a mistake

9:49pm, Feb 17 - Camila: You can't erase the past but you can correct and heal for the future

9:49pm, Feb 17 - Unknown Caller: He shouldn't know those things if you hadn't breached, so how do you remove his knowledge or the effects?

9:50pm, Feb 17 - Unknown Caller: So how do you remove those effects and make up for the damage?

9:51pm, Feb 17 - Camila: That would not be fixing, that is denial

9:51pm, Feb 17 - Unknown Caller: That's not at all what I am saying. You are in denial of the damages and the effects. Do you think if you behave as you should have, that's all that is needed?

9:52pm, Feb 17 - Unknown Caller: What about my pain tonight?

9:53pm, Feb 17 - Camila: Not at all. But pretending like it didn't happen does nothing

9:58pm, Feb 17 - Unknown Caller: I wasn't suggesting that. I wanted you to understand the difference between what should be and what is. Then understand the effects of that damage. Then understand my pain. Then figure out a way to repair that involving more than behaving let you should if it never happened. Because it happened, depending on how bad you truly feel, there should be a huge difference beyond how you should behave.

9:59pm, Feb 17 - Unknown Caller: Do you think the difference you suggest means enough to counter the meaning of the breach?

10:00pm, Feb 17 - Camila: ðŸ˜•

10:00pm, Feb 17 - Camila: I don't understand what you are saying....

10:00pm, Feb 17 - Unknown Caller: I dont understand?

10:00pm, Feb 17 - Camila: I

10:02pm, Feb 17 - Unknown Caller: The visible difference in you shows how bad you think the nehavor was. If not that bad, no big difference. I believe this is life changing bad, does your plan reflect that?

10:03pm, Feb 17 - Camila: ?

10:05pm, Feb 17 - Unknown Caller: If you were back feeling as you should you would act pretty much as your plan says. But that means there is no difference reflective of the bad. It is as if nothing happened (denial) and all is back to what it should be.

10:06pm, Feb 17 - Camila: Is that what you want me to do?

10:06pm, Feb 17 - Unknown Caller: No penance, you fixing damages or effects, just back to what should be. It is as if I destroyed your house with my car and agree to drive carefully as repair.

10:07pm, Feb 17 - Unknown Caller: ?

10:08pm, Feb 17 - Camila: Ok. I think we are agreeing

10:09pm, Feb 17 - Unknown Caller: Yes, but I don't know what to do beyond your plan... Only a few things...

10:10pm, Feb 17 - Camila: Ok. What I am not agreeing with is the pretending like the house was never crashed

10:11pm, Feb 17 - Camila: Or the car, or whatever

10:12pm, Feb 17 - Unknown Caller: As I said, I was using that to have you contemplate the difference and creating a fix. He knows how you kiss, he should not, that has effects on me in particular, how do you make amends and fix?

10:13pm, Feb 17 - Unknown Caller: One example.

10:13pm, Feb 17 - Unknown Caller: He thinks you might still want him. That should not be true. That has effects. How do you fix?

10:13pm, Feb 17 - Unknown Caller: Another...

# A715

10:14pm, Feb 17 - Camila: ?
10:15pm, Feb 17 - Unknown Caller: Each of these things will hurt me tonight.
10:15pm, Feb 17 - Unknown Caller: And many more.
10:17pm, Feb 17 - Camila: I'm not invalidating it, I just don't understand yet why this hurts you. I've lived with this for our entire relationship.
10:22pm, Feb 17 - Unknown Caller: It not that. It reminds me of what was lost.
10:22pm, Feb 17 - Unknown Caller: And applying the symmetry principle isn't good.
10:23pm, Feb 17 - Camila: I'm trying to understand
10:25pm, Feb 17 - Unknown Caller: It reminds me of all the things you promised you would change in volleyball. It was supposed to be a safe haven for us. You there for me. With this I don't know how I can believe or feel that
10:29pm, Feb 17 - Unknown Caller: To demonstrate the symmetry principle problem: for you to sleep with someone else likely destroys my ability to have a successor,and alters our connection forever. My sleeping with someone doesn't do that.
10:31pm, Feb 17 - Unknown Caller: Not tonight. But figure out my pain from the damages, violation of trust and prinples and effects, figure out how to help me with that and fix...
10:32pm, Feb 17 - Unknown Caller: Help heal my pain not just prevent more damage.
11:11pm, Feb 17 - Unknown Caller: ðŸ'"
11:11pm, Feb 17 - Unknown Caller: Do much tonight
11:11pm, Feb 17 - Unknown Caller: So
11:12pm, Feb 17 - Camila: Did something happen?
11:12pm, Feb 17 - Unknown Caller: Just being here. Seeing Jim. Your empty space. Loss of the love of my life
11:13pm, Feb 17 - Unknown Caller: ðŸ'"
11:14pm, Feb 17 - Camila: I want to be there
11:45pm, Feb 17 - Unknown Caller: The pain would be almost unbearable... How would you help my pain?
11:46pm, Feb 17 - Unknown Caller: I could really use some help...
11:48pm, Feb 17 - Unknown Caller: Please help... I'm hurting so much...
11:49pm, Feb 17 - Camila: What do you need?
12:05am, Feb 18 - Unknown Caller: You to come up with something very important and reversing of the damages...
12:22am, Feb 18 - Unknown Caller: ?
12:23am, Feb 18 - Unknown Caller: How motivated are you?
12:24am, Feb 18 - Unknown Caller: ðŸ˜¢
12:26am, Feb 18 - Camila: I am
12:26am, Feb 18 - Unknown Caller: Please help then. I am breaking inside.
12:33am, Feb 18 - Unknown Caller: ?
12:33am, Feb 18 - Camila: I'm here
12:35am, Feb 18 - Unknown Caller: Figure out what you can do? It would be such a gift for my heart. Times are dark for me...
12:38am, Feb 18 - Unknown Caller: Figure out something you can do that will reverse the difference.
12:38am, Feb 18 - Unknown Caller: The difference can guide you with what needs to be done.
1:43am, Feb 18 - Unknown Caller: ???ðŸ'"
2:04am, Feb 18 - Unknown Caller: I think I've lost hope.
2:05am, Feb 18 - Camila: Hi honey
2:05am, Feb 18 - Camila: Don't lose hope
2:05am, Feb 18 - Camila: I was doing homework
2:05am, Feb 18 - Camila: Or what were you referring to?
2:06am, Feb 18 - Camila: Did something happen?
2:07am, Feb 18 - Unknown Caller: I guess I was hoping for a plan to reverse the differences. It would have soothed my heart.
2:08am, Feb 18 - Camila: Yes, love... I won't have that now. I'm doing homework
2:08am, Feb 18 - Unknown Caller: How late you up?
2:09am, Feb 18 - Camila: Til I finish
2:09am, Feb 18 - Camila: Maybe an hour

# A716

2:09am, Feb 18 - Unknown Caller: How long do you think?
2:09am, Feb 18 - Camila: Wanna come over?
2:09am, Feb 18 - Unknown Caller: If I can, before 3, should I come home?
2:10am, Feb 18 - Camila: Yes
2:09am, Feb 18 - Unknown Caller: Ok...
2:34am, Feb 18 - Unknown Caller: If I come soon will you be wide awake?
2:35am, Feb 18 - Camila: Yes
2:35am, Feb 18 - Camila: I'm doing homework
2:42am, Feb 18 - Unknown Caller: Do you want me to come over or will I interfere?
2:42am, Feb 18 - Camila: I'm doing homework but come over
2:42am, Feb 18 - Unknown Caller: Will I interfere?
2:43am, Feb 18 - Camila: Yes but I'm ok w it
2:44am, Feb 18 - Camila: I said you could. I'm ok w it
2:44am, Feb 18 - Unknown Caller: I want you to want me there, not just be ok with it. I also want you to
see me and not just have me there while you do homework.
2:45am, Feb 18 - Unknown Caller: If you don't want me A LOT then I'll pass.
2:47am, Feb 18 - Unknown Caller: ?
2:50am, Feb 18 - Unknown Caller: I guess I should pass then...
2:51am, Feb 18 - Camila: This is distracting me more than if you just came over
2:51am, Feb 18 - Unknown Caller: Yes. I need an answer though. That is not a basis to come over.
2:51am, Feb 18 - Unknown Caller: I'll pass then...
2:52am, Feb 18 - Camila: Just come over!
2:52am, Feb 18 - Camila: If I didn't want you to I wouldn't javr asked!
2:52am, Feb 18 - Camila: Have
2:52am, Feb 18 - Unknown Caller: I need more than just an ok.
2:53am, Feb 18 - Camila: That is not an ok!!!
2:53am, Feb 18 - Unknown Caller: ?
2:53am, Feb 18 - Camila: Damn it, this is pissing me off. Come over
2:53am, Feb 18 - Camila: Please
2:53am, Feb 18 - Unknown Caller: Don't be kissed then.
2:53am, Feb 18 - Unknown Caller: Pissed
4:36am, Feb 18 - Unknown Caller: Good night sweet love!
11:49am, Feb 18 - Camila: Thinking of you
12:02pm, Feb 18 - Camila: How are things?
12:03pm, Feb 18 - Camila: ?
12:03pm, Feb 18 - Camila: What are you up to?
12:03pm, Feb 18 - Unknown Caller: Very difficult. How are things going there?
12:04pm, Feb 18 - Camila: I arrived late. I was doing the sourcing with Dani
12:04pm, Feb 18 - Camila: Anything new?
12:09pm, Feb 18 - Unknown Caller: Not yet editing legal affidavits.
12:10pm, Feb 18 - Unknown Caller: Had interviews with lawyers this morning.
12:10pm, Feb 18 - Camila: How did it go?
12:10pm, Feb 18 - Unknown Caller: So far ok. This is hard though.
12:11pm, Feb 18 - Unknown Caller: How is your thinking and feeling?
12:11pm, Feb 18 - Unknown Caller: Are we on for tonight?
12:11pm, Feb 18 - Camila: Idk
12:11pm, Feb 18 - Camila: I don't think so
12:11pm, Feb 18 - Unknown Caller: Why?
12:12pm, Feb 18 - Camila: They are saying the next process takes 4 hours and are looking to meet at 4
or 5
12:17pm, Feb 18 - Unknown Caller: After? I guess I feel a loss of hope when you answer, "idk".
12:18pm, Feb 18 - Camila: I am trying to catch up on ethicist. Why would you feel a loss of hope???
12:28pm, Feb 18 - Unknown Caller: That response sounds lost and apathetic compared to expanded and
determined.
12:31pm, Feb 18 - Unknown Caller: I guess I always hope the curriculum helps you move forward. Idk,
sounds not that way.

# A717

12:32pm, Feb 18 - Camila: Idk means I don't know

12:42pm, Feb 18 - Unknown Caller: I know. When you have something important you normally say so, not idk. Therefore, idk= nothing important has happened, nothing has changed.

12:43pm, Feb 18 - Camila: ???

12:50pm, Feb 18 - Unknown Caller: I was expressing the basis of my feelings about when you answer idk...

12:51pm, Feb 18 - Unknown Caller: You haven't said if you want to see me after? I also think it is better if you do not go to Startpoint tonight until we work things through...

12:58pm, Feb 18 - Unknown Caller: ?

1:06pm, Feb 18 - Unknown Caller: Are you angry, good, or neutral? I can't tell what's going on and I'd like to know... As you know, today I've had one hurtful thing after another...

2:19pm, Feb 18 - Unknown Caller: What's going on?

2:29pm, Feb 18 - Unknown Caller: What's going on? You haven't answered if you want to see me?

2:36pm, Feb 18 - Unknown Caller: Where are you? You feel off the face of the earth? I need to make plans that revolve around what you say...

2:36pm, Feb 18 - Unknown Caller: Fell

2:36pm, Feb 18 - Unknown Caller: Are you home?

2:37pm, Feb 18 - Camila: Which is?

2:37pm, Feb 18 - Camila: No

2:50pm, Feb 18 - Unknown Caller: Which is what? Where are you?

2:51pm, Feb 18 - Unknown Caller: See me later?

2:51pm, Feb 18 - Camila: I was at apropos. Catching up

2:51pm, Feb 18 - Unknown Caller: I heard you were done or are soon?

2:51pm, Feb 18 - Unknown Caller: Where are you?

2:52pm, Feb 18 - Camila: Walking

2:52pm, Feb 18 - Unknown Caller: Towards home?

2:52pm, Feb 18 - Unknown Caller: Do you not want to see me?

2:59pm, Feb 18 - Unknown Caller: Is it that you do not want to see me?

3:01pm, Feb 18 - Camila: I can't answer you and focus

3:14pm, Feb 18 - Camila: Ok, now I'm good

3:14pm, Feb 18 - Camila: Yes, I want to see you

3:14pm, Feb 18 - Unknown Caller: I am free after 6:30 I think...

6:15pm, Feb 18 - Camila: U still coming?

6:40pm, Feb 18 - Unknown Caller: Yes a little late

6:51pm, Feb 18 - Unknown Caller: How are you towards me today?

8:28pm, Feb 18 - Unknown Caller: I really do lose all hope when we have such interactions.

8:29pm, Feb 18 - Camila: What u mean?

8:32pm, Feb 18 - Unknown Caller: We have precious little time. I had a very sad day. For me, more than asking how it went is your touch and your caring. Towards the end of our time, you seemed even somewhat negative to me... Certainly not the Cami of a year ago...

8:32pm, Feb 18 - Camila: Awwwww... Yes, my lovr

8:32pm, Feb 18 - Camila: I am so sorry

8:33pm, Feb 18 - Camila: I could have been softer and more loving

8:33pm, Feb 18 - Camila: I apologize

8:35pm, Feb 18 - Unknown Caller: I reason I lose hope is why you are not. You were in the past, so you are capable, the reason why is the other stuff, the lie, which is the thing I don't know how it will ever work out at this point.

8:38pm, Feb 18 - Camila: I have no idea what you just said

8:40pm, Feb 18 - Unknown Caller: If you did not have the capability and acted as you did it would be one thing. But you do have the capability and don't because of the breach. That's hard for me. It adds to the damages.

8:41pm, Feb 18 - Camila: Ah

8:41pm, Feb 18 - Camila: Got it

8:55pm, Feb 18 - Unknown Caller: ðŸ˜¢

9:52pm, Feb 18 - Camila: Did the ethicist ppl already watch the last temptation?

11:33pm, Feb 18 - Unknown Caller: For Friday...

# A718

11:55pm, Feb 18 - Unknown Caller: 😍
11:58pm, Feb 18 - Camila: So they haven't watched it yet?
12:17am, Feb 19 - Unknown Caller: It's home work although I think they are doing a showing sometime before the class... Do you care as much about me tonight?
12:30am, Feb 19 - Unknown Caller: 😍
12:35am, Feb 19 - Camila: What does that mean?
12:35am, Feb 19 - Camila: Are you coming over?
12:35am, Feb 19 - Camila: I'm going to bed soon
12:38am, Feb 19 - Unknown Caller: Later maybe if you want... What's your schedule?
12:39am, Feb 19 - Camila: Sourcing @ 9:30.. don't know where yet.
12:39am, Feb 19 - Camila: Kids 1-5
12:39am, Feb 19 - Unknown Caller: Me?
12:39am, Feb 19 - Camila: Flamenco possibly 6:30
12:39am, Feb 19 - Camila: Yes?
12:39am, Feb 19 - Unknown Caller: When will you make time for me?
12:40am, Feb 19 - Camila: At night
12:40am, Feb 19 - Camila: With ethicist it is a little tough
12:40am, Feb 19 - Unknown Caller: What about tomorrow?
12:40am, Feb 19 - Camila: That's what I mean
12:40am, Feb 19 - Unknown Caller: Evening
12:40am, Feb 19 - Camila: That's what I mean
12:40am, Feb 19 - Unknown Caller: Do you want me inside you?
12:41am, Feb 19 - Camila: We'll see
12:41am, Feb 19 - Unknown Caller: 😍
12:42am, Feb 19 - Camila: I don't want to lie to you
12:44am, Feb 19 - Unknown Caller: I know... And the feelings not being there are hard for me, especially with Jim.
12:45am, Feb 19 - Camila: Specially with Jim what?
12:45am, Feb 19 - Unknown Caller: It's more pain because for those 2 months you could have put that effort spent on him into us not against us.
12:48am, Feb 19 - Unknown Caller: I just dont think this will work, we no longer have the time.
12:48am, Feb 19 - Camila: But
12:49am, Feb 19 - Camila: I still have hope
12:48am, Feb 19 - Unknown Caller: We needed every ounce of caring you could give directed at me/us...
12:49am, Feb 19 - Camila: I know. I failed. I am sorry
12:49am, Feb 19 - Camila: I will be better
12:49am, Feb 19 - Unknown Caller: I don't really have hope anymore... You haven't built the fire for me...
12:50am, Feb 19 - Camila: 😢
12:50am, Feb 19 - Camila: There is hope, honey
12:50am, Feb 19 - Unknown Caller: You build it for others in an instant when you should have been for me.
12:50am, Feb 19 - Camila: I will give you some
12:50am, Feb 19 - Unknown Caller: I'm waiting but I am defeated.
12:51am, Feb 19 - Camila: I understand
12:51am, Feb 19 - Camila: I am so sorry
12:51am, Feb 19 - Camila: I will give you hope
12:51am, Feb 19 - Unknown Caller: Once it is built there is still such a long way to go...
12:51am, Feb 19 - Unknown Caller: And the Jim thing is not resolved...
12:52am, Feb 19 - Camila: Are you coming over?
12:54am, Feb 19 - Unknown Caller: Later.
12:54am, Feb 19 - Camila: Ok
12:56am, Feb 19 - Unknown Caller: 😍
12:57am, Feb 19 - Camila: Why?
11:44am, Feb 19 - Camila: I tried calling cuz I finished sooner than I thought
11:44am, Feb 19 - Camila: And was hoping to kiss you
12:33pm, Feb 19 - Unknown Caller: When? How? Now?

# A719

12:35pm, Feb 19 - Camila: What?
12:35pm, Feb 19 - Camila: Why?
12:35pm, Feb 19 - Camila: Which?
12:35pm, Feb 19 - Unknown Caller: ðŸ˜¢
12:35pm, Feb 19 - Camila: Hahaha
12:36pm, Feb 19 - Camila: I was being funny, love
12:37pm, Feb 19 - Unknown Caller: I missed a kiss...
12:38pm, Feb 19 - Camila: Maybe not
12:38pm, Feb 19 - Camila: Where are you?
12:38pm, Feb 19 - Unknown Caller: Let me see if I can free up... Where are you and going?
12:39pm, Feb 19 - Camila: From home to Wilton
12:39pm, Feb 19 - Unknown Caller: Witlton by 1?
12:39pm, Feb 19 - Unknown Caller: How did it go?
12:40pm, Feb 19 - Camila: Yes
12:40pm, Feb 19 - Unknown Caller: What child? Staying there?
12:41pm, Feb 19 - Unknown Caller: To forget to answer how it went?
12:43pm, Feb 19 - Unknown Caller: I don't think I can get there or intercept in 17 minutes...
12:44pm, Feb 19 - Unknown Caller: Answer when you get these texts... And I want to know how it went?
12:45pm, Feb 19 - Camila: It went well
12:45pm, Feb 19 - Unknown Caller: Very or so so?
12:46pm, Feb 19 - Unknown Caller: Does it positively affect us?
1:07pm, Feb 19 - Unknown Caller: ?
2:52pm, Feb 19 - Camila: Hi
3:17pm, Feb 19 - Camila: ?
3:18pm, Feb 19 - Unknown Caller: Where are you?
3:18pm, Feb 19 - Camila: Wilton
3:18pm, Feb 19 - Camila: You?
3:18pm, Feb 19 - Camila: With Chase
3:19pm, Feb 19 - Unknown Caller: I can see your door
3:24pm, Feb 19 - Camila: Whaaaaat?
3:24pm, Feb 19 - Camila: How?
3:24pm, Feb 19 - Camila: Are you at Dani's
3:25pm, Feb 19 - Camila: ?
3:46pm, Feb 19 - Camila: Where did you go?
4:48pm, Feb 19 - Unknown Caller: ?
4:49pm, Feb 19 - Camila: ?
4:51pm, Feb 19 - Unknown Caller: I just got these texts... When I texted you I was just stopping by Dani's for a minute... Then I was gone...
4:52pm, Feb 19 - Camila: ðŸ˜¢
4:52pm, Feb 19 - Unknown Caller: Your texts are after mine on the thread but time stamped before... What's wrong honey?
5:02pm, Feb 19 - Camila: Nothing.
5:02pm, Feb 19 - Camila: What's going on with you?
5:03pm, Feb 19 - Camila: What are you up to?
5:03pm, Feb 19 - Unknown Caller: You sent me a crying face?
5:52pm, Feb 19 - Camila: Yes. Because you were nearby but then disappeared
5:56pm, Feb 19 - Unknown Caller: Home?
5:58pm, Feb 19 - Unknown Caller: ?
5:59pm, Feb 19 - Camila: No
5:58pm, Feb 19 - Unknown Caller: Where are you?
5:59pm, Feb 19 - Camila: Wilton
5:59pm, Feb 19 - Camila: Looking for Gandhi
5:59pm, Feb 19 - Unknown Caller: He's dead.
5:59pm, Feb 19 - Camila: Ha.ha
5:59pm, Feb 19 - Unknown Caller: What about last temptation? He's dead too!
6:00pm, Feb 19 - Camila: ðŸ˜˜,ðŸ˜˜,ðŸ˜˜,ðŸ˜˜,ðŸ˜˜,

# A720

6:00pm, Feb 19 - Camila: Funny
6:00pm, Feb 19 - Unknown Caller: Do you desire me?
6:00pm, Feb 19 - Unknown Caller: ?
6:01pm, Feb 19 - Camila: That's not dead
6:01pm, Feb 19 - Unknown Caller: But that's not an answer either...
6:02pm, Feb 19 - Camila: I'm trying to be nice
6:02pm, Feb 19 - Camila: Or funny
6:02pm, Feb 19 - Camila: But yes
6:02pm, Feb 19 - Unknown Caller: When?
6:02pm, Feb 19 - Camila: When am I trying to be nice?
6:02pm, Feb 19 - Camila: Just now
6:03pm, Feb 19 - Unknown Caller: No, when see me?
6:03pm, Feb 19 - Camila: Tonight
6:04pm, Feb 19 - Unknown Caller: What time?
6:47pm, Feb 19 - Camila: I'll text you. Around 8
6:55pm, Feb 19 - Unknown Caller: Are you alone at wilton?
7:15pm, Feb 19 - Unknown Caller: ?
7:19pm, Feb 19 - Camila: No
7:19pm, Feb 19 - Unknown Caller: Who is there?
7:20pm, Feb 19 - Camila: Not Wilton
7:19pm, Feb 19 - Unknown Caller: Where are you?
7:20pm, Feb 19 - Camila: Home. Watching homework
7:20pm, Feb 19 - Camila: My class was cancelled
7:20pm, Feb 19 - Unknown Caller: Want me there soon?
7:21pm, Feb 19 - Camila: I kinda wanna finish this
7:20pm, Feb 19 - Unknown Caller: How long? Which one?
7:21pm, Feb 19 - Camila: Temptation
7:21pm, Feb 19 - Camila: I have 1 hour left
7:21pm, Feb 19 - Unknown Caller: We're you alone at wilton?
7:22pm, Feb 19 - Unknown Caller: ?
7:22pm, Feb 19 - Camila: No
7:22pm, Feb 19 - Unknown Caller: Who was there?
7:22pm, Feb 19 - Camila: Such an odd question. Why?
7:23pm, Feb 19 - Unknown Caller: Why not just answer? Wilton really hurts...
7:23pm, Feb 19 - Camila: Fluffy
7:23pm, Feb 19 - Camila: Why?
7:23pm, Feb 19 - Unknown Caller: Wondering where he's been. Also concerned about Dan and you.
7:24pm, Feb 19 - Camila: ???
7:24pm, Feb 19 - Camila: Dan and me??
7:24pm, Feb 19 - Unknown Caller: ðŸ'"
7:24pm, Feb 19 - Camila: Why?
7:24pm, Feb 19 - Unknown Caller: Less strange than you and Jim.
7:25pm, Feb 19 - Camila: Why strange?
7:28pm, Feb 19 - Camila: Some would say that you and I is strange....
7:30pm, Feb 19 - Unknown Caller: I wish you wouldn't at all defend your relationship with Jim. You last comment was so bad and hurtful.
7:31pm, Feb 19 - Unknown Caller: ?
7:32pm, Feb 19 - Camila: I found your comment unnecessary. I am sorry I got defensive
7:33pm, Feb 19 - Unknown Caller: It was not at all unnecessary. I wish you stopped retaliating to things you don't understand.
7:34pm, Feb 19 - Unknown Caller: What about the damage you just did which mightblast months?
7:35pm, Feb 19 - Camila: ??
7:35pm, Feb 19 - Unknown Caller: If you realized your relationship with Jim was strange, wrong, and totally unappealing, then you would be at g0 for that. I have really just lost hope. I think this is it.
7:37pm, Feb 19 - Camila: I haven't lost hope
7:37pm, Feb 19 - Camila: Why are you losing hope now?

# A721

7:37pm, Feb 19 - Camila: What did I do?
7:37pm, Feb 19 - Unknown Caller: After what you texted you are defending the relationship with Jim which you should be condemning in every way. So far away. No time.
7:38pm, Feb 19 - Unknown Caller: I can't take this on.
7:39pm, Feb 19 - Camila: I am sorry. I felt offended personally, not Jim
7:39pm, Feb 19 - Camila: Not about*
7:40pm, Feb 19 - Unknown Caller: That's worse in some ways... How could have I offended you?
7:44pm, Feb 19 - Unknown Caller: ?
7:45pm, Feb 19 - Camila: Don't worry... There should be no room for anger or feeling offended... I apologize
7:45pm, Feb 19 - Unknown Caller: What was the offense?
7:46pm, Feb 19 - Camila: Calling it strange
7:46pm, Feb 19 - Unknown Caller: Why is that offensive?
7:49pm, Feb 19 - Camila: I don't know. It felt judgemental
7:49pm, Feb 19 - Unknown Caller: I want you to list 5 good reasons why that relationship is strange and those reasons must not be able to be applied to our relationship.
7:49pm, Feb 19 - Camila: It felt like you were disapproving of ME
7:49pm, Feb 19 - Unknown Caller: Not you... But the conduct and existence of that relationship are not good.
7:50pm, Feb 19 - Unknown Caller: Please text me that list now.
7:51pm, Feb 19 - Unknown Caller: It is quite important.
7:52pm, Feb 19 - Unknown Caller: ?
7:52pm, Feb 19 - Unknown Caller: Should be simple.
8:43pm, Feb 19 - Unknown Caller: You have not texted the list. Was going to stop in.
8:47pm, Feb 19 - Camila: Oh, hey... Sorry, hadn't seen that
8:47pm, Feb 19 - Camila: Yes, please stop by
8:47pm, Feb 19 - Camila: When?
8:49pm, Feb 19 - Unknown Caller: Now.
10:01pm, Feb 19 - Camila: Hi
10:01pm, Feb 19 - Unknown Caller: Hi love! When you finish digesting, would you comment on what I said...
10:02pm, Feb 19 - Camila: Sure
10:02pm, Feb 19 - Unknown Caller: Are you good?
10:03pm, Feb 19 - Camila: I think we have established that I am not....but I am well, honey
10:03pm, Feb 19 - Unknown Caller: ðŸ˜¢ maybe your actions not... But you are...
10:04pm, Feb 19 - Unknown Caller: All I can say right now is help...
10:05pm, Feb 19 - Camila: How?
10:05pm, Feb 19 - Unknown Caller: Digesting, commenting, fixing, etc. Sending the list...
10:06pm, Feb 19 - Camila: Ok
10:06pm, Feb 19 - Unknown Caller: Think very fondly of me...
10:06pm, Feb 19 - Unknown Caller: No more anger, defensiveness, or pride...
10:06pm, Feb 19 - Unknown Caller: Ever...
11:59pm, Feb 19 - Unknown Caller: ?ðŸ˜¢
1:05am, Feb 20 - Unknown Caller: ???ðŸ˜¢ðŸ™
1:13am, Feb 20 - Camila: What's going on?
1:29am, Feb 20 - Unknown Caller: Comments? Volleyball is so hard...
1:29am, Feb 20 - Camila: Hi there
1:31am, Feb 20 - Unknown Caller: ðŸ˜¢ list... ? Please make volleyball better for me...
1:35am, Feb 20 - Unknown Caller: ðŸ™
1:36am, Feb 20 - Unknown Caller: I just got the deep chills I'm sorry
1:46am, Feb 20 - Unknown Caller: You disappeared again.
7:50am, Feb 20 - Unknown Caller: Not a good recovery from the chills. You haven't sent the list or comments on what I said?
9:29am, Feb 20 - Camila: Awwww my honey
9:29am, Feb 20 - Camila: I've been doing homework
9:30am, Feb 20 - Camila: Are you feeling better?

# A722

9:32am, Feb 20 - Unknown Caller: Very weak...
9:32am, Feb 20 - Camila: What is going on?
9:32am, Feb 20 - Unknown Caller: List? Comments?
9:33am, Feb 20 - Camila: Not yet
9:33am, Feb 20 - Camila: I would rather do that in person
9:33am, Feb 20 - Unknown Caller: Very important...
9:33am, Feb 20 - Unknown Caller: Now?
9:33am, Feb 20 - Camila: No
9:33am, Feb 20 - Camila: Can't now
9:33am, Feb 20 - Unknown Caller: Why?
9:33am, Feb 20 - Camila: Still doing honeowrj
9:33am, Feb 20 - Camila: Haven't finished
9:33am, Feb 20 - Camila: Feel asleep last night
9:34am, Feb 20 - Camila: So long
9:33am, Feb 20 - Unknown Caller: Speak ahremaic?
9:34am, Feb 20 - Camila: I'm.at the intermission
9:34am, Feb 20 - Camila: Oi!
9:34am, Feb 20 - Unknown Caller: Ok?
9:34am, Feb 20 - Unknown Caller: Oi?
9:35am, Feb 20 - Camila: Oi
9:35am, Feb 20 - Unknown Caller: Why oi?
9:35am, Feb 20 - Camila: As in ay!
9:35am, Feb 20 - Camila: Because I have so much left to watch
9:35am, Feb 20 - Unknown Caller: Ok... Why do the other thing in person?
9:36am, Feb 20 - Camila: No time, more thorough
9:36am, Feb 20 - Unknown Caller: Positive?
9:37am, Feb 20 - Unknown Caller: If you didn't need to see Gandhi by today what would you want?
9:38am, Feb 20 - Camila: Hmmm
9:38am, Feb 20 - Camila: I'd love to see you but I an out of time anyways
9:38am, Feb 20 - Camila: I have Ella right now
9:38am, Feb 20 - Unknown Caller: Why?
9:38am, Feb 20 - Camila: At 10
9:38am, Feb 20 - Unknown Caller: Till?
9:38am, Feb 20 - Camila: 1
9:38am, Feb 20 - Camila: Yes
9:38am, Feb 20 - Unknown Caller: Yes?
9:39am, Feb 20 - Unknown Caller: You likely don't need Gandhi done by this afternoon...
9:40am, Feb 20 - Camila: Oh
9:40am, Feb 20 - Camila: Cool
9:40am, Feb 20 - Unknown Caller: But what did you say yes about?
9:40am, Feb 20 - Camila: Your question
9:40am, Feb 20 - Unknown Caller: Which one honey?
9:41am, Feb 20 - Unknown Caller: My auto correct almost turned honey into hiney
9:41am, Feb 20 - Camila: Funny
9:42am, Feb 20 - Unknown Caller: ?
9:42am, Feb 20 - Unknown Caller: ?...?
9:43am, Feb 20 - Unknown Caller: Oh no! Don't go without answering!
9:43am, Feb 20 - Camila: What?
9:43am, Feb 20 - Unknown Caller: You say yes in answer to some questions. I asked which question?
9:44am, Feb 20 - Camila: Good?
9:44am, Feb 20 - Unknown Caller: Oh! You mean positive?
11:51am, Feb 20 - Unknown Caller: ?
11:51am, Feb 20 - Camila: 'sup?
11:51am, Feb 20 - Unknown Caller: 'supu?
11:52am, Feb 20 - Camila: What's up?
11:52am, Feb 20 - Unknown Caller: I was asking you the same but first...

# A723

11:54am, Feb 20 - Unknown Caller: No thoughts or feeling for me while you're with Ella?
11:55am, Feb 20 - Camila: I can't text
11:54am, Feb 20 - Unknown Caller: Ok
1:00pm, Feb 20 - Camila: Funny man
1:01pm, Feb 20 - Unknown Caller: Thinking of you...
1:01pm, Feb 20 - Unknown Caller: ðŸ˜†
1:02pm, Feb 20 - Camila: U on the vball thread. Holy shit
1:02pm, Feb 20 - Camila: Really??? How?
1:02pm, Feb 20 - Unknown Caller: Just being perversely intimate...
1:03pm, Feb 20 - Camila: I thought you were asking for something
1:03pm, Feb 20 - Unknown Caller: Whatever you would give...
1:10pm, Feb 20 - Unknown Caller: I did want to insult you... I am just always thinking of you fondly, even in my weird humor...
1:10pm, Feb 20 - Unknown Caller: Didn't
1:47pm, Feb 20 - Camila: Would it be bad if I participated on the vball thread??? So tempting...
1:48pm, Feb 20 - Camila: ?
1:48pm, Feb 20 - Camila: I have a few minutes to text
1:48pm, Feb 20 - Unknown Caller: Not yet...
1:48pm, Feb 20 - Unknown Caller: Give me a minute
1:51pm, Feb 20 - Unknown Caller: Here
1:51pm, Feb 20 - Camila: Ok
1:51pm, Feb 20 - Unknown Caller: Until Nancy calls
1:51pm, Feb 20 - Camila: What's up?
1:51pm, Feb 20 - Unknown Caller: So... Text me something good...
1:51pm, Feb 20 - Camila: How are you feeling today?
1:52pm, Feb 20 - Camila: Are you feeling hopeful or less?
1:51pm, Feb 20 - Unknown Caller: Hurting from head to toe...
1:52pm, Feb 20 - Unknown Caller: The chills do yhat
1:52pm, Feb 20 - Camila: Why?
1:52pm, Feb 20 - Camila: Oh
1:52pm, Feb 20 - Camila: My baby
1:52pm, Feb 20 - Unknown Caller: Every muscle cramps for hours
1:52pm, Feb 20 - Camila: Why do you have chills?
1:53pm, Feb 20 - Unknown Caller: I push myself. I run out of blood sugar. Last night I was sweaty from volleyball and got caught in the cold...
1:54pm, Feb 20 - Camila: Oh my
1:54pm, Feb 20 - Camila: Oh honey
1:55pm, Feb 20 - Unknown Caller: I want to be hopeful. But there is no time and you are not near g0 even with Jim.
1:57pm, Feb 20 - Camila: How do you advise him?
1:57pm, Feb 20 - Unknown Caller: I don't see how it can be done. If I were to do it I could but I am different and can be extreme and proactive, resourceful etc...
1:57pm, Feb 20 - Unknown Caller: What do you mean?
1:57pm, Feb 20 - Unknown Caller: I also worry why you care?
1:58pm, Feb 20 - Unknown Caller: I advise him generically and only respond to his process.
1:59pm, Feb 20 - Unknown Caller: It has been about him with him.
1:59pm, Feb 20 - Unknown Caller: ?
1:59pm, Feb 20 - Unknown Caller: It seems like you are more interested about that than my pain.
2:00pm, Feb 20 - Camila: Why do I care?
2:00pm, Feb 20 - Unknown Caller: That's why I lose hope. What's going on with him should be a nothing concern compared to me and us.
2:02pm, Feb 20 - Camila: I guess I worry that he hates me....and in a very strange way I worry that you advise him to, like you did with Robbie's situation
2:01pm, Feb 20 - Unknown Caller: Help. I am losing hope.
2:02pm, Feb 20 - Camila: You wanted me to hate r
2:02pm, Feb 20 - Unknown Caller: You should know me better than that but you should be far more

## A724

concerned about me. You are not.
2:03pm, Feb 20 - Unknown Caller: No. But you would have gone through something like that if you went to g0.
2:03pm, Feb 20 - Unknown Caller: The r. Thing is far from over.
2:04pm, Feb 20 - Unknown Caller: The Jim thing has to be dealt with now though.
2:04pm, Feb 20 - Unknown Caller: Conversations like this I feel I should give up.
2:05pm, Feb 20 - Camila: Why, hun?
2:05pm, Feb 20 - Unknown Caller: The way you speak of me, my motivations, and even r... You don't say I hated/hate r.... But you hate me...
2:06pm, Feb 20 - Unknown Caller: If you saw r. and that situation all aspects of it would disgust you.
2:06pm, Feb 20 - Unknown Caller: It doesnt
2:07pm, Feb 20 - Unknown Caller: The thought of doing anything with r. would nauseate you.
2:08pm, Feb 20 - Unknown Caller: That's how it was when you loved me... That's how it should be.
2:08pm, Feb 20 - Unknown Caller: Maybe I do give up.
3:07pm, Feb 20 - Unknown Caller: ?
4:21pm, Feb 20 - Unknown Caller: How was it?
4:27pm, Feb 20 - Camila: Ethicist?
4:27pm, Feb 20 - Camila: It was good
4:27pm, Feb 20 - Camila: A question about us came up, though
4:27pm, Feb 20 - Unknown Caller: How?
4:28pm, Feb 20 - Unknown Caller: What was the situation?
4:29pm, Feb 20 - Camila: I realized that love is tested
4:29pm, Feb 20 - Camila: When was mine tested?
4:29pm, Feb 20 - Camila: I feel like u didn't earn it
4:29pm, Feb 20 - Camila: Oh boy, not "u"
4:30pm, Feb 20 - Camila: I*
4:30pm, Feb 20 - Camila: Sorry about that terrible typo
4:30pm, Feb 20 - Unknown Caller: We can talk in person... I had hoped you would have found today great.
4:31pm, Feb 20 - Camila: I did
4:31pm, Feb 20 - Camila: But what in particular are you referring to?
4:31pm, Feb 20 - Unknown Caller: General examination of love and the way of love...
4:32pm, Feb 20 - Camila: Yes, I thought it was great
4:32pm, Feb 20 - Unknown Caller: How are you?
4:33pm, Feb 20 - Camila: Not sure
4:33pm, Feb 20 - Unknown Caller: ?
4:33pm, Feb 20 - Camila: There are things I feel I am missing
4:33pm, Feb 20 - Unknown Caller: Can I help?
4:33pm, Feb 20 - Camila: Things I get intellectually but don't really understand ir connect with
4:33pm, Feb 20 - Camila: Dunno
4:34pm, Feb 20 - Camila: Or*
4:34pm, Feb 20 - Unknown Caller: When do you want to see me at home?
4:34pm, Feb 20 - Camila: Maybe later. I wanted to get a few things done before coming back
4:34pm, Feb 20 - Unknown Caller: Like?
4:35pm, Feb 20 - Camila: Then I have ethicist, then my friendship
4:35pm, Feb 20 - Camila: Grocery shopping,
4:35pm, Feb 20 - Camila: I will be cooking for a few people and there are things I need
4:35pm, Feb 20 - Unknown Caller: The things you get intellectually can guide you to do what is necessary to get it otherwise...
4:36pm, Feb 20 - Unknown Caller: Who are you cooking for?
4:39pm, Feb 20 - Unknown Caller: Cook for whom?
4:40pm, Feb 20 - Camila: Mich and India, maybe bonnie and Mark
4:43pm, Feb 20 - Camila: 'sup?
4:43pm, Feb 20 - Unknown Caller: Waiting on you.
4:46pm, Feb 20 - Camila: For?
5:01pm, Feb 20 - Unknown Caller: ?

## A725

5:02pm, Feb 20 - Unknown Caller: Your cooking for people is involved in a few ways with your breaches...

5:03pm, Feb 20 - Camila: ????

5:03pm, Feb 20 - Camila: I have no money!!!

5:14pm, Feb 20 - Unknown Caller: There are other ways. I told you I would pay for legitimate work. I will have to pay someone else if not you...

5:15pm, Feb 20 - Unknown Caller: I pay more. You're settling for low pay work for your time.

5:15pm, Feb 20 - Camila: I thought you took that off the table

5:16pm, Feb 20 - Camila: I am more than gane for that

5:15pm, Feb 20 - Unknown Caller: I think you should not cook for anyone but me and do my work that I need.

5:16pm, Feb 20 - Camila: Game*

5:16pm, Feb 20 - Camila: I commited to it already

5:17pm, Feb 20 - Unknown Caller: Uncommit and get someone else.

5:17pm, Feb 20 - Unknown Caller: I am very concerned about tonight because the Jim thing is not resolved and he will be there.

5:18pm, Feb 20 - Camila: I am feeling a bit thwarted with these things. These are things that develop skills to generate more options to earn in the future. Why do you want me to not have that?

5:18pm, Feb 20 - Unknown Caller: My things develop better skills.

5:18pm, Feb 20 - Camila: Options. Options!

5:18pm, Feb 20 - Camila: Your thing is dependant on you

5:18pm, Feb 20 - Unknown Caller: I am so concerned about tonight.

5:19pm, Feb 20 - Camila: You can just as easily take it away and I'm left without options

5:19pm, Feb 20 - Unknown Caller: My think develops independent skills even if done while working for me.

5:19pm, Feb 20 - Unknown Caller: Thing

5:20pm, Feb 20 - Camila: I don't get it. You have threatened to take it all away before. Why wouldn't you in the future?

5:20pm, Feb 20 - Unknown Caller: My thing is much more valuable and permanent for you compared to cooking for others.

5:21pm, Feb 20 - Camila: I agree that it is more valuable

5:22pm, Feb 20 - Camila: I am talking about options independent of anything

5:22pm, Feb 20 - Unknown Caller: Even if I did, it's better than cooking for others.

5:23pm, Feb 20 - Camila: I don't disagree.. I am talking about options!!!!!

5:23pm, Feb 20 - Unknown Caller: Yes. You shouldn't cook for others now.

5:24pm, Feb 20 - Camila: Why???????????

5:26pm, Feb 20 - Unknown Caller: I wish you could figure it out.

5:30pm, Feb 20 - Unknown Caller: At g0 these things would be evident.

5:30pm, Feb 20 - Unknown Caller: Tonight is a problem. You need to ignore him and be very formal.

5:32pm, Feb 20 - Camila: This is pissing me off

5:35pm, Feb 20 - Unknown Caller: That's really bad. Just forget everything I said. I was trying to help. If your not committed enough to do what is helpful forget it.

5:36pm, Feb 20 - Unknown Caller: I can't accept the anger anymore.

5:37pm, Feb 20 - Camila: I was just sharing what was going on for me

5:37pm, Feb 20 - Camila: I feel very thwarted by you

5:37pm, Feb 20 - Camila: I feel like I have no options and you don't care

5:37pm, Feb 20 - Unknown Caller: That's an insurmountable problem.

5:38pm, Feb 20 - Camila: What?

5:38pm, Feb 20 - Unknown Caller: I give up. I can move you to being at cause. The way you feel towards what I say is opposite what needs to be. You should be joyful to do anything I say.

5:39pm, Feb 20 - Unknown Caller: That you are not means we're out of time.

5:39pm, Feb 20 - Unknown Caller: Cant

5:40pm, Feb 20 - Camila: What do I do with that?

5:41pm, Feb 20 - Unknown Caller: I don't know. If you were at cause it would be simple and joyous. Do what you want, get your results, I can't help because I refuse to have you feel thwarted when I help.

5:41pm, Feb 20 - Camila: How is this help?

5:41pm, Feb 20 - Unknown Caller: Forget it.

## A726

5:42pm, Feb 20 - Camila: I don't mean that with attitude
5:42pm, Feb 20 - Camila: No, honey, for real...
5:42pm, Feb 20 - Unknown Caller: Everything I say or do with you is to help.
5:42pm, Feb 20 - Camila: I know, but you are giving me less options..
5:42pm, Feb 20 - Unknown Caller: You either know that and respect that or not.
5:43pm, Feb 20 - Camila: Less options does not feel like help
5:42pm, Feb 20 - Unknown Caller: More options.
5:44pm, Feb 20 - Unknown Caller: If you do what I say, I can drop you on mars and you'll be better off... With cooking for others that's not the case. But more importantly is your conscience. Even if what I was suggesting was worse, you should want it. It happens to be the best option by far.
5:46pm, Feb 20 - Unknown Caller: You either do one thing or the other. If you cook you lose the work with me, if you work with me, you will lose the cooking.
5:47pm, Feb 20 - Unknown Caller: It would also be nice if you were devoted. When you loved me this would never have been an issue, so it shouldn't be now.
5:48pm, Feb 20 - Unknown Caller: You still haven't helped me with tonight.
5:49pm, Feb 20 - Unknown Caller: Show me you respect me. Do as I ask joyfully.
5:50pm, Feb 20 - Unknown Caller: You also take time away from us to cook for others.
5:50pm, Feb 20 - Unknown Caller: Fix.
5:52pm, Feb 20 - Unknown Caller: ?
5:53pm, Feb 20 - Unknown Caller: Btw. If you are still pissed off instead of loving, just do whatever you want.
5:53pm, Feb 20 - Unknown Caller: I give up.
5:54pm, Feb 20 - Camila: Don't
5:55pm, Feb 20 - Unknown Caller: What are you going to do about cooking and tonight?
6:01pm, Feb 20 - Unknown Caller: ?
6:03pm, Feb 20 - Unknown Caller: ???
6:31pm, Feb 20 - Unknown Caller: You would also stay away from Wilton as much as possible if you cared about me.
6:32pm, Feb 20 - Unknown Caller: I think this is it because you have not answered and weren't strong enough to do what would be best.
6:48pm, Feb 20 - Unknown Caller: Please respond.
6:55pm, Feb 20 - Camila: I haven't been able to respond
6:57pm, Feb 20 - Camila: I committed to one week with Mich. I don't have a solid commitment with the others. I would like to uphold that commitment. Would this be acceptable for you?
6:59pm, Feb 20 - Camila: I still feel thwarted because I don't really understand why you are asking for this except because you want obedience or to test me. Is this so?
7:10pm, Feb 20 - Unknown Caller: If it were you should just obey.
7:11pm, Feb 20 - Unknown Caller: You could undo your commitment with Mich. Or at least not cook at wilton.
7:12pm, Feb 20 - Unknown Caller: Jim tonight?
7:12pm, Feb 20 - Camila: I don't have to cook at Wilton honey
7:12pm, Feb 20 - Camila: It'd be an.honor to cook at home
7:12pm, Feb 20 - Unknown Caller: Ok. That's better.
7:12pm, Feb 20 - Camila: I thought you didn't want that
7:12pm, Feb 20 - Unknown Caller: It doesn't have to take time away from us then.
7:13pm, Feb 20 - Camila: What about Jim?
7:13pm, Feb 20 - Camila: There's no Jim tonight
7:13pm, Feb 20 - Camila: Where? How?
7:13pm, Feb 20 - Unknown Caller: Jim will be there tonight.
7:13pm, Feb 20 - Camila: It wouldn't
7:13pm, Feb 20 - Camila: Oh
7:13pm, Feb 20 - Camila: Ethicist?
7:13pm, Feb 20 - Unknown Caller: Yes.
7:14pm, Feb 20 - Camila: Not a problem
7:14pm, Feb 20 - Camila: It'll be fine, love
7:14pm, Feb 20 - Unknown Caller: You've said that before.

# A727

7:14pm, Feb 20 - Camila: Ok
7:14pm, Feb 20 - Unknown Caller: Just a few weeks ago you were cheating on me with him.
7:15pm, Feb 20 - Camila: Ok
7:15pm, Feb 20 - Camila: One time
7:16pm, Feb 20 - Unknown Caller: Don't belittle it. One time that destroyed any trust I was trying to build after r. And 2 months of inappropriate behavior.
7:17pm, Feb 20 - Camila: I don't agree with that but I understand you feel that way
7:17pm, Feb 20 - Camila: Having a friend is not inappropriate behavior
7:17pm, Feb 20 - Unknown Caller: That you say one time has me just want to quit. That's so aweful without conscience about me.
7:17pm, Feb 20 - Unknown Caller: Stop. That's it. I quit
7:18pm, Feb 20 - Camila: Whaaaaat?
7:18pm, Feb 20 - Camila: No
7:18pm, Feb 20 - Camila: Don't
7:18pm, Feb 20 - Camila: I apologize
7:18pm, Feb 20 - Camila: What did I say?
7:19pm, Feb 20 - Unknown Caller: Would you have behaved that way when you were in so much love with me? The lingering kisses... Enough to have him think...
7:24pm, Feb 20 - Unknown Caller: ?
7:25pm, Feb 20 - Camila: Hmmm maybe not
7:27pm, Feb 20 - Unknown Caller: So it totally disrespwcts love and everything we had. You find that ok?
7:28pm, Feb 20 - Unknown Caller: It was aweful. It was terrible. It was wrongful. Covering it up with some friendship thing is having no conscience.
7:28pm, Feb 20 - Unknown Caller: Even if true.
7:29pm, Feb 20 - Unknown Caller: I am so sad.
7:29pm, Feb 20 - Unknown Caller: Say something?
7:38pm, Feb 20 - Unknown Caller: That really hurt. You should be behaving like the best you with me. Those two months were aweful. The effects profound. How many other people witnessed things that would never have happened if you were true?
7:39pm, Feb 20 - Unknown Caller: Assure me about Jim tonight.
7:40pm, Feb 20 - Unknown Caller: You need to send me that list.
7:41pm, Feb 20 - Unknown Caller: Don't you care? This Jim thing was so bad in every way. Any extra good feelings you build, which never should have been built, need to be countered and erased.
7:41pm, Feb 20 - Unknown Caller: Built
8:16pm, Feb 20 - Unknown Caller: ?
8:31pm, Feb 20 - Unknown Caller: This unresponsive thing is really bad.
8:35pm, Feb 20 - Camila: Phone was is still dying
8:38pm, Feb 20 - Unknown Caller: Please answer my requests
8:39pm, Feb 20 - Unknown Caller: Please let me know you understand just how bad and hurtful the things you said about the Jim thing?
8:41pm, Feb 20 - Unknown Caller: ?
11:56pm, Feb 20 - Unknown Caller: It is really bad you're unreachable to me but reachable to others. I've tried to think of everything and anything you could do to prove you care at this point and I'm stumped.
11:57pm, Feb 20 - Camila: Still in friendship
12:58am, Feb 21 - Camila: Hi hun
12:58am, Feb 21 - Camila: What's going on?
12:59am, Feb 21 - Camila: I need a moment to catch up
12:59am, Feb 21 - Camila: A lot has happened on this thread
1:18am, Feb 21 - Camila: Why are you freaking out, honey? How can I make you better?
1:35am, Feb 21 - Unknown Caller: Answer my requests.
1:35am, Feb 21 - Camila: Ok. Tell me
1:35am, Feb 21 - Unknown Caller: I did.
1:37am, Feb 21 - Camila: The list/
1:37am, Feb 21 - Camila: ?
1:37am, Feb 21 - Unknown Caller: Comments about what I had said. The Jim list. Tell me any interactions with Jim tonight. Show me you understand how hurtful and damaging the things you said

# A728

about the Jim situation are. Those are 4 requests.
1:38am, Feb 21 - Camila: Ok, honey
1:38am, Feb 21 - Camila: 1.
1:39am, Feb 21 - Camila: I don't always understand what sets you off. I thought we were good and have been working on this stuff with ethicist
1:39am, Feb 21 - Camila: 2.
1:41am, Feb 21 - Camila: 1.he's r's stepdad
2.he's way taller than me
3.he's with Esther
4.he's too sweet
5.he's like a father to fluffy
1:41am, Feb 21 - Camila: 3.
1:42am, Feb 21 - Camila: No interactions tonight
1:42am, Feb 21 - Camila: 4.
1:42am, Feb 21 - Camila: Not done..
1:42am, Feb 21 - Unknown Caller: What do you mean by too sweet?
1:42am, Feb 21 - Camila: Let me finish
1:43am, Feb 21 - Camila: I understand
1:43am, Feb 21 - Camila: He's too sweet: I like a strong dominating energy, he's too sweet
1:43am, Feb 21 - Unknown Caller: Weak?
1:44am, Feb 21 - Unknown Caller: ?
1:45am, Feb 21 - Camila: No
1:45am, Feb 21 - Camila: Sweet
1:45am, Feb 21 - Unknown Caller: That's sounds like protecting the false good you've built at our expense.
1:45am, Feb 21 - Camila: ???
1:46am, Feb 21 - Camila: He's not weak. I can't imagine you saying that or wanting me to say that.
1:47am, Feb 21 - Camila: Or anyone
1:48am, Feb 21 - Unknown Caller: ???
1:49am, Feb 21 - Unknown Caller: That scares me. You are very irrationally protective.
1:49am, Feb 21 - Camila: ???
1:49am, Feb 21 - Camila: No
1:49am, Feb 21 - Unknown Caller: Why are you protecting the false positives you built?
1:50am, Feb 21 - Camila: I am not
1:50am, Feb 21 - Unknown Caller: Jim is weak compared to me. Jim is strong compared to Mike. Wtf?
1:50am, Feb 21 - Camila: But it is not fair to destroy him for something I did.
1:50am, Feb 21 - Camila: Why Wtf?
1:52am, Feb 21 - Unknown Caller: I'm not destroying him. Even if he were to be destroyed it is cause and effect damage to make things right. Try this: name the false positives you created over the 2 months (all positives should be false positives because of context).
1:54am, Feb 21 - Unknown Caller: How do you experience Jim more positively than you did 3 months ago?
1:54am, Feb 21 - Unknown Caller: ?
1:55am, Feb 21 - Unknown Caller: Here is a second set: what traits make you choose Jim over me?
3:07am, Feb 21 - Camila: I don't understand what you are asking for
3:10am, Feb 21 - Unknown Caller: Your being at cause. Your answering the above two sets and neutralizing any items. Your never feeling I am punishing you. Your caring for me. Your hurting for me more than I hurt. Your trusting me 100%.

These are 6 items to start. Are you going to do them?
3:11am, Feb 21 - Unknown Caller: ?
3:12am, Feb 21 - Camila: Yes
3:12am, Feb 21 - Unknown Caller: Then start now. Tonight was important for me, there was a lot you could have done to help me. At least get me something on us by morning.
3:13am, Feb 21 - Unknown Caller: I want to have something where I feel you really do care.
8:46am, Feb 21 - Camila: Help

# A729

8:48am, Feb 21 - Camila: I feel terrible about last night. I feel now that that's not how I want to treat you

8:56am, Feb 21 - Unknown Caller: I will help however I can. Determine, at the real base of it, the true bad reason (fear of something) for the bad actions. How was pride involved, what were you protecting? Once you discover what you were protecting from me, humiliate by giving it to me without protection. This is one method to replace fear with love.

9:59am, Feb 21 - Unknown Caller: I would like you to honestly see how too sweet is weak. If someone is too sweet they lack something... What is that something?

10:01am, Feb 21 - Unknown Caller: Then find the pride and the reason for the protection...

10:06am, Feb 21 - Camila: In group. What's up?

10:06am, Feb 21 - Unknown Caller: I sent you two comments. I would like you also to be vigilant with treating Jim formally only. Ok?

10:07am, Feb 21 - Camila: Ok

10:07am, Feb 21 - Unknown Caller: â•¤

10:45am, Feb 21 - Unknown Caller: If you want love to be valuable, and our love was valuable, you'll need to build it back with great pain and sacrifice to my benefit. You should miss no opportunity to do something I would want especially if it is at great pain and effort. Does this make sense?

10:57am, Feb 21 - Camila: I want to ask you something but I don't want you to acknowledge that you even got this. Did you consider my last request to not extinguish all future possibilities?

10:57am, Feb 21 - Camila: And yes, it makes sense

10:58am, Feb 21 - Camila: Sweet lacks determination, decisiveness

10:58am, Feb 21 - Camila: Strength to go for what you want

6:04pm, Feb 21 - Camila: Hi

6:04pm, Feb 21 - Camila: How are you?

6:04pm, Feb 21 - Camila: I am not sure how I am feeling after today

6:05pm, Feb 21 - Camila: But I am still open to meet if you are up for it

6:43pm, Feb 21 - Unknown Caller: I don't know what to think.

6:44pm, Feb 21 - Camila: What do you want to think?

6:44pm, Feb 21 - Unknown Caller: You tell me.

6:48pm, Feb 21 - Unknown Caller: ?

6:49pm, Feb 21 - Camila: I am asking what you want to think

6:52pm, Feb 21 - Unknown Caller: I find it sad. I believe at this point you should be doing reams of telling. Many texts etc. You set me a very difficult communication. I wish I understood the intent. There seems to be only one conclusion but everything you do belies that.

6:53pm, Feb 21 - Unknown Caller: I though today would move you positively with us... That you would be communicating and begging to see me... What I got seemed cold in comparison just now.

6:53pm, Feb 21 - Unknown Caller: Thought

6:54pm, Feb 21 - Unknown Caller: Sent

7:01pm, Feb 21 - Camila: Do you want to come over?

7:03pm, Feb 21 - Unknown Caller: I really dont know.

7:04pm, Feb 21 - Unknown Caller: What interactions did you have with Jim today?

7:13pm, Feb 21 - Unknown Caller: Do you want to come over?

7:13pm, Feb 21 - Camila: I would want you to come over

7:14pm, Feb 21 - Unknown Caller: I don't understand your earlier text or response to today. You also did not answer my Jim question which is really bad because I believe it should be volunteered and I shouldn't even have to ask.

7:20pm, Feb 21 - Camila: Stop making things bad. They are not. I would love to see you and tell you in person

7:21pm, Feb 21 - Camila: If you don't want that that's fine, too

7:21pm, Feb 21 - Unknown Caller: Tell me the Jim thing now if you would?

7:21pm, Feb 21 - Camila: He said hi

7:21pm, Feb 21 - Camila: Everything else was formal. Not even stares or cordial interactions

7:21pm, Feb 21 - Unknown Caller: No contact just from a distance?

7:22pm, Feb 21 - Camila: I think he hates me

7:22pm, Feb 21 - Unknown Caller: No hug or kiss or anything?

7:23pm, Feb 21 - Camila: He said hi in passing. I said a neutral Hi. There were no other interactions

7:23pm, Feb 21 - Camila: I think he hates me

## A730

7:23pm, Feb 21 - Unknown Caller: I don't like when you lie.
7:24pm, Feb 21 - Camila: You won't have to worry about anything. He wants nothing to do with me
7:24pm, Feb 21 - Unknown Caller: No. I shouldn't see you.
7:24pm, Feb 21 - Unknown Caller: You kissed him.
7:24pm, Feb 21 - Camila: Yes. I said he said hi
7:24pm, Feb 21 - Camila: How did I lie?
7:25pm, Feb 21 - Camila: I didn't "kiss" him. I said hi
7:25pm, Feb 21 - Unknown Caller: If you don't know. That you kissed him and didn't say.
7:25pm, Feb 21 - Camila: That's a Hi not a kiss
7:25pm, Feb 21 - Unknown Caller: I asked kiss, hug etc. You said no.
7:26pm, Feb 21 - Camila: Sorry, ill be more precise next time
7:25pm, Feb 21 - Unknown Caller: Lip to lip is a kiss.
7:26pm, Feb 21 - Camila: That's a hi
7:26pm, Feb 21 - Camila: Ok, I'll specify next time
7:26pm, Feb 21 - Camila: Wait, how do you know if you think I didn't say that
7:26pm, Feb 21 - Unknown Caller: Not good enough. Also my not having to worry because you think he hates you is a world apart from even if he wanted you I would have nothing to worry about.
7:27pm, Feb 21 - Camila: And why are you making problems??? This was supposed to be a good day
7:28pm, Feb 21 - Unknown Caller: Get in cause please. I am trying to stay communicating with you.
7:33pm, Feb 21 - Unknown Caller: ?
7:34pm, Feb 21 - Camila: What?
7:34pm, Feb 21 - Unknown Caller: Kiss Jim on the lips to say hi was unnecessary. Your not reporting it wrong. You avoiding when asked not good. Your covering now really bad.
7:35pm, Feb 21 - Unknown Caller: What is a shifty response right now.
7:35pm, Feb 21 - Unknown Caller: Shitty
7:36pm, Feb 21 - Camila: What do you want? Why are you being like this?
7:36pm, Feb 21 - Unknown Caller: Give me something good that shows your not angry but truly sorry and have a conscience about it. If you had the appropriate conscience you would have never kissed him.
7:37pm, Feb 21 - Unknown Caller: I want to believe your not playing me. You didn't answer about my confusion over an earlier text. I won't bring it up again, but that is VERY bad.
7:42pm, Feb 21 - Unknown Caller: This seems to be the end.
8:02pm, Feb 21 - Unknown Caller: You're not checking your phone for communication you might not hear.
8:02pm, Feb 21 - Unknown Caller: This is the last time I'm calling.
8:13pm, Feb 21 - Camila: A Great Big World & Christina Aguilera - Say Something - YouTube http://m.youtube.com/watch?v=-2U0Ivkn2Ds
8:13pm, Feb 21 - Camila: Don't give up on me
8:14pm, Feb 21 - Unknown Caller: Give me the reason. I'm looking for it. You haven't addressed the Jim thing sufficiently nor other things.
8:29pm, Feb 21 - Unknown Caller: If you dont want me to give up answer please all of the above questions and issues.
8:29pm, Feb 21 - Unknown Caller: Now.
8:33pm, Feb 21 - Unknown Caller: Show me.
8:53pm, Feb 21 - Unknown Caller: Now please.
9:10pm, Feb 21 - Camila: Can I call you a little later, honey?
9:19pm, Feb 21 - Unknown Caller: Why not answer some of this now. It would help me.
9:50pm, Feb 21 - Camila: Ok
9:54pm, Feb 21 - Unknown Caller: ?
9:55pm, Feb 21 - Camila: I have reviewed the messages. what are you asking for?
9:56pm, Feb 21 - Unknown Caller: Don't make me ask again it's very painful.
9:57pm, Feb 21 - Camila: I am sorry. I don't know what you want me to address
9:57pm, Feb 21 - Camila: I don't understand why you want me to not say Hi to him
9:58pm, Feb 21 - Unknown Caller: Not telling me you kissed. I'd were you my conscience would not have let me. His interpretation is also exactly what I would think. You act oblivious to what he might think.
9:58pm, Feb 21 - Unknown Caller: If
9:59pm, Feb 21 - Camila: Which is?

# A731

9:59pm, Feb 21 - Camila: Why would he misinterpret a Hi?
9:59pm, Feb 21 - Unknown Caller: Stop this your being insulting.
10:00pm, Feb 21 - Camila: I want a chance to fix on my own. I can't explain everything through text, that's why I wanted to see you
10:01pm, Feb 21 - Camila: Why am I being insulting?
10:01pm, Feb 21 - Camila: Or how
10:01pm, Feb 21 - Unknown Caller: Maybe later. How late you up? I did give you 7 months to fix and Jim was your answer... Why not do it my way?
10:02pm, Feb 21 - Camila: Because I don't understand your way. I am not developing any conscience by just saying yes master. I felt something today and I wanted to ask for a chance to fix
10:02pm, Feb 21 - Unknown Caller: Ok.
10:03pm, Feb 21 - Camila: ?
10:03pm, Feb 21 - Unknown Caller: But you would build love by saying yes master if you swallowed all pride and weren't angry. The conscience would then come.
10:04pm, Feb 21 - Unknown Caller: I said ok above to your trying.
10:04pm, Feb 21 - Unknown Caller: A chance to fix...
10:04pm, Feb 21 - Camila: Ok
10:04pm, Feb 21 - Camila: Thank you
10:04pm, Feb 21 - Unknown Caller: My way is actually the way of love through devotion...
10:05pm, Feb 21 - Unknown Caller: That was just an explanation
10:05pm, Feb 21 - Camila: ?
10:06pm, Feb 21 - Unknown Caller: How late can I stop by?
10:06pm, Feb 21 - Camila: When you desire
10:06pm, Feb 21 - Unknown Caller: But when are you awake until?
10:07pm, Feb 21 - Camila: Probably 12:30 or 1
10:14pm, Feb 21 - Unknown Caller: Too early.
10:15pm, Feb 21 - Camila: It has been an emotionally exhausting day
10:18pm, Feb 21 - Camila: Jim just twxted me
10:18pm, Feb 21 - Camila: All business. Very formal
10:19pm, Feb 21 - Camila: I thought you'd want to know
10:21pm, Feb 21 - Unknown Caller: Thank you! Should I stop by?
10:21pm, Feb 21 - Unknown Caller: Later
10:22pm, Feb 21 - Camila: Surr
10:21pm, Feb 21 - Unknown Caller: What was the text about?
10:22pm, Feb 21 - Camila: Vball
10:22pm, Feb 21 - Unknown Caller: Can you send me a screen shot?
10:23pm, Feb 21 - Camila: Is it because you don't trust me?
10:23pm, Feb 21 - Unknown Caller: No. Although trust is earned... I want to see the nuanses... He wouldn't have texted if you hadn't kissed.
10:24pm, Feb 21 - Camila: I don't think so
10:24pm, Feb 21 - Camila: We didn't kiss!
10:24pm, Feb 21 - Unknown Caller: He absolutely thinks so.
10:24pm, Feb 21 - Unknown Caller: Why won't you?
10:25pm, Feb 21 - Camila: <Media omitted>
10:25pm, Feb 21 - Unknown Caller: This has just turned very bad.
10:25pm, Feb 21 - Camila: What?
10:25pm, Feb 21 - Camila: What turned bad?
10:25pm, Feb 21 - Camila: Are you okay???
10:25pm, Feb 21 - Unknown Caller: ?
10:26pm, Feb 21 - Unknown Caller: ?
10:29pm, Feb 21 - Unknown Caller: Now I don't trust you.
10:29pm, Feb 21 - Unknown Caller: I think this is done. I give up.
11:25pm, Feb 21 - Camila: What happened???
11:25pm, Feb 21 - Camila: Holy shit. I thought you were not okay
11:25pm, Feb 21 - Camila: What happened, honey?
11:25pm, Feb 21 - Camila: Why are you giving up?

## A732

11:30pm, Feb 21 - Camila: Why don't you trust me?

11:31pm, Feb 21 - Camila: What happened?

11:31pm, Feb 21 - Camila: My phone died before I could finish communicating. The screenshot I sent you was sideways. Sorry

11:31pm, Feb 21 - Camila: I'm plugged in now

11:32pm, Feb 21 - Camila: <Media omitted>

12:27am, Feb 22 - Unknown Caller: Ok

1:37am, Feb 22 - Unknown Caller: Are you up?

8:51am, Feb 22 - Camila: Hey

8:51am, Feb 22 - Unknown Caller: Hey

8:51am, Feb 22 - Camila: I am not the only one feeljg this way. Lol

8:51am, Feb 22 - Unknown Caller: Which way?

8:53am, Feb 22 - Camila: Everyone is answering how are you's with sounds and not actual words. And we all look puffy

8:54am, Feb 22 - Camila: I felt so many things yesterday it was rough but I guess good

8:54am, Feb 22 - Camila: When are you doing forum next?

8:54am, Feb 22 - Unknown Caller: What did you end up with for us?

8:55am, Feb 22 - Camila: Is that all you care about?

8:55am, Feb 22 - Camila: There is more to it

8:56am, Feb 22 - Unknown Caller: Is all I care about love? Yes. I believe you grossly underevaluate us and it significance to all humanity. I am so sad you don't get it.

8:57am, Feb 22 - Unknown Caller: Yes, it is all I care about and I believe if you got it, it would be all you cared about.

8:58am, Feb 22 - Unknown Caller: I am really sad.

8:59am, Feb 22 - Unknown Caller: ?

9:00am, Feb 22 - Camila: Well that is what it was about yesterday. Love. I dug some and realized some more. Unfortunately, my deepest representation of that is Gaelyn, I have been sadly questioning any others

9:01am, Feb 22 - Unknown Caller: If you analyze it, Gaelyn is only an aspect of love... What we had is the full thing.

9:02am, Feb 22 - Unknown Caller: Gaelyn should not be your deepest representation of the full thing.

9:02am, Feb 22 - Unknown Caller: I am so sad.

9:03am, Feb 22 - Unknown Caller: As long as you restrict love with Gaelyn you lose it even with him.

9:17am, Feb 22 - Camila: You are not getting it

9:17am, Feb 22 - Camila: I can explain later

9:19am, Feb 22 - Unknown Caller: Honey, in this case you are not getting it as evidenced by your comment about my focus on us. I may be misunderstanding other parts of the communication, but please don't let pride stop you from realizing you are really wrong from that perspective.

9:20am, Feb 22 - Unknown Caller: I get it deeply. If you regarded us appropriately much would be different, including this morning.

9:21am, Feb 22 - Unknown Caller: I need you to get it. I will see through your actions if you ever do. You certainly wouldn't say what you did above.

10:02am, Feb 22 - Unknown Caller: ?

10:37am, Feb 22 - Camila: You are not getting it but I can't talk right now

11:20am, Feb 22 - Unknown Caller: Ideally you would never be so insistent, especially with me... I leave open I might not be getting it... I'll see... But if you are getting it and acting/responding like this there is a huge problem...

11:24am, Feb 22 - Camila: It pisses me off that you are always looking to are how I am bad. You used to see the goodness in me. It doesn't feel like you do that anymore.

11:25am, Feb 22 - Camila: Yesterday was supposed to be very good and you kept aggressing

11:32am, Feb 22 - Unknown Caller: You are answering as if you care angry. If you really saw what I was doing you would cry and cry and cry. You would really he sad the way you are treating this and me. Please stop. Please get over the pride. It would be easy for me not to provoke your pride... And would feel so good... But then there would be a horrible thing... Please trust me so much more and realize you are wrong and break the pride... Please, I can't bear much more...

11:33am, Feb 22 - Unknown Caller: Btw... We are more important than this exercise or this course...

## A733

11:34am, Feb 22 - Unknown Caller: If you want to stop thinking I'm looking for badness (I am not) drop the pride. A humble person would not feel that.

11:35am, Feb 22 - Unknown Caller: Humility is what you need. You are being prideful with what you said.

11:38am, Feb 22 - Unknown Caller: Please help... This hurts so so much...

11:40am, Feb 22 - Unknown Caller: You don't get this learning for you is forged with my blood. Please be soft, drop the pride... Never be angry at me again... I don't deserve that...

11:40am, Feb 22 - Unknown Caller: And please respond...

11:42am, Feb 22 - Camila: I am about to start another round

11:42am, Feb 22 - Camila: Would you rather I talk to you

11:42am, Feb 22 - Camila: ?

11:43am, Feb 22 - Unknown Caller: I wish you weren't angry and stopped punishing me. It would be good if ever 15 minutes or so you stopped to text or something like that...

11:44am, Feb 22 - Camila: I can go into the other room

11:44am, Feb 22 - Camila: Ok

11:44am, Feb 22 - Unknown Caller: Please be soft my love... You know not what you are doing...

11:45am, Feb 22 - Unknown Caller: It's really bad... You would cry so much for the rest of your life... Please...

11:45am, Feb 22 - Camila: Ok

11:45am, Feb 22 - Camila: I'm in the other room now

11:46am, Feb 22 - Unknown Caller: You can do the question set... Just keep a pulse on us... I am crying so hard I wish you knew and understood...

11:46am, Feb 22 - Unknown Caller: This is so bad...

11:48am, Feb 22 - Camila: I am not going to do both

11:48am, Feb 22 - Camila: I am already in the other room

11:48am, Feb 22 - Camila: What's up?

11:48am, Feb 22 - Camila: Why would I cry? What are you doing?

11:49am, Feb 22 - Camila: What do you want? I am already missing it. What's up?

11:50am, Feb 22 - Camila: And why are you crying

11:50am, Feb 22 - Camila: ???????

11:50am, Feb 22 - Camila: I'm waiting for you

11:51am, Feb 22 - Unknown Caller: Oh...

11:51am, Feb 22 - Camila: I can't take my phone with me  if I go back in, it needs to charge

11:51am, Feb 22 - Camila: Oh?

11:51am, Feb 22 - Unknown Caller: I was waiting for your response and assumed you went to discuss questions for a rime

11:51am, Feb 22 - Camila: <Media omitted>

11:52am, Feb 22 - Camila: It looks like you didn't get the others

11:53am, Feb 22 - Camila: It pisses me off that you try to tell me not to have Gaelyn as my love

11:53am, Feb 22 - Unknown Caller: You would cry when you saw my motivation, actions, and how you were causing damage because you doubt me... Things like that...

11:53am, Feb 22 - Unknown Caller: It should be me first actually. I earned it.

11:54am, Feb 22 - Camila: Great... But I didn't

11:54am, Feb 22 - Unknown Caller: It is a full love with me... It's a type of love with him...

11:54am, Feb 22 - Camila: That's one of the things I have realized. You can't just hope for love, you have to earn it

11:55am, Feb 22 - Camila: I haven't earned it with you. I have earned as much as I have

11:55am, Feb 22 - Unknown Caller: You've never stopped loving you and always acted on it... You betrayed, not me...

11:55am, Feb 22 - Unknown Caller: Ive

11:55am, Feb 22 - Camila: And with Gaelyn I earned as much as I love him

11:55am, Feb 22 - Unknown Caller: You don't get it

11:56am, Feb 22 - Camila: Why are you trying to tell me how I experience things?

11:56am, Feb 22 - Unknown Caller: I get it. You don't. It is impossible to have full love for gaelyn and it would be very unhealthy for both of you if you held that as your standard.

11:57am, Feb 22 - Unknown Caller: I am not. You are very prideful.

11:57am, Feb 22 - Camila: So you will have my love by demanding it??

# A734

11:57am, Feb 22 - Unknown Caller: What I am saying makes sense.

11:58am, Feb 22 - Camila: It doesn't make it right or true

11:57am, Feb 22 - Unknown Caller: No. You need to demand it of you.

11:58am, Feb 22 - Camila: You cant tell me how I experience things

11:58am, Feb 22 - Unknown Caller: But sometimes it is as in this case. It is both right and true.

11:58am, Feb 22 - Camila: And when I tell you how I actually do, you don't take it in

11:59am, Feb 22 - Unknown Caller: Not true but I won't argue with you any more. You're right, and so I am gone. You won.

12:00pm, Feb 22 - Unknown Caller: Goodbye. I can't give anymore.

12:01pm, Feb 22 - Camila: I am not right and don't want to be. I just want you to take in what I tell you. You don't take in what I tell you. You won't know how I pain and how I love if you force it to be something it is not just because you demand it

12:03pm, Feb 22 - Unknown Caller: I have taken in everything you say. Each time you object I take on another penance. Every time you say I don't understand another penance I take. Every time. My body is almost gone because you say I don't understand.

12:05pm, Feb 22 - Unknown Caller: You have not really taken penances. You still indulge. For me to know you really mean what you say you would need to change. It easy for you to say things because you don't back them with penances and consequences.

12:05pm, Feb 22 - Unknown Caller: I am quitting.

12:06pm, Feb 22 - Camila: And yet you still don't take it in.

For the record, I also don't understand and don't want to pretend to tell you what to do.. but it just seems like you are not considerif me and only want what you want the way you want

12:06pm, Feb 22 - Camila: It has been less than 24 hours. You have no freaking idea. We haven't talked. You don't know me

12:06pm, Feb 22 - Unknown Caller: Goodbye that seals it.

12:07pm, Feb 22 - Camila: I am sending the letter. I had it on stand by awaiting your approval. I have taken discomfort penances

12:08pm, Feb 22 - Unknown Caller: The above is wrongful. If you believe any of that I have no business tryingbor staying. If you are just being prideful prove each assertion incorrect now. That's it.

12:09pm, Feb 22 - Camila: I wanted to share with you my awarenesses and my experience but I understand your friendship is a privilege I don't have anymore

12:09pm, Feb 22 - Camila: What?

12:09pm, Feb 22 - Camila: What assertion?

12:09pm, Feb 22 - Unknown Caller: All your claims above about me.

12:10pm, Feb 22 - Unknown Caller: Btw... I was there this morning and you didn't share.

12:11pm, Feb 22 - Unknown Caller: I was there twice.

12:13pm, Feb 22 - Camila: And yet you still don't take it in. *I'm sure you do, just because I feel you don't doesn't mean you actually don't. Pride filters what I see.

For the record, I also don't understand and don't want to pretend to tell you what to do.. but it just seems like you are not considerif me *if you love me the way I did back then, you consider me in all your decisions and with more depth and clarity than I ever would

and only want what you want the way you want *this implies pride on you but it is just a projection because I am prideful

12:13pm, Feb 22 - Camila: Twice?

12:15pm, Feb 22 - Unknown Caller: Yes twice... I don't quite understand the above... Explain what it is... It could be a few things...

12:15pm, Feb 22 - Unknown Caller: Ah... I get it now...

12:16pm, Feb 22 - Unknown Caller: What can I do? I'm bleeding now and I don't know if it will stop...

12:19pm, Feb 22 - Unknown Caller: ?

12:19pm, Feb 22 - Camila: You got.it?

12:19pm, Feb 22 - Camila: Was that the one you were referring to/

12:19pm, Feb 22 - Camila: ?

12:19pm, Feb 22 - Unknown Caller: I understood you were being self-critical of your responses...

12:20pm, Feb 22 - Unknown Caller: But I need your help now...

12:20pm, Feb 22 - Camila: Yes

# A735

12:20pm, Feb 22 - Camila: With....?
12:20pm, Feb 22 - Unknown Caller: I'm not able to continue...
12:21pm, Feb 22 - Camila: What do you mean?
12:22pm, Feb 22 - Camila: ?
12:25pm, Feb 22 - Camila: ?
12:25pm, Feb 22 - Unknown Caller: I've taken on too much... My body is not supporting it
12:26pm, Feb 22 - Camila: What's going on/
12:26pm, Feb 22 - Camila: ?
12:26pm, Feb 22 - Unknown Caller: For some reason my phone was not sending or receiving...
12:26pm, Feb 22 - Unknown Caller: I am really bleeding.
12:27pm, Feb 22 - Camila: Mine, too
12:27pm, Feb 22 - Unknown Caller: I need you to drop your pride and love me purely...
12:27pm, Feb 22 - Camila: Literally bleeding?
12:27pm, Feb 22 - Unknown Caller: Yes.
12:27pm, Feb 22 - Camila: Do you need me to call anyone?
12:27pm, Feb 22 - Unknown Caller: No.
12:27pm, Feb 22 - Unknown Caller: It won't help.
12:28pm, Feb 22 - Camila: Will you be okay?
12:28pm, Feb 22 - Unknown Caller: I have many doctors at my disposal.
12:28pm, Feb 22 - Unknown Caller: I don't know.
12:28pm, Feb 22 - Unknown Caller: Every time your angry or prideful I take on more.
12:30pm, Feb 22 - Unknown Caller: Please help. Understand as innocent as Gaelyn is he has me and others looking out for him... I have no one.
12:30pm, Feb 22 - Unknown Caller: I am alone.
12:30pm, Feb 22 - Camila: ???
12:30pm, Feb 22 - Camila: I didn't understand the first text
12:31pm, Feb 22 - Unknown Caller: Each time you are angry I accept the anger directly as injury.
12:31pm, Feb 22 - Camila: No
12:31pm, Feb 22 - Camila: The one after that
12:31pm, Feb 22 - Unknown Caller: I can't pretext at the moment... I am dizzy
12:31pm, Feb 22 - Unknown Caller: Re
12:31pm, Feb 22 - Unknown Caller: Which
12:32pm, Feb 22 - Camila: The Gaelyn one
12:33pm, Feb 22 - Unknown Caller: Gaelyn earned your love with his innocence... You don't get why your love for me should be fuller and stronger... Actually I am more vulnerable than him, I am alone now
12:34pm, Feb 22 - Camila: That is not what I mean by that
12:34pm, Feb 22 - Unknown Caller: Meant by what
12:36pm, Feb 22 - Camila: I put in effort for him. I sacrificed. I put myself through pain foe.him. that's how I experienced love with him.
I felt amazing with you but didn't really sacrifice, I tolerated and felt willing to die for you but never tested it, never earned it in that way.
12:37pm, Feb 22 - Camila: That's what I mean
12:38pm, Feb 22 - Camila: You earned it because you sacrificed so much foe me, you gave me everything. But it doesn't seem right that you demand it now
12:39pm, Feb 22 - Unknown Caller: I understand that. That's why I've said you need to sacrifice for me/us... I am talking about even more... The quality of love... A full love and something called pragma... Compared to storge...
12:40pm, Feb 22 - Camila: Whaaaaaaaaaaaaa???
12:40pm, Feb 22 - Unknown Caller: I'm not demanding it. But not having from you means I must leave.
12:43pm, Feb 22 - Camila: How come?
12:43pm, Feb 22 - Camila: How would I earn it, then?
12:43pm, Feb 22 - Camila: I thought the point was to rebuild love
12:43pm, Feb 22 - Unknown Caller: Please understand you don't understand. I've waited for you to earn love... The Jim thing was really bad to do while I was waiting... It was the opposite. I take on pain to hold open the possibility for you to love... I am breaking... I can't stay if it's not there...
12:44pm, Feb 22 - Unknown Caller: Yes. Jim was the opposite of that. I can't take on more to hold the

# A736

place. Jim was too much. My body can't take more...
12:45pm, Feb 22 - Camila: Can you explain something to me?
12:45pm, Feb 22 - Unknown Caller: You need to decide, in cause, to do and not think of it as a demand.
12:45pm, Feb 22 - Unknown Caller: Yes I can...
12:46pm, Feb 22 - Camila: Why did you offer to help make it work with Jim?
12:47pm, Feb 22 - Unknown Caller: I can't tell you that yet. It was also subject to his approval. But I still do it whether you say yes or no... Leave it at that... Why do you care?
12:50pm, Feb 22 - Camila: It doesn't have bad intent. I learn a lot from how I see you do love. You love in a way that is uncommon from normal people and want to see that. Want to understand that if I can
12:49pm, Feb 22 - Unknown Caller: Why? I need to stop soon... Do I see you after 1 sometime today? I need your schedule...
12:50pm, Feb 22 - Camila: I also want to start feeling your pain...
12:50pm, Feb 22 - Camila: Yea, after 1ish
12:50pm, Feb 22 - Camila: I need ti figure out how to get back first
12:51pm, Feb 22 - Camila: I might walk. As penance..
12:51pm, Feb 22 - Unknown Caller: I am always willing to sacrifice my interests for you... I just can't sacrifice others interests wrongly... That's what gets in the way of my giving you even more...
12:52pm, Feb 22 - Unknown Caller: Text me so I know and I will move things...
12:52pm, Feb 22 - Camila: I think I understand that... You mean how it affects others?
12:52pm, Feb 22 - Unknown Caller: Yes.
12:53pm, Feb 22 - Camila: Ok. I have decided I will do that today.. I will find a different penance if it not convenient for you, though
12:53pm, Feb 22 - Camila: Just let me know
12:54pm, Feb 22 - Unknown Caller: Just don't let it take much of our potential time. While you do a penance, you should be thinking why your doing the penance along with constructive thoughts...
12:54pm, Feb 22 - Camila: Yep
12:55pm, Feb 22 - Camila: I will
12:55pm, Feb 22 - Unknown Caller: Penance should be a painful strengthening experience...
12:57pm, Feb 22 - Unknown Caller: The problem I have with time left... If you are to earn our love, and it is truly so valuable, you need time... 5 months is a problem... Because of thecvslue of true love, a year was a problem
12:58pm, Feb 22 - Unknown Caller: The value
2:15pm, Feb 22 - Camila: I'm home
2:15pm, Feb 22 - Camila: What arr you up to?
3:16pm, Feb 22 - Unknown Caller: You home until 8:30? Do you want to see me?
3:17pm, Feb 22 - Camila: Home until about 8
3:17pm, Feb 22 - Camila: Yes, I want to see you
3:17pm, Feb 22 - Camila: What's going on with you?
3:18pm, Feb 22 - Camila: What's your plan?
3:18pm, Feb 22 - Unknown Caller: Trying to recover. I will move things to see you likely sooner than later... You're plan?
3:19pm, Feb 22 - Camila: I need to organize some things and plan for the week ahead
3:23pm, Feb 22 - Unknown Caller: Ok...
3:25pm, Feb 22 - Unknown Caller: What's the best thing you can tell me right now?
3:27pm, Feb 22 - Camila: Love is important
3:28pm, Feb 22 - Unknown Caller: Hmmm... How is it applied to us if you don't mind my asking?
3:54pm, Feb 22 - Camila: We'll talk
3:54pm, Feb 22 - Camila: Will you give me a heads up before you come?
3:54pm, Feb 22 - Unknown Caller: Yes as much as I can
3:55pm, Feb 22 - Camila: Thank you
3:55pm, Feb 22 - Camila: U good?
3:55pm, Feb 22 - Unknown Caller: We'll talk sounds ominous
3:55pm, Feb 22 - Camila: Ominous?
3:57pm, Feb 22 - Unknown Caller: Like not good nrws
3:57pm, Feb 22 - Unknown Caller: News
3:57pm, Feb 22 - Camila: Oh

# A737

3:58pm, Feb 22 - Camila: I don't know how you came to that conclusion
4:09pm, Feb 22 - Unknown Caller: Good, just language then... Hopefully I'm wrong...ðŸ˜Š
4:39pm, Feb 22 - Unknown Caller: I may be coming soon
4:55pm, Feb 22 - Unknown Caller: Coming now
6:49pm, Feb 22 - Unknown Caller: As a final plea: Each thing unsaid about us, good or bad, is lost to us forever...
7:15pm, Feb 22 - Unknown Caller: ?
7:22pm, Feb 22 - Unknown Caller: I feel a deep sadness...
7:24pm, Feb 22 - Camila: How come?
7:24pm, Feb 22 - Camila: What happened?
7:25pm, Feb 22 - Unknown Caller: Thinking of what it means when you don't share, even something not good...
7:25pm, Feb 22 - Camila: Ok
7:25pm, Feb 22 - Camila: You want me to tell you?
7:25pm, Feb 22 - Unknown Caller: I don't want to lose anymore... It all precious...
7:25pm, Feb 22 - Camila: Yes.
7:29pm, Feb 22 - Camila: It felt an incomplete. I felt sexually close and aroused
7:30pm, Feb 22 - Unknown Caller: That's ok... I will make it up to you... Although I know that's not the big point
7:31pm, Feb 22 - Camila: I felt foe the first time in a while comfortable with the sexual vulnerability
7:31pm, Feb 22 - Unknown Caller: Thank you
7:31pm, Feb 22 - Camila: So it felt like a harsh stop
7:31pm, Feb 22 - Unknown Caller: It did to me also. I'm sorry. That a why I asked. I felt badly.
7:33pm, Feb 22 - Unknown Caller: I love you. We will have more good vulnerability...
8:07pm, Feb 22 - Unknown Caller: I still feel our intimacy though... Can you?
8:22pm, Feb 22 - Camila: Yes
8:23pm, Feb 22 - Camila: What's going on tonight for ethicist?
8:24pm, Feb 22 - Unknown Caller: A further question set...
8:24pm, Feb 22 - Unknown Caller: I'm likely coming in tomorrow...
8:25pm, Feb 22 - Unknown Caller: I want to see you again tonight if possible... Even if only to hold and kiss you...
8:26pm, Feb 22 - Camila: Awww
8:26pm, Feb 22 - Camila: Yes
8:27pm, Feb 22 - Unknown Caller: Text me...
9:09pm, Feb 22 - Camila: When do you want to see the letter?
9:09pm, Feb 22 - Unknown Caller: Email it to me... How are you?
9:09pm, Feb 22 - Camila: I'm ok
9:09pm, Feb 22 - Unknown Caller: Are the questions good?
9:25pm, Feb 22 - Camila: Yes
10:45pm, Feb 22 - Unknown Caller: How'd it go?
10:53pm, Feb 22 - Camila: Just finsihed
10:53pm, Feb 22 - Camila: Went well
10:53pm, Feb 22 - Unknown Caller: I'm always hoping to hear fantastic revelations from you... I feel I've let you down.
10:59pm, Feb 22 - Unknown Caller: Anything else?
11:00pm, Feb 22 - Unknown Caller: ?
11:32pm, Feb 22 - Camila: I just sent you the letter
2:10am, Feb 23 - Camila: How are you honey?
2:10am, Feb 23 - Unknown Caller: Really hurting...
2:11am, Feb 23 - Unknown Caller: I need to Shit down for a while to be better...
2:11am, Feb 23 - Unknown Caller: Shut
2:11am, Feb 23 - Unknown Caller: Just get in?
2:11am, Feb 23 - Camila: Okay, what can I do?
2:12am, Feb 23 - Unknown Caller: Love me...
2:12am, Feb 23 - Camila: A little bit ago. I just plugged in my phone
2:12am, Feb 23 - Camila: ðŸ˜˜

# A738

8:56am, Feb 23 - Camila: Oh boy
8:56am, Feb 23 - Camila: You haven't been on since your last text
8:56am, Feb 23 - Camila: Are you okay?
8:56am, Feb 23 - Unknown Caller: No. I had lost a lot of blood.
8:57am, Feb 23 - Camila: Holy shit
8:57am, Feb 23 - Camila: Oh nmny honey
8:57am, Feb 23 - Camila: What are you going to do?
8:57am, Feb 23 - Camila: Want some of mine?
8:57am, Feb 23 - Unknown Caller: Heal hopefully.
8:58am, Feb 23 - Camila: That'd be good
8:57am, Feb 23 - Unknown Caller: My penances are difficult.
8:58am, Feb 23 - Unknown Caller: Your busy now with a child?
8:58am, Feb 23 - Camila: How do you know when enough is enough?
8:59am, Feb 23 - Camila: Yes
8:59am, Feb 23 - Camila: <Media omitted>
8:59am, Feb 23 - Unknown Caller: When things are balanced.
8:59am, Feb 23 - Camila: Ok
9:00am, Feb 23 - Camila: What is your plan today?
9:00am, Feb 23 - Unknown Caller: Not sure yet. I don't think I can come into ethicist like this.
9:01am, Feb 23 - Camila: Why? You don't look as handsome as you usually do?
9:01am, Feb 23 - Unknown Caller: Part of me thinks we should cut class together.
9:01am, Feb 23 - Unknown Caller: ðŸ˜Š
9:01am, Feb 23 - Unknown Caller: Too weak...
9:02am, Feb 23 - Unknown Caller: But often I can rally...
9:03am, Feb 23 - Camila: Lol. Cut class together. Cute
9:03am, Feb 23 - Camila: And kiss at recess
9:03am, Feb 23 - Unknown Caller: With tongue.
9:04am, Feb 23 - Unknown Caller: Little Italian boy
9:04am, Feb 23 - Camila: OMG... You would be like my high school boyfriend
9:04am, Feb 23 - Unknown Caller: Only if I could tie you up... Otherwise, it's junior high...
9:23am, Feb 23 - Unknown Caller: You are free after ethicist yes?
9:30am, Feb 23 - Camila: Omg. You made me hot
9:30am, Feb 23 - Camila: Sorta free after ethicist
9:30am, Feb 23 - Camila: Lots to do before intensive
9:35am, Feb 23 - Unknown Caller: Before intensive=before 2 pm today?
9:36am, Feb 23 - Camila: I might have a little bit of time, depending on if I am walking or riding with someone
9:36am, Feb 23 - Unknown Caller: Is ethicist the intensive to which you refer?
9:36am, Feb 23 - Camila: No
9:36am, Feb 23 - Camila: Jness 2
9:36am, Feb 23 - Unknown Caller: When is that?
9:37am, Feb 23 - Camila: The 24
9:37am, Feb 23 - Camila: I think Tuesday
9:37am, Feb 23 - Unknown Caller: You still owe us a bunch of time... What do you need to do for that?
9:38am, Feb 23 - Camila: For our time?
9:38am, Feb 23 - Unknown Caller: ?
9:38am, Feb 23 - Camila: Or for what?
9:38am, Feb 23 - Camila: What do I need to do for what?
9:38am, Feb 23 - Unknown Caller: For the intensive?
9:39am, Feb 23 - Camila: I committed to the tracks. They joined two groups so they need staff and I am also translating
9:39am, Feb 23 - Camila: They have 40+ people
9:39am, Feb 23 - Unknown Caller: Can you not do this one?
9:41am, Feb 23 - Camila: I committed, love. That is the deal. It is that way so the group stays together. I am blue in mentor groups. They need the consistency in the groups
9:41am, Feb 23 - Unknown Caller: You have said you would make the time up to me in the past but that

## A739

hasn't happened and we're running out. Now with this Jim thing it's really hard on me. I can't bleed much more.

9:41am, Feb 23 - Unknown Caller: I believe there are always ways to get out of it or if absolutely necessary minimize it.

9:42am, Feb 23 - Unknown Caller: If this were the last week of my life would you make it happen?

9:43am, Feb 23 - Camila: I know. I would rather not. They ask for thaf ckmmitment for a reason. It messes up the groups

9:43am, Feb 23 - Camila: They are counting on me

9:43am, Feb 23 - Unknown Caller: I can help to move that this time if you want to get out. I don't know if I can do it ecologically. I won't do it otherwise...

9:44am, Feb 23 - Camila: I want to do It

9:44am, Feb 23 - Unknown Caller: I am counting on you.

9:44am, Feb 23 - Camila: Oh, c'mon!!!

9:44am, Feb 23 - Camila: This is not cool

9:44am, Feb 23 - Unknown Caller: Your right. I need to be a higher priority. This shift in attitude just now really sucks.

9:45am, Feb 23 - Unknown Caller: You have not made up our time. It was that important.

9:46am, Feb 23 - Camila: It is not a shift in attitude. You asking me for this really sucks. I told you about this..

9:46am, Feb 23 - Camila: I will make up the time!

9:46am, Feb 23 - Unknown Caller: You haven't. You attitude makes it necessary for me to end things.

9:46am, Feb 23 - Camila: I haven't but I will

9:46am, Feb 23 - Unknown Caller: It is disrespectful and intolerable.

9:47am, Feb 23 - Camila: Are you f'ing kidding me? Intolerable???? I told you about this!!!!

9:47am, Feb 23 - Unknown Caller: I don't care how great the goodie or the responsibility, you need to view me as a higher responsibility.

9:47am, Feb 23 - Unknown Caller: Goodbye then.

9:51am, Feb 23 - Camila: This is really shitty. You knew about this. I could have made the necessary arrengements to not leave everyone hanging. Your sudden desire to change things at the last minute really fucks me up

9:51am, Feb 23 - Camila: I told you, I will make up the time

9:51am, Feb 23 - Camila: I will

9:51am, Feb 23 - Camila: I owe you that

9:51am, Feb 23 - Camila: I want that

9:54am, Feb 23 - Unknown Caller: You owe us that. It would have beencworkable if you showed the proper attitude. But the anger, pride, and needing to not have others think less of you is unbearable. I can't bear more penances. The one I now need to take on might go ish me. I need to cut you off because of your pride. You needed to be willing to do anything for me joyfully... That includes dropping the intensive at a moment's notice if needed. If you had demonstrated that joyful willingness things would be different.

9:54am, Feb 23 - Unknown Caller: Goodbye. I give up. I can't bear this.

9:55am, Feb 23 - Camila: Fine. But I don't know what to do about the people depending on me

9:56am, Feb 23 - Camila: It is going to fuck up their process

9:56am, Feb 23 - Camila: I will need to apologize

9:56am, Feb 23 - Unknown Caller: Fine is a shitty attitude.

9:56am, Feb 23 - Camila: And I might owe money to the company since I didn't uphold my commitment

9:57am, Feb 23 - Camila: It depends on how you read it. Fine means I agree

9:57am, Feb 23 - Unknown Caller: That's a nothing. I can't morally pull you out now. I need to take on this penance now.

9:58am, Feb 23 - Camila: How is agreeing bad??????

9:58am, Feb 23 - Unknown Caller: Your attitude was bad.

9:59am, Feb 23 - Unknown Caller: I can't morally argue with you to do what you should have done, or feel how you should have felt, in this case.

10:02am, Feb 23 - Unknown Caller: You should have desired differently. You should have been willing to do anything joyfully to fulfill my request... Even if it were as extreme as just not showing up and giving no notice. You should know if I asked something that extreme I would have good reason and that I consider

# A740

the other people involved.
10:02am, Feb 23 - Unknown Caller: Your lack of that confidence is a very big issue.
10:03am, Feb 23 - Unknown Caller: I am bleeding more.
10:06am, Feb 23 - Camila: Honey, there was nothing bad. I really think it was how you read it. I can find another way to say that will feel better for you if you want
10:07am, Feb 23 - Unknown Caller: Saying my request sucks and other such things is hard to misread.
10:08am, Feb 23 - Unknown Caller: My body can't take this.
10:12am, Feb 23 - Camila: I said fine after that. I thought that was your complaint
10:12am, Feb 23 - Camila: Me agreeing cane after that
12:36pm, Feb 23 - Unknown Caller: ?ðŸ˜¢
12:36pm, Feb 23 - Camila: What honey?
12:37pm, Feb 23 - Camila: I'll do what you want
12:37pm, Feb 23 - Camila: I won't go to Jness if that is what you want
12:37pm, Feb 23 - Unknown Caller: I want you. I want our time. I want things fixed.
12:37pm, Feb 23 - Unknown Caller: You can go. I don't know what to do.
12:40pm, Feb 23 - Camila: I will figure out how to get that time for us
12:40pm, Feb 23 - Camila: More time
12:43pm, Feb 23 - Unknown Caller: How will you get us our normal time this week? This does not include extra time...
12:45pm, Feb 23 - Unknown Caller: Our time tomorrow?
1:09pm, Feb 23 - Unknown Caller: ?
1:22pm, Feb 23 - Unknown Caller: ???
1:34pm, Feb 23 - Camila: I will look at the schedule and see if or how I can miss those
1:35pm, Feb 23 - Camila: I can also miss sleep so I can see you...
1:36pm, Feb 23 - Camila: ....but I understand that that is not necessarily our regular time
1:38pm, Feb 23 - Unknown Caller: Protect our times. They are of the highest importance.
1:38pm, Feb 23 - Unknown Caller: All of our times.
1:39pm, Feb 23 - Camila: Yes. I will figure it out
1:41pm, Feb 23 - Unknown Caller: Anyone you work with has to be able to accommodate those times or the work shouldn't be done.
1:42pm, Feb 23 - Camila: ???
1:43pm, Feb 23 - Unknown Caller: ???
1:44pm, Feb 23 - Unknown Caller: Our times are the highest priority. You need those times free, here in Clifton park...
1:46pm, Feb 23 - Unknown Caller: ?
1:46pm, Feb 23 - Unknown Caller: ðŸ'"
1:46pm, Feb 23 - Unknown Caller: ðŸ˜¢
1:54pm, Feb 23 - Unknown Caller: ?
3:19pm, Feb 23 - Unknown Caller: ???
3:21pm, Feb 23 - Unknown Caller: Help. We are more important than anything else. I had hoped you would have at least sent something nice around readiness.
3:51pm, Feb 23 - Unknown Caller: You seemed to have seen this yet not answered.
3:54pm, Feb 23 - Camila: I did.
3:55pm, Feb 23 - Camila: I am moving to aomwhere I can text
3:55pm, Feb 23 - Camila: Shit. I forgot what I was going to say
3:56pm, Feb 23 - Camila: Oh, yes.
3:58pm, Feb 23 - Unknown Caller: Ok... Say... ?
3:59pm, Feb 23 - Camila: Oh, yes
3:59pm, Feb 23 - Camila: You didn't say anything about the letter
3:59pm, Feb 23 - Camila: Does it please you?
3:59pm, Feb 23 - Unknown Caller: A good start. It's missing a few elements and contains a few fortifications of bad effects. I want to go over it with you.
4:00pm, Feb 23 - Unknown Caller: It pleases me your offering!
4:01pm, Feb 23 - Unknown Caller: Are we meeting today? Are you home soon for the night?
4:02pm, Feb 23 - Camila: I just heard about another ethicist session tonight
4:02pm, Feb 23 - Camila: It tightens things

# A741

4:03pm, Feb 23 - Unknown Caller: Go to the later one... Maybe we can meet soon...
4:16pm, Feb 23 - Unknown Caller: Coming home now
4:19pm, Feb 23 - Unknown Caller: Will you be home soon?
4:20pm, Feb 23 - Camila: Trying
4:20pm, Feb 23 - Unknown Caller: Need me to pick you up somewhere but I can't be seen...?
4:22pm, Feb 23 - Camila: I can go through lape.
4:22pm, Feb 23 - Camila: Would that work?
4:22pm, Feb 23 - Unknown Caller: Sure should I wait near the kkkk autoshop?
4:27pm, Feb 23 - Unknown Caller: I would be there in about 7 minutes
4:27pm, Feb 23 - Camila: Just left spyopos
5:50pm, Feb 23 - Unknown Caller: Karen needs a schedule from you.
5:54pm, Feb 23 - Unknown Caller: Please text me... If you go to read or write any other texts you can make my road easier if you text me too...
5:54pm, Feb 23 - Camila: Ok
5:55pm, Feb 23 - Camila: A schedule?
5:57pm, Feb 23 - Unknown Caller: When you need to be in Clifton park....
5:58pm, Feb 23 - Unknown Caller: She will make any adjustments she can...
6:59pm, Feb 23 - Unknown Caller: ?
7:01pm, Feb 23 - Camila: Ok
7:01pm, Feb 23 - Camila: I will let her know
7:01pm, Feb 23 - Unknown Caller: Are you angry? I had hoped for loving, soft, sweet texts from my cami...
7:02pm, Feb 23 - Camila: I crashed
7:02pm, Feb 23 - Unknown Caller: Oh... My loving but sleeping cami... I get it...
7:03pm, Feb 23 - Camila: ðŸ˜ŒðŸ'¤
7:03pm, Feb 23 - Unknown Caller: More for me later...ðŸ˜˜
7:03pm, Feb 23 - Camila: Yes
9:11pm, Feb 23 - Unknown Caller: ? It seems like you're on yet forget me so!ðŸ'"
9:30pm, Feb 23 - Camila: No, hun
10:15pm, Feb 23 - Unknown Caller: Then?
10:20pm, Feb 23 - Unknown Caller: Where are all the beautiful texts I was hoping to receive?
10:31pm, Feb 23 - Camila: ðŸˆ•
10:31pm, Feb 23 - Camila: ðŸˆ• ˆ
10:33pm, Feb 23 - Unknown Caller: ðŸ'¿ðŸˆ• "
10:40pm, Feb 23 - Camila: Why is it mad/
10:40pm, Feb 23 - Camila: ?
10:41pm, Feb 23 - Unknown Caller: On my board it's smiling... That's how I meant it!!!!
1:36am, Feb 24 - Unknown Caller: ðŸ'"
1:36am, Feb 24 - Camila: No
1:37am, Feb 24 - Camila: Lol. Sorry
1:37am, Feb 24 - Camila: I opened the conversation on this. I thought you had just texted this
1:38am, Feb 24 - Camila: <Media omitted>
1:39am, Feb 24 - Camila: So, the "no" was answering if I was angry
1:39am, Feb 24 - Camila: How was your night?
2:02am, Feb 24 - Unknown Caller: So hard...
2:02am, Feb 24 - Unknown Caller: Really had hoped for those texts...
2:20am, Feb 24 - Camila: I will be better
2:22am, Feb 24 - Unknown Caller: Be up for me if I can come
2:35am, Feb 24 - Camila: R u coming?
2:53am, Feb 24 - Unknown Caller: Likely
3:21am, Feb 24 - Unknown Caller: Can I wake you?
3:26am, Feb 24 - Unknown Caller: If I can't make it over, I need double at 5!ðŸ˜˜<=found the smiley one!
8:15am, Feb 24 - Camila: Hi honey
8:19am, Feb 24 - Camila: Are you okay?
8:20am, Feb 24 - Camila: I want to send the letter
8:20am, Feb 24 - Camila: But I'm afraid I've taken too long now and won't mean the same or be as

# A742

effective
8:24am, Feb 24 - Camila: Now it would look as if I am only pulling away cuz he already did
8:24am, Feb 24 - Camila: <Media omitted>
8:28am, Feb 24 - Camila: ?
8:39am, Feb 24 - Camila: Definitely not going to work
8:41am, Feb 24 - Camila: We just talked
8:41am, Feb 24 - Camila: I can't do the letter anymore.
8:42am, Feb 24 - Camila: I am giving the schedule to Karen now. She needs it asap
9:34am, Feb 24 - Unknown Caller: Thursday? Friday?
9:34am, Feb 24 - Unknown Caller: Why not letter?
9:36am, Feb 24 - Unknown Caller: ?
10:27am, Feb 24 - Unknown Caller: Honey?
10:35am, Feb 24 - Camila: I'm leading groups
10:35am, Feb 24 - Camila: We talked
10:35am, Feb 24 - Camila: Or more like he talked to me
10:35am, Feb 24 - Camila: And pretty much said what I was going to say in the letter
10:59am, Feb 24 - Unknown Caller: Are you ok?... Also, there were things that needed to be said by you, not in the current draft... I worry you won't be able to fix... They are very important...
11:00am, Feb 24 - Unknown Caller: What was said by him and most importantly, what was said by you?
11:10am, Feb 24 - Camila: No. I'm not ok
11:11am, Feb 24 - Unknown Caller: Tell me...
11:18am, Feb 24 - Unknown Caller: My heart aches more when you're not ok...
11:46am, Feb 24 - Unknown Caller: Honey, if you can, please sneak a few minutes to tell me...
11:50am, Feb 24 - Camila: Leading a group
12:50pm, Feb 24 - Unknown Caller: As soon as you can...
1:28pm, Feb 24 - Camila: When do I have to watch Billy Budd by?
1:29pm, Feb 24 - Unknown Caller: Ideally tonight by 9:30...
1:29pm, Feb 24 - Camila: Hmmm
1:29pm, Feb 24 - Unknown Caller: Tell me about the other thing... You're not ok?
1:30pm, Feb 24 - Camila: No. Not ok
1:30pm, Feb 24 - Unknown Caller: Tell me why?
1:30pm, Feb 24 - Unknown Caller: It seems like youre avoiding the question...
1:37pm, Feb 24 - Camila: I am not. I had to buy and start Billy Budd asap
1:38pm, Feb 24 - Unknown Caller: Tell me what's wrong?
1:38pm, Feb 24 - Unknown Caller: My heart really hurts...
1:39pm, Feb 24 - Camila: Why does your heart hurt?
1:39pm, Feb 24 - Unknown Caller: You
1:40pm, Feb 24 - Camila: ?
1:44pm, Feb 24 - Camila: Oh
1:44pm, Feb 24 - Camila: Btw
1:45pm, Feb 24 - Camila: It looks like I am going to get shit for leaving this afternoon
1:46pm, Feb 24 - Camila: What are the chances of meeting
1:46pm, Feb 24 - Camila: ?
3:02pm, Feb 24 - Camila: Honey, can I take from the stash for cab fares?
3:03pm, Feb 24 - Camila: I don't have enough today but I can borrow from someone
3:03pm, Feb 24 - Camila: What time do you want me there and for how long?
3:04pm, Feb 24 - Camila: I might come back up if we are done early
3:04pm, Feb 24 - Camila: Can you please answer?
3:05pm, Feb 24 - Camila: I need this data before I go with Esther
3:05pm, Feb 24 - Camila: It might be easier if I catch a ride with someone after BS
3:05pm, Feb 24 - Camila: Would that be too late?
3:06pm, Feb 24 - Camila: To be honest, I'm scared of riding in a cab by myself
3:11pm, Feb 24 - Unknown Caller: I'm here... You can use the stash... I'll meet you at 5...
3:12pm, Feb 24 - Camila: 5 to what?
3:12pm, Feb 24 - Camila: ???
3:12pm, Feb 24 - Unknown Caller: Not sure 6:30 or 7...

# A743

3:13pm, Feb 24 - Camila: Ok

3:13pm, Feb 24 - Unknown Caller: Forum likely tonight at 9:30

3:21pm, Feb 24 - Unknown Caller: Who is giving you grief for leaving?

5:13pm, Feb 24 - Unknown Caller: Where are you?

8:44pm, Feb 24 - Unknown Caller: Ok. But I need to know more...

8:45pm, Feb 24 - Camila: Pk

8:45pm, Feb 24 - Camila: What do you want to know?

8:45pm, Feb 24 - Camila: Ok*

8:52pm, Feb 24 - Unknown Caller: If your pride dissappeared completely tonight and you were more in love than ever, I have trouble seeing how you would fix the now damages of 7 months in 5 more... That doesn't even include the damages of r. or the loss of our life together... Help me understand how, especially since your love for me is not even there yet...

8:55pm, Feb 24 - Unknown Caller: ?

8:57pm, Feb 24 - Camila: Maybe not the way it should be yet. More I keep working at it- fast

9:01pm, Feb 24 - Unknown Caller: A few weeks ago you were in Jim's arms.

9:02pm, Feb 24 - Unknown Caller: During and after Jness tracks you were giving me even more hopeful messages yet you were preparing for Jim.

9:03pm, Feb 24 - Unknown Caller: Please help me navigate this darkness...

9:04pm, Feb 24 - Unknown Caller: ?

9:39pm, Feb 24 - Camila: How?

11:26pm, Feb 24 - Unknown Caller: How what?

11:30pm, Feb 24 - Camila: Are you driving?

11:30pm, Feb 24 - Camila: Did you leave?

11:51pm, Feb 24 - Unknown Caller: Yes... Do you want to see me later? Will you wake for me if necessary?

12:15am, Feb 25 - Camila: Yes

12:16am, Feb 25 - Unknown Caller: How was the forum?

12:27am, Feb 25 - Unknown Caller: Watch "The Toys - A Lover's Concerto - [STEREO version]" on YouTube - The Toys - A Lover's Concerto - [STEREO version]: http://youtu.be/_muziTEnNWs

12:29am, Feb 25 - Unknown Caller: My favorite song when I was turning 5...

12:30am, Feb 25 - Unknown Caller: I know you know this... Just thinking of you...

8:07am, Feb 25 - Camila: Good morning

8:07am, Feb 25 - Camila: Btw, the person giving me grief is Esther

8:08am, Feb 25 - Camila: Pretty song

8:08am, Feb 25 - Camila: What's going on with you

8:09am, Feb 25 - Camila: My leaving is affecting the group. They had one of the students do my sourcings

10:29am, Feb 25 - Unknown Caller: We are more important. There is also the choice of not doing this intensive, then no students would be adversely affected. I believe it would be better if you didn't.

10:30am, Feb 25 - Unknown Caller: You sound off this morning.

10:37am, Feb 25 - Camila: Does this mean you accepted my letter?

10:39am, Feb 25 - Unknown Caller: I sent a text saying ok last night. Yes.

10:39am, Feb 25 - Unknown Caller: You also sent the word how. I said how what?

10:40am, Feb 25 - Camila: I thought you said yea to that

10:40am, Feb 25 - Unknown Caller: I would be nice to be spending time with you right now. I am free.

10:40am, Feb 25 - Unknown Caller: Yea to what?

10:41am, Feb 25 - Unknown Caller: ?

10:44am, Feb 25 - Camila: <Media omitted>

10:48am, Feb 25 - Unknown Caller: You need to figure it out. I can't, but I'm am hanging in eating for an explanation and plan.

10:48am, Feb 25 - Unknown Caller: Waiting

10:49am, Feb 25 - Unknown Caller: I can't reconcile this. This is worse than a few weeks after Robbie.

11:17am, Feb 25 - Unknown Caller: Help?

11:25am, Feb 25 - Unknown Caller: ???

11:45am, Feb 25 - Camila: I don't know what you are saying

11:56am, Feb 25 - Unknown Caller: You need to figure this out now.

# A744

1:16pm, Feb 25 - Unknown Caller: ???
1:22pm, Feb 25 - Camila: What?
1:23pm, Feb 25 - Unknown Caller: Help!
1:24pm, Feb 25 - Unknown Caller: Reconcile these problems so I can believe.
1:27pm, Feb 25 - Unknown Caller: You're at lunch... Help...
1:29pm, Feb 25 - Camila: What?
1:32pm, Feb 25 - Unknown Caller: Read my concerns and pain... Jim, the time remaining etc... When you say, "What?" I feel your not self-reliant, not resourceful, and dependent. If this is so, then I know for sure it won't happen right.
1:40pm, Feb 25 - Camila: I just don't understand you
1:40pm, Feb 25 - Unknown Caller: What dont you understand?
1:45pm, Feb 25 - Unknown Caller: This is important... I don't feel you really care.
1:54pm, Feb 25 - Unknown Caller: This is lunch and you'r not responding.
2:01pm, Feb 25 - Unknown Caller: ?
2:01pm, Feb 25 - Camila: I don't understand what you are asking for
2:03pm, Feb 25 - Unknown Caller: I need you to figure this out now. I want to feel better about the pain and to feel confident in you with something, collateral, explanation, saying the right thing, doing something dramatically positive...
2:07pm, Feb 25 - Camila: I don't understand what you want me to figure out
2:13pm, Feb 25 - Unknown Caller: ???
2:14pm, Feb 25 - Unknown Caller: You're letter has me listening... But you need to do more now...
2:23pm, Feb 25 - Unknown Caller: Convince me to stay... You have my ear and my heart. Just a few weeks ago you betrayed love again. Love doesn't seem to be valuable to you. Now that Jim is gone your with me but you would have actually chosen Jim over me and did so. More importantly you chosen Jim over love so love means Shit to you. Help! Every time I have to say any thing to direct you it is far worse. I'm at the very edge of just closing everything.
2:24pm, Feb 25 - Unknown Caller: If I don't feel better by the end of your lunch you should probably just forget everything.
2:25pm, Feb 25 - Unknown Caller: This is taking too long and you're saying you don't understand too much. Someone who loves would not say that to someone they betrayed so badly.
2:26pm, Feb 25 - Unknown Caller: I think you just don't care.
2:26pm, Feb 25 - Unknown Caller: Don't have a conscience about it or me.
2:29pm, Feb 25 - Unknown Caller: ??? So this is it!
2:31pm, Feb 25 - Unknown Caller: Ok. Then goodbye.
2:32pm, Feb 25 - Camila: No
2:32pm, Feb 25 - Camila: I'm reading
2:33pm, Feb 25 - Camila: I said I didn't understand what you were asking for NOW
4:38pm, Feb 25 - Camila: Why do you want me to convince you? Was the letter not convincing?
6:15pm, Feb 25 - Camila: What time do you want me home?
6:18pm, Feb 25 - Camila: ??
6:19pm, Feb 25 - Unknown Caller: 7
6:19pm, Feb 25 - Camila: Ok
6:40pm, Feb 25 - Camila: I will be a little late. Taxi on their way
6:55pm, Feb 25 - Camila: On ny way
7:20pm, Feb 25 - Camila: Here
7:21pm, Feb 25 - Camila: Where are you?
7:21pm, Feb 25 - Unknown Caller: Be there shortly
8:52pm, Feb 25 - Unknown Caller: Will you be home all night?
8:54pm, Feb 25 - Camila: Yes
8:54pm, Feb 25 - Unknown Caller: ðŸ''
8:55pm, Feb 25 - Camila: You don't want me to be home????
8:56pm, Feb 25 - Unknown Caller: I do want you to be home. I am heartbroken.
9:05pm, Feb 25 - Unknown Caller: In the series scribe, the episode, my screw up remind me of when you finally awake from a delusion.
9:06pm, Feb 25 - Unknown Caller: Scrubs
9:22pm, Feb 25 - Unknown Caller: ðŸ''

# A745

9:33pm, Feb 25 - Unknown Caller: Every time I'm at volleyball my heart breaks. Tonight, Jim will likely describe in detail what happened and I will know my love is meaningless and I'm second rate.

9:34pm, Feb 25 - Camila: 😢

9:35pm, Feb 25 - Unknown Caller: 😭

9:39pm, Feb 25 - Unknown Caller: I can see how you might prove to me you would choose me over r. but I can't imagine how you will demonstrate Jim means nothing compared to me when right now I mean nothing compared to Jim. That's an inversion I can't see reversing. I am defeated.

9:42pm, Feb 25 - Unknown Caller: I'm almost there and I can't stop crying... And I'm texting you far more than you are texting me...😭

9:43pm, Feb 25 - Camila: I don't understand much of what you say but I can feel your pain. 😢

9:44pm, Feb 25 - Unknown Caller: If you don't understand, I've lost all hope.

9:46pm, Feb 25 - Camila: It just sounds complicated. I'm trying to understand

9:47pm, Feb 25 - Unknown Caller: You need to understand that very basic stuff... I hard stuff I won't express.

9:47pm, Feb 25 - Unknown Caller: So much pain.

9:48pm, Feb 25 - Unknown Caller: 😭

10:55pm, Feb 25 - Unknown Caller: 😭

10:56pm, Feb 25 - Camila: I wish I were there

10:57pm, Feb 25 - Camila: Hickies or no hickies

10:57pm, Feb 25 - Unknown Caller: I wish so. I wish you wanted the hickies, it would mean something.

10:57pm, Feb 25 - Unknown Caller: I am heartbroken you don't write.

10:58pm, Feb 25 - Camila: I am working on my anger

10:58pm, Feb 25 - Unknown Caller: I expected many thoughtful progressive texts...

10:58pm, Feb 25 - Unknown Caller: Then write me about it

11:04pm, Feb 25 - Unknown Caller: 😭

11:04pm, Feb 25 - Unknown Caller: I was on a mini break

11:05pm, Feb 25 - Camila: Now/

11:05pm, Feb 25 - Camila: ?

11:05pm, Feb 25 - Unknown Caller: Just past

11:05pm, Feb 25 - Unknown Caller: Would really like texts with deep work

11:51pm, Feb 25 - Unknown Caller: 😭

12:14am, Feb 26 - Camila: I'm shifting it

12:45am, Feb 26 - Unknown Caller: Can you take on the sorrow of the past year?

12:48am, Feb 26 - Unknown Caller: I am likely doing a forum tomorrow (Thursday) night. I wish you were around tomorrow some time. I have a way to start the Jim repair. I want to hear yours now...

12:53am, Feb 26 - Camila: A way? Based on your talk with him tonight? Tell me

12:57am, Feb 26 - Unknown Caller: Not based on that.

12:58am, Feb 26 - Camila: Oh. How did you come up with it, then?

1:01am, Feb 26 - Unknown Caller: I have pained over it. I need to hear your proposal first though to understand something.

1:03am, Feb 26 - Camila: Ok. I will have something for you

1:05am, Feb 26 - Unknown Caller: When?

1:07am, Feb 26 - Unknown Caller: The sooner the better for several reasons.

1:08am, Feb 26 - Unknown Caller: Did you make time for us tomorrow?

1:08am, Feb 26 - Unknown Caller: (Thursday) and Friday?

1:09am, Feb 26 - Unknown Caller: I just called. I hope you didn't go to sleep.

1:23am, Feb 26 - Unknown Caller: ?

1:29am, Feb 26 - Unknown Caller: 😭

1:29am, Feb 26 - Unknown Caller: You don't have a conscience about this pain seemingly...

8:52am, Feb 26 - Camila: Morning

8:52am, Feb 26 - Camila: I will have something for you today, love

8:53am, Feb 26 - Camila: Btw, I heard there was trouble with the annelisse

8:53am, Feb 26 - Camila: Is everything ok?

8:54am, Feb 26 - Camila: I will have something for you today and it will hopefully ease your pain

8:54am, Feb 26 - Camila: I would love to call at some point

8:54am, Feb 26 - Camila: I've been shifting things

# A746

8:54am, Feb 26 - Camila: The blender is up a few notches.
9:06am, Feb 26 - Unknown Caller: Did you make time for us today schedule-wise?
9:07am, Feb 26 - Unknown Caller: And Friday?
9:08am, Feb 26 - Unknown Caller: You didn't appologize for going to sleep last night...
9:24am, Feb 26 - Unknown Caller: ?
9:52am, Feb 26 - Camila: Sorry, love. I was getting my sourcing
9:53am, Feb 26 - Unknown Caller: But you haven't answered time critical things like time today and Friday.
9:54am, Feb 26 - Unknown Caller: I wouldn't have suggested your even being there today.
10:02am, Feb 26 - Unknown Caller: ?
10:06am, Feb 26 - Unknown Caller: You in expert groups now... Why not respond?
10:07am, Feb 26 - Camila: Because I'm leading honey
10:07am, Feb 26 - Camila: I can text. twll me
10:07am, Feb 26 - Unknown Caller: I need to know about today and tomorrow I have people depending on me
10:08am, Feb 26 - Unknown Caller: I want our time and there are important things
10:10am, Feb 26 - Unknown Caller: ?
10:10am, Feb 26 - Camila: Ok. I didn't set aside time today since we don't usually meet until 9-9:30
10:11am, Feb 26 - Unknown Caller: When you first showed me the schedule I asked...
10:11am, Feb 26 - Unknown Caller: You've been ignoring it since.
10:11am, Feb 26 - Unknown Caller: Also tomorrow
10:12am, Feb 26 - Unknown Caller: These are so important but even more important is your extreme desire to get out of there to be with me if at all possible.
10:12am, Feb 26 - Unknown Caller: You need to want to fix thing that much.
10:13am, Feb 26 - Camila: Ok. I'll set time aside tomorrow
10:13am, Feb 26 - Camila: With pleasure, honey
10:13am, Feb 26 - Unknown Caller: Today? You have expert groups...?
10:13am, Feb 26 - Camila: All day?
10:13am, Feb 26 - Unknown Caller: If you were here now we'd be together.
10:14am, Feb 26 - Unknown Caller: No. Expert groups are a chunk of the day.
10:14am, Feb 26 - Unknown Caller: Between them now, lunch and after you could have many hours.
10:18am, Feb 26 - Unknown Caller: ?
10:18am, Feb 26 - Camila: I'll figure it out, love
10:19am, Feb 26 - Unknown Caller: Let me know ASAP I'm holding my day for us.
10:22am, Feb 26 - Unknown Caller: This morning was free...
10:23am, Feb 26 - Camila: It wouldn't be for at least a couple of hours. I'll keep you posted
10:23am, Feb 26 - Unknown Caller: Ok, I'll try to do a meeting now. Text me.
10:23am, Feb 26 - Unknown Caller: Anything on you plan?
10:32am, Feb 26 - Unknown Caller: ?
10:37am, Feb 26 - Unknown Caller: I thought you could text some now... Did I misunderstand?
10:39am, Feb 26 - Camila: No
10:39am, Feb 26 - Camila: But not all the time. I'm in a group
10:39am, Feb 26 - Unknown Caller: Ok... What are your thoughts on a plan?
10:43am, Feb 26 - Camila: I have trouble figuring out specifics of a plan. I tty to get the feelings in place
10:44am, Feb 26 - Camila: Ans I think I would be able yo fours it out
10:44am, Feb 26 - Unknown Caller: I wish you were here now. The more your here, the more opportunities... Btw next Tuesday we could be together.
10:46am, Feb 26 - Unknown Caller: You need to not only stop the anger, but counter the effects of a whole year of anger AND acting on it.
10:46am, Feb 26 - Unknown Caller: When I think about it my heart breaks and I lose hope.
11:00am, Feb 26 - Camila: I don't know if I can make today happeb
11:01am, Feb 26 - Unknown Caller: ðŸ˜"
11:01am, Feb 26 - Unknown Caller: How important is it?
11:02am, Feb 26 - Camila: I just asked Karen. There is another crisis people are dealing with, we have people missing
11:51am, Feb 26 - Unknown Caller: I know. But expert groups and especially lunch might not require you.

# A747

11:51am, Feb 26 - Unknown Caller: Tomorrow?
11:53am, Feb 26 - Camila: I'll def make tine for tomorrow
11:52am, Feb 26 - Unknown Caller: We need time. Can you stay up very late tonight or be woken and get conscious?
11:53am, Feb 26 - Camila: There is crisis right now
11:53am, Feb 26 - Unknown Caller: I know. I dealing with it. To do so humanely takes more person power...
11:54am, Feb 26 - Camila: Of course, my love!
11:54am, Feb 26 - Camila: With pleasure!
11:58am, Feb 26 - Unknown Caller: What with pleasure? Was that for me?
11:58am, Feb 26 - Camila: Yes
11:58am, Feb 26 - Camila: Lol
11:58am, Feb 26 - Unknown Caller: Wake up?
11:58am, Feb 26 - Camila: Stay up ans conscious
12:00pm, Feb 26 - Unknown Caller: I have mixed feelings when you call me love... I want that very much but you called me that during the Jim thing. I want it to be exclusively, intensely, meaningful.
12:00pm, Feb 26 - Camila: I will call you something else then
12:01pm, Feb 26 - Unknown Caller: Why not prove to.me it's true and not just words like before?
12:02pm, Feb 26 - Unknown Caller: Sunshine was destroyed, I don't know if I can bear having love destroyed too.
12:08pm, Feb 26 - Unknown Caller: ?
12:29pm, Feb 26 - Unknown Caller: ?
12:37pm, Feb 26 - Unknown Caller: ???
1:03pm, Feb 26 - Unknown Caller: Karen says she thought things could work today also...
1:05pm, Feb 26 - Camila: Translating
1:18pm, Feb 26 - Camila: That's not what she told me
1:21pm, Feb 26 - Unknown Caller: She thought the manpower thing was done and you needed to ask Esther...
1:22pm, Feb 26 - Camila: That is not at all what she said
1:22pm, Feb 26 - Camila: She was worried there were not enough people
1:28pm, Feb 26 - Unknown Caller: Maybe how she feels now because the situation stabilized.
1:29pm, Feb 26 - Unknown Caller: Try again maybe...
1:40pm, Feb 26 - Unknown Caller: If it's available do you want to come home?
2:12pm, Feb 26 - Unknown Caller: ?
2:13pm, Feb 26 - Unknown Caller: Lunch is a block of time that you could group with the after lunch session.
2:19pm, Feb 26 - Unknown Caller: Are you still translating? When lunch so you are free for me?
2:24pm, Feb 26 - Camila: Lunch now. Back soon. Will figure out a way to get someone to cover for me, but I need to be back for mentor groups
2:26pm, Feb 26 - Unknown Caller: Why didn't you come up here for lunch?
2:27pm, Feb 26 - Camila: I had made an appointment
2:28pm, Feb 26 - Camila: It seemed uncertain so I didn't cancel the appointment
2:28pm, Feb 26 - Unknown Caller: What appointment?
2:28pm, Feb 26 - Camila: I will try to go up when I get back
2:29pm, Feb 26 - Camila: I'd rather stay if possible
2:29pm, Feb 26 - Unknown Caller: Even if uncertain we are more important than any appointment. I am free now. Likely not later.
2:29pm, Feb 26 - Camila: Ok
2:29pm, Feb 26 - Unknown Caller: What appointment?
2:29pm, Feb 26 - Camila: Let me see what I can do right now, my honey
2:29pm, Feb 26 - Unknown Caller: Ok... What appointment?
2:29pm, Feb 26 - Camila: There are two birthdays in the intensive. We
2:30pm, Feb 26 - Unknown Caller: ? We're the birthdays the appointment?
2:33pm, Feb 26 - Camila: Not so much the birthday. I had said I was coming.
2:33pm, Feb 26 - Unknown Caller: Was the appointment that you said you were coming?
2:34pm, Feb 26 - Camila: Let me see what I can do

# A748

2:34pm, Feb 26 - Camila: No. Going along with them

2:37pm, Feb 26 - Unknown Caller: I guess I would have never given a definite if I thought I might have the other opportunity... You limit our possibility by assuming it's not going to be possible... Then you make it so... Like you assumed you would never be with me and did the unthinkable with r... I still don't understand Jim at all... He's even worse...

2:37pm, Feb 26 - Unknown Caller: I am pretty crushed. If you just had wanted to be with me we would have been.

2:38pm, Feb 26 - Unknown Caller: I don't think this is going to work.

2:38pm, Feb 26 - Unknown Caller: You need to make far more difficult things than this happen.

2:38pm, Feb 26 - Unknown Caller: I give up.

2:41pm, Feb 26 - Unknown Caller: This would be the easiest of all tests and you fail to make me important enough.

2:41pm, Feb 26 - Unknown Caller: Goodbye.

2:45pm, Feb 26 - Unknown Caller: You can't make this up.

2:48pm, Feb 26 - Unknown Caller: You probably shouldn't come to the forum tonight. I don't think it would be good.

2:49pm, Feb 26 - Unknown Caller: With your lack of response I will assume you get it.

3:04pm, Feb 26 - Unknown Caller: Because of you lack of response. I have already started to shut you out. You need to move out of our home ASAP.

3:13pm, Feb 26 - Camila: Honey

3:14pm, Feb 26 - Camila: Can I call you?

3:15pm, Feb 26 - Unknown Caller: No.

3:16pm, Feb 26 - Camila: Please know that I have not responded not because I didn't want to ir didn't care. I couldnt even tell you that I couldn't answer because my battery was dying and I needed the very little I had left for readiness

3:16pm, Feb 26 - Unknown Caller: You needed to be here.

3:16pm, Feb 26 - Camila: Please know that I do want to make this right

3:16pm, Feb 26 - Camila: It was painful to not be able to answer you

3:16pm, Feb 26 - Unknown Caller: I don't believe you. You would have been here.

3:23pm, Feb 26 - Unknown Caller: I am figuring out what is just. You may need to leave.

3:25pm, Feb 26 - Camila: I understand I am not entitled yo an opportunity but I want to be able to make it up to you

3:35pm, Feb 26 - Camila: Love?

3:36pm, Feb 26 - Camila: Please?

3:39pm, Feb 26 - Unknown Caller: You had an opportunity to start an you chosen away from it. You are not here. You definitely could have come. I know this.

3:41pm, Feb 26 - Camila: Ok. Can I still? I chose poorly

3:46pm, Feb 26 - Unknown Caller: You choose poorly over and over.

3:47pm, Feb 26 - Unknown Caller: How would you make this up?

3:49pm, Feb 26 - Unknown Caller: Go to the people whose birthday it was, and esther, and Karen and tell them because you choose to go to with them you must leave the intensive. Are you willing to take on that penance?

3:50pm, Feb 26 - Unknown Caller: I mean leave it for good.

3:52pm, Feb 26 - Camila: I would do that for you

3:52pm, Feb 26 - Camila: But I don't understand It

3:55pm, Feb 26 - Camila: I will do it

3:56pm, Feb 26 - Camila: I am not sure how I will affect

3:57pm, Feb 26 - Unknown Caller: In actuality you should not be in this intensive. All your time should be spent fixing. Given the concession you went, it was not supposed to interfere with our time and you were supposed to maximize that time. You did not ask for time Thursday or Friday. I told you we needed that time. You did not ask until today. You decided instead to go to a birthday celebration.

3:59pm, Feb 26 - Unknown Caller: You could have come but even with all those concessions you took them for granted. Morally, in this case, you should abandon those things you took for granted.

3:59pm, Feb 26 - Unknown Caller: Do you understand?

4:07pm, Feb 26 - Camila: No

4:08pm, Feb 26 - Unknown Caller: That's even harder. If you understood I could do something; it would

# A749

show you valued the situation and had a conscience about it.
4:10pm, Feb 26 - Unknown Caller: Your lack of communication is also unacceptable.
4:10pm, Feb 26 - Camila: I'm here honey
4:11pm, Feb 26 - Camila: I'm tryonf to understand
4:11pm, Feb 26 - Unknown Caller: So you don't understand. That means you must leave.
4:11pm, Feb 26 - Camila: I'm trying to understand It
4:11pm, Feb 26 - Unknown Caller: I'm waiting
4:12pm, Feb 26 - Camila: What does concession mean?
4:15pm, Feb 26 - Unknown Caller: A concession is a compromise or something given.
4:16pm, Feb 26 - Unknown Caller: To concede is to give up a conflict.
4:17pm, Feb 26 - Camila: Honey, I think we have a few misunderstandings
4:18pm, Feb 26 - Camila: At no point did I intend to concede
4:19pm, Feb 26 - Camila: I did not ask for time Thursday because I am usually busy ans we don't meet until after 9or 10
4:19pm, Feb 26 - Camila: Otherwise I absolutely would have
4:19pm, Feb 26 - Unknown Caller: No. You didn't concede, I did. You should not be at this intensive at all.
4:20pm, Feb 26 - Camila: That was not my understanding of what we agreed on
4:20pm, Feb 26 - Unknown Caller: The fact you didn't intend on conceding is very bad. You are given many concessions.
4:21pm, Feb 26 - Unknown Caller: None of this matters either you agree and understand or not.
4:22pm, Feb 26 - Camila: You said it was fine as long as I protected our usual time. Which I did and have...
4:22pm, Feb 26 - Camila: What? I don't think I understand this concession stuff. Can you use another word?
4:23pm, Feb 26 - Unknown Caller: What should be is you desire to do nothing else but sit in our home and fix Jim. Then fix r. Then fix us. No intensives, no children, no anything but that. It would be important then. You decision today shows you take everything else for granted.
4:24pm, Feb 26 - Unknown Caller: You should not be in this intensive. I compromised and you went.
4:25pm, Feb 26 - Camila: That is not what we agreed, honey. You said I just had to protect our times and I have
4:26pm, Feb 26 - Unknown Caller: You are adding times that are not our usual times
4:27pm, Feb 26 - Camila: I'm trying to make it work, honey
4:27pm, Feb 26 - Unknown Caller: You should have signed us up for time on Thursday and Friday. You didn't. I asked you to. You still didn't. Today you did. I moved a lot behind the scenes to make sure you could come. I told you it was important. You chose against it. Even that makes you look bad considering what I went through so you could.
4:28pm, Feb 26 - Camila: I asked you before I turned it in. Honey! I have told you I will fix tomorrow's
4:28pm, Feb 26 - Camila: I will
4:28pm, Feb 26 - Unknown Caller: If you were trying to make it work you would NEVER have traded this opportunity for a birthday.
4:28pm, Feb 26 - Camila: I am finding it challenging it today
4:28pm, Feb 26 - Unknown Caller: Why?
4:29pm, Feb 26 - Camila: Because of everything that was going on and the sudden changes
4:29pm, Feb 26 - Camila: It wasn't about the birthday
4:29pm, Feb 26 - Unknown Caller: You need to be far stronger than that to even take step 1.
4:29pm, Feb 26 - Unknown Caller: Then you shouldn't have gone. That would have shown it wasn't.
4:30pm, Feb 26 - Unknown Caller: Why would you not do such a right, important thing? What was your reason?
4:32pm, Feb 26 - Camila: You are right. It seemed like the best option at the time. More in line... because I thought I could have found a ride home from there
4:33pm, Feb 26 - Camila: I was mistaken. I will analize how I evaluated
4:34pm, Feb 26 - Unknown Caller: I could ultimately get you a ride anywhere. If you believe I'm right, what sort of painful penance will you do now to change your decision process?
4:36pm, Feb 26 - Camila: I would forgo sleep
4:36pm, Feb 26 - Unknown Caller: You need to prove to me it wasn't because of the birthday s also. Which means you need to humble/humiliate yourself in their eyes so the social appeal is negated.

# A750

4:37pm, Feb 26 - Camila: I will

4:37pm, Feb 26 - Unknown Caller: Foregoing sleep doesn't help me. I need you available 24/7 to fix this mess.

4:38pm, Feb 26 - Camila: You asked for a penance for how I made the decision. I will stay up to give us time

4:38pm, Feb 26 - Unknown Caller: You have demonstrated many things, like birthdays, keep you from it.

4:38pm, Feb 26 - Camila: It wasn't about the birthdays!!!!!

4:38pm, Feb 26 - Unknown Caller: You will be sleepy and that's hard on me and my heart for I'm in rapport and I do need to keep going.

4:39pm, Feb 26 - Camila: I will do what it takes

4:39pm, Feb 26 - Unknown Caller: Then what was it about tell me?

4:39pm, Feb 26 - Camila: You are important

4:40pm, Feb 26 - Camila: I will walk around in the cold to stay awake for you if necessary

4:40pm, Feb 26 - Camila: ?

4:41pm, Feb 26 - Camila: What do you mean?

4:48pm, Feb 26 - Unknown Caller: If not birthdays, why?

4:50pm, Feb 26 - Camila: It was about I had agreed to.go in the morning before you asked for time... I should have not gone, I realize that. I will do penance for that, hun

4:56pm, Feb 26 - Unknown Caller: Who couldn't you refuse?

4:57pm, Feb 26 - Unknown Caller: All you needed to say is you didn't realize you had a conflicting responsibility.

4:57pm, Feb 26 - Unknown Caller: If you cared you would have said that.

4:57pm, Feb 26 - Unknown Caller: Who was it?

4:59pm, Feb 26 - Unknown Caller: ?

5:00pm, Feb 26 - Unknown Caller: ???

5:06pm, Feb 26 - Unknown Caller: This is more important than anything you are doing there. If you can't make this so you need to leave there now. This is a direct consequence from the lunch mistake. If you don't understand that, it's even worse.

8:06pm, Feb 26 - Unknown Caller: What are your thoughts?

8:06pm, Feb 26 - Unknown Caller: Feelings?

8:07pm, Feb 26 - Camila: I love you

8:07pm, Feb 26 - Camila: I will do it eight

8:07pm, Feb 26 - Unknown Caller: What about nine?

11:28pm, Feb 26 - Unknown Caller: How was it?

11:51pm, Feb 26 - Camila: Ha. I couldn't understand your nine answer. I get it!

11:51pm, Feb 26 - Camila: What time do you want me tomorrow?

11:53pm, Feb 26 - Unknown Caller: 9 to 1 is ethicist... Are you in it then?

11:53pm, Feb 26 - Unknown Caller: How was the forum?

11:54pm, Feb 26 - Camila: I don't think so. I will make it up

11:54pm, Feb 26 - Camila: It was good

11:53pm, Feb 26 - Unknown Caller: Only good?

11:54pm, Feb 26 - Camila: What time do you want me in.cp, then?

11:54pm, Feb 26 - Camila: Great

11:55pm, Feb 26 - Unknown Caller: Tonight I can see you? If you are available also between 9-1 we can meet... Also night session... Maybe 5 also

11:56pm, Feb 26 - Camila: I have mentor groups in the morning. I can sneak out for 5 :)

11:59pm, Feb 26 - Unknown Caller: Tonight anytime?

11:59pm, Feb 26 - Camila: Yes

11:59pm, Feb 26 - Camila: Should I sleep and wake for you?

12:00am, Feb 27 - Unknown Caller: Sleep for now... I will be an hour or more...

12:00am, Feb 27 - Camila: Ok

12:00am, Feb 27 - Camila: ðŸ˜•

12:02am, Feb 27 - Unknown Caller: I made a mistake... Ethicist is 2-4 and 8:30-10:30... If you are here and not in I can see you but you might want to be in if you are here...

12:04am, Feb 27 - Camila: Right..... So what time would you want me in CP?

12:05am, Feb 27 - Unknown Caller: What times are easiest?

# A751

12:06am, Feb 27 - Camila: Idk. During expert groups

12:07am, Feb 27 - Camila: Which I think there will be some in the afternoon

12:13am, Feb 27 - Unknown Caller: Hopefully I'll give you specifics by morning...

8:39am, Feb 27 - Unknown Caller: Am I correct that you did not send Jim a letter?

8:49am, Feb 27 - Unknown Caller: Please check this phone frequently today or have it so you can hear it...

8:55am, Feb 27 - Camila: Correct

8:55am, Feb 27 - Camila: Why?

8:56am, Feb 27 - Unknown Caller: Just saw the header of the proposed email and was confused... Text me nice things... Times are dark... I am also going to try to sleep for 2 hours at some point...

8:57am, Feb 27 - Camila: Where did you see the header? What do you mean?

8:58am, Feb 27 - Camila: I'll text you nice things

8:58am, Feb 27 - Camila: Anything new?

8:59am, Feb 27 - Camila: Am I going to get Kristin's letter?

9:09am, Feb 27 - Unknown Caller: No, wrong email address... I would show it to you but there is nothing redeeming about it. I would prefer not, I haven't even read it through.

9:10am, Feb 27 - Unknown Caller: The header is just from my phone to my email... When you question, I feel very unloved.

10:03am, Feb 27 - Camila: Why, honey?

10:03am, Feb 27 - Camila: I apologize. Not my intent at all

10:26am, Feb 27 - Camila: Hun

10:26am, Feb 27 - Camila: What time do you want me in CP?

10:56am, Feb 27 - Camila: ?

12:16pm, Feb 27 - Unknown Caller: Tell me when you can? Ideally after 2...

12:25pm, Feb 27 - Unknown Caller: What have your thoughts and feelings been today?

12:25pm, Feb 27 - Camila: That I love u

12:26pm, Feb 27 - Unknown Caller: On what way?

12:26pm, Feb 27 - Unknown Caller: In

12:26pm, Feb 27 - Camila: That I was glad I woke for u

12:35pm, Feb 27 - Unknown Caller: Any more to say? Will you be with me 2-4 or 8:30-10:30p (if you are not in 2-4 then definitely be with me 8:30...

1:59pm, Feb 27 - Camila: Hi honey,

1:59pm, Feb 27 - Camila: So, it looks like we have some more mentor groups and then expert groupa

2:00pm, Feb 27 - Camila: I need to find someone to replace me so I can go

2:49pm, Feb 27 - Camila: Hi hun

2:50pm, Feb 27 - Camila: How's your day been?

2:55pm, Feb 27 - Unknown Caller: A real heartbreak. Kristin also wrote Ivy. She told Ivy I was gleefully hoping Ivy would kill herself. The hardest thing is imagining a functional relationship with Kristin to bring up Gaelyn. I don't know how to reconcile what Kristin is doing with that.

2:56pm, Feb 27 - Camila: My jaw is on the floor

2:56pm, Feb 27 - Camila: Holy shit

2:57pm, Feb 27 - Unknown Caller: When will you be home today/tonight?

2:58pm, Feb 27 - Camila: During expert groups. I'm still looking for my replacement

2:58pm, Feb 27 - Unknown Caller: When? Will you be home by 8:30?

2:59pm, Feb 27 - Camila: No. Earlier than that

2:59pm, Feb 27 - Unknown Caller: And for the rest of the night?

3:01pm, Feb 27 - Camila: No. I'd be coming back for the last exercise

3:02pm, Feb 27 - Unknown Caller: When would you be going back?

3:02pm, Feb 27 - Camila: Maybe 7

3:04pm, Feb 27 - Unknown Caller: So what time period do you think you'll be here? If I know I can't see you, it may be better for you not to need to come...

3:05pm, Feb 27 - Camila: It might be 4:30-6:30

3:06pm, Feb 27 - Unknown Caller: Let me know as soon as you know... It may be better to spend pure time in the middle of the night...

3:06pm, Feb 27 - Unknown Caller: If you're willing to wake for me...

3:07pm, Feb 27 - Camila: I would gladly wake for you if that's the case

# A752

3:07pm, Feb 27 - Unknown Caller: Let me know soon so you can avoid making an unnecessary trip...
3:08pm, Feb 27 - Camila: Ok
3:27pm, Feb 27 - Unknown Caller: ?
3:28pm, Feb 27 - Camila: Not yet. Soon
3:28pm, Feb 27 - Unknown Caller: How are you?
3:57pm, Feb 27 - Unknown Caller: Forgot to mention if you can go in late tomorrow the ethicist group is 9-1 during which I am flexible...
3:59pm, Feb 27 - Unknown Caller: There is Jness question set and disquisition all morning...
4:12pm, Feb 27 - Unknown Caller: Whacha think?
4:53pm, Feb 27 - Camila: Yeah, I can figure that out
4:54pm, Feb 27 - Unknown Caller: That doesn't sound enthusiastic...
5:35pm, Feb 27 - Camila: I couldn't text. I want it
6:17pm, Feb 27 - Unknown Caller: What's it?
6:17pm, Feb 27 - Unknown Caller: Was that for me?
6:19pm, Feb 27 - Camila: Tomorrows time
6:20pm, Feb 27 - Unknown Caller: What do you mean by you want it?
6:29pm, Feb 27 - Unknown Caller: ?
7:08pm, Feb 27 - Unknown Caller: ???
7:20pm, Feb 27 - Camila: TraducciÃ³n
7:26pm, Feb 27 - Unknown Caller: I'm not sure that's for me... Is it?
7:41pm, Feb 27 - Camila: Yes.
7:41pm, Feb 27 - Camila: Couldn't answer. I was translating
9:22pm, Feb 27 - Unknown Caller: Ok...
9:22pm, Feb 27 - Camila: How are you??
9:22pm, Feb 27 - Camila: How are things?
9:24pm, Feb 27 - Unknown Caller: When are you home?
9:26pm, Feb 27 - Camila: Still at Jness. Maybe around 10:30
10:41pm, Feb 27 - Unknown Caller: Home when? Tomorrow?
10:57pm, Feb 27 - Unknown Caller: ?
12:44am, Feb 28 - Unknown Caller: ???
12:45am, Feb 28 - Camila: Mr Spock died ðŸ˜
12:46am, Feb 28 - Unknown Caller: ? Star trek movie... The need of the many outweigh...
12:46am, Feb 28 - Unknown Caller: Needs
12:46am, Feb 28 - Camila: Is that what he said?
12:47am, Feb 28 - Camila: Leonard Nimoy
12:47am, Feb 28 - Unknown Caller: Has as he was dying from radioactivity to Kirk through the glass... Is that what you were referring to?
12:47am, Feb 28 - Unknown Caller: I am really sad you have not texted nor answered my question about tomorrow...
12:48am, Feb 28 - Camila: Oh. Which?
12:48am, Feb 28 - Camila: Sorry honey
12:48am, Feb 28 - Camila: Everything is in motion already
12:48am, Feb 28 - Unknown Caller: Do you not read our thread?
12:48am, Feb 28 - Camila: What am I missing?
12:48am, Feb 28 - Unknown Caller: Are you here tomorrow morning?
12:48am, Feb 28 - Camila: I was so busy and my phone so shitty
12:48am, Feb 28 - Unknown Caller: Do you want me to stop by briefly after volleyball?
12:49am, Feb 28 - Camila: Yes
12:49am, Feb 28 - Unknown Caller: See you in 2 hours or less
12:49am, Feb 28 - Camila: Nice
12:49am, Feb 28 - Camila: How are things?
12:50am, Feb 28 - Unknown Caller: I can't describe how sad I am you're not here.
9:36am, Feb 28 - Camila: ?
9:40am, Feb 28 - Unknown Caller: Coming in a few minutes...
9:41am, Feb 28 - Camila: Pk
11:13am, Feb 28 - Unknown Caller: I do not feel good about our parting just now.ðŸ˜"

# A753

11:14am, Feb 28 - Unknown Caller: That's not how lovers part. Ever.

11:52am, Feb 28 - Camila: Is it too soon to text?

1:27pm, Feb 28 - Unknown Caller: No...

1:28pm, Feb 28 - Camila: I was being cute

1:28pm, Feb 28 - Camila: 😄

1:28pm, Feb 28 - Camila: That's for your 😁

1:29pm, Feb 28 - Unknown Caller: How are things?

1:29pm, Feb 28 - Camila: I got in in the middle of the debrief

1:29pm, Feb 28 - Camila: It rocked my world

1:29pm, Feb 28 - Unknown Caller: Which part?

1:30pm, Feb 28 - Camila: Caring. Work, etc

1:30pm, Feb 28 - Unknown Caller: What specifically rocked it?

1:39pm, Feb 28 - Unknown Caller: ?

1:39pm, Feb 28 - Camila: Just don't remember it

1:40pm, Feb 28 - Camila: And how I have the emotionality but not the self denial

1:40pm, Feb 28 - Camila: So not really caring

1:40pm, Feb 28 - Unknown Caller: How are you? I can still feel you...

1:41pm, Feb 28 - Camila: Yeah?

1:41pm, Feb 28 - Camila: I'm ok

1:41pm, Feb 28 - Camila: In pain

1:41pm, Feb 28 - Unknown Caller: I guess you feel me😌

1:42pm, Feb 28 - Camila: You think?

1:42pm, Feb 28 - Camila: That bad?

1:43pm, Feb 28 - Unknown Caller: ?

5:12pm, Feb 28 - Unknown Caller: ?

5:13pm, Feb 28 - Unknown Caller: Did you figure out the breach plan? This is very important to me. Please get me something as you said you would...

5:36pm, Feb 28 - Unknown Caller: Could you get me that by the end of dinner? That would also make going out tonight better. Also remember no drinking...

6:57pm, Feb 28 - Camila: Are you talking about the exercise from lunch?

6:58pm, Feb 28 - Camila: I was very uncomfortable doing it with her and sharing content that I don't feel I explored it fully

7:12pm, Feb 28 - Unknown Caller: No. The plan from the other day...

7:12pm, Feb 28 - Unknown Caller: I do wish you could explore completely... Was lunch helpful, I don't know what happened?

7:13pm, Feb 28 - Camila: I can tell you about it later

7:13pm, Feb 28 - Unknown Caller: Good?

7:14pm, Feb 28 - Unknown Caller: Plan for the bad lunch/birthday decision?

7:14pm, Feb 28 - Camila: ???

7:15pm, Feb 28 - Unknown Caller: The bad decision to not come to Clifton park... You said you would have a plan to stop the bad decision process...

7:16pm, Feb 28 - Camila: Oh! From the other day??

7:20pm, Feb 28 - Unknown Caller: Yes... And I can't wait to see you!

7:30pm, Feb 28 - Camila: 😘

8:24pm, Feb 28 - Unknown Caller: ?

8:25pm, Feb 28 - Camila: ??

8:25pm, Feb 28 - Camila: You don't like my love face?

8:25pm, Feb 28 - Unknown Caller: Yes..m

8:27pm, Feb 28 - Unknown Caller: Just looking for updates

9:02pm, Feb 28 - Unknown Caller: ♥

9:03pm, Feb 28 - Camila: ♥

9:03pm, Feb 28 - Unknown Caller: Text me when you're leaving the intensive and text me as soon as you get home from Lucy...

9:04pm, Feb 28 - Unknown Caller: Anything new feelings or thought wise?

9:05pm, Feb 28 - Camila: I'll do my best, love. I lost my charger. I might find another wayto charge

9:05pm, Feb 28 - Camila: I've been thinking of the disquisitions today

# A754

9:05pm, Feb 28 - Unknown Caller: And...
9:05pm, Feb 28 - Unknown Caller: Did the lunch thing help?
9:06pm, Feb 28 - Camila: It is very uncomfortable
9:06pm, Feb 28 - Camila: Not really
9:06pm, Feb 28 - Unknown Caller: ðŸ˜ž what is uncomfortable?
9:06pm, Feb 28 - Camila: Alrhought there was an awesome piece in there
9:07pm, Feb 28 - Camila: The betrayal, unfaithful, sex stufd
9:07pm, Feb 28 - Unknown Caller: And...
9:09pm, Feb 28 - Unknown Caller: Also, what was the awesome part? And sorry to be a bug but: plan?
9:10pm, Feb 28 - Camila: The last question
9:10pm, Feb 28 - Unknown Caller: Which was?
9:12pm, Feb 28 - Camila: Dishoboring the breach, sonetgjnf like that
9:12pm, Feb 28 - Unknown Caller: Ah.
9:12pm, Feb 28 - Unknown Caller: When's the intensive getting out?
9:12pm, Feb 28 - Camila: Idk
9:12pm, Feb 28 - Unknown Caller: Btw how does r. Treat you?
9:13pm, Feb 28 - Camila: Neutral. Everything changed after Jness or maybe I did
9:13pm, Feb 28 - Unknown Caller: How do you feel towards him?
9:14pm, Feb 28 - Camila: Neutral. That's probably why it feels netral how he treats me
9:14pm, Feb 28 - Unknown Caller: What do you feel when you see him and think of what happened between you two?
9:16pm, Feb 28 - Camila: I don't feel anything good when I see him but I think of what happened not in a positive way
9:16pm, Feb 28 - Camila: Ok, this is bugging me now
9:16pm, Feb 28 - Camila: I haven't participated in my group to text with you
9:16pm, Feb 28 - Unknown Caller: Why bugging you?
9:16pm, Feb 28 - Unknown Caller: These things are really important.
9:18pm, Feb 28 - Unknown Caller: If things were right, the thought of the sexual contact should disgust you as it would have when you loved me. It should feel like rape.
9:18pm, Feb 28 - Unknown Caller: Don't be bugged no matter what.
9:19pm, Feb 28 - Unknown Caller: No anger ever.
9:19pm, Feb 28 - Camila: No. Bugging me as in distracting me
9:46pm, Feb 28 - Unknown Caller: Do you understand?
10:21pm, Feb 28 - Unknown Caller: ?
10:25pm, Feb 28 - Camila: Yes, I do, love
10:25pm, Feb 28 - Camila: No drinking tonight, btw
10:30pm, Feb 28 - Unknown Caller: Thank you!ðŸ˜•
10:30pm, Feb 28 - Unknown Caller: I was referring to understanding the r. comments I made...
10:46pm, Feb 28 - Unknown Caller: I wanted you to understand that...
10:54pm, Feb 28 - Camila: Ok
10:54pm, Feb 28 - Unknown Caller: Does that meam you do?
10:54pm, Feb 28 - Unknown Caller: Mean
10:55pm, Feb 28 - Unknown Caller: When are you leaving to see Lucy?
11:54pm, Feb 28 - Unknown Caller: I want to be the first to wish my love happy birthday... So I cheated and did it a few minutes early!!!
11:54pm, Feb 28 - Unknown Caller: â•¤
11:55pm, Feb 28 - Unknown Caller: ðŸŽ‰ðŸŽŠ
11:56pm, Feb 28 - Camila: Hahahahahaha
11:56pm, Feb 28 - Unknown Caller: Hahaha? Not an, "awww"?
11:58pm, Feb 28 - Unknown Caller: I'm jealous your with Lucy at midnight and didn't want to be with me...
11:59pm, Feb 28 - Unknown Caller: This was our last opportunity.
12:30am, Mar 1 - Unknown Caller: I've tried to call to speak to you... What happened?
12:52am, Mar 1 - Unknown Caller: I am just leaving our home...
2:04am, Mar 1 - Camila: Hi my honey!!!
2:04am, Mar 1 - Camila: It was definitely an awwww
2:04am, Mar 1 - Camila: It was so sweet!

# A755

2:04am, Mar 1 - Camila: You def got the first happy bday
2:06am, Mar 1 - Camila: My phone died and didn't have a charger. It died right after I saw your text. I love you!
2:07am, Mar 1 - Camila: What are you up to? Would love to see you
2:36am, Mar 1 - Unknown Caller: I will come over, in about an hour or so. I was there (home) from 11:50p until 12:55a... I was very sad you didn't have me as your highest priority to open your new year. It's the last time we will ever be together for your birthday.
2:37am, Mar 1 - Camila: Oh honey!!!!!
2:37am, Mar 1 - Camila: You are right!
2:37am, Mar 1 - Unknown Caller: Why wasn't I?
2:38am, Mar 1 - Camila: I didn't think you'd have time
2:38am, Mar 1 - Camila: But I just assumed
2:38am, Mar 1 - Unknown Caller: You didn't even ask and I waited. I didn't have the heart to ask because then you couldn't prove yourself.
2:40am, Mar 1 - Unknown Caller: It will be very hard for me to ever believe I'm a higher priority and I need to believe I'm number one and only.
2:41am, Mar 1 - Unknown Caller: I just don't see it happening.
2:41am, Mar 1 - Camila: Aww love. U r absolutely right
2:42am, Mar 1 - Camila: Not the not happening, the asking
2:42am, Mar 1 - Unknown Caller: But how can this ever be redeemed?
2:43am, Mar 1 - Unknown Caller: What did you do?
2:43am, Mar 1 - Unknown Caller: Only with Lucy?
2:44am, Mar 1 - Unknown Caller: ?
2:44am, Mar 1 - Camila: And Ana
2:44am, Mar 1 - Camila: Not a big deal
2:45am, Mar 1 - Camila: Honey, I apologize, I didn't see the midnight thing as a big deal
2:45am, Mar 1 - Unknown Caller: That you don't Gove me details makes me uneasy. I'll be over in an hour or so. The midnight thing is our last.
2:45am, Mar 1 - Camila: I wasn't thinking of you as a lower priority
2:45am, Mar 1 - Camila: I am sorry
2:45am, Mar 1 - Unknown Caller: I needed to be highest priority all the time.
2:46am, Mar 1 - Camila: So you'll be here around 4?
2:45am, Mar 1 - Unknown Caller: Yes.
2:46am, Mar 1 - Camila: Ok
6:47am, Mar 1 - Unknown Caller: I am also sad you are not trying to make time together on this day...
7:01am, Mar 1 - Unknown Caller: I think there are expert groups all day... If I knew now I could plan not to go in 9 - 1 etc... I just don't see how we are going to work at all... I don't know if you remember, I was there last night...
8:17am, Mar 1 - Unknown Caller: I have made myself available 9 - 1 approximately.
8:22am, Mar 1 - Unknown Caller: I believe you could arrange to be home this morning.
8:23am, Mar 1 - Unknown Caller: ?
8:23am, Mar 1 - Camila: Ooh honey
8:23am, Mar 1 - Unknown Caller: ???
8:24am, Mar 1 - Camila: I left already
8:24am, Mar 1 - Camila: But I will arrange to come back
8:24am, Mar 1 - Unknown Caller: Gi back
8:24am, Mar 1 - Unknown Caller: Go
8:24am, Mar 1 - Camila: I just need to figure out
8:25am, Mar 1 - Camila: I can't
8:24am, Mar 1 - Unknown Caller: Where are you?
8:25am, Mar 1 - Unknown Caller: You always can if important enough.
8:25am, Mar 1 - Camila: I don't have anyone to cover me or anything set up
8:25am, Mar 1 - Unknown Caller: I wish this was important enough before you ledt
8:25am, Mar 1 - Unknown Caller: Lrft
8:25am, Mar 1 - Unknown Caller: Left
8:25am, Mar 1 - Unknown Caller: Set it up.

# A756

8:25am, Mar 1 - Unknown Caller: Where are you?
8:26am, Mar 1 - Camila: The conditions for me leaving is having everything covered
8:26am, Mar 1 - Camila: Yes, I will figure it out
8:26am, Mar 1 - Camila: Why are you doing this?
8:26am, Mar 1 - Unknown Caller: Because you should have.
8:26am, Mar 1 - Camila: Almost at center
8:26am, Mar 1 - Camila: Should?
8:26am, Mar 1 - Unknown Caller: Tell me why I used the word should
8:27am, Mar 1 - Camila: Please don't do this
8:27am, Mar 1 - Camila: Not today
8:27am, Mar 1 - Unknown Caller: Prideful
8:27am, Mar 1 - Camila: I will figure it out and arrange time to go home
8:28am, Mar 1 - Camila: But please don't do this
8:28am, Mar 1 - Unknown Caller: I won't do this. You can forget it if your not 100% wanting of this. Especially today.
8:28am, Mar 1 - Unknown Caller: Just forget it then.
8:29am, Mar 1 - Camila: No. I am telling you I will make time and want that
8:28am, Mar 1 - Unknown Caller: Ok
8:29am, Mar 1 - Camila: I just don't want to make this sour
8:29am, Mar 1 - Camila: Not necessary
8:30am, Mar 1 - Unknown Caller: Then please don't ask out of cause questions about the word should. Or ask me not to do this. I want you and want you to want me in cause.
8:30am, Mar 1 - Unknown Caller: I want you.
8:30am, Mar 1 - Unknown Caller: â•¤
8:49am, Mar 1 - Camila: â•¤
8:50am, Mar 1 - Unknown Caller: Any news? Timing?
9:05am, Mar 1 - Camila: Not yet
9:06am, Mar 1 - Camila: Figuring it out
9:06am, Mar 1 - Unknown Caller: When will you know? I might try to get a half hour of sleep...
9:17am, Mar 1 - Camila: Go ahead and sleep
9:17am, Mar 1 - Camila: I am tryibg to cover my bases here
9:45am, Mar 1 - Unknown Caller: When will you be home?
9:46am, Mar 1 - Camila: I'll let you know very soon
10:50am, Mar 1 - Camila: Hi honey
10:50am, Mar 1 - Unknown Caller: News?
10:53am, Mar 1 - Unknown Caller: ?
10:54am, Mar 1 - Unknown Caller: Am I missing something? You on but not responding...
10:55am, Mar 1 - Camila: I would have coverage but I am trying to figure out the best time
10:55am, Mar 1 - Unknown Caller: When do you want me home?
10:55am, Mar 1 - Unknown Caller: Now
10:56am, Mar 1 - Camila: Ok
10:56am, Mar 1 - Camila: How long? Maybe until after lunch?
10:57am, Mar 1 - Unknown Caller: Not sure... But we've already missed 2 hours...
10:57am, Mar 1 - Camila: I'm trying to figure it out
11:00am, Mar 1 - Unknown Caller: If you want things, you need to be able to get things done far better than this. Ideally this morning you could have been back home by 9 or so... Not still at the center.
11:01am, Mar 1 - Camila: Ok. Be there asap
11:19am, Mar 1 - Unknown Caller: I will likely have more time around 3 or 4...
11:20am, Mar 1 - Camila: Would that be better, honey??
11:20am, Mar 1 - Unknown Caller: Although it's still unknown...
11:20am, Mar 1 - Camila: I'll make that happen
11:20am, Mar 1 - Unknown Caller: I don't know what to say...
11:22am, Mar 1 - Unknown Caller: Now and this morning is a big loss. I don't understand why you didn't come back immediately or even left...
11:24am, Mar 1 - Unknown Caller: If I thought I wasn't seeing you this morning I could have slept extra time... I might not get to sleep untill after volleyball tomorrow...

# A757

11:25am, Mar 1 - Camila: I thought you were going to sleep now

11:25am, Mar 1 - Camila: You didn't ask for this morning

11:25am, Mar 1 - Unknown Caller: No... I slept 30 minutes earlier when I said.

11:25am, Mar 1 - Unknown Caller: I shouldn't have to ask at all

11:25am, Mar 1 - Camila: I thought you'd be at ethicist or busy with that

11:26am, Mar 1 - Camila: I apologize. I would have arranged for it last night

11:26am, Mar 1 - Camila: Hmmm. Ok

11:26am, Mar 1 - Unknown Caller: You ideally would eagerly make time for us in any way possible as your highest priority. After last night, I would have stayed home the whole day.

11:28am, Mar 1 - Unknown Caller: What if, as a penance, for every hour you miss with me you commit a full year of absolute obedience? I bet we would get all the hours without missing...

11:28am, Mar 1 - Camila: ?

11:29am, Mar 1 - Camila: I was about to call for a cab. Should I wait until 3?

11:29am, Mar 1 - Unknown Caller: Last night and this morning I said I wanted to see you. I even made sure of the Jness schedule.

11:29am, Mar 1 - Unknown Caller: I don't know what to say, a person in love acts very differently than you are.

11:30am, Mar 1 - Camila: You are not very direct, hun

11:31am, Mar 1 - Unknown Caller: In this case I've been too direct... Do you ever want me to believe you even value me?

11:31am, Mar 1 - Camila: I apologize. I assume you are going to be busy and try to be smart

11:32am, Mar 1 - Unknown Caller: Being smart is being around especially if I'm going to be busy so we can snatch any time we can.

11:32am, Mar 1 - Camila: Of course I do, hun

11:33am, Mar 1 - Camila: Do you want me to be home at 3?

11:32am, Mar 1 - Unknown Caller: Being smart would have been here all day because of the expert groups.

11:33am, Mar 1 - Camila: Do you want me to be home at 3?

11:34am, Mar 1 - Unknown Caller: I don't know what to say. I have until about 1 now... I have a 2 to 3 hour window sometime this afternoon... I might do a forum at 8:30 or might be free then also.

11:35am, Mar 1 - Camila: Ok. I can go now

11:35am, Mar 1 - Camila: Which do you prefer, honey??

11:36am, Mar 1 - Camila: I want to please you

11:35am, Mar 1 - Unknown Caller: If I were in your place, I would act differently.

11:36am, Mar 1 - Unknown Caller: What do you want?

11:36am, Mar 1 - Camila: For you

11:36am, Mar 1 - Unknown Caller: ?

11:37am, Mar 1 - Camila: I want to see you. Like really.

11:37am, Mar 1 - Camila: I want to know what works best for you

11:37am, Mar 1 - Unknown Caller: Then be here all day and you will.

11:37am, Mar 1 - Unknown Caller: We are choosing between a bunch of indefinite second bests at this point.

11:38am, Mar 1 - Camila: You asked me what I want

11:38am, Mar 1 - Camila: I want to see you.

11:38am, Mar 1 - Camila: I also want to be here

11:38am, Mar 1 - Unknown Caller: If you were here I could possibly move some things. I did not do a forum because I wanted the opportunity to see you this morning.

11:39am, Mar 1 - Unknown Caller: If you loved me, you're want to be there would be close to zero in comparison.

11:42am, Mar 1 - Unknown Caller: ?

11:42am, Mar 1 - Unknown Caller: No force on earth could keep us apart... Don't you want your love to be that way?

11:46am, Mar 1 - Unknown Caller: ?

11:47am, Mar 1 - Unknown Caller: What happened? You fell off the face of the virtual earth?

11:48am, Mar 1 - Unknown Caller: This is not good... I can't decide anything or even sleep...

12:14pm, Mar 1 - Camila: Translation

# A758

12:14pm, Mar 1 - Unknown Caller: I thought you were on your way back...

12:15pm, Mar 1 - Camila: I ask

12:15pm, Mar 1 - Unknown Caller: ?

12:15pm, Mar 1 - Camila: I asked

12:16pm, Mar 1 - Unknown Caller: If you cared you wouldn't ask, you'd be here. That's what was right. I thought you cared and we're travelling so could text. I imagined you dropped everything and came home. Stupid me.

12:17pm, Mar 1 - Unknown Caller: Couldn't

12:17pm, Mar 1 - Unknown Caller: I should have slept.

12:20pm, Mar 1 - Unknown Caller: I don't think this is going to work. This isn't even close.

12:22pm, Mar 1 - Unknown Caller: Goodbye

12:29pm, Mar 1 - Unknown Caller: That's a permanent, final goodbye. This is going to work.

12:29pm, Mar 1 - Unknown Caller: Isn't

12:29pm, Mar 1 - Camila: Translating

12:29pm, Mar 1 - Unknown Caller: Don't care.

12:31pm, Mar 1 - Unknown Caller: This is the effect of your causes. You shouldn't have left this morning. You should have turned around if you did. You needed to get back as soon as possible. You definitely should not be translating. I moved 100 people for you. I stayed awake when I should have slept.

12:31pm, Mar 1 - Unknown Caller: You don't sacrifice or put in the effort nearly enough.

12:32pm, Mar 1 - Unknown Caller: You avoid pain.

12:44pm, Mar 1 - Camila: Why did you hang up?

12:44pm, Mar 1 - Unknown Caller: You are uncaring to me and indulgent. I need you to move out. The things you want really demonstrate you don't care. You can't pass a single test.

12:50pm, Mar 1 - Camila: This is very problematic that you are doing this every day. Did you know this yesterday? It's very last minute and also distracting and disruptive. I seems you are having lots of conflicts with being staff

12:50pm, Mar 1 - Camila: This is what Esther sent me. It is challenging

12:51pm, Mar 1 - Camila: I am trying to move things as best I can

12:51pm, Mar 1 - Unknown Caller: I think you need to leave the intensive also for good now.

12:51pm, Mar 1 - Unknown Caller: You are prideful. These are effects.

12:52pm, Mar 1 - Camila: I am not.uncaring. I am trying to make it work

12:53pm, Mar 1 - Camila: I will accept the uncaring and find out how.I am uncaring

12:53pm, Mar 1 - Unknown Caller: If you were strong and caring for me none of this would be like this. Then be here as much as possible no attraction to any other activity should compare.

12:53pm, Mar 1 - Camila: Did you see what Esther sent me???

12:55pm, Mar 1 - Unknown Caller: For you to think I am mean is the worst of problems. If I were mean I would have any dialogue with you. Esther says that because you are indefinite. If you cared you would not be indefinite. Or you wouldn't have done this intensive at all if you can't deal with esthers reactions to your needs.

12:55pm, Mar 1 - Unknown Caller: Not

1:02pm, Mar 1 - Unknown Caller: When you didn't leave for lunch the other day that was a breach. By not insisting of yourself you be available last night was another breach of the same behavior. By not staying home this morning more of the same. By not turning around immediately like someone died even more. The indevisiveness this morning was aweful. You are now out of cause.

1:05pm, Mar 1 - Unknown Caller: You need to want to sacrifice and wait for me at all costs. Hours, days and weeks may go by with your waiting and not seeing me and you should use that time to make a home for us and other things for us. You are not devoted nearly enough to us for me to believe you care. If you cared, the thought of going down to an intensive would bother you because you might lose an opportunity. This is not how you are. I give up. I can't and won't make you care as is needed. You don't.

1:10pm, Mar 1 - Unknown Caller: ?

2:01pm, Mar 1 - Camila: I just spoke to Karen

2:01pm, Mar 1 - Camila: I don't know what you told her. Irrelevant

2:02pm, Mar 1 - Camila: I can see more

2:02pm, Mar 1 - Camila: I couldn't see at all before

2:03pm, Mar 1 - Camila: I am not seeing these things as effects and effects of me and how I am doing things and what I am missing to make it different

# A759

2:03pm, Mar 1 - Camila: I was wrong

2:04pm, Mar 1 - Camila: I am missing a huge part

2:04pm, Mar 1 - Camila: And you are right. I am uncaring and I'm sorry I have been uncaring and I am sorry I couldn't see it before

2:05pm, Mar 1 - Camila: I don't have the conscience there and I keep hurting you. I will feel the pain of that

2:06pm, Mar 1 - Camila: Right now I live in a world where I am the most important thing and that is not love

2:29pm, Mar 1 - Camila: I would love to call you to apologize

2:30pm, Mar 1 - Camila: At any moment you want me to leave I am ready and yours

2:49pm, Mar 1 - Camila: Wow I'm feeling shitty

2:50pm, Mar 1 - Camila: Honey please forgive me

2:50pm, Mar 1 - Camila: I still need to feel it more but holy shit I feel awful that up.until now I haven't really cared

2:50pm, Mar 1 - Camila: I am so sorry

3:04pm, Mar 1 - Camila: ðŸ˜¢

3:08pm, Mar 1 - Camila: I'm still struggling to make decisions. But I am yours. Say the word, I'll be there

3:14pm, Mar 1 - Unknown Caller: Be home by 4.

3:16pm, Mar 1 - Camila: Yes

3:16pm, Mar 1 - Camila: I will

3:45pm, Mar 1 - Camila: On my way

4:11pm, Mar 1 - Camila: Here

6:14pm, Mar 1 - Unknown Caller: Wassup?

6:16pm, Mar 1 - Camila: Hi honey

6:16pm, Mar 1 - Camila: I am going to go back for now

6:17pm, Mar 1 - Unknown Caller: What was the basis of that decision?

6:20pm, Mar 1 - Unknown Caller: So then I will do the forum likely tonight and won't see you.

6:20pm, Mar 1 - Unknown Caller: You didn't answer my question about the decision.

6:21pm, Mar 1 - Camila: I am here lovw

6:21pm, Mar 1 - Unknown Caller: You didn't answer my question about the decision.

6:24pm, Mar 1 - Unknown Caller: If you want to love you need to do acts of love to build it. If you were to do the most loving, caring thing, what would you do?

6:25pm, Mar 1 - Camila: Yes. I tried to base it off of love as best I could. I could have stayed home lovingly and without reservations. I wanted to uphold also the people that helped me out today and see Karen

6:25pm, Mar 1 - Camila: There was something she said to me today that hurt a lot

6:25pm, Mar 1 - Camila: But it was beautiful

6:25pm, Mar 1 - Camila: And will always hurt

6:26pm, Mar 1 - Camila: And I apply it to you

6:26pm, Mar 1 - Unknown Caller: But I am the highest priority and it is about me. Each time to do something different it hurts love.

6:26pm, Mar 1 - Camila: Yes. You are the highest priority love

6:26pm, Mar 1 - Camila: I may have misunderstood you, theb

6:26pm, Mar 1 - Unknown Caller: Then you should act accordingly always

6:27pm, Mar 1 - Unknown Caller: If you asked Karen, do you think she would advise you to come back?

6:27pm, Mar 1 - Camila: Ok. Did I fail again?

6:27pm, Mar 1 - Camila: How, love?

6:27pm, Mar 1 - Unknown Caller: Are you home?

6:28pm, Mar 1 - Camila: No

6:28pm, Mar 1 - Camila: Do you want me to be home?

6:28pm, Mar 1 - Unknown Caller: Then your failing.

6:28pm, Mar 1 - Camila: I don't understand

6:28pm, Mar 1 - Unknown Caller: Bad question.

6:28pm, Mar 1 - Camila: I am missing something

6:28pm, Mar 1 - Unknown Caller: Yes.

6:29pm, Mar 1 - Camila: You said it was okay to go.. ill definitely go

# A760

6:29pm, Mar 1 - Unknown Caller: Where are you?
6:29pm, Mar 1 - Camila: No questions. But I guess I misunderstood you
6:29pm, Mar 1 - Camila: Highway
6:29pm, Mar 1 - Unknown Caller: Not good.
6:30pm, Mar 1 - Camila: I am missing something
6:30pm, Mar 1 - Camila: Let me make sure. You want me to go back home
6:30pm, Mar 1 - Camila: Right?
6:32pm, Mar 1 - Unknown Caller: Only if you understand the mistake and are dying to correct it.
6:32pm, Mar 1 - Camila: Yes
6:32pm, Mar 1 - Camila: I am turning around
6:35pm, Mar 1 - Unknown Caller: What is the cost $?
6:35pm, Mar 1 - Camila: 35
6:57pm, Mar 1 - Camila: <Media omitted>
7:02pm, Mar 1 - Camila: Am I staying home all night?
7:24pm, Mar 1 - Unknown Caller: I moved the forum. Will see you 8:30 or so...
7:25pm, Mar 1 - Camila: Am I home all night?
7:25pm, Mar 1 - Unknown Caller: Don't know yet from my side... What do you think?
7:50pm, Mar 1 - Camila: I can't go to ethicist because I am not caught up
7:55pm, Mar 1 - Unknown Caller: Yes. But I'm coming to you.
10:22pm, Mar 1 - Unknown Caller: You are at I stage where you can't see I proved you wrong about all those years. I can't overcome that. There is 99 minutes left for what could have been the biggest posyive turning point or the opposite you choose.
10:22pm, Mar 1 - Unknown Caller: I can't take this pain.
10:23pm, Mar 1 - Unknown Caller: You're belief is a deal breaker; I can't go on.
10:23pm, Mar 1 - Camila: We are not understanding each othef
10:23pm, Mar 1 - Unknown Caller: It doesn't matter actually.
10:24pm, Mar 1 - Camila: It will be fine
10:24pm, Mar 1 - Camila: You are right
10:24pm, Mar 1 - Camila: I am wrong
10:24pm, Mar 1 - Unknown Caller: My pain is real whether you don't understand me or I don't understand you or both. The pain is there.
10:25pm, Mar 1 - Camila: Don't worry. It will all be fine
10:24pm, Mar 1 - Unknown Caller: I don't believe you.
10:25pm, Mar 1 - Camila: Ok. Then I will understand your pain
10:25pm, Mar 1 - Unknown Caller: It won't be fine for me even tonight. I will make sure of that.
10:26pm, Mar 1 - Camila: Don't worry about me
10:26pm, Mar 1 - Camila: It is irrelevant
10:26pm, Mar 1 - Camila: I will understand your pain
10:26pm, Mar 1 - Unknown Caller: Not to me or my vows.
10:27pm, Mar 1 - Camila: Why did you ever even mention puppies????
10:27pm, Mar 1 - Camila: Or hint at anything like that??
10:27pm, Mar 1 - Unknown Caller: You did not receive the greatest gift this day. You're blaming me
10:27pm, Mar 1 - Camila: I am sure I did. I will find it
10:28pm, Mar 1 - Unknown Caller: Now I must take more penances. I need to stop communicating my body probably can't take what I need to do to it.
10:28pm, Mar 1 - Camila: Don't worry. I will get it
10:29pm, Mar 1 - Unknown Caller: I can't take any more penance tonight for you blame. I can't endure it health wise.
10:29pm, Mar 1 - Camila: Don't worry. I will get it
10:30pm, Mar 1 - Unknown Caller: You already blamed me for mentioning the puppies. You don't even know what I've gone through with that.
10:31pm, Mar 1 - Camila: Why would I, though? How can I know something you don't tell me?
10:31pm, Mar 1 - Unknown Caller: Just a few weeks ago you were in Jim's arms and you are mentioning the puppy. That really hurts also besides the penance.
10:32pm, Mar 1 - Camila: Don't worry. I will get it
10:33pm, Mar 1 - Unknown Caller: Get what?

# A761

10:33pm, Mar 1 - Camila: How you are right and have been all along
10:33pm, Mar 1 - Unknown Caller: How could you be with Jim just a few weeks ago?
10:34pm, Mar 1 - Camila: Whats the question?
10:35pm, Mar 1 - Unknown Caller: I don't understand how you can say something of these things and have been with Jim just a few weeks ago... Choosing him over me, over your word, and over fixing the situation.
10:37pm, Mar 1 - Unknown Caller: ?
10:38pm, Mar 1 - Camila: I don't understand what you want to know
10:38pm, Mar 1 - Camila: It seems more like a statement
10:38pm, Mar 1 - Unknown Caller: I'm asking for a way to believe you care for me at all.
10:39pm, Mar 1 - Camila: I thought I explained that this morning
10:39pm, Mar 1 - Camila: I haven't and it is awful. I am changing that
10:40pm, Mar 1 - Unknown Caller: You haven't what?
10:43pm, Mar 1 - Unknown Caller: ???
10:44pm, Mar 1 - Camila: Cared in the and deep sense of the word
10:44pm, Mar 1 - Unknown Caller: I can I bear the pain of tonight?
10:45pm, Mar 1 - Unknown Caller: ???
10:46pm, Mar 1 - Camila: ?
10:46pm, Mar 1 - Camila: Is that a how*?
10:46pm, Mar 1 - Unknown Caller: Yes. How can I bear the pain of tonight?
10:47pm, Mar 1 - Camila: Know that it will be fine
10:47pm, Mar 1 - Camila: Have hope
10:47pm, Mar 1 - Unknown Caller: It isn't for me. And my penance is dangerous.
10:48pm, Mar 1 - Camila: What do you mean?
10:50pm, Mar 1 - Unknown Caller: Each time you blame or feel betrayed or hurt, I take on a penance. The penances have to be serious so I am pure in my actions. In this case, as with other times, because of conditions it's potentially life threatening.
10:51pm, Mar 1 - Camila: What kind of penances do you do?
10:57pm, Mar 1 - Unknown Caller: Whatever it takes to collaterize my actions.
11:01pm, Mar 1 - Camila: Honey, tomorrow I will be home for our regular time 6-8ish. Yes?
11:02pm, Mar 1 - Unknown Caller: Tomorrow was supposed to be from 4 onward... Tuesday is supposed to be all morning until 1:30...
11:02pm, Mar 1 - Camila: ?????????
11:03pm, Mar 1 - Camila: Whoa. When did this happen?
11:02pm, Mar 1 - Unknown Caller: I've been saying this for days.
11:03pm, Mar 1 - Camila: Tuesday morning yes
11:03pm, Mar 1 - Camila: Yes yes
11:03pm, Mar 1 - Unknown Caller: Monday from 4pm onwards.
11:03pm, Mar 1 - Camila: You didn't say 4 onward, luv
11:03pm, Mar 1 - Unknown Caller: Yes.
11:03pm, Mar 1 - Camila: I thought u said morning
11:04pm, Mar 1 - Camila: Ok
11:04pm, Mar 1 - Camila: Have you looked at the schedule?
11:04pm, Mar 1 - Unknown Caller: Morning Tuesday. 4pm and later tomorrow.
11:05pm, Mar 1 - Camila: Have you looked at the schedule?
11:08pm, Mar 1 - Unknown Caller: Tuesday is easy... Tomorrow I don't know... I'll take what I can get tomorrow after 4...
11:09pm, Mar 1 - Camila: Ok.
11:08pm, Mar 1 - Unknown Caller: What exactly did you do with Lucy and Ana?
11:09pm, Mar 1 - Camila: Ate
11:09pm, Mar 1 - Camila: Cards against humanity
11:09pm, Mar 1 - Camila: But talked mostly
11:09pm, Mar 1 - Camila: Why?
11:14pm, Mar 1 - Unknown Caller: You neglected to describe when I asked... Only you 3?
11:14pm, Mar 1 - Camila: When did u ask?
11:18pm, Mar 1 - Unknown Caller: Only you 3?

# A762

11:20pm, Mar 1 - Camila: Fluffy and Kayla were there for a bit but it was us 3 most of the night
11:21pm, Mar 1 - Camila: We were going to go out to a bar but decided not
11:21pm, Mar 1 - Unknown Caller: But you wouldn't have drunk correct... You didn't drink at all...
11:21pm, Mar 1 - Camila: Right
11:22pm, Mar 1 - Camila: Kayla gave me two 1oz bottles of Rumchata but didn't drink them
11:22pm, Mar 1 - Camila: Someone did but didn't see who
11:23pm, Mar 1 - Camila: I told them I didn't want to drink
11:23pm, Mar 1 - Camila: That's why we ended up not going to a bat
11:23pm, Mar 1 - Camila: Bar
11:23pm, Mar 1 - Unknown Caller: Thank you.
11:25pm, Mar 1 - Camila: Just want to make sure, love, tomorrow I am going in to translate and will be yours after 4 or at 4
11:25pm, Mar 1 - Camila: Yes?
11:26pm, Mar 1 - Unknown Caller: Yes... But I will be lienient if you will stay up late and I have you Tuesday morning...
11:27pm, Mar 1 - Camila: Yes to both
11:27pm, Mar 1 - Unknown Caller: Let me know when you can be there tomorrow after 4...
11:27pm, Mar 1 - Unknown Caller: Did you really want Jim more than me?
11:28pm, Mar 1 - Camila: What does lienient mean?
11:29pm, Mar 1 - Unknown Caller: You may not be able to be there the full time after 4... Just let me know when you can...
11:30pm, Mar 1 - Camila: ?
11:30pm, Mar 1 - Camila: "There" at the intensive or at home?
11:34pm, Mar 1 - Unknown Caller: You might not be able to come home so easily... Do your best, make me proud...
11:34pm, Mar 1 - Camila: I'll make you proud
11:34pm, Mar 1 - Unknown Caller: What about my Jim question?
11:35pm, Mar 1 - Camila: My answer is I was not in a right state of mind
11:36pm, Mar 1 - Camila: Bc that can't compare to 9 years of history and a dedication to fix
11:36pm, Mar 1 - Unknown Caller: But did you really feel that good with him?
11:38pm, Mar 1 - Unknown Caller: ?
11:39pm, Mar 1 - Camila: Please consider that this is within the wrong set of mind..
11:39pm, Mar 1 - Unknown Caller: Yes
11:40pm, Mar 1 - Unknown Caller: I don't understand the wrong set of mind... How do I know you're in the right set of mind?
11:41pm, Mar 1 - Camila: The right set of mind is no pride, loving, caring...but mainly no pride
11:42pm, Mar 1 - Unknown Caller: How do I know?
11:43pm, Mar 1 - Camila: I need to build that...nay, rebuild that
11:44pm, Mar 1 - Unknown Caller: How can I trust you to be in a right mindset?
11:45pm, Mar 1 - Unknown Caller: Are you yet to where the idea that he touched you disgusts you?
11:47pm, Mar 1 - Unknown Caller: ?
11:48pm, Mar 1 - Camila: Very close
11:48pm, Mar 1 - Camila: I hadn't even gone there
11:48pm, Mar 1 - Unknown Caller: Truly?
11:49pm, Mar 1 - Camila: I haven't wanted to think.about it
11:49pm, Mar 1 - Unknown Caller: Ok...
11:49pm, Mar 1 - Unknown Caller: Ideally, disgusted, ashamed and embarrassed...
11:52pm, Mar 1 - Camila: Ok. Yes
11:55pm, Mar 1 - Unknown Caller: I'm stopping over now for 5 minutes...
7:08am, Mar 2 - Camila: Good morning
9:07am, Mar 2 - Camila: What birthdays mean to me is the one day a year you are shown that you are wanted, desired, and that someone is grateful that you exist. Someone is glad that you were born
11:04am, Mar 2 - Camila: Hi
11:05am, Mar 2 - Unknown Caller: Sadly I understand that. Do you understand, considering that, how painful it was yesterday? The positive is you can start to use the great personal pain to understand the far greater pain you inflict with things like Jim and r. The bad thing is the pain. What's the schedule for us

# A763

today, did you do me proud?

11:05am, Mar 2 - Camila: As out of cause that may be, I struggle with that because of childhood issues. I am sorry to put that on you

11:06am, Mar 2 - Unknown Caller: You can use those issues though to your advantage: the great pains of out of cause childhood help us be compassionate adults.

11:07am, Mar 2 - Camila: Nevermind

11:07am, Mar 2 - Unknown Caller: Honey... Don't say that!

11:08am, Mar 2 - Unknown Caller: What I said was really important and ultimately positive... Please, why did you say, "never mind?"

11:08am, Mar 2 - Camila: I will. But I feel like still don't get it and how painful that the one person that is usually on my side did not care

11:09am, Mar 2 - Unknown Caller: You do not understand how much I understand and do care. You could...

11:11am, Mar 2 - Unknown Caller: If the only path to our salvation was for you to feel that pain. One reason, and not the only reason, was so you could start to feel some of my pain... Would you want it?

11:18am, Mar 2 - Camila: Yes

11:20am, Mar 2 - Camila: Gozer just told me we have mentor groups after 4

11:22am, Mar 2 - Camila: I will make it work

11:23am, Mar 2 - Camila: There's a few groups that don't have a strong leader. I will find someone to step in, and others would be find without me, and there is no problem if I miss my own

11:23am, Mar 2 - Unknown Caller: I know... What can you do for us? Also, please understand, as painful as yesterday was it hurt me just as much and is important love-wise: for me, the gold standard of affirmation

11:24am, Mar 2 - Unknown Caller: The only person that mattered to me if they want me or desired me was you.

11:25am, Mar 2 - Unknown Caller: You've shown me repeatedly I'm not wanted, the last choice, and not lovable.

11:25am, Mar 2 - Unknown Caller: Each day is like the extreme of an unacknowledged birthday.

11:25am, Mar 2 - Unknown Caller: I wish you could start to feel the pain.

11:26am, Mar 2 - Unknown Caller: You were my standard of all love.

11:26am, Mar 2 - Unknown Caller: All love I experience in the world was put in terms of you.

11:27am, Mar 2 - Unknown Caller: That God of mine chose r. and Jim in my most vulnerable times.

11:28am, Mar 2 - Unknown Caller: When I needed you the most... When I was away trying to cure Pam and when you promised to show me what the best wife could be, Jim and r. have me the answers.

11:29am, Mar 2 - Unknown Caller: I am only saying this so you can start to understand. The successor thing is far worse. So dark.

11:30am, Mar 2 - Unknown Caller: Gave

11:39am, Mar 2 - Camila: Honey I'm translating

11:38am, Mar 2 - Unknown Caller: Thank you honey for making the time for us...

11:38am, Mar 2 - Unknown Caller: Do you understand what I said without taking it as an attack?

11:40am, Mar 2 - Unknown Caller: Ok

3:14pm, Mar 2 - Unknown Caller: What's the schedule for us?

3:35pm, Mar 2 - Camila: I am doing only one group that needs me and I'm done

3:35pm, Mar 2 - Camila: The rest can do without me

3:36pm, Mar 2 - Camila: Good day for us, lovr

3:36pm, Mar 2 - Unknown Caller: ðŸ˜• when do you estimate you'll be home?

3:41pm, Mar 2 - Camila: Hmmmm

3:42pm, Mar 2 - Camila: I think the groups are 45 minutes long and I'm only doing one. Right now they haven't finished the previous exercise

3:42pm, Mar 2 - Camila: I'll keep you posted

3:45pm, Mar 2 - Camila: Starting soon

4:36pm, Mar 2 - Camila: Doing another round

4:36pm, Mar 2 - Camila: So sorry

4:36pm, Mar 2 - Unknown Caller: Eta home?

4:37pm, Mar 2 - Camila: 6ish?

5:22pm, Mar 2 - Camila: Done with group.

# A764

5:53pm, Mar 2 - Camila: Still waiting for taxi
5:54pm, Mar 2 - Camila: Called them half an hour ago. Should be here any minute
5:54pm, Mar 2 - Unknown Caller: Ok... ðŸ˜•
5:54pm, Mar 2 - Camila: I'm bringing cake ðŸ•°!!!
5:55pm, Mar 2 - Camila: Got two groups done and they were good for us. They related
5:55pm, Mar 2 - Unknown Caller: You put any cake to shame! You do the same with flowers too!
5:55pm, Mar 2 - Camila: Awwwwww
5:56pm, Mar 2 - Camila: Thank you, honey!
5:56pm, Mar 2 - Unknown Caller: They related how?
6:10pm, Mar 2 - Camila: They are here
6:10pm, Mar 2 - Camila: I'm on my way!!! ðŸ'•
6:39pm, Mar 2 - Camila: Still in cab ðŸ˜¢
6:45pm, Mar 2 - Unknown Caller: Oh honey!
6:55pm, Mar 2 - Camila: Almost
6:55pm, Mar 2 - Camila: On Harris
12:12am, Mar 3 - Camila: Love, until what time do you want me home tomorrow?
1:04am, Mar 3 - Unknown Caller: 1:15 maybe...
7:10am, Mar 3 - Camila: How r u?
7:17am, Mar 3 - Camila: When will you come?
7:17am, Mar 3 - Camila: U were here
7:17am, Mar 3 - Camila: U left ðŸ˜¢
7:55am, Mar 3 - Unknown Caller: Whenever you want me...
8:28am, Mar 3 - Unknown Caller: ?
9:00am, Mar 3 - Unknown Caller: I coming over...
9:00am, Mar 3 - Unknown Caller: Im
1:18pm, Mar 3 - Unknown Caller: In the past you would have escorted me to the door... That also feels more distant...
1:19pm, Mar 3 - Unknown Caller: It's one of a series of practices that distances us...
1:34pm, Mar 3 - Camila: That's true. I will get that back
1:34pm, Mar 3 - Camila: Im sorry
1:40pm, Mar 3 - Unknown Caller: There are a good number of things like that including waking up at night and making love... But we can't get these things, or the essence of what caused them, back soon enough...
1:40pm, Mar 3 - Camila: Why not?
1:41pm, Mar 3 - Camila: I think so
1:41pm, Mar 3 - Camila: I'll make it so
1:41pm, Mar 3 - Unknown Caller: Show me then...
1:41pm, Mar 3 - Camila: ðŸ˜Š I will
1:41pm, Mar 3 - Unknown Caller: Maybe tonight?
1:41pm, Mar 3 - Camila: I love you
1:41pm, Mar 3 - Camila: Yes
1:42pm, Mar 3 - Camila: Maybe even my hormones might be back to normal by tonight
1:42pm, Mar 3 - Unknown Caller: Let me know when you will be home tonight... Come home asap
1:42pm, Mar 3 - Camila: I will
1:42pm, Mar 3 - Camila: I'll text in between
2:03pm, Mar 3 - Unknown Caller: It would also be helpful if you had an extreme desire to always do something and do the next step towards fixing all things...
2:04pm, Mar 3 - Camila: I agree
3:28pm, Mar 3 - Unknown Caller: Whatsup?
3:28pm, Mar 3 - Camila: I was thinking of you â˜º
3:28pm, Mar 3 - Unknown Caller: Text me... Sometimes...
3:29pm, Mar 3 - Unknown Caller: What were you thinking?
3:45pm, Mar 3 - Camila: I bringing you into my moments
3:45pm, Mar 3 - Unknown Caller: ðŸ˜Š
4:41pm, Mar 3 - Unknown Caller: See how much you can text me before 9pm...
5:23pm, Mar 3 - Camila: Hi love

# A765

5:30pm, Mar 3 - Camila: 😘😙
5:31pm, Mar 3 - Camila: I have been thinking of our rituals and details I need to get back
5:31pm, Mar 3 - Camila: If you notice anything just let me know
5:31pm, Mar 3 - Camila: I love you
5:31pm, Mar 3 - Camila: And I also need to build love with you
6:50pm, Mar 3 - Camila: Little break between mentor groups
6:50pm, Mar 3 - Camila: Thinking of you
6:51pm, Mar 3 - Unknown Caller: Pam's results aren't bad, but the cancer is progressing and will take her if something isn't done.
6:52pm, Mar 3 - Unknown Caller: The results are not good either obviously.
7:23pm, Mar 3 - Camila: What are you going to do?
7:23pm, Mar 3 - Camila: Are you dojng the alternative treatment?
7:35pm, Mar 3 - Unknown Caller: I'm not sure yet... Will likely have a firm plan within the next 24-48 hours...
7:36pm, Mar 3 - Camila: Wow. That's heavy, love
7:37pm, Mar 3 - Unknown Caller: I wish I had you by my side.
7:38pm, Mar 3 - Camila: I am by your side in spirit, love
7:39pm, Mar 3 - Unknown Caller: You understand why I can't believe that although I so much want to...
7:39pm, Mar 3 - Unknown Caller: I am very alone in the world now.
7:43pm, Mar 3 - Unknown Caller: ?
8:21pm, Mar 3 - Camila: 😍
8:23pm, Mar 3 - Unknown Caller: Why?
8:25pm, Mar 3 - Unknown Caller: ?
8:44pm, Mar 3 - Unknown Caller: ???
8:57pm, Mar 3 - Camila: Because of your pain, love
8:59pm, Mar 3 - Unknown Caller: What brought it up?
8:59pm, Mar 3 - Camila: Becausr you don't believe me
9:00pm, Mar 3 - Unknown Caller: I want to. I just don't know how.
9:00pm, Mar 3 - Camila: I have just been working on feeling your pain and the pain
9:01pm, Mar 3 - Camila: Of everything
9:01pm, Mar 3 - Unknown Caller: I just watched the end of silkwood.
9:02pm, Mar 3 - Camila: Hmmm
9:02pm, Mar 3 - Camila: Dunno what you are talking abouy
9:02pm, Mar 3 - Camila: Except that cher is in it
9:02pm, Mar 3 - Unknown Caller: It is very painful I don't know how to believe you. You've watched it yes?
9:03pm, Mar 3 - Camila: No
9:03pm, Mar 3 - Unknown Caller: It a true story. It's painful on a few levels.
9:35pm, Mar 3 - Unknown Caller: Is that all you were able to text me by 9? Is that all you got?
10:04pm, Mar 3 - Camila: Translating
10:04pm, Mar 3 - Camila: Forum
10:14pm, Mar 3 - Camila: Ouch
10:14pm, Mar 3 - Camila: My pussy hurts
10:15pm, Mar 3 - Camila: The inside
10:15pm, Mar 3 - Unknown Caller: ? From me? Why did that come up now?
10:16pm, Mar 3 - Camila: It's hurting now
10:18pm, Mar 3 - Unknown Caller: Why?
10:19pm, Mar 3 - Camila: Dunno
10:19pm, Mar 3 - Unknown Caller: What cha think?
11:38pm, Mar 3 - Camila: I can feel it
11:38pm, Mar 3 - Camila: It hurts
11:38pm, Mar 3 - Camila: It feels like it pinches
11:38pm, Mar 3 - Unknown Caller: I'm sorry.
11:43pm, Mar 3 - Camila: Did you know that Alex Balassa knows Sara baras
11:43pm, Mar 3 - Camila: ?
11:43pm, Mar 3 - Camila: He has been filming her
11:44pm, Mar 3 - Camila: 😍

# A766

1:51am, Mar 4 - Camila: Home
1:51am, Mar 4 - Camila: What are you up to?
1:51am, Mar 4 - Camila: How are you?
4:18am, Mar 4 - Camila: U ok?
4:18am, Mar 4 - Camila: I would love to see you
4:18am, Mar 4 - Camila: I just have ethicist catchups tomorrow
4:18am, Mar 4 - Camila: 11am and 5pm
6:57am, Mar 4 - Unknown Caller: In roundtable prep. Have filming until 11... ðŸ™
6:58am, Mar 4 - Unknown Caller: 11am...
8:14am, Mar 4 - Camila: Oh no. Should I.change my 11?
10:22am, Mar 4 - Camila: ????
10:26am, Mar 4 - Unknown Caller: No it's ok... I want you to catch up!
10:27am, Mar 4 - Camila: Ok
10:27am, Mar 4 - Unknown Caller: I love you!!!
10:27am, Mar 4 - Camila: How r u?
10:28am, Mar 4 - Unknown Caller: Rough physically, sad emotionally... Waiting to hear more from you...
Lots and lots of texts...
10:28am, Mar 4 - Camila: â˜º
10:28am, Mar 4 - Camila: Ok
10:28am, Mar 4 - Camila: I'm sorry its rough ans sad
10:28am, Mar 4 - Unknown Caller: We getting together sometime after 5?
10:29am, Mar 4 - Camila: I'll text
10:29am, Mar 4 - Unknown Caller: A lot of texts...
10:29am, Mar 4 - Camila: I'm doing another catch up @ 5
10:29am, Mar 4 - Camila: When done
10:29am, Mar 4 - Unknown Caller: Until+
10:29am, Mar 4 - Unknown Caller: ?
10:29am, Mar 4 - Camila: Maybe 6:30
10:29am, Mar 4 - Unknown Caller: How late will the second catch up go?
10:29am, Mar 4 - Unknown Caller: Ok
10:54am, Mar 4 - Unknown Caller: Who's facilitating the make ups?
10:59am, Mar 4 - Camila: Karen is doing mine