

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 30, 2024

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Centre Street
New York, New York 10007

    Re:   United States v. Raniere
            Docket No. 24-778

Dear Ms. Wolfe:

    We represent the appellee in this matter. We write to advise the Court that we have selected January 27, 2025, as the date by which we intend to file our brief.

    We respectfully request permission to file, together with the brief, a supplemental appendix containing certain portions of the record to which we cite and that we deem convenient for the reader.

    Thank you for your consideration.

                      Respectfully submitted,

                      Breon Peace
                      United States Attorney

        By:      /s/
                      Nicholas J. Moscow,
                      Assistant U.S. Attorney