**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: October 27, 2025
Docket #: 24-778
Short Title: United States of America v. Raniere

DC Docket #: 1:18-cr-204-1
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Nicholas G. Garaufis

# NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.